AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| United States | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No.  3:24-CR-103-DPJ-LGI |
| Jody E. Owens II et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Jody E. Owens II                                                                                                                                .

Date:  11/12/2024                                           s/ Robert B. McDuff
                                                                      *Attorney's signature*

                                                                      Robert B. McDuff, MS Bar 2532
                                                                      *Printed name and bar number*

                                                                      767 North Congress Street
                                                                      Jackson MS  39202
                                                                      *Address*

                                                                      rbm@mcdufflaw.com
                                                                      *E-mail address*

                                                                      (601) 259-8484
                                                                      *Telephone number*

                                                                      _____
                                                                      *FAX number*