UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

V.                                                                    CRIMINAL NO. 3:24-CR-103-DPJ-LGI

JODY E. OWENS II, CHOKWE
ANTAR LUMUMBA, and AARON
B. BANKS

ORDER

The Government and all Defendants jointly move [46] for the Court to designate this case as "complex" under 18 U.S.C. §3161 (h)(7)(B)(ii) and to continue the trial setting for what the parties describe as "several months" that Defendants will need to review discovery produced by the Government. Mot. [46] at 2.

The Court will grant the motion and declare that the case is complex. There are three Defendants; the nature of the prosecution includes charges that typically require extensive proof (for example money laundering and racketeering); and the discovery apparently includes hundreds of hours of recordings and thousands of pages of other evidence that must be thoroughly reviewed to properly prepare for trial. Considering that all parties see the case as complex (which it is) and need more time to prepare, the Court specifically finds that "the ends of justice served by taking such action outweigh the best interest of the public and the defendant[s] in a speedy trial." 18 U.S.C. § 3161(h)(7)(A).

The Court grants a continuance, the new dates will be set in a separate order after the parties have conferred and submitted to the Court (1) how many days, including jury selection, will be needed for the trial of this matter and (2) three trial dates mutually agreeable to the parties. This information must be submitted to the Court within fourteen days of this Order. The Court will then issue its order granting the continuance and setting the case for trial.

1

**SO ORDERED AND ADJUDGED** this the 26th day of November, 2024.

s/ *Daniel P. Jordan III*  
UNITED STATES DISTRICT JUDGE