UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
Apr 11 2025
Arthur Johnston, Clerk
By: _____, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL CAUSE NO. 3:24cr103DPJ-LGI

JODY E. OWENS II,
CHOKWE ANTAR LUMUMBA, and
AARON B. BANKS

## AMENDED ORDER GRANTING CONTINUANCE

On November 20, 2024, the United States and the three named Defendants filed a joint motion to continue [46] based on the Defendants' need for additional time to review voluminous discovery. The Court granted that motion on November 26, 2024, declared the case "complex", and instructed the parties to confer and submit (1) an estimated trial length, including jury selection, and (2) three trial dates mutually agreeable to the parties. Order [48]. The parties anticipated a trial lasting at least a month, but they could not agree on three dates. The Government sought a trial no later than January 2026, and Defendants sought a trial as late as July 2026. Then, after receiving additional discovery, counsel for Defendant Aaron B. Banks sought leave to submit new trial dates that would push the date to Fall 2026. Mot. [54]. The Court set the matter for hearing on March 7, 2025.

At the hearing, the Court asked counsel for the status of the Government's discovery production and the Defendants' review of what they had already received. It also asked for best estimates of the time necessary to complete the discovery production, Defendants' review, motion practice, jury selection, and trial. The parties revealed that the Government had already produced around 44,000 pages of documents (many of which are "dense" financial records that may require expert review); (2) over 500 hours of audio or video records; (3) partial transcripts; (4) grand-jury testimony; and (5) other materials. The Government also announced that it anticipated producing

around 20 more transcripts, cell-phone data from each Defendant's phone, additional witness statements, and other disclosures.

Having heard from counsel and having carefully balanced the time Defendants need to prepare for trial and the parties' and the public's right to a speedy public trial, the Court finds that the motion for a continuance should be granted. For the reasons stated herein and those in the parties' respective motions and responses on these issues [46, 54-56], the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendants in a speedy trial. Thus, failure to grant the continuance would result in a miscarriage of justice. The discovery materials involved in this case are extraordinarily voluminous, and the exchange of that discovery between the parties is still ongoing, and Defendants are entitled to adequate time to prepare.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the motion to continue this matter for trial, and extensions of deadlines, is granted.

**IT IS FURTHER ORDERED** that the trial of this matter is re-set for July 13, 2026.

**IT IS FURTHER ORDERED** that the parties shall meet and confer no later than June 26, 2025, concerning any outstanding discovery issues.

**IT IS FURTHER ORDERED** that the parties shall appear before this Court for Status and Discovery Conferences on the following dates:

October 1, 2025, at 9:00AM, and

April 1, 2026, at 9:00AM

**IT IS FURTHER ORDERED** that the Government shall produce to the Defendants all "in scope" cellular telephone data no later than April 7, 2025, (as stated on the record during the hearing) and all transcripts of relevant audio- and video-recorded communications no later than May 6, 2025.

  **IT IS FURTHER ORDERED** that the motions deadline is February 6, 2026.

  **IT IS FURTHER ORDERED** that any defendant who chooses to plead guilty must notify this Court of his intent to plead guilty by May 29, 2026.

  **SO ORDERED**, this the 11th day of April, 2025.

                    _____
                    UNITED STATES DISTRICT JUDGE

_____
DEFENDANT


_____
COUNSEL FOR DEFENDANT


*Charles W. Kirkham*
COUNSEL FOR GOVERNMENT

_____
DEFENDANT

_____
COUNSEL FOR DEFENDANT

_____
DEFENDANT

_____
COUNSEL FOR DEFENDANT

_____
DEFENDANT

_____
COUNSEL FOR DEFENDANT