IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                    CRIMINAL NO. 3:24-cr-103-DPJ-LGI

JODY E. OWENS II,
CHOKWE ANTAR LUMUMBA, and
AARON B. BANKS

BILL OF PARTICULARS
SPECIFYING PROPERTY TO BE FORFEITED

The United States of America, by and through its United States Attorney and the

undersigned Assistant United States Attorney for the Southern District of Mississippi,

respectfully submits the following Bill of Particulars for forfeiture of property.

The United States hereby gives notice that, in relation to the charges alleged in the

Indictment [3], it is seeking forfeiture of the following property pursuant to 18 U.S.C. §§

981(a)(1)(C), 982(a)(1) and 28 U.S.C. § 2461:

| ASSET ID | Property Description |
|----------|---------------------|
| TBD | $3,580.94 seized on May 2, 2025, from BankPlus. |

**RESPECTFULLY SUBMITTED,** this the 1st day of July 2025.

PATRICK A. LEMON
Acting United States Attorney

By:    */s/Charles W. Kirkham*
CHARLES W. KIRKHAM
Assistant United States Attorney
Mississippi Bar Number: 102022
501 E. Court Street, Suite 4.430
Jackson, MS  39201
(601) 965-4480 Phone
(601) 965-4409 Facsimile
Email: chet.kirkham@usdoj.gov

<u>**CERTIFICATE OF SERVICE**</u>

     I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the appropriate counsel in this case.

     This the 1st day of July 2025.

By:    <u>*/s/Charles W. Kirkham*      </u>
          CHARLES W. KIRKHAM
          Assistant United States Attorney