IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 3:24-cr-103-DPJ-LGI

JODY E. OWENS II,
CHOKWE ANTAR LUMUMBA, and
AARON B. BANKS

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Patrick A. Lemon, Acting United States Attorney for the Southern District of Mississippi, by and through his undersigned Assistant United States Attorney, Charles W. Kirkham, hereby moves for leave of Court to withdraw as counsel for the United States in the instant case. Department of Justice Trial Attorney Nicholas W. Cannon is lead counsel of record for the Government.

WHERFORE, the Government requests that the Court grant the motion of the undersigned Assistant United States Attorney.

Respectfully submitted,

PATRICK A. LEMON
Acting United States Attorney

By:   *s/Charles W. Kirkham*
Charles W. Kirkham
Assistant U.S. Attorney
501 East Court Street, Suite 4.430
Jackson, MS 39201
Ph: (601) 965-4480
Fax: (601) 965-4409
Mississippi Bar No. 102022

## **CERTIFICATE OF SERVICE**

I, Charles W. Kirkham, Assistant United States Attorney, hereby certify that I electronically filed the foregoing *Motion to Withdraw as Counsel of Record* with the Clerk of the Court using the ECF system which sent notification of such filing to the parties of record.

On this, the 28th day of July 2025.

*s/Charles W. Kirkham*
Charles W. Kirkham
Assistant U.S. Attorney