# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**UNITED STATES OF AMERICA**

v.  CRIMINAL NO.:   3:24-cr-00103-DPJ-LGI

**JODY E. OWENS II,**
**CHOKWE ANTAR LUMUMBA, and**
**AARON B. BANKS**

## NOTICE OF APPEARANCE

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that the undersigned hereby enters his appearance as counsel for the United States of America:

> **DAVID H. FULCHER**
> Assistant United States Attorney
> 501 East Court Street, Suite 4.430
> Jackson, Mississippi 39201
> dave.fulcher@usdoj.gov
> Telephone No.: (601) 973-2824
> Mississippi Bar No.: 10179

Service of all pleadings, papers, and documents required to be served on the United States in this action should also be served on the above-named appearing counsel.

Dated:   July 31, 2025

Respectfully submitted,

PATRICK A. LEMON
Acting United States Attorney

By:   */s/ David H. Fulcher*
DAVID H. FULCHER
Assistant United States Attorney
501 East Court Street, Suite 4.430
Jackson, Mississippi 39201
Telephone No.: (601) 973-2824
Mississippi Bar No.: 10179

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the ECF system to all ECF participant(s) of this record.

Dated:   July 31, 2025

/s/ *David H. Fulcher*
DAVID H. FULCHER
Assistant United States Attorney
