# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

**UNITED STATES OF AMERICA**

v.  **CRIMINAL NO. 3:24-cr-00103-DPJ-LGI**

**JODY E. OWENS II,**
**CHOKWE ANTAR LUMUMBA, and**
**AARON B. BANKS**

## ORDER GRANTING UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO MEET AND CONFER REGARDING DISCOVERY

On June 26, 2025, the United States filed an Unopposed Motion for Extension of Time to Meet and Confer Regarding Discovery [61] due to the voluminous nature of the discovery in this case. The United States seeks a 45-day extension of time to complete discovery in this case and meet and confer with counsel for the defendants. *Id.* at 1, 2. Counsel for the United States represented that counsel for all defendants had been consulted on their position to the request and have no objection. *Id* at 1 . The Court finds the United States' Motion [61] should be granted for the reasons stated therein.

The discovery materials involved in this case are voluminous, and the exchange of that discovery between the parties is still ongoing. The parties have been engaged in good faith discussions to resolve any issues without requiring the Court's intervention. The United States does not believe this extension of time will impact any other deadlines set by the Court in its Amended Order Granting Continuance [59].

That said, the Court set these deadlines to ensure that the trial date will not be extended. While the Court grants the present motion, the parties are on notice that absent extraordinary circumstances, the case will be tried as scheduled. Motions to extend other deadlines will be scrutinized.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Unopposed Motion [61] is granted.

**IT IS FURTHER ORDERED** that the deadline to meet and confer concerning any outstanding discovery issues, originally set for June 26, 2025, is hereby extended to **August 10, 2025**.

**IT IS FURTHER ORDERED** that the remaining deadlines set forth in the Amended Order [59] shall remain in place.

**SO ORDERED**, this the 6th day of August, 2025.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE