IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:24-cr-103-DPG-LGI

JODY E. OWENS II,
CHOKWE ANTAR LUMUMBA, and
AARON B. BANKS

## UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF MOTIONS DEADLINE

The United States, by and through the undersigned, requests that the Court grant a three-week extension of time to file motions in this case. Defense counsel for all defendants have been consulted on their position as to this request and have no objection. In support of this request, the government states as follows:

1. On April 11, 2025, the Court entered an Amended Order Granting Continuance in this case and set the deadline for filing all motions as February 6, 2026. ECF No. 59.

2. The government and counsel for the defendants have been engaged in good faith discussions to try and resolve questions and issues that have come up during the defense review of the discovery, and the government remains committed to trying and resolve this issue with all the defendants without Court intervention.

3. One of the attorneys for the government, David H. Fulcher, is currently preparing for trial in the matter of *The United States of America v. Theodore M. Dibiase, Jr.* which is scheduled to begin on January 6, 2026, before District Judge Carlton W. Reeves. The estimated length of trial is approximately three weeks.

4. Accordingly, the attorneys for the government are in need of additional time to prepare and respond to motions in this case.

2

      5.      The United States therefore requests an extension of 21 days to February 27, 2026, to file motions in this case.

      6.      The parties do not believe this extension of time should have any impact on any other deadlines set by the Court in the Amended Order (ECF No. 59).

      Respectfully submitted,

| | |
|---|---|
| J.E. BAXTER KRUGER<br>United States Attorney<br>Southern District of Mississippi | EDWARD P. SULLIVAN<br>Acting Chief, Public Integrity Section<br>U.S. Department of Justice |
| /s/ *Kimberly T. Purdie*<br>Kimberly T. Purdie (MS Bar No.: 104168)<br>David H. Fulcher (MS Bar No.: 10179)<br>501 E. Court St., Ste. 4.430<br>Jackson, MS 39201<br>Tel: (601) 965-4480<br>Email: kimberly.purdie@usdoj.gov<br>Email: dave.fulcher@usdoj.gov | /s/ *Nicholas W. Cannon*<br>Nicholas W. Cannon (D.C. Bar No.: 984858)<br>Madison H. Mumma (NC Bar No.: 56546)<br>Trial Attorneys<br>Criminal Division<br>Tel: (202) 514-8187<br>Email: nicholas.cannon2@usdoj.gov<br>Email: madison.mumma@usdoj.gov |

**CERTIFICATION OF SERVICE**

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which provided notice to all counsel of record.

      Dated: December 15, 2025

                                          /s/ *Kimberly T. Purdie*
                                          Kimberly T. Purdie
                                          Assistant United States Attorney