UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                              CRIMINAL NO. 3:24-cr-00103-DPJ-LGI

JODY E. OWENS II,
CHOKWE ANTAR LUMUMBA, and
AARON B. BANKS

ORDER GRANTING UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF MOTIONS DEADLINE

On December 15, 2025, the United States filed an Unopposed Motion for Extension of Motions Deadline [71] in this case. The United States seeks a 21-day extension of time to February 27, 2026, to file motions. *Id.* at 1, 2. Counsel for the United States represented that counsel for all defendants had been consulted on their position to the request and have no objection. *Id* at 1. The Court finds the United States' Motion [71] should be granted for the reasons stated therein.

The government needs additional time to prepare and respond to motions due to an upcoming trial that is expected to last three weeks. Additionally, the parties have been engaged in good faith discussions to resolve any issues without requiring the Court's intervention. The United States does not believe this extension of time will impact any other deadlines set by the Court in its Amended Order Granting Continuance [59].

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Unopposed Motion [71] is granted.

**IT IS FURTHER ORDERED** that the deadline to file motions, originally set for February 6, 2026, is hereby extended to **February 27, 2026.**

**IT IS FURTHER ORDERED** that the remaining deadlines set forth in the Amended Order [59] shall remain in place.

**SO ORDERED AND ADJUDGED** this the 18th day of December, 2025.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE
