IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 3:24-cr-103-DPG-LGI

JODY OWENS II,
CHOKWE ANTAR LUMUMBA, and
AARON B. BANKS

### Motion to Withdraw as Counsel for the United States

The United States, by and through the undersigned, moves to withdraw as counsel for the United States in the above captioned case. The undersigned will be resigning from the Department of Justice effective December 26, 2025 and therefore must withdraw. Counsel of record for the defendants have been notified of the above.

Respectfully submitted,

*/s/ Nicholas W. Cannon*
Nicholas W. Cannon (D.C. Bar No.: 984858)
Trial Attorney
Criminal Division
Tel: (202) 514-8187
nicholas.cannon2@usdoj.gov

1

## CERTIFICATION OF SERVICE

I hereby certify that on this day, a copy of the foregoing document was served via email at the email address indicated below:



Dated: January [X], 2025

                                                    Kimberly T. Purdie
                                                  Assistant United States Attorney