FD-1057 (Rev. 5-8-10)

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION
## Electronic Communication

**Title:** (U) To request authority to utilize pen register and/or trap and trace of ▮▮▮▮▮▮ ▮▮▮▮

**Date:** 08/02/2022

**From:** JACKSON
　　　　JN-12
　　　　**Contact:** GALICIA BERTA

**Approved By:** SSA JAMES RYAN JOSEPH
　　　　　　　　ASAC DIMACHKIE M M

**Drafted By:** GALICIA BERTA
　　　　　　　Lawrence Andrew Correll

**Case ID #:** 194B-JN-3287247-PEN (U) CHOKWE ANTAR LUMUMBA,
　　　　　　　　　　　　　　　　　　MAYOR OF JACKSON, MISSISSIPPI;
　　　　　　　　　　　　　　　　　　SOCRATES GARRETT,
　　　　　　　　　　　　　　　　　　AKIL BAKARI,
　　　　　　　　　　　　　　　　　　MIKE WALKER,
　　　　　　　　　　　　　　　　　　HONDO LUMUMBA,
　　　　　　　　　　　　　　　　　　SAFIYA OMARI,
　　　　　　　　　　　　　　　　　　QUNICY MUKORO,
　　　　　　　　　　　　　　　　　　CDPO - CORRUPTION OF STATE AND LOCAL
　　　　　　　　　　　　　　　　　　PUBLIC OFFICIALS - LOCAL LEVEL

**Synopsis:** (U) To request authority to utilize pen register and/or trap and trace coverage and to request analyst be assigned to download pen register information.

**Enclosure(s):** Enclosed are the following items:
1. (U) pen register
2. (U) pen register

**Details:**

　　The purpose of this EC is to request authority for the use of pen register and/or trap and trace equipment in the above-captioned investigation: The following information is being furnished with respect

UNCLASSIFIED

**UNCLASSIFIED**

Title: (U) To request authority to utilize pen register and/or trap and trace of ███████████
Re: 194B-JN-3287247-PEN, 08/02/2022

to this request:

    1. Pen Register      X (check if applicable)
    2. Trap & Trace      X (check if applicable)
    3. Initial Submission    (check if applicable)
    4. Renewal Request   X (check if applicable)
    5. Telephone number and subscriber information:

███████████ (Utilized by Jackson, Mississippi Mayor, Chokwe Antar Lumumba)

    AT&T
    11760 U.S. Highway 1, Suite 300
    North Palm Beach, FL 33408

6. Has all service and feature information for the number been obtained from the telephone company? Yes

7. AUSA Charles W. Kirkham concurred with the use of this technique on March 29, 2022.

8. Set forth a brief synopsis of the case and the reason(s) justifying the use of the technique.

This investigation was based on CHS reporting and interviews indicating that Quincy Mukoro, owner of the Octagon Group and the current lobbyist for the City of Jackson, was extorting individuals who were trying to obtain contracts with the City. Statements from Mukoro suggest that Mayor Chokwe Antar Lumumba may be receiving kickbacks from the fees Mukoro is obtaining in exchange for the contracts with the City. Based on a witness interview (serial 98), Mukoro told a witness that he is best friends with Mayor Lumumba and he can guarantee a contract with the City in exchange for a retainer fee of $50,000 to $70,000.

The previous pen register analysis shows that Mukoro and Mayor Lumumba

**UNCLASSIFIED**

2

**UNCLASSIFIED**

Title:  (U) To request authority to utilize pen register and/or trap and trace of ▬▬▬▬▬
Re:  194B-JN-3287247-PEN, 08/02/2022

are communicating on a regular basis. The investigative team is working on a plan to introduce CHS's to who can bid on contracts with the City of Jackson. The plan is for one, or multiple CHS's, to meet with and pay Mukoro to guarantee a contract with the City. The purpose of the new pen register is to show real time communications between the CHS's, Mukoro, and Mayor Lumumba as these interactions are occurring.

   The pen register order and application will be uploaded to the 1A section of this file.


♦♦