FD-472 (Rev. 09-13-2018)

11/01/2022
(Date)

Jackson, MS
(Location)

I, Roadrunner , authorize
(Name)

Special Agents/TFOs: Lawrence Andrew Correll and Berta Galicia

of the Federal Bureau of Investigation, United States Department of Justice, to utilize the following

(<u>initial</u> all that apply):

*RR* Body Recorder, microphone, or other recording device on or in the vicinity of my person;

*RR* Transmitter on or in the vicinity of my person;

*RR* Recording device or other equipment to capture and record telephone communications, including conversations (voice), text messages, e-mails, Internet, or other communications made or received over any telephone used by me;

*RR* Closed Circuit Television (CCTV) or other video equipment located at

_____ to view
(List address, Name/Location of Hotel, or Description of vehicle etc., or state "on consenting party")

_____
(If not "on consenting party," describe area to be viewed (i.e. residence kitchen area; restaurant rear table etc.))

and/or

*RR* Install a Pen Register and/or Trap and Trace device in conjunction with the appropriate provider(s) of electronic or wire communications service and/or long distance carrier for the purpose of identifying telephone numbers calling and being called by my telephone number which is:
_____.

*RR* Other (Specify): _____
(Note: "Other" category may not be used to document consent for the monitoring of computer electronic communications. For consent/authorization to monitor computer communications, including the communications of a computer trespasser, refer to the FD-1070 and/or FD-1071, as appropriate.)

for the purpose of monitoring, viewing, listening to, and/or recording any activity I may have with

Elliott Flaggs, Quincy Mukoro, Chokwe Antar Lumumba and others as yet unknown
(Name of Person(s))

which I may have on or about 11/01/2022 and continuing thereafter until such a time as
(Date)

either I revoke my permission or the FBI terminates the investigation.

I understand that I must be a party to any communication in order to record or monitor that communication. I therefore agree not to leave the recording or monitoring equipment unattended or take any action which is likely to result in the recording or monitoring of communications to which I am not a party.

I have given this written permission to the above-named Special Agents/TFOs voluntarily, and without threats or promises of any kind.

_____
(Signature)

Witnesses:

_____

_____

Investigative File Number: 194A-JN-3287247