MISSISSIPPI:

UNITED STATES DEPARTMENT OF JUSTICE
UNITED STATES ATTORNEY'S OFFICE
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA,

       PLAINTIFF,

VS.

TORRENCE MAYFIELD,

       DEFENDANT.

_____

AUDIO TRANSCRIPTION INTERVIEW OF
TORRENCE MAYFIELD

WEDNESDAY, APRIL 26, 2023
8:13 A.M.

TOLL-FREE 800.262.8777  LOCAL 540.667.0600  FAX 540.667.6562

County
COURT REPORTERS, Inc.
Videography  Litigation Technology™



**APPEARANCES**


TORRENCE MAYFIELD

SPECIAL AGENT LAWRENCE E. CORRELL

SPECIAL AGENT BERTA GALICIA

1           AUDIO TRANSCRIPTION INTERVIEW OF

2                  TORRENCE MAYFIELD

3              WEDNESDAY, APRIL 26, 2023

4                     8:13 A.M.

5              SA CORRELL:  The time is 8:13 a.m.

6   on April 26, 2023.  This is Special Agent

7   Lawrence A. Correll with Special Agent Berta

8   Galicia.  We're sitting here with Torrence

9   Mayfield about to conduct an interview.  Mr.

10   Mayfield, we talked previously to the recorder

11   coming on where you were advised of your Miranda

12   rights and you signed a consent form.  Is that

13   correct?

14              MR. MAYFIELD:  Yes, sir.

15              SA CORRELL:  Okay, all right.  So,

16   we asked you what you're doing for work.  So,

17   what are you doing for work now?

18              MR. MAYFIELD:  I am doing

19   investigative for the Hinds County DA.

20              SA CORRELL:  Okay, and that's Jody

21   Owens?

22              MR. MAYFIELD:  Yes, sir.

23              SA CORRELL:  And you're a State

24   employee?

25              MR. MAYFIELD:  Yes, sir.

```
 1                    SA CORRELL:  Okay.

 2                    SA GALACIA:  Do you have a, is

 3    that like a set of hours that you're working per

 4    week?  How does that work?

 5                    MR. MAYFIELD:  Yeah, 40 hours a

 6    week.

 7                    SA GALACIA:  Forty hours a week.

 8                    MR. MAYFIELD:  Yes, ma'am.

 9                    SA GALACIA:  Is that day or night?

10                    MR. MAYFIELD:  Well, it's, I mean,

11    I'm with him, so.

12                    SA GALACIA:  Oh, you're with him,

13    okay.

14                    MR. MAYFIELD:  Yeah, so like when

15    he's out at night I don't get overtime or

16    anything like that, so.

17                    SA GALACIA:  So, it's kind of like

18    a ...

19                    MR. MAYFIELD:  Detail, yeah.

20                    SA GALACIA:  And you said that was

21    March 2023, right, the paperwork went through?

22                    MR. MAYFIELD:  Yes, ma'am.  Yeah,

23    that's '23, right?  Yeah.

24                    SA GALACIA:  Yeah.

25                    SA CORRELL:  So, as you sit here
```

 1  right now, are you aware of any illegal activity

 2  that you think we should be aware of?

 3              MR. MAYFIELD:  Illegal activity?

 4              SA CORRELL:  Yeah.

 5              MR. MAYFIELD:  Yes, it's Jackson,

 6  the metro area, yeah.

 7              SA CORRELL:  That doesn't involve,

 8  that involves public officials.

 9              MR. MAYFIELD:  Am I aware of any

10  illegal activity involve any public officials?

11              SA GALACIA:  Yes.

12              MR. MAYFIELD:  Like elected

13  officials?

14              SA CORRELL:  Elected officials,

15  appointed officials, State employees.

16              SA GALACIA:  Or someone in law

17  enforcement, anything.

18              MR. MAYFIELD:  Well, like I said,

19  for purposes of the record, as it relate to my

20  situation of being let go, yeah, we worked on a

21  Federal grant, right.  And, you know, we were,

22  the Federal grant gave us time to work as much as

23  we wanted to.  And I wrote 7,700 tickets in '21.

24  So, I was let go because my salary had exceeded

25  what the chief's salary exceeded.  But I legally

1  worked, I mean, you know, I do my little pumping

2  here.  I wasn't in here 15 minutes pumping, walk,

3  or whatever, and go.  But anyway, I was alleged

4  of taking time.  I don't do anything knowingly or

5  unknowingly illegal, because I'm too old to be in

6  this situation.  So as far as any elected

7  officials, public officials doing anything

8  corrupt, I can't say that I can put my hands on

9  somebody and say that I know that they, I can

10  confirm that they did this or that.

11           SA CORRELL:  Yeah.  Do you have

12  less than that, suspicions of people?

13           MR. MAYFIELD:  Yeah, the whole

14  department of JPD, yeah.

15           SA CORRELL:  Okay, who over there

16  at JPD are you, do you have suspicions on?

17           MR. MAYFIELD:  Anybody who's in a

18  position of authority.

19           SA CORRELL:  Okay, so ...

20           SA GALACIA:  Do you have ...

21           MR. MAYFIELD:  I mean, as far as

22  any, as an employee, everything that you do has

23  to be signed off on.

24           SA CORRELL:  Yeah.

25           MR. MAYFIELD:  Everything that you

```
 1  have to do with your boots on the ground has to

 2  be authorized.  You can't make your own schedule.

 3              SA CORRELL:  Yeah.

 4              MR. MAYFIELD:  So when you're

 5  doing something, you have to be authorized to do

 6  so.  You can't do anything, in layman's term,

 7  willy-nilly.

 8              SA CORRELL:  Yeah.

 9              MR. MAYFIELD:  So anything that

10  I've ever done has been authorized, you know,

11  from the chain of command, you know.  Not

12  Torrence Mayfield just doing what he wants to do.

13  So from that standpoint when you're advised of

14  something and then something like this comes up,

15  then I think you have a responsibility to say

16  that I authorized this person to do it.  You

17  know, a person who was doing tickets on 55 or

18  throughout the city from precincts one through

19  four, still working on calls of homicides,

20  carjackings, you know, home invasions, just

21  regular beat calls.

22              SA GALACIA:  Yeah.

23              MR. MAYFIELD:  And then recruiting

24  one of the instructors on SWAT.

25              SA CORRELL:  Okay.  So what about,
```

Interview of Torrence Mayfield    April 26, 2023    VR # 17471-T

```
 1  let's talk about your job with the DA's office.
 2              MR. MAYFIELD:  Okay, okay.
 3              SA CORRELL:  How did you get that
 4  job?  How did that happen?
 5              MR. MAYFIELD:  How did it come
 6  about?
 7              SA CORRELL:  Yeah, how did it come
 8  about?
 9              MR. MAYFIELD:  Well, we met in
10  2019.
11              SA GALACIA:  You and Jody?
12              MR. MAYFIELD:  Mm-hmm (Indicating
13  affirmatively).
14              SA GALACIA:  Okay.
15              MR. MAYFIELD:  We met in 2019.
16  And I was running for sheriff at the time; he was
17  running for DA.  It was just in passing, you
18  know, didn't know each other.  Hey, you know,
19  this is who I am and we vaguely spoke.  And
20  always when I'm selling the narrative of
21  bodyguard, you as a male, you can fight, you're a
22  man.  I don't doubt that you can fight.  But when
23  I protect you, I'm doing what's in the scope of
24  what I was assigned to do.
25              SA CORRELL:  Yeah.
```

County
COURT REPORTERS, Inc.
Videography      Litigation Technology™
800.262.8777 TOLL-FREE  •  540.667.0600 LOCAL  •  540.667.6562 FAX  •  CountyCourtReporters.com

GOV_000031

 1                    MR. MAYFIELD:  Do your dignitary

 2   protection.

 3                    SA CORRELL:  Sure.

 4                    MR. MAYFIELD:  So that's how that

 5   came about.

 6                    SA CORRELL:  Okay.

 7                    MR. MAYFIELD:  About different

 8   attacks or threats as far as people that have

 9   been put in jail.  And it was shortly after the,

10   the Fox incident or before the, the story broke

11   of him allegedly pointing a gun at his staff

12   members.

13                    SA CORRELL:  Yeah.

14                    MR. MAYFIELD:  A gun being pointed

15   at his staff member's boyfriend.  Yeah.  That's

16   when it, that's when we actually started kind of

17   ...

18                    SA CORRELL:  Okay.

19                    SA GALACIA:  Was that like

20   something like he reached out to you or?

21                    MR. MAYFIELD:  Yes.

22                    SA GALACIA:  Okay.

23                    SA CORRELL:  So in terms of, I

24   mean, it sounds like you're close to Jody.  What

25   do you know about Jody?  Is Jody involved in

1   anything that you think we need to be aware of?

2              MR. MAYFIELD:  Not that I know of.

3   I mean, the only thing, you know, the only thing

4   I do as his, his detail, I don't do anything

5   outside of that or I'm not involved in any, I

6   don't go, I don't go into the meetings.

7              SA CORRELL:  Yeah.

8              MR. MAYFIELD:  So like you're,

9   hey, you're Jody, you're going to a meeting, I'm

10  standing at the door.  Same thing that I did for

11  Tony Garver.  I don't, I don't invoke myself in

12  things that don't have to do with me protecting

13  you.

14             SA CORRELL:  Yeah.

15             MR. MAYFIELD:  You know, once I

16  move I'm driving you wherever we're going to

17  point A to point B.

18             SA CORRELL:  Okay.

19             MR. MAYFIELD:  And getting you

20  back to a safe location.  But I don't interject

21  into things that don't have anything to do with

22  the scope of me bodyguarding.  You know, it's

23  just like my personal life.  My personal life is

24  private, I don't, you know, I work out, I go to

25  gym, I take my son to school.  And, you know, and

1  I did with Jody, I mean, those are the things

2  that I do.  I don't like, you're a female, ...

3           **SA GALACIA:**  Yeah.

4           **MR. MAYFIELD:**  ... respectfully.

5  I'm not coming to visit you.  If we see each

6  other, you're going to have to come and visit me,

7  just for my comfort zone.  Because I have cameras

8  at my house, so I don't want you to say that

9  Torrence has done anything.  No, ...

10          **SA CORRELL:**  Yeah.

11          **MR. MAYFIELD:**  ... you, I, you

12  come walk in the house, there's a kitchen where

13  you come in the kitchen living room, you're not

14  going to say that I put my hands on you.  I'm

15  just a real, I'm not going to say scary, I'm a

16  real protective person ...

17          **SA CORRELL:**  Yeah.

18          **MR. MAYFIELD:**  ... of just being

19  able to be safe and sound if that makes sense.

20  So, you know, ...

21          **SA CORRELL:**  Makes sense.

22          **MR. MAYFIELD:**  ... I'm not going

23  to visit any coworkers at their houses.  You have

24  to come to me, you know.

25          **SA GALACIA:**  Okay, but like

```
 1  throughout your job with Jody have you heard
 2  things?  Have you seen like people do certain
 3  things like ...
 4              MR. MAYFIELD:  Lose certain
 5  things?
 6              SA GALACIA:  Do certain things
 7  like all the individuals that Jody hangs out
 8  with.  Some officials.
 9              MR. MAYFIELD:  Um, as far as
10  officials, I mean, I can't, well, you're saying
11  hanging out.  So my term of hanging out may be
12  different from yours.  So, like ...
13              SA GALACIA:  Well, maybe
14  workmates, like if you work with someone, have
15  you heard things or ...
16              MR. MAYFIELD:  Well, see, that's
17  what I'm saying ...
18              SA GALACIA:  ... have you seen
19  things?
20              MR. MAYFIELD:  ... if there's a
21  meeting I'm not in the meeting.
22              SA GALACIA:  You wouldn't go in?
23              MR. MAYFIELD:  Yeah, I wouldn't go
24  in the meeting.  So like if you're, if you're
25  smoking a cigar and you're meeting with another
```

```
 1  official, I'm not going to be in that meeting.
 2            SA GALACIA:  Okay.
 3            MR. MAYFIELD:  So whatever
 4  interactions that you all may have, it won't
 5  involve me, you know.  I abstain from that
 6  portion of what you do.
 7            SA GALACIA:  Okay.
 8            MR. MAYFIELD:  You know, that way,
 9  and that's, it's a twofold, right.  You abstain
10  from it because you don't want to be, I don't
11  want to be caught up in anything.  I'm here to
12  protect you.  You know, my name made the news
13  with Tony that I was allegedly around when this
14  and that, no, I bodyguard him.  I don't know any,
15  I don't know anything about any what was alleged,
16  any extramarital.  I don't know anything about
17  that.  I protect him.  I drive him.
18            SA CORRELL:  Yeah.
19            MR. MAYFIELD:  I make sure that he
20  gets home and to work safely.
21            SA CORRELL:  Yeah.
22            MR. MAYFIELD:  That is it.  You
23  know, so as far as meetings, has he met with
24  people?  I mean, yeah, he's met with supervisors
25  here in the county, smoked cigars.  He's met
```

1  with, you know, sheriff, state representatives,

2  lieutenant governor.  And those are, well,

3  lieutenant governor was football game, the two

4  times that we've been in proximity to him.

5  Football game Jackson State and a fundraiser at

6  Mancha.  I do know those two directly.  The other

7  ones would be in passing at the Cigar Shop.

8              SA GALACIA:  Okay.

9              SA CORRELL:  Do you think, do you

10 have any way to, as you sit here, work your way

11 somewhere that you think you could have access to

12 something that might be going on?  You say

13 you're, you're around a lot of people, right, in

14 your job as a bodyguard.

15             MR. MAYFIELD:  Mm-hmm (Indicating

16 affirmatively).

17             SA CORRELL:  And you say you don't

18 know anything specific right now.  The reason I'm

19 asking is because ...

20             MR. MAYFIELD:  I know why you're

21 asking.

22             SA CORRELL:  I'm trying to, you

23 know, ...

24             MR. MAYFIELD:  No, no, no, I'll

25 follow you.

County
COURT REPORTERS, Inc.
Videography    Litigation Technology™
800.262.8777 TOLL-FREE  •  540.667.0600 LOCAL  •  540.667.6562 FAX  •  CountyCourtReporters.com

GOV_000037

```
 1                    SA GALACIA:  You know you hear
 2   things, right?
 3                    MR. MAYFIELD:  Right.
 4                    SA GALACIA:  Everyone's saying the
 5   same thing, that there's a lot of corruption
 6   here.
 7                    MR. MAYFIELD:  Oh, no, no, now,
 8   now, okay, so and again I don't like speaking
 9   from a place of unknown, okay?
10                    SA CORRELL:  Yeah.
11                    MR. MAYFIELD:  You just dealt with
12   the garbage contract, right?
13                    SA CORRELL:  Yep.
14                    SA GALACIA:  Yep.
15                    MR. MAYFIELD:  Not in the city
16   anymore.  So I don't have any reservation of
17   speaking what my thoughts are on that.  You have,
18   you have one particular person changes from a no
19   to a yes to make the garbage contract go for a
20   year.  Okay, let's, let's dot our I's and cross
21   our T's.  Why does this make sense?  Other than,
22   you know, doing right by the citizens, how does
23   this help you as an individual?  Well, it's an
24   $11 million contract on the table.
25                    SA CORRELL:  Yeah.
```

```
 1              MR. MAYFIELD:  I mean, and if you
 2  get on TV crying that you want this, and I'm a
 3  big component if you go back and look when
 4  Ferguson happened and Black Lives Matter started
 5  when I was chief in Edwards, I did all lives
 6  matter.  Because that's what it means to me.  I'm
 7  not into the black and white thing, I don't pull
 8  the race card.  I'm not, I'm not a component of
 9  that.  But when you do that and you get in a
10  pissing match with the governor of the State of
11  Mississippi who has the power to help or break
12  you, ...
13              SA GALACIA:  Yeah.
14              MR. MAYFIELD:  ... and you choose
15  to let it continue to break you, well, I mean,
16  the signs are there.  You're getting on there
17  howling about a garbage contract.  Now we lost a
18  water to, well, hadn't lost a water, but the
19  water will be controlled in Pearl instead of in
20  Jackson.  There's something there.  Now, I don't
21  know exactly what but, I mean, you know, I have
22  my, my thoughts and ideas that it's some
23  underhand, you know, payments that would be made
24  across the board.  I mean, Jackson is in a horrid
25  mess because everybody is being thrown under the
```

 1  bus to save another person.

 2                  SA CORRELL:  Yeah.

 3                  MR. MAYFIELD:  You know, let me

 4  throw you under the bus to save me.  And that's

 5  exactly what happened with me and my job.

 6                  SA CORRELL:  Yeah.

 7                  MR. MAYFIELD:  You know, I got

 8  thrown under the bus and, you know, when you, you

 9  all are very diligent in what you do.  There are

10  14 people who made over $100,000 at JPD.  One

11  almost made 200,000.  That name was never

12  reported.  Never brought in the news.  I made

13  130.

14                  SA CORRELL:  Yeah.

15                  MR. MAYFIELD:  He made 175.

16                  SA CORRELL:  Who was that?

17                  MR. MAYFIELD:  Frederick Reginal.

18  We work in the same precinct.  He worked double

19  shifts, though.

20                  SA CORRELL:  Yeah.

21                  MR. MAYFIELD:  I didn't work

22  double shifts.  So, you know, the questions that

23  you ask, how can you possibly work this many

24  hours without rest?  When you're writing a

25  ticket, I'm doing as much as you're doing now,

County
COURT REPORTERS, Inc.
Videography    Litigation Technology™
800.262.8777 TOLL-FREE  •  540.667.0600 LOCAL  •  540.667.6562 FAX  •  CountyCourtReporters.com

GOV_000040

 1  sitting in a car, running radar.  Deet.  Get out,

 2  walk to a car.  I may sit there on the highway

 3  under the bridge, you know, for an hour just kind

 4  of woosah, but I'm at work.

 5          SA CORRELL:  Yeah.

 6          MR. MAYFIELD:  Does that make

 7  sense?  I mean, you all have done patrol work I'm

 8  sure to some degree.  So you're not actively

 9  working-working or dealing with the nuances ...

10          SA GALACIA:  Yeah.

11          MR. MAYFIELD:  ... of calls, which

12  that is draining on the body.  Ticket writing is

13  not draining.

14          SA CORRELL:  Yeah.

15          MR. MAYFIELD:  You can do that all

16  day, every day.  I mean, I pull up and go to

17  sleep in the parking lot.

18          SA CORRELL:  Yeah.

19          MR. MAYFIELD:  Be ready to clock

20  in the next morning and start writing them again.

21          SA CORRELL:  Yeah.

22          MR. MAYFIELD:  So, you know, the

23  chief signed off or his signature's on my papers,

24  but everything that I did was authorized by him.

25  You know, put Mayfield out here, put Mayfield out

1  here, put Mayfield out here, put Mayfield out

2  here.  Okay, well, Mayfield's going to go out

3  here and produce, you know.  It's not, well, I

4  was laying up in bed, you know, in my house not

5  working.  No, I mean, I worked.

6                    SA CORRELL:  Yeah.

7                    MR. MAYFIELD:  You know, it's a

8  difference.

9                    SA GALACIA:  Who do you think

10  threw you under the bus?

11                    MR. MAYFIELD:  Now I've had a year

12  to think about that and I don't know.  And, you

13  know, one of the greatest faults that I may

14  possess is trusting people too much or having

15  loyalty to people that don't deserve my loyalty.

16  And I've given that and it hasn't been given back

17  in return.  I've worked admirably for the

18  department because I believe in what the

19  department, well, I believe in what policing

20  stands for.  You've lost that in law enforcement,

21  whether it's FBI or the boots on the ground

22  regular police.  Law enforcement is just not a

23  field that people want to be in and those who are

24  in it, you have to be in it other than a

25  paycheck.  Now I'm just fortunate that it gave me

```
 1  an avenue to make money, but I worked, you know.
 2  And then I'm a stern person, I'm not going to
 3  violate anybody's civil rights.  I'm not going to
 4  mistreat you, you're not going to get cursed out
 5  by me, I'm a fair person across the board.  But
 6  I'm stern and I, and I have a size enough to
 7  where when I get out of the car in a uniform it
 8  commands a respect.
 9            SA GALACIA:  Yeah.
10            MR. MAYFIELD:  You know, I'm from
11  Chicago, so that's what it commands.  So with
12  that being said, I think for the standpoint when
13  you sign off on things you have a responsibility,
14  as much as they, they targeted me to say that I
15  was taking.  Okay, then if he's taking and you're
16  saying I've been taking for over a year, why did
17  it take you a year or a year and four months to
18  detect that I was taking or that I was doing
19  something illegally?
20            SA CORRELL:  Yeah.
21            MR. MAYFIELD:  Because payroll's
22  got to come across your desk every day.  And if
23  you are intelligent, you're looking at everything
24  your signature is going on.  So if there's a red
25  flag, okay, let's call this person in.
```

 1              SA CORRELL:  Yeah.

 2              MR. MAYFIELD:  Because JPD has

 3  general orders and civil service protection, so,

 4  excuse me, that's acid reflux.  But in that, if I

 5  was doing something just so, you know, wrong,

 6  then, you know ...

 7              SA GALACIA:  What did ...

 8              MR. MAYFIELD:  Yeah, why would I

 9  have called in.  So, I mean, you have, you have a

10  responsibility as much as you're putting blame

11  and onus on me.

12              SA CORRELL:  Yeah.

13              MR. MAYFIELD:  So that for your

14  question, you know, are there other people.  It

15  starts there.  And I can have my commander or my

16  sergeant validate that everything that I did,

17  they were giving order to assign me to the

18  highway or certain areas of the city to write

19  tickets.  Which is Commander Randy Avery and

20  Sergeant Kenyatta Gowdy. Those are my direct

21  supervisors.  Because I wouldn't do anything

22  unless they gave me a direct order, you know.  As

23  far as me just let me appear where I want to

24  appear, I wouldn't do that.

25              SA GALACIA:  Is that something

 1  that you wanted or you were told to do it?

 2              MR. MAYFIELD:  As far as traffic?

 3              SA GALACIA:  Yeah.

 4              MR. MAYFIELD:  I was told to do

 5  it.  So if you remember in '21, January 1 when

 6  they shut down the highway, the kids got out

 7  there a couple hundred cars and donuts.

 8              SA CORRELL:  Oh, yeah.

 9              SA GALACIA:  Yeah.

10              MR. MAYFIELD:  Okay, I just made

11  it home.  I had made it home, okay, they're up

12  here, you got to get up here and do something.

13  So I went up there and we started a task force

14  shortly after.  MHP and JPD were supposed to be

15  doing a joint thing as far as running the

16  highway.  Well, MHP didn't stay up there long.

17  And at that point, and I have a documented copy

18  on my computer that I can show you that this is

19  what I was tasked to do.

20              SA CORRELL:  Yeah.

21              MR. MAYFIELD:  So with that being

22  said, I gave you a copy because you told me to

23  develop a schedule for all officers.

24              SA GALACIA:  Yes.

25              MR. MAYFIELD:  This is what we're

1  supposed to be doing.  So I did what I was asked

2  to do, nothing more.  You know, I didn't work,

3  you know, 21 or 24 straight hours.  You know,

4  when you see anything 20, we get paid eight hours

5  for a holiday or we did when I was still there.

6              SA CORRELL:  Yeah.

7              MR. MAYFIELD:  So if you worked,

8  you just do the math.  If you're given eight,

9  just given, ...

10             SA GALACIA:  Yeah.

11             MR. MAYFIELD:  ... and you turn

12  around and work a 16 or 15-hour shift, 15 or 16

13  plus eight is over 20, right?

14             SA GALACIA:  Yes.

15             SA CORRELL:  Right.

16             MR. MAYFIELD:  It looks that way,

17  but it's not that way.  I mean, yeah, but I'll

18  average 16, 17 hours a day.

19             SA CORRELL:  Yeah.

20             MR. MAYFIELD:  You know, I mean, I

21  was getting it.  You know, I mean, you know when

22  you're an officer and you're making 31,000 a year

23  and you're by yourself ...

24             SA GALACIA:  You've got to do

25  something.

1        **MR. MAYFIELD:**  ... you've got to

2   do what you've got to do to make money.  But to

3   your point, I mean, are there people, I believe

4   from over at City Hall, over to the police

5   department?  Jackson has gone from an influx of

6   300, maybe 330 plus officers to under 130.

7        **SA CORRELL:**  Yeah.

8        **MR. MAYFIELD:**  That's one thing.

9   I can't speak for any other department in the

10  county.  As far as in the DA's office, I don't

11  interact with the, the ADAs.  You know, my

12  interaction with the DA directly is, like I said,

13  you know, it's more I know his parents, I've met

14  them, I know his wife and his three kids.  So,

15  you know, the interaction with them, you kind of

16  personalize yourself when you're dealing with

17  them.

18       **SA GALACIA:**  Yeah.

19       **SA CORRELL:**  Sure.

20       **MR. MAYFIELD:**  You know, when I'm

21  out working, you know, for anybody that you would

22  interview about me would say, oh, he's an

23  asshole.  Because I'm stern.  I'm like Secret

24  Service.  They don't talk.  They don't greet you.

25  They don't walk up and hug and give you a kiss.

```
 1              SA CORRELL:  Yeah.

 2              MR. MAYFIELD:  I treat myself and

 3  conduct myself in the same manner because if at

 4  any point that I start doing that, then I've let

 5  my guard down.  I've let my guard down and opened

 6  up a door for you to attack this individual.  And

 7  that's the reason that we got together, because

 8  there were alleged threats from the assistant's

 9  boyfriend who said that he had pointed a gun at

10  him.  And then he was sending a barrage of texts,

11  you know, I'm going to kill you and I'm going to

12  do this and ended up locked up or whatever.  And

13  I don't know if he's locked up or what his

14  current status is, but that's what brought the

15  relationship together or brought me in the

16  presence of working for him.

17              SA CORRELL:  So you work, what

18  hours do you generally work for?

19              MR. MAYFIELD:  I mean, I'll go

20  into the office at ten.  I mean, it depends on

21  when he goes home.

22              SA CORRELL:  Yeah.

23              MR. MAYFIELD:  Yeah.

24              SA CORRELL:  Okay.  Do you do any

25  like ...
```

County
COURT REPORTERS, Inc.
Videography   Litigation Technology™
800.262.8777 TOLL-FREE   •   540.667.0600 LOCAL   •   540.667.6562 FAX   •   CountyCourtReporters.com

GOV_000048

```
 1                MR. MAYFIELD:  Do I do any
 2   investigative work?  Not per se.
 3                SA CORRELL:  No.
 4                MR. MAYFIELD:  I'm not going to
 5   investigate you as far as bring you to the Grand
 6   Jury, but I'll ...
 7                SA CORRELL:  No, I was going to
 8   ask do you do any like after hours work?  When he
 9   goes ...
10                MR. MAYFIELD:  Like if he goes to
11   the Cigar Shop, yes.
12                SA CORRELL:  You say you do ...
13                MR. MAYFIELD:  Yeah, yeah, that's
14   what I was telling her.
15                SA CORRELL:  Okay.
16                MR. MAYFIELD:  He has a private
17   area in the back where, you know, where he, you
18   know, where he goes to smoke.  He doesn't sit out
19   with the general public.  So he has a private
20   area like a bookshelf room in the back where he
21   goes to smoke.
22                SA CORRELL:  Who does he hang out
23   with back there?
24                MR. MAYFIELD:  It's a group called
25   the Terry Boys.  They're from Terry, Mississippi,
```

 1  where he grew up from.  And then whatever other,

 2  you know, family members, of course.  And

 3  whatever, you know, official may come in, they'll

 4  come in there and talk with him.  And at the

 5  point where they talk to him, if they're talking

 6  business-business, you know, I just walk and

 7  stand outside the door.

 8            SA CORRELL:  Yeah.

 9            MR. MAYFIELD:  You know, if it's

10  something that I feel like I shouldn't be engaged

11  in or hearing ...

12            SA GALACIA:  Yeah.

13            MR. MAYFIELD:  ... they're not a

14  threat to him so I can stand right outside the

15  door.

16            SA CORRELL:  Yeah.

17            MR. MAYFIELD:  You know, but if

18  they're just sitting there smoking cigars, I have

19  sat in there with elected official while they're

20  just smoking cigars but they shooting the crap,

21  you know.

22            SA CORRELL:  Yeah.

23            MR. MAYFIELD:  But anything where

24  it seems like it's getting in detail, then I just

25  kind of remove myself and walk outside.

1          SA CORRELL:  Would you have to do

2    that?  Could you be party to some of these

3    conversations?

4          MR. MAYFIELD:  I mean, I guess I

5    could be.  I mean, unless he asks me, you know

6    ...

7          SA CORRELL:  He could ...

8          MR. MAYFIELD:  Yeah, I mean, he's

9    asked me, Torrence, step out, give me a couple of

10   minutes.  I mean, that's only been on a couple of

11   occasions because mostly when he goes down there

12   it's for, you know, a drink and a cigar, you

13   know.

14         SA CORRELL:  Yeah.

15         MR. MAYFIELD:  For nothing more.

16   But if it is for something that is business-

17   related, you know, and he wants me to move

18   outside he'll say, you know, give me a couple of

19   minutes.

20         SA CORRELL:  So you mentioned, you

21   mentioned City Hall.

22         MR. MAYFIELD:  Okay.

23         SA CORRELL:  Do you have any

24   relationships with anybody over at City Hall?

25         MR. MAYFIELD:  Not anymore.

County
COURT REPORTERS, Inc.
Videography  Litigation Technology™
800.262.8777 TOLL-FREE  •  540.667.0600 LOCAL  •  540.667.6562 FAX  •  CountyCourtReporters.com

GOV_00051

 1               SA CORRELL:  Not anymore?

 2               MR. MAYFIELD:  No, not anymore.

 3               SA CORRELL:  There's no reason you

 4    would be talking to anybody over there?

 5               MR. MAYFIELD:  I mean, the

 6    security guard that's over there.  I made her a

 7    lieutenant when I was over the mayor's detail.

 8    Tony Yarber, Vickie Bell, but.

 9               SA CORRELL:  Vickie Bell?

10               MR. MAYFIELD:  Yeah, Vickie, I

11    mean, anything that you get from over at City

12    Hall is going to be a whole bunch of gossip.

13               SA CORRELL:  Yeah.

14    **(WHEREUPON, telephone rings.)**

15               MR. MAYFIELD:  Not anything that,

16    I'm sorry.

17               SA CORRELL:  Sorry, keep going.

18               MR. MAYFIELD:  Not anything that

19    you can kind of confirm or validate.  So, you

20    know, when you're dealing with people at City

21    Hall and they tell you something, ...

22               SA CORRELL:  Yeah.

23               MR. MAYFIELD:  ... like I wouldn't

24    come back and tell you that, because I can't

25    validate.

1    SA CORRELL:  Sure, yeah.

2    MR. MAYFIELD:  You know, so then

3  I'm giving you, you know, a witch hunt.  You're

4  chasing after something that Torrence Mayfield

5  can't validate.

6    SA GALACIA:  Yeah.

7    SA CORRELL:  Yeah.

8    MR. MAYFIELD:  But I'm the one

9  that gave it to you.  You know, so I gave you

10  some misinformation.

11    SA CORRELL:  Would you have any

12  access to higher level people at City Hall, the

13  chief of staff, the mayor?

14    MR. MAYFIELD:  No, no, the mayor

15  doesn't, the mayor is not, I'm not a friend of

16  the mayors.

17    SA CORRELL:  Okay.

18    MR. MAYFIELD:  Because when he

19  came in, when he won the election, I did an

20  extremely nice letter stating to him that I would

21  like to be retained on his detail.

22    SA CORRELL:  Yeah.

23    MR. MAYFIELD:  Along with my

24  number two at the time, which is now the deputy

25  chief, Vincent Grizzell.

```
 1                    SA CORRELL:  Yeah.

 2                    MR. MAYFIELD:  And, well, the

 3    deputy chief backdoored me and said I was too

 4    stern and I wouldn't be the right fit for it.

 5                    SA CORRELL:  Yeah.

 6                    MR. MAYFIELD:  So he didn't even

 7    keep me, he put me back on the streets.

 8                    SA CORRELL:  Okay.  So you don't

 9    have a good relationship with Grizzell either

10    anymore?

11                    MR. MAYFIELD:  Well, he talks, he

12    talks to me.  He talked to me the other day.  We

13    had a law enforcement thing out at the county

14    building.

15                    SA CORRELL:  Yeah.

16                    MR. MAYFIELD:  And I was actually

17    doing the cooking.  And he spoke to me and said

18    you'll be back, you'll be back, because I still

19    hadn't had my hearing yet.

20                    SA CORRELL:  Yeah.  Be back at

21    JPD?

22                    MR. MAYFIELD:  Yeah, civil

23    service, for them to give me my time back and my

24    money.  So with that being said, I didn't, I

25    don't talk, I don't talk to him like we used to.
```

 1   And I took care of him.  I kind of made his, his

 2   marriage, I made it back whole.

 3              SA CORRELL:  Yeah.

 4              MR. MAYFIELD:  You know, because

 5   he didn't have to work all the extraneous hours.

 6              SA CORRELL:  Yeah.

 7              MR. MAYFIELD:  Because we had a

 8   three-man detail, you know.  We worked it evenly.

 9              SA CORRELL:  Yeah.

10              MR. MAYFIELD:  It was a balance.

11              SA CORRELL:  Yeah.

12              MR. MAYFIELD:  You know, I mean,

13   you get out here with him, I'll stay at City

14   Hall.  If we both need to be then we will be, but

15   you cut out and you spend time, you know, at home

16   with your kid and all that stuff.

17              SA CORRELL:  Yeah.

18              MR. MAYFIELD:  So actually today,

19   it's 8:30, so at 11:45 I'm supposed to meet, I

20   don't know where we're supposed to be going to

21   today, but we're supposed to be going somewhere

22   today as far as Jody.

23              SA CORRELL:  With Jody, okay.

24              MR. MAYFIELD:  Yeah, so, but let

25   me see.  I know Kenny Stokes, but Kenny Stokes

County
COURT REPORTERS, Inc.
Videography    Litigation Technology™
800.262.8777 TOLL-FREE  •  540.667.0600 LOCAL  •  540.667.6562 FAX  •  CountyCourtReporters.com

GOV_000055

 1  don't talk to you at all.

 2              SA CORRELL:  Yeah.  Do you know of

 3  anything Kenneth is involved in?

 4              MR. MAYFIELD:  Shit, no, not him.

 5  Just being an agitator.

 6              SA CORRELL:  Yeah.

 7              MR. MAYFIELD:  Just agitating.

 8  He's not, he ain't in to nothing, ...

 9              SA CORRELL:  Yeah.

10              MR. MAYFIELD:  ... the, well, you

11  never know.  But he's not remotely close to being

12  involved in any agitation of ...

13              SA CORRELL:  Yeah.

14              MR. MAYFIELD:  ... funds being

15  stolen ...

16              SA CORRELL:  Yeah.

17              MR. MAYFIELD:  ... or, or public

18  corruption, you know.  And I'm not going to say

19  that he's always right in the wording but, you

20  know, he is for his people of his area that he

21  covers.

22              SA GALACIA:  Yeah.

23              SA CORRELL:  Yeah.

24              MR. MAYFIELD:  You know, that's, I

25  don't know Hartley.  Aaron Banks is a fly in the

 1    night.  I mean, you don't know, you don't know
 2    what person you're getting.
 3                    SA GALACIA:  Yeah.
 4                    MR. MAYFIELD:  You know, you know,
 5    one minute you're being stern and you're standing
 6    your ground but now you've changed direction and
 7    voted yes for the garbage contract.  And now that
 8    would be, not for the record, but a point that he
 9    voted yes because Angelique gave up her bid to be
10    president this upcoming year.  So he'll be able
11    to be president again.  Because it's her time to
12    be president.
13                    SA CORRELL:  That was the deal I
14    guess.
15                    MR. MAYFIELD:  Yeah, if he votes
16    yes that he'll get the presidency.  So he'll be
17    president I guess come July.
18                    SA CORRELL:  Okay.
19                    MR. MAYFIELD:  For the next fiscal
20    year going into election year.
21                    SA CORRELL:  Do you know, do you
22    know Banks?
23                    MR. MAYFIELD:  Yeah, Banks worked
24    under Tony.  He was a, one of the deputy chiefs.
25                    SA CORRELL:  Would you have any

1  reason to go talk to him?

2                MR. MAYFIELD:  No.

3                SA CORRELL:  If we came up with a

4  reason, could you go talk to him?  Like if we

5  have, if we had a plan for like, hey, I need to

6  go talk to Banks about whatever that is I might

7  want to know, but.

8                MR. MAYFIELD:  Okay, so me talking

9  to any one of them with me still going through

10 civil service process, ...

11               SA CORRELL:  Yeah.

12               MR. MAYFIELD:  ... you know, I

13 don't know how much damage that would be and then

14 you all are going to come and see me again for

15 something else.  You know, you know, then you're

16 going to be arresting me saying, well, we got

17 papers on you because we got to arrest you for,

18 for fraud or money embezzlement.  I'm like shit

19 no, I don't do anything for you.

20               SA CORRELL:  Well, is anybody ...

21               MR. MAYFIELD:  I'm sorry.

22               SA CORRELL:  No, you're good.  I

23 don't mean to interrupt you.

24               MR. MAYFIELD:  No, no, you're

25 fine.

1           SA CORRELL:  So the time stuff at

2    JPD, are you aware of anybody looking at that?

3    Like is anybody currently looking at that to your

4    knowledge?

5           MR. MAYFIELD:  You all are

6    supposed to be.

7           SA CORRELL:  Yeah, you've heard

8    that, okay.

9           MR. MAYFIELD:  Allegedly.

10           SA CORRELL:  Allegedly.  Okay.

11           MR. MAYFIELD:  So when Finch

12    office was looking at it, how hard I don't know

13    because somebody accused me, I don't know how

14    familiar you are with west Jackson, but let me

15    give you parameters.  Valley Street off Winn

16    Street, there's a place on that street called

17    Eddie's and Rubye's Fish House.  Okay, well, my

18    former roommate when I played football is part

19    owner of it with his fianc Anyway, that was my

20    beat.  That's called beat seven of precinct two.

21           SA CORRELL:  Yeah.

22           MR. MAYFIELD:  So I would sit

23    there outside until I got calls.  I get calls I

24    would zoom off, answer the call, and come back

25    and park.

 1                    SA GALACIA:  Yeah.

 2                    MR. MAYFIELD:  Because the way

 3    that they're doing is strictly a drive up and

 4    pickup.

 5                    SA CORRELL:  Yeah.

 6                    MR. MAYFIELD:  You can't go in

 7    anymore.  So somebody alleged that he was paying

 8    me door security while I was on duty, which is

 9    double dipping, you know.  So they were trying to

10    do anything.  So it was me being in gym on the

11    clock.  Well, the grant, okay, so if, our civil

12    service is that you can get a 30-minute break,

13    right?  Within an eight-hour period.  I'm just

14    giving you parameters of it.

15                    SA GALACIA:  Yeah.

16                    MR. MAYFIELD:  So if you get a 30-

17    minute break and you're working and that's in an

18    eight-hour period, if you're working 16 that

19    means you get an hour break, right?  So I don't

20    work out long.  I'm sure that you've been out

21    here for a while waiting for me to come to the

22    truck.  So, I mean, if you have been, you see I

23    haven't been out here long.

24                    SA CORRELL:  Yeah.

25                    MR. MAYFIELD:  Once Dillon gets

```
 1  out of the truck on east side at 17 I come
 2  directly here.
 3                SA CORRELL:  Yeah.
 4                MR. MAYFIELD:  So by the time I
 5  get myself out of the back of that truck, I
 6  should be walking in the door at 7:22, 7:25.  By
 7  the time I get on the floor ...
 8                SA CORRELL:  Yeah.
 9                MR. MAYFIELD:  ... you know, I got
10  a 10, 15-minute hard pump, ...
11                SA CORRELL:  Yeah.
12                MR. MAYFIELD:  ... and I'm coming
13  out.
14                SA CORRELL:  Yeah.
15                MR. MAYFIELD:  You know, it's a
16  simple, quick process.  But with Banks, the
17  reason I don't feel I can talk to him is because
18  I kind of had to put hands on him at '14.
19                SA CORRELL:  Okay.
20                MR. MAYFIELD:  Because he jumped
21  on his dad in the front yard.
22                SA CORRELL:  In 2014?
23                MR. MAYFIELD:  Yeah, and I had,
24  and Tony called.  I had just dropped him off.  He
25  said, he said what are you doing?  I said I just
```

 1 got home, I just dropped you off.  Get over to
 2 Aaron's house right now, he was drunk and there's
 3 two precinct officers right there.  And I had to
 4 go over and, and get him.  And we kind of got
 5 into it and I put him in the car and got him away
 6 from there.  But the point to which you were
 7 asking as far as like hiring, okay, so there's a
 8 process where you go through background like you
 9 would.  If you did a background check on
10 somebody, if you were in the background
11 department and somebody was flagged because they
12 had gone to a mental ward, that would red flag
13 them and DQ them for even being able to go to the
14 Academy.

15           SA CORRELL:  Yeah.

16           MR. MAYFIELD:  Well, the guy that
17 just got cleared before me, so we were on the
18 docket together to go through civil service
19 together.  Well, he got his job back in January
20 with full back pay.  And he's been on the sixth
21 floor at UMMC twice and he was red flagged and
22 shouldn't have gone through the Academy, but the
23 chief pushed it through.  Why he did, I can't
24 tell you that.

25           SA CORRELL:  Yeah.

1          MR. MAYFIELD:  But he pushed it

2    through.  You know, and he got his job back with

3    his back pay and he didn't have a year on.  And I

4    don't have anything against Mike, Michael

5    Johnson, I don't have anything against him.  But

6    he got his job back.  But I haven't done anything

7    egregious or been on the sixth floor of any ward.

8    But he got his job back with his back pay and I'm

9    still fighting to get my job back.

10          SA GALACIA:  What does Jody think

11   of all of this?  Because, I mean, ...

12          MR. MAYFIELD:  As far as my

13   situation?

14          SA GALACIA:  Yeah, with the stuff.

15          MR. MAYFIELD:  I mean, he doesn't,

16   I mean, I was forthcoming.  I didn't hide

17   anything.  I laid it out on the table, look, this

18   is what I did, you know, these are the orders

19   that I was given.

20          SA GALACIA:  Because if this day

21   you were to do something, but you can't, right?

22   So that he will know.

23          MR. MAYFIELD:  No, he would have

24   to abstain from it.  I mean, he wouldn't be able

25   to, you know, me working for him now ...

 1                  SA GALACIA:  Yeah.

 2                  MR. MAYFIELD:  ... he wouldn't be

 3   able to deal with it.  But, I mean, ...

 4                  SA GALACIA:  What did he say when

 5   you told him about it?

 6                  MR. MAYFIELD:  I told him about it

 7   before I started working with him.  This was way

 8   before, I mean, because I got fired in April.  I

 9   mean, I told him about it April or March when the

10   story broke, you know, before they actually let

11   me go.  So, you know, I told him, look, I haven't

12   done anything criminally wrong.  I said I've done

13   everything that I'm supposed to do.  I said I've

14   done my time exactly like it's supposed to be

15   done.  You know, I hadn't knowingly broke any

16   laws.  And, I mean, of course if you've broken a

17   law you can apologize all day.  You broke the

18   law, you just broke the law.

19                  SA CORRELL:  Yeah.

20                  MR. MAYFIELD:  It just is what it

21   is, but I haven't knowingly broke any laws to

22   have been in this predicament of getting

23   terminated or put in the news and embarrassed in

24   the manner that I was embarrassed.  You know,

25   because all you have is your name at the end of

County
COURT REPORTERS, Inc.
Videography     Litigation Technology™
800.262.8777 TOLL-FREE  •  540.667.0600 LOCAL  •  540.667.6562 FAX  •  CountyCourtReporters.com

GOV_000064

 1  the day.

 2                    SA GALACIA:  Yeah.

 3                    MR. MAYFIELD:  And I guard my name

 4  very sacredly, that's why I told you I'm very

 5  private.  I don't hang out with anybody, I don't

 6  smoke, and I don't drink at all.  Not even a

 7  daiquiri.  So when I go home I'm at the house.  I

 8  don't go to clubs.  If I'm, if you catch me in a

 9  club and you look and you're watching me, you

10  know, just for FYI, I'm working, I'm

11  bodyguarding.

12                    SA CORRELL:  Yeah.

13                    MR. MAYFIELD:  But as far as me

14  going to hang out sociably, don't do it.  I don't

15  do it.  I mean, so when you catch me out now,

16  whether it, wherever it is, if it's the Cigar

17  Shop or M Bar or Johnny T's or something like

18  that, I'm going to be with Jody.

19                    SA CORRELL:  Yeah.

20                    MR. MAYFIELD:  Or if somebody else

21  has contracted me out on the side, then I'm going

22  to be with that individual.

23                    SA CORRELL:  Yeah.

24                    MR. MAYFIELD:  But I won't be

25  there on my own.

```
 1              SA CORRELL:  Yeah.  Okay.  So

 2  your, your JPD stuff, right, so they run, they

 3  fire you for the time thing.

 4              MR. MAYFIELD:  Mm-hmm (Indicating

 5  affirmatively).

 6              SA CORRELL:  Who, have you ever

 7  talked to Jody about that?  Like is he aware, is

 8  he aware that, I'm sure he's aware that ...

 9              MR. MAYFIELD:  Of me being fired?

10              SA CORRELL:  Yeah, that you got

11  fired over there, that that's being looked at.

12              MR. MAYFIELD:  Yeah.

13              SA CORRELL:  Have you ever talked

14  to him about that case?  Like if there's charges

15  coming or if there's anything that might be

16  happening?

17              MR. MAYFIELD:  I don't talk to him

18  about it.

19              SA CORRELL:  You don't talk to him

20  about it.  Because presumably like if it was

21  going to be a State charge it would come through

22  his office, right?

23              MR. MAYFIELD:  Right, that's what

24  she just said and I said he wouldn't be able to

25  prosecute it.
```

```
 1              SA CORRELL:  Yeah.

 2              MR. MAYFIELD:  He'd have to recuse

 3   himself, yeah.

 4              SA CORRELL:  Sorry.

 5              MR. MAYFIELD:  No, that's fine,

 6   that's fine.

 7              SA CORRELL:  Okay.

 8              MR. MAYFIELD:  I've done

 9   everything that you're supposed to do in the

10   shoes that I'm sitting in ...

11              SA CORRELL:  Yeah.

12              SA GALACIA:  Yeah.

13              MR. MAYFIELD:  ... as far as I

14   still got to make a living, I've still got to be

15   able to pay my bills.  I need a job, I'm still

16   certified ...

17              SA GALACIA:  What have you done?

18              MR. MAYFIELD:  I haven't been

19   decertified as an officer, so because I have not

20   been criminally charged with anything.

21              SA CORRELL:  Yeah.

22              MR. MAYFIELD:  So I can still work

23   as a police officer.  So, you know, hopefully

24   that never comes to fruition.  So I've got to

25   work, you know.
```

```
 1              SA CORRELL:  Yeah.

 2              MR. MAYFIELD:  And, I mean,

 3  unfortunately for me with everything that they've

 4  done to me, a lot of people abstained from hiring

 5  me because they think it's something criminal ...

 6              SA CORRELL:  Yeah.

 7              MR. MAYFIELD:  ... without knowing

 8  it.  Because the rumor that they put out on the

 9  street is the FBI's getting ready to pick him up,

10  he's going to jail, he's going to jail.  Well,

11  then you need to go get the grant writer ...

12              SA CORRELL:  Yeah.

13              MR. MAYFIELD:  ... who signs off

14  on it.  You need to get the chief of patrol who

15  signs off on it.  You need to get the chief of

16  police who signs off on it.

17              SA CORRELL:  Yeah.

18              MR. MAYFIELD:  Because I didn't

19  sign off on my own check.

20              SA GALACIA:  What did your

21  supervisor say, your commander, whenever this

22  came up?  Because they were signing on the stub,

23  right, like ...

24              MR. MAYFIELD:  My commander

25  doesn't, he doesn't sign.  Well, no, he signs off
```

1    on my time.

2                    SA GALACIA:  Yeah.

3                    MR. MAYFIELD:  But he knew, he

4    knew that I ...

5                    SA GALACIA:  So he knew what you

6    were doing.

7                    MR. MAYFIELD:  Yeah, he knew I was

8    working, because he was ordered, he was given a

9    direct order from the chief's office that

10   Mayfield needs to be here, Mayfield needs to be

11   there.  Okay, my set, scheduled time was 1400 to

12   2200, okay?  That was my set schedule time, so I

13   would go on the highway the earlier part of the

14   morning, you know.  I'd get out 05, you know, and

15   stay on and then, you know, you have to, what

16   you're supposed to do is separate your time.

17                   SA GALACIA:  Yeah.

18                   MR. MAYFIELD:  So you got 05 to,

19   what is it, 1300, 1350.  It should be separated

20   at that point and then be back on the clock at

21   1400 to 2200.

22                   SA GALACIA:  For your regular ...

23                   MR. MAYFIELD:  Right, right,

24   right, to separate the grant time.  That was a

25   hard thing to do when you're out there writing

 1  tickets and you've got to get to the precinct for
 2  roll call.  So the adjustment of that portion and
 3  that portion alone was supposed to be done by my
 4  commander.  That was it.  But me working, I
 5  worked.  I mean, it's still 16 hours no matter
 6  how you cut it.  The paperwork was done
 7  correctly.  Every T was crossed, every I was
 8  dotted.  I wrote more tickets than anybody in the
 9  city and more than C troop combined that fiscal
10  year.  So for the, the grant writer, the deputy
11  chief, and the chief to have seen this, then this
12  is something if you're looking at it and you're
13  not just signing off and just pushing it and
14  signing and pushing and signing, then you see,
15  okay, well, wait a minute, wait a minute, wait a
16  minute, this is, you know.  And, I mean, I
17  wasn't, I wasn't, I'm not a corporal.  Well, I
18  wasn't then, I would be now if I was still there.
19  But, you know, at the amount that I was making,
20  32 a year versus a corporal making 45 with time
21  and a half, ...
22              SA GALACIA:  Yeah.
23              MR. MAYFIELD:  ... that gets
24  exceeding.
25              SA CORRELL:  Yeah.

1          MR. MAYFIELD:  So, you know, I

2   wasn't making that.  You had corporals that were

3   making that and more than me.

4          SA CORRELL:  Yeah.

5          MR. MAYFIELD:  But that, they

6   didn't get bothered.

7          SA CORRELL:  Yeah.

8          MR. MAYFIELD:  They, their names,

9   and the point of it is that you gave my name up.

10  And, you know, C.J. LeMaster, I mean, he's doing

11  his job.  I mean, I don't respect what he did

12  with your targeting one person as opposed to a

13  totality.  How many other people?  That should be

14  your next question.  If you're looking at me,

15  then how many other people made this amount of

16  money should be your follow-up question as

17  opposed to just singling one person out.

18          SA GALACIA:  Yeah.

19          MR. MAYFIELD:  He didn't do that.

20          SA CORRELL:  Yeah.

21          MR. MAYFIELD:  Because had he done

22  it, then you would see that there are more people

23  who made, you know, over six figures.  And I'm,

24  I'm not saying that they did anything wrong.

25  They did it the right way.

 1              SA CORRELL:  Yeah.

 2              SA GALACIA:  Did you like confront

 3  him about it like, hey, like you told me to do

 4  this and now ...

 5              MR. MAYFIELD:  Well, when they

 6  brought me into Internal Affairs I didn't say

 7  anything.

 8              SA CORRELL:  Yeah.

 9              MR. MAYFIELD:  You know, I just

10  let them read me this is a meeting, a

11  termination, a, you have a, this is because

12  you're about to be terminated.  So I got, that

13  was April, the early part of April.  Two weeks

14  later on the 21st is when they brought me in and

15  terminated me in the chief's office.  The chief

16  wasn't there for the termination, so it was the

17  assistant chief, wait, Deputy Chief Tiny Harris

18  and my commander, my new commander which is

19  Julian Lonie.  So my old commander.  And it had a

20  lot to do with this because he was thrown under

21  the bus like he was letting me do whatever I

22  wanted to do.  But he was given direct orders,

23  because he would say the chief said that you got

24  to go to 55.  And that's exactly the way he said.

25  But when he went in to the meeting, you don't

 1  know what Mayfield's doing, you don't know what

 2  Mayfield's doing.  So he ended up resigning.

 3              SA CORRELL:  Yeah.

 4              MR. MAYFIELD:  You know, and just

 5  left because they bumped him down from commander

 6  to lieutenant and was giving him, you know, like

 7  go out and do roadblocks.

 8              SA GALACIA:  Yeah.

 9              MR. MAYFIELD:  Well, safety

10  checkpoints.

11              SA CORRELL:  Yeah.

12              MR. MAYFIELD:  Yeah, so, and he

13  ended up leaving.  And then my sergeant ended up

14  also retiring.  And that's because he was

15  overlooked for a higher ranking position.

16              SA CORRELL:  Yeah.

17              MR. MAYFIELD:  They gave it to a

18  guy who was 30 ...

19              SA CORRELL:  Yeah.

20              MR. MAYFIELD:  ... versus somebody

21  with 25 years in, so.  But anything that either

22  one of them would tell you is that I did what I

23  was tasked to do.  You know, it's like now if I'm

24  tasked to do something, I'm going to do it, you

25  know.  I'm going to do, I'm a very punctual

1    person.  You tell me to be there, I'm going to be

2    there.  So if I'm supposed to be there at 11:45,

3    unfortunately if I'm in handcuffs I might not be

4    there.  But if I'm not in handcuffs then I would

5    be there.

6                SA CORRELL:  Yeah.

7                MR. MAYFIELD:  You know, with

8    jeans on and a shirt.

9                SA CORRELL:  Yeah.

10                MR. MAYFIELD:  I would be in the

11    attire that he tells me to wear and I would be

12    there at 11:45.

13                SA CORRELL:  Yeah.

14                MR. MAYFIELD:  You know, punctual.

15    I don't, I'm not, I'm not knowingly or

16    unknowingly going to participate in anything

17    illegal.

18                SA CORRELL:  Yeah.

19                MR. MAYFIELD:  You know, if I know

20    somebody's doing something illegal, then as much

21    as you need a job you got to be smarter when

22    you're over 50 years old and say, you know what,

23    I've got to find me something else to do.

24                SA CORRELL:  Yeah.

25                MR. MAYFIELD:  So, you know, if I

1  knew something, I mean of course then I can

2  definitely speak on it, you know, because I would

3  have left, you know.  Because that's

4  uncomfortable.

5              SA CORRELL:  Yeah.

6              MR. MAYFIELD:  You don't, if

7  you're a person who's never been in trouble ...

8              SA CORRELL:  Yeah.

9              MR. MAYFIELD:  ... you don't want

10 to be in this position.

11             SA CORRELL:  Yeah.

12             MR. MAYFIELD:  I mean, you know,

13 I'm not saying I'm a squeaky clean and I'm a

14 choir boy, I mean, you know, I got my downfalls

15 and my faults now.  But I ain't no, I'm not a, a

16 what do you call it, I don't abuse kids, I don't

17 beat on women, I don't bother seniors, I don't

18 smoke and drink.  I have other issues and

19 problems that I have, but they're not what we

20 deem to be afoul of the law, so.

21             SA CORRELL:  Yeah.

22             MR. MAYFIELD:  Aaron Banks, what

23 did I say, Kenny Stokes.

24             SA GALACIA:  Yeah.

25             MR. MAYFIELD:  I know Angelique,

1  but that's a long, long, long time ago, '90s,

2  personally.

3              SA GALACIA:  Did you say Vincent

4  Grizzell?

5              MR. MAYFIELD:  Mm-hmm (Indicating

6  affirmatively).

7              SA GALACIA:  What do you know

8  about him?  Like have you heard anything about

9  him doing anything that we might be interested

10  in?

11             MR. MAYFIELD:  He's for self.

12  Everything he's doing is for self.  It's not in

13  the best interests.  Okay, so if you, if I took

14  care of you for three and a half years, do you

15  think that you owe me an amount of some loyalty

16  to make sure that I'm taken care of?  To some

17  degree?

18             SA GALACIA:  Mm-hmm (Indicating

19  affirmatively).

20             MR. MAYFIELD:  I'm not saying

21  break any laws or, you know, I mean, but, yeah,

22  you bend some elbows, because I did it.  You

23  know, to make sure that he got out of the

24  precinct to come over there.  And detail work is,

25  I'm not saying is glamorous, but it's laid back

```
 1  until it's not laid back if that makes sense.  It
 2  becomes unlaid back if there's a threat.  If
 3  there's an assessment on a person's life then you
 4  have to be really, I'm already geared up anyway,
 5  you know.  I'm already on point always watching.
 6              SA GALACIA:  Yeah.
 7              MR. MAYFIELD:  You know, and
 8  people look at me like, man, why you got to be so
 9  mean.  Look, I'm not pretty, I'm not going to be,
10  I wasn't pretty yesterday, I'm not going to be
11  pretty today.  I mean, that's just the way it is.
12  This is, this is who I am.  I'm a very stern
13  person.
14              SA CORRELL:  Yeah.
15              MR. MAYFIELD:  I can't change the
16  genetic makeup of how I look or how you view me,
17  your perception.  A person's perception is 99
18  percent true in your head.  It doesn't mean that
19  that's the truth, but that's, you know, what your
20  truth is.  So I can't change what you think about
21  me, but I'm not going to change the way you
22  think, I'm not going to change my look to appease
23  you and then not be able to do my job.
24              SA CORRELL:  Yeah.
25              MR. MAYFIELD:  You know, when
```

County
COURT REPORTERS, Inc.
Videography    Litigation Technology™
800.262.8777 TOLL-FREE  •  540.667.0600 LOCAL  •  540.667.6562 FAX  •  CountyCourtReporters.com

GOV_000077

1  people come to me, there have only been certain

2  people that I've gone after for a job, and those

3  are people on the road.  You know, TI.  Little

4  Wayne, Flip, Genuine, Juanita Bynam, people that,

5  well, I didn't go after Mo but I had Mo for 19

6  years, Mo Williams.  Al Jefferson, Monta Ellis,

7  all those guys, those are people that I, that

8  sought me out.  I didn't go to them.  My

9  reputation as far as bodyguard, being able to

10  provide stern protection ...

11           SA CORRELL:  Yeah.

12           MR. MAYFIELD:  ... is what got me

13  those contracts.  And I'm a legitimate company,

14  you know, LLC.  I pay my taxes, so I'm doing

15  things the right way.

16           SA CORRELL:  Yeah.

17           MR. MAYFIELD:  You know.  And like

18  I said, I've not, everything that I do as far as

19  if I've ever sold anything, I've always done a

20  bill of sale of it.

21           SA CORRELL:  Yeah.

22           MR. MAYFIELD:  So if, and I've not

23  sold a rifle to have a bill of sale of it.  I've

24  sold, I've sold some handguns before and got a,

25  you know, and I've transferred them over, but not

 1 | a rifle.
 2 |                 SA CORRELL:  No, you're good.  So
 3 | here's where we are, right?  Unless we can come
 4 | up with something that we can do, something, a
 5 | plan, somebody we can go talk to, some
 6 | allegations that we can look at, I think we're
 7 | going to have to just move on this thing, you
 8 | know.  Like, because the indictment exists, ...
 9 |                 MR. MAYFIELD:  Mm-hmm (Indicating
10 | affirmatively).
11 |                 SA CORRELL:  ... we have to be ...
12 |                 SA GALACIA:  We have to do
13 | something.
14 |                 SA CORRELL:  ... we're, Berta and
15 | I are just on a short leash, you know.
16 |                 MR. MAYFIELD:  Right.
17 |                 SA CORRELL:  We can't, we can't
18 | ...
19 |                 SA GALACIA:  You know it's not up
20 | to us.
21 |                 MR. MAYFIELD:  No, no.
22 |                 SA GALACIA:  We all answer to.
23 |                 MR. MAYFIELD:  Right.
24 |                 SA CORRELL:  We think that you
25 | have access to people, but we need to have an

 1  articulable plan for what we're going to do.  And

 2  right now I don't know what that is.  So if you

 3  think there's something there, I think we need to

 4  try and get there.

 5           MR. MAYFIELD:  Well, ...

 6           SA CORRELL:  Like I don't know if

 7  it's Jody, you said like the mayor, the mayor's

 8  office, you don't know anybody in there.

 9           MR. MAYFIELD:  Hm-mmm (Indicating

10  negatively).

11           SA CORRELL:  Maybe City Council,

12  we talked about ...

13           MR. MAYFIELD:  Aaron Banks.

14           SA CORRELL:  ... Aaron Banks.  You

15  do know Angelique.  I don't know that we, I don't

16  know if you know Angelique is doing anything.

17           MR. MAYFIELD:  Hm-mmm (Indicating

18  negatively).

19           SA CORRELL:  I don't think we know

20  that Banks is, or you don't know that Banks is

21  doing anything.  Who else is on the Council?

22  Brian Grizzell.  You know Brian?

23           MR. MAYFIELD:  I know Brian, too.

24           SA CORRELL:  You ever heard

25  anything about Brian?

1              MR. MAYFIELD:  Hm-mmm (Indicating

2    negatively).

3              SA CORRELL:  No?

4              MR. MAYFIELD:  I know all the

5    Council.  I know, I know everybody except for

6    Hartley.

7              SA CORRELL:  Okay.

8              MR. MAYFIELD:  Hartley is the only

9    new member up there.  He took Tillman's spot.

10             SA CORRELL:  Yeah.

11             MR. MAYFIELD:  I know everybody

12   else.  I know Foote, I know Lindsay.

13             SA CORRELL:  Yeah.

14             MR. MAYFIELD:  Stokes, Banks,

15   Grizzell, so I know all of them that are on

16   there.  I don't know, I don't know, and I haven't

17   been around them, not just for the year that I've

18   been gone.  I've been out of City Hall for over

19   four years.

20             SA GALACIA:  Okay.

21             MR. MAYFIELD:  Because I've been

22   back on the streets opposed to being on the

23   mayor's detail.

24             SA GALACIA:  Yeah.

25             MR. MAYFIELD:  When you're on the

1  mayor's detail, you were kind of in the know all

2  the time versus not.  What's the guy's name?  Sam

3  Ranoni, Magnolia Realtors.

4                 SA CORRELL:  Who is this?

5                 MR. MAYFIELD:  It's, he's not,

6  he's not a public official.

7                 SA CORRELL:  Okay.

8                 MR. MAYFIELD:  But he, he has

9  business dealings or ties to Jody and he's been

10 stealing.

11                SA CORRELL:  Okay, what's he been

12 stealing?

13                MR. MAYFIELD:  Money.

14                SA CORRELL:  Okay.

15                MR. MAYFIELD:  An abundance of it.

16                SA GALACIA:  Magnolia, is that

17 what you said?

18                MR. MAYFIELD:  Yeah.

19                SA CORRELL:  Who does he steal

20 money from?

21                MR. MAYFIELD:  The company, which

22 means that he's stealing from the other

23 investors.

24                SA CORRELL:  Okay.

25                MR. MAYFIELD:  So like houses

 1  that, I mean, I got a chance to look at it

 2  firsthand yesterday because a guy came down to,

 3  that oversees it, to look over what he had been

 4  doing or whatever, as far as money and purchases.

 5  And the money and purchases of things that he has

 6  brought make absolutely no sense.

 7          SA CORRELL:  Yeah.

 8          MR. MAYFIELD:  You know, and then

 9  to say that it costs this dollar amount to get it

10  up to snuff is, you can spend whatever you want,

11  it ain't going to bring it back, the money that

12  you invest in it.  So the guy Greg Sharp from, I

13  don't know where he's from, but he's not from

14  here.  He flew in and I drove him around and the

15  guy Sam Ranoni was, as he goes by, Israeli guy,

16  and.

17          SA CORRELL:  What's his, his

18  name's Sam.  What's his last name?

19          MR. MAYFIELD:  I think it's, I

20  don't know if it's Sam, I don't know if it's, he

21  goes by Sam but I think his real name is Noni.

22  How you, how you spell that I have no idea.

23          SA CORRELL:  Okay, and the company

24  is Magnolia?

25          MR. MAYFIELD:  Magnolia, if we

1   rolled down, I could show you a sign so you can

2   get the exact name.

3                  SA CORRELL:  Yeah.

4                  MR. MAYFIELD:  But the business is

5   on, is off of State Street right across from the

6   City's crime lab.  What street is that?  Is that,

7   it's the same street that the Federal Courthouse

8   is on.

9                  SA CORRELL:  Okay.

10                  MR. MAYFIELD:  So when you come

11   off of, when you come off State making a left,

12   right?

13                  SA CORRELL:  Mm-hmm (Indicating

14   affirmatively).

15                  MR. MAYFIELD:  Right before you

16   get to that first intersection, which is going to

17   be President, right before you get to that, right

18   to the left there's a building where there's a

19   lot where cars are, that's where the building is

20   at.

21                  SA CORRELL:  Okay.  What kind of,

22   it's like a real estate company?

23                  MR. MAYFIELD:  Yes.

24                  SA CORRELL:  What are they, what

25   do they buy?  Is it houses?

 1                    **MR. MAYFIELD:**  Buying houses,

 2    apartment buildings.

 3                    **SA CORRELL:**  Okay.  And how was

 4    Jody tied into the company?

 5                    **MR. MAYFIELD:**  Investor.

 6                    **SA CORRELL:**  An investor.  Do you

 7    know of anybody else who's an investor in that

 8    company?

 9                    **MR. MAYFIELD:**  The guy, the guy

10    Noni is and then the guy who's I guess the

11    bankroll, and his name is Hezzy.

12                    **SA CORRELL:**  Have you ever met any

13    of these people?

14                    **MR. MAYFIELD:**  Yes, I drove Sam

15    around and Greg Sharp yesterday.

16                    **SA CORRELL:**  Yeah.

17                    **MR. MAYFIELD:**  And I met Hezzy, so

18    he's not, neither Hezzy nor Greg stay here.  Sam

19    does, he stays in Ridgeland or Madison or

20    whatever it is.

21                    **SA CORRELL:**  What does he look

22    like?  White dude, black dude?

23                    **MR. MAYFIELD:**  Okay, so Sam is

24    white complexion, but Israeli.

25                    **SA CORRELL:**  Okay.

 1                    MR. MAYFIELD:  Six-four, six-five,

 2  bald, extremely little legs with a big, big

 3  stomach, round, you know, not proportionate.

 4                    SA CORRELL:  All right.  And this

 5  Hezzy guy?

 6                    MR. MAYFIELD:  Hezzy's shorter.

 7                    SA CORRELL:  He Israeli, too?

 8                    MR. MAYFIELD:  Yes, maybe, maybe

 9  six feet.  And he's round all over.

10                    SA CORRELL:  Okay.  How is, how

11  did Jody get linked up with these dudes, any

12  ideas?

13                    MR. MAYFIELD:  This was before my

14  time.

15                    SA CORRELL:  Before your time?

16                    MR. MAYFIELD:  Yes, sir.  So ...

17                    SA CORRELL:  Are you aware of

18  anything that Jody's doing in his official

19  capacity to help these dudes?  Is there anything

20  like that going on?

21                    MR. MAYFIELD:  No, no, no, we

22  only, I don't know.  I don't know if there's

23  anything.  I wouldn't think so.

24                    SA CORRELL:  Yeah.

25                    MR. MAYFIELD:  As far as ...

```
 1              SA CORRELL:  It seems kind of, I
 2  mean, if these dudes are stealing money from
 3  Jody, it seems like a stupid thing to do, to
 4  steal money from ...
 5              MR. MAYFIELD:  Oh, yeah, no, he
 6  don't, but he knows about it now.  Yeah, because
 7  he ...
 8              SA GALACIA:  He's looking into it?
 9              MR. MAYFIELD:  Yeah, he's looking
10  into it as far as trying to bring charges on
11  them.
12              SA GALACIA:  Okay.
13              MR. MAYFIELD:  Yeah, so he's well
14  aware of it.  That's why I took him around
15  yesterday.
16              SA CORRELL:  Yeah.
17              MR. MAYFIELD:  To let the guy,
18  well, the guy who came in, to make him more
19  comfortable.
20              SA CORRELL:  Yeah.
21              MR. MAYFIELD:  Because he wasn't
22  comfortable riding with Sam by himself.  So, you
23  know, I was his kind of security blanket to make
24  sure that everything goes well.  I can get you to
25  look at these properties from point A to point B
```

 1  and get you back to the Westin safely.

 2              SA CORRELL:  Yeah.

 3              MR. MAYFIELD:  And then, you know,

 4  go back to the courthouse.  So it was about

 5  making sure that they laid eyes on what he said

 6  he allegedly bought or the, the number of

 7  properties he said they own they don't.

 8              SA CORRELL:  Yeah.

 9              MR. MAYFIELD:  You know, he said

10  it was 126, it's less than 100.  I think it was

11  90.  And some of those are impossible to be

12  rehabbed.

13              SA CORRELL:  Yeah.

14              MR. MAYFIELD:  So he had told them

15  that these are all ready to go.  When we went

16  riding around looking at them, none of that came

17  to pass to be true.

18              SA CORRELL:  Yeah.

19              MR. MAYFIELD:  So I was like, you

20  know, and the guy was very smooth, very smooth,

21  very smart as far as he didn't, you know how you

22  talk to a person and you're accusing them?

23              SA CORRELL:  Mm-hmm (Indicating

24  affirmatively).

25              MR. MAYFIELD:  You know, point a

1  finger at him.  That wasn't the case.  I mean, he

2  was just real smooth and, you know, the guy Sam

3  was very defensive.  He, you know, he was real

4  smooth, okay, I understand, you know, I

5  understand.  He didn't, he didn't, he didn't

6  bring a conversation that would make the average

7  person uncomfortable.

8              SA CORRELL:  Yeah.

9              MR. MAYFIELD:  He was

10  uncomfortable because there was a level of guilt

11  there.

12              SA CORRELL:  Yeah.  Okay.

13              SA GALACIA:  Have you had your

14  hearing yet with the City?

15              MR. MAYFIELD:  Hm-mmm (Indicating

16  negatively).

17              SA GALACIA:  Civil service?

18              MR. MAYFIELD:  Hm-mmm (Indicating

19  negatively).

20              SA GALACIA:  Do you know ...

21              MR. MAYFIELD:  My aunt died

22  January 1, so ...

23              SA CORRELL:  Sorry.

24              MR. MAYFIELD:  No, I appreciate

25  that, but the point of me bringing that up is I

 1  hadn't spoke to my attorneys, right, so I'm on a

 2  plane in Atlanta and I get a phone call, you

 3  know, let's talk before we walk in here.  No, he

 4  said let's talk and I said, okay, well, let me

 5  just call you back in a couple of hours because

 6  I'm on the way with my mom to Chicago for the

 7  funeral.  He said you're not going to be here for

 8  the hearing?  I said I don't even know anything

 9  about the hearing.  My aunt died and I'm headed

10  to the funeral, so I wasn't given advance notice

11  or we would have booked, well, I don't know about

12  booking a flight later.  I would have had to

13  leave another day.

14            **SA GALACIA:**  Yeah.

15            **MR. MAYFIELD:**  I'd have to leave

16  Friday instead of go up a day earlier.  But

17  anyway, short of the story, that was the last one

18  because one of the people on the Board was a part

19  of the Legislative Board of the State Capitol, so

20  they were in session from January, February, and

21  March.  So they just ended the second week of

22  March or whatever it was.  So they haven't

23  scheduled another meeting since then yet.

24            **SA GALACIA:**  Okay.

25            **SA CORRELL:**  What about, so we've

1  talked about kind of Hinds County, Jackson.  What

2  about outside of here?  Anybody else that you

3  know that you think you might have information

4  about?  Other people in law enforcement, other

5  places, sheriff's departments, police chiefs,

6  whoever?

7           MR. MAYFIELD:  Give me a pause for

8  a second.

9           SA CORRELL:  Sure, absolutely.

10          MR. MAYFIELD:  It goes right back

11  to JPD.

12          SA CORRELL:  Yeah.

13          MR. MAYFIELD:  Because, okay, let

14  me, I guess you, well, you can't correct me, I've

15  just got to say it.  So anyway.  When you're

16  dealing with funds issued to you, by you, right,

17  so you, it's earmarked for a certain something,

18  right?

19          SA CORRELL:  Right.

20          MR. MAYFIELD:  Yeah, and if it is

21  being utilized in other manners than what it was

22  slated to be, then there's something wrong with

23  that.  Because if you've earmarked money for the

24  crime lab and it's being utilized in other

25  manners, that money was supposed to be for the

 1  crime lab and for nothing else.

 2                    SA CORRELL:  Okay.

 3                    MR. MAYFIELD:  I mean, so whatever

 4  signatures are going on the monies that are

 5  issued to Jackson, which that's been publicly,

 6  it's come out publicly to some degree or at least

 7  Tate has said, you know, money that was issued

 8  out for a certain something and you're using it

 9  for something else.

10                    SA CORRELL:  Yeah.

11                    MR. MAYFIELD:  Which isn't working

12  for us.

13                    SA CORRELL:  Are you thinking of a

14  specific example like was there money slated to

15  go to the crime lab that got sent somewhere else

16  or spent on something else?

17                    MR. MAYFIELD:  Yeah.  Well, not

18  just that, not just the crime lab, I mean, just

19  funds that are issued that are supposed to be

20  slated for different areas of the department,

21  whether it's the crime lab, investigations.  I

22  don't know so much about the cars because I know

23  we get grant money for cars, too, but I don't

24  know so much about the cars.  But everything that

25  you have that is being given is being utilized in

 1  manners other than what it's slated to be.  And

 2  that's where the problem is.  You know, I don't

 3  know all the money that the City gets as far as

 4  the police department.

 5              SA CORRELL:  Yeah.

 6              MR. MAYFIELD:  I don't know about

 7  the other part, the government part.

 8              SA CORRELL:  Yeah.

 9              MR. MAYFIELD:  But the police

10  department, I mean, it's a, it's a sinking ship.

11  It's dying every day.  I mean, I'm sure that in

12  some aspect you're looking at something or one

13  another in that area, but as you're looking at

14  that you can see the numbers are continuously

15  declining.  You're probably getting ready to be

16  right at the board of a hundred officers.  That's

17  why the C, CID 1020 program is getting ready to

18  start up July 1, because you don't have enough

19  officers to provide the services for the city

20  that you need.

21              SA CORRELL:  Yeah.  We have Cap

22  police kind of taking over or trying to take

23  over.  I'm not sure that's the long term answer

24  either, you know, but.

25              MR. MAYFIELD:  Well, it's not

```
 1  because the thing that you have, you worked at
 2  JPD.  You left because you're making more money
 3  ...
 4                  SA CORRELL:  Yeah.
 5                  MR. MAYFIELD:  ... and the reason,
 6  the reason that you left is not only for the
 7  money, it's because you thought you were going to
 8  a glorified security firm that's just checking
 9  buildings.
10                  SA CORRELL:  Yeah.
11                  MR. MAYFIELD:  Now the door is
12  being opened that you've got to go back and do
13  the same work ...
14                  SA CORRELL:  Yeah.
15                  MR. MAYFIELD:  ... that you were
16  doing at JPD.  So you left because you were
17  pissed because you were being overworked ...
18                  SA CORRELL:  Yeah.
19                  MR. MAYFIELD:  ... and having to
20  run.  You're getting ready to do the same thing.
21                  SA CORRELL:  Same thing, yeah.
22                  MR. MAYFIELD:  And so ...
23                  SA CORRELL:  For a little more
24  money, yeah.
25                  MR. MAYFIELD:  Yeah, and it's just
```

1  a little because JPD has raised their salary up,

2  so ...

3              SA CORRELL:  Yeah.

4              MR. MAYFIELD:  ... you're getting

5  ready to have to go back into the line of fire.

6  And again, this profession is not the most worthy

7  place that you want to be at in life right now.

8  So to be put back in the fire in life threatening

9  situations, I don't know how long that that's

10  going to last.  You know, money is not going to

11  keep you there if you're not built to do it.  If

12  you're not built to do it, you're going to end up

13  finding another occupation.

14              SA CORRELL:  Yeah.  Have you ever

15  heard, I mean I've heard these rumors about kind

16  of interference with investigations over at JPD.

17              MR. MAYFIELD:  Oh, yeah.  Now that

18  exists.

19              SA CORRELL:  So where does that

20  come from?

21              MR. MAYFIELD:  That's got to come

22  from the chief.

23              SA CORRELL:  Yeah.

24              MR. MAYFIELD:  Everything starts

25  with your chief of police.

1          **SA CORRELL:**  Yeah.

2          **MR. MAYFIELD:**  If anything, it's

3    just like the Michael Johnson.  Steven Wills was

4    over at backgrounds.

5          **SA CORRELL:**  Okay.

6          **MR. MAYFIELD:**  He had a commander.

7    They changed the title from commander to

8    captains.

9          **SA CORRELL:**  Yeah.

10         **MR. MAYFIELD:**  Well, Steven Wills

11   flagged Michael Johnson.

12         **SA CORRELL:**  Okay.

13         **MR. MAYFIELD:**  He shouldn't have

14   gone through the Academy.  The chief said let it

15   go.

16         **SA CORRELL:**  Yeah.

17         **MR. MAYFIELD:**  That's illegal.

18         **SA CORRELL:**  Yeah.

19         **MR. MAYFIELD:**  I mean, that's in

20   law enforcement its totality.  You can't, you

21   can't let something go, you can't let a person go

22   through ...

23         **SA CORRELL:**  Yeah.

24         **MR. MAYFIELD:**  ... that has been

25   flagged as far as I'm going to say mentally

1   unstable.

2           SA CORRELL:  Yeah.

3           MR. MAYFIELD:  So the fact that

4   ...

5           SA GALACIA:  That was Chief Davis?

6           MR. MAYFIELD:  Yes.  So if you, if

7   you push that through then  you have some,

8   there's some negligence on your part.

9           SA CORRELL:  Yeah.

10          MR. MAYFIELD:  You know, and then

11  the fact he's gone through a hearing and he came,

12  he got his job back with his back pay and he got

13  arrested for stealing out of Lowe's.  Right,

14  right after he got his job back.

15          SA CORRELL:  Yeah.

16          MR. MAYFIELD:  So there's some

17  negligence on your part that he was given his job

18  back.  And then cases, I don't know if you

19  remember when, oh shit.

20          SA CORRELL:  You okay?

21          MR. MAYFIELD:  Yeah, I'm all

22  right, I'm going to be all right.

23          SA CORRELL:  Okay.

24          MR. MAYFIELD:  I don't know if you

25  remember when the World News came out, when the

1 big company, the big news people came down to

2 Jackson to do an interview on the homicides of

3 the mothers that lost people.  If you seen the

4 interview, Chief Davis and Kevin Nash did the

5 interviews.  And there was no empathy, like,

6 look, it just is what it is, you know.  We just

7 not going to tell, I don't know if you seen the

8 interview.

9                    SA CORRELL:  I haven't seen that.

10                   MR. MAYFIELD:  But in that, but in

11 that interview a lot of things have just been

12 halted.

13                   SA CORRELL:  Yeah.

14                   MR. MAYFIELD:  You know, don't

15 worry about it, move on to the next thing.  So we

16 have some cases that should have been brought

17 forward that have not been brought forward as far

18 as arrests.  You know, and then paperwork that

19 the DA's office would knee, you know, because

20 investigators only operate off of what the

21 officers on the street do.  That's how it goes,

22 you know.  Your investigators or detectives,

23 whatever title they have, they only can operate

24 off of what you give them.  And then they start

25 investigating or questioning people who were

County
COURT REPORTERS, Inc.
Videography    Litigation Technology™
800.262.8777 TOLL-FREE  •  540.667.0600 LOCAL  •  540.667.6562 FAX  •  CountyCourtReporters.com

GOV_000098

```
 1  there on the scene.  But if your paperwork is not
 2  done correctly, what do you have to investigate?
 3  Then you have somebody who just kind of escaped
 4  free.  You know, it's not about correcting this
 5  person and make sure you get your paperwork done
 6  right or go back and do it, do it over again.  It
 7  just, it just kind of falls on deaf ears.
 8              SA CORRELL:  Yeah.
 9              SA GALACIA:  Do you think Chief
10  Davis might be compromised?
11              MR. MAYFIELD:  Yeah.
12              SA GALACIA:  What's your, do you
13  have a relationship with him?
14              MR. MAYFIELD:  Not anymore.  That
15  was my opposing coach.  I mean, I'm cordial, I
16  know how to be professional when I'm out in
17  public, but it, my relationship with him and
18  Grizzell have been forever strained.  It'll be
19  for, it, you know, it'll always have a black eye
20  on it for the rest of my life just because of
21  what I've gone through.  Because I've known both
22  of them equally the same amount of time as, you
23  know.  And for me to have gone through what I've
24  gone through and both of them were adamant, look,
25  make all the money, make all the money.
```

```
 1                    SA GALACIA:  Yeah, and then ...

 2                    MR. MAYFIELD:  I mean, then, okay,

 3  I go and do it and I do it the right way.  It's

 4  not like I was forging any time or I signed my

 5  own sheets.  I produced 7,700 tickets along with

 6  going to answer calls, you know, carjackings,

 7  doing homicide calls.  I did that along with

 8  writing 77.

 9                    SA CORRELL:  Yeah.

10                    MR. MAYFIELD:  Most people can't

11  do that.

12                    SA CORRELL:  Yeah.

13                    MR. MAYFIELD:  You know, so for

14  you to know that I did all of this and I'm one of

15  the department's instructors, and on the SWAT

16  team, my plate was full, but I did it.

17                    SA CORRELL:  Yeah.

18                    MR. MAYFIELD:  Never, I'm always

19  yes sir, no sir.

20                    SA GALACIA:  Yeah.

21                    MR. MAYFIELD:  I don't, I don't

22  talk back.  And I'm older than everybody on the

23  command staff except for Chief Davis and Deputy

24  Chief Grizzell.  Everybody else I'm older than.

25                    SA CORRELL:  Yeah.
```

County
COURT REPORTERS, Inc.
Videography • Litigation Technology™
800.262.8777 TOLL-FREE  •  540.667.0600 LOCAL  •  540.667.6562 FAX  •  CountyCourtReporters.com

GOV_000100

 1                    MR. MAYFIELD:  But everybody
 2    that's younger than me is yes sir, no sir, yes
 3    ma'am, no ma'am.  I don't have to like you.  I
 4    know how to do what I'm supposed to do in the
 5    public's eye.  And when I get at my house, again,
 6    I've got cameras and I'm going to curse you
 7    completely out but nobody can hear that but me
 8    and the four walls, because nobody lives with me.
 9    So, and that's exactly what I do, you son of a,
10    you know, I'm not going to say it on your, but
11    yeah, I do a lot of cussing when I get in the
12    house, so.  With that being said, yeah, he
13    definitely is.  But he's supposedly leaving
14    allegedly to take the JPS job.  And Chief
15    Grizzell is supposed to be the interim chief
16    coming up.  And when you're leaving, you know
17    that that's not something of your own doing.  You
18    know you're being told that you've got to go.
19                    SA CORRELL:  Yeah.
20                    MR. MAYFIELD:  Especially when you
21    put out a report that the chief lied to analysts
22    and the public about the crime stats.  When you
23    put something like that publicly out about your
24    chief that you appoint, then the writing is on
25    the wall.  Now I have something to validate when

```
 1  I ...
 2                  SA CORRELL:  Yeah.
 3                  MR. MAYFIELD:  ... you know, well,
 4  not necessarily fire you, but now I have
 5  something to go on if you don't resign or leave
 6  ...
 7                  SA CORRELL:  Yeah.
 8                  MR. MAYFIELD:  ... whenever that
 9  time comes.  I have something to go on to say,
10  okay, you're terminated.
11                  SA CORRELL:  Yeah.
12                  MR. MAYFIELD:  You know, because
13  you, you've misled the public and the trust of
14  the public.  He's compromised and everybody that
15  works under him as far as, well, except for Chief
16  Wade.  That's the only person that, I mean,
17  because I think he stays away from everything.
18  But your investigators, your captains now that
19  are command or commanders that are captains now,
20  are compromised.
21                  SA CORRELL:  Yeah.  Are they
22  compromised in that they're just, they're just
23  not doing their jobs or ...
24                  MR. MAYFIELD:  I'll give you a
25  case.
```

County
COURT REPORTERS, Inc.
Videography    Litigation Technology™
800.262.8777 TOLL-FREE  •  540.667.0600 LOCAL  •  540.667.6562 FAX  •  CountyCourtReporters.com

GOV_000102

1    **SA CORRELL:** ... are they just

2    there's somebody, there's something illegal going

3    on?

4    **MR. MAYFIELD:** When you're not

5    doing your job, that's illegal.

6    **SA CORRELL:** Well, that's not a

7    Federal crime.

8    **MR. MAYFIELD:** Well, no, no, no,

9    okay, okay.  Right, right, right ...

10    **SA CORRELL:** That's just so that

11    we can ...

12    **MR. MAYFIELD:** Okay, well, like

13    we're not supposed to have tele-time.  So not

14    having, tele-time is where you can call in and

15    clock in on your phone.

16    **SA CORRELL:** Okay.

17    **MR. MAYFIELD:** So you can be at

18    home and clock in, never be at work or go home

19    and clock out and nobody ever see you again

20    because you don't have, you don't have roll call

21    at the end of the shift.

22    **SA CORRELL:** Yeah.

23    **MR. MAYFIELD:** So there's two

24    white males in traffic that have tele-time.  You

25    know, I, I get a little bit of information.  I

1   don't ask for it, I get a little bit still from

2   JPD just of things that are going on.  But that's

3   one of the things.  That pissed me off because

4   that was one of the things I wanted.

5            **SA CORRELL:**  Yeah.

6            **MR. MAYFIELD:**  Because it was hard

7   to get from Raymond into the city to clock in and

8   then back on the highway ...

9            **SA CORRELL:**  Yeah.

10           **MR. MAYFIELD:**  ... or back on

11   north side.  Because I go, well, I'm sure you

12   know where I stay at, so go back down Raymond

13   Road to Big Creek is where my house is, so this

14   is a straight shot.

15           **SA CORRELL:**  Yeah.

16           **MR. MAYFIELD:**  You know, and to

17   take this straight shot to come up here, pump

18   real quick, and try to, where's the closest place

19   for me to go to?  Northside Drive to start

20   writing tickets.

21           **SA CORRELL:**  Yeah.

22           **MR. MAYFIELD:**  But how do I get to

23   a clock machine and then get back to West Jackson

24   to where my precinct is?

25           **SA CORRELL:**  Yeah.

1          **MR. MAYFIELD:**  It was hard to do

2   that.  Tele-time would have made it a lot

3   smoother for me.  So for that and it has not been

4   authorized by the chief, he doesn't even know

5   that they're on tele-time.

6          **SA CORRELL:**  Yeah.

7          **MR. MAYFIELD:**  They're not even

8   watching it close enough to know that he's on

9   tele-time, that those two are on tele-time.  But

10  that would be something compromising because they

11  worked a grant, too.

12          **SA CORRELL:**  Yeah.

13          **MR. MAYFIELD:**  I mean, so it's, I

14  ain't saying stealing but, I mean, you, when

15  you're messing with the time clock and you're not

16  actively out there, it's essentially what they

17  were trying to associate me with.

18          **SA CORRELL:**  Got you.  Okay.  Me

19  and Bert might just step out and talk for a

20  minute.  You cool here?

21          **MR. MAYFIELD:**  I'm fine.

22          **SA CORRELL:**  For just a second

23  here.

24          **MR. MAYFIELD:**  Do you mind if I

25  take these shoes off because my feet are ...

```
 1                    SA CORRELL:  No, take your ...
 2                    MR. MAYFIELD:  I can take them
 3  off, I can kick them off.  I'm just saying I'm in
 4  a full plastic suit.
 5                    SA CORRELL:  No, man, yeah, do
 6  what you got to do, man.  That's fine.
 7                    MR. MAYFIELD:  I'm going to flip
 8  them off the back, so.
 9                    SA CORRELL:  Yeah.
10                    MR. MAYFIELD:  There's nothing in
11  my shoes.  Bert, if your car happens to smell
12  like feet in advance I'm asking you to forgive
13  me.  But now ...
14                    SA CORRELL:  Bert is pretty
15  forgiving.
16                    MR. MAYFIELD:  What's your name
17  again?
18                    SA CORRELL:  I'm Andy.
19                    MR. MAYFIELD:  Andy, before you
20  get out, Bert, as far as you were saying as far
21  as officials.
22                    SA GALACIA:  Well, there's the
23  County, the City, ...
24                    MR. MAYFIELD:  But see, the thing
25  ...
```

County
COURT REPORTERS, Inc.
Videography  Litigation Technology™
800.262.8777 TOLL-FREE  •  540.667.0600 LOCAL  •  540.667.6562 FAX  •  CountyCourtReporters.com

GOV_000106

 1             SA GALACIA:  ... any really.

 2             MR. MAYFIELD:  Well, no, but see,

 3   and the reason I brought that back up because I

 4   was sitting here thinking.  But see, again, you

 5   need something that can be verified, you know,

 6   and confirmed versus, you know, something that is

 7   an allegation, you know.  You all don't work off

 8   allegations, you need something ...

 9             SA CORRELL:  Well, we ...

10             MR. MAYFIELD:  ... proving it.

11             SA GALACIA:  We could.

12             SA CORRELL:  We work off

13   allegations.

14             MR. MAYFIELD:  Oh, you do.

15             SA CORRELL:  If you know of, if

16   you have an allegation against somebody, then we

17   can use you to try and go prove it, right?  We

18   can ...

19             MR. MAYFIELD:  Well, that's what

20   I'm saying, that would be the hard part because

21   the people I would have allegations, I don't have

22   a relationship with that I could walk in and have

23   a conversation.

24             SA GALACIA:  So it would depend on

25   what you have access to, what you could do ...

1              MR. MAYFIELD:  Right, right,

2   right.

3              SA GALACIA:  ... if you think you

4   could get there.

5              MR. MAYFIELD:  I mean, ...

6              SA GALACIA:  If we gave you some

7   kind of scenario ...

8              MR. MAYFIELD:  I mean, if you gave

9   me a name or somebody that, okay, can you go and

10  talk to this person, I can tell you yea or nay

11  whether I can go sit down and talk to them if

12  they're doing something wrong.  I mean, I've

13  worked for pretty much every club here in Jackson

14  when I started off doing security.

15             SA CORRELL:  Yeah.  Do you think,

16  do you think you could pitch security work to any

17  of the people we've talked about to ...

18             MR. MAYFIELD:  You're talking

19  about personal detail?

20             SA CORRELL:  Personal detail.

21             MR. MAYFIELD:  They wouldn't pay

22  me.

23             SA CORRELL:  They wouldn't pay

24  you.

25             MR. MAYFIELD:  Hm-mmm (Indicating

1  negatively), they wouldn't pay me.  They would

2  want it done for free.  They would not give me

3  the funds.  And actually the only person on City

4  Council who probably would want it is Banks.

5              SA CORRELL:  Banks.

6              MR. MAYFIELD:  You know, because

7  he wants the mayor's seat.

8              SA CORRELL:  Yeah.

9              MR. MAYFIELD:  And then on the

10 county side, you know, the only thing you have

11 over there really, I'm not going to say that

12 there ain't nothing going on, but you just,

13 David, I know David personally, but David is more

14 of a radical.

15             SA CORRELL:  Yeah.

16             MR. MAYFIELD:  You know, real loud

17 and obnoxious.  I can't say one way or another

18 what he may or may not be doing.  You know, I'm

19 not privy to that conversation with him.

20             SA CORRELL:  If you wanted to get

21 close to Banks, how would we do that?  Like right

22 now it seems like you know him, but you're not

23 very close with him.

24             MR. MAYFIELD:  I have no idea how

25 to get close to him because I haven't spoke to, I

1    haven't spoke to Banks, he got fired.  I actually

2    did his termination.

3                SA CORRELL:  Did you?

4                MR. MAYFIELD:  Yeah, so I don't

5    know how I would go about ...

6                SA CORRELL:  Like if ...

7                MR. MAYFIELD:  I mean, he speaks

8    to me now, don't get me wrong.  It wasn't, he

9    knew I wasn't doing it, it was just something I

10   was ordered to do.  So I don't necessarily, I

11   don't know that he took that so personal against

12   me, but to the point of I don't know that he, he

13   would do more than just, you know, hi and bye to

14   me, you know.

15               SA CORRELL:  Okay.

16               MR. MAYFIELD:  You know, I mean,

17   he stopped me, look, changes are coming, you

18   know.  He would do that and get hush-hush.

19               SA CORRELL:  Yeah.

20               MR. MAYFIELD:  You know, like drop

21   a little bug in your ear but wouldn't fully

22   disclose it.  Change is coming, you know.

23               SA CORRELL:  Yeah.

24               MR. MAYFIELD:  It was about when

25   they were supposed to vote Chief Davis out when

County
COURT REPORTERS, Inc.
Videography    Litigation Technology™
800.262.8777 TOLL-FREE  •  540.667.0600 LOCAL  •  540.667.6562 FAX  •  CountyCourtReporters.com

GOV_0001J0

1  they confirmed him two years ago.

2                    SA CORRELL:  Yeah.

3                    MR. MAYFIELD:  But the vote didn't

4  go that way.  One person changed their vote at

5  the last minute and he got confirmed.

6                    SA CORRELL:  Yeah.

7                    MR. MAYFIELD:  So, but.

8                    SA CORRELL:  What about, I was

9  thinking of something else.  Yeah, let me and

10 Berta talk for a minute.

11                   MR. MAYFIELD:  Okay.

12 **(WHEREUPON, the two special agents left the car**

13 **and then reentered the car.)**

14                   SA CORRELL:  All right, so here's

15 what, here's what we think.  I don't know that

16 you have access.

17                   MR. MAYFIELD:  Can I have one of

18 those?

19                   SA CORRELL:  Oh, yeah, absolutely,

20 man.

21                   SA GALACIA:  Got it.

22 **(WHEREUPON, telephone rings.)**

23                   SA CORRELL:  So I'm not sure we

24 have, you know a lot of these people but it

25 doesn't seem like we're going to have access to

```
 1  them.  The one person it sounds like you do have
 2  access to is Jody.  It seems like Jody probably
 3  trusts you.  But what we would need is something
 4  to look at on, right?  We'd need to know, we'd
 5  need an allegation against him, right, something
 6  for us to go investigate.  Because we can't just
 7  send you in willy-nilly ...
 8                SA GALACIA:  Exactly.
 9                SA CORRELL:  ... everywhere
10  without information that something's going on,
11  right?
12                MR. MAYFIELD:  Right, right,
13  right, right, right.  Well, I mean, the thing
14  that you look at, I mean, is he using his office
15  to ...
16                SA CORRELL:  So that's the rumor.
17                MR. MAYFIELD:  Is he using his
18  office in this particular instance, because I
19  know what you're saying.  What did you say your
20  name again?
21                SA CORRELL:  Andy.
22                MR. MAYFIELD:  Andy, Andy, what
23  you're, what, I know what you're saying or where
24  you're going with it.  One of the things, I mean,
25  as far as, and the allegation that I know that's
```

 1  out there, because that's the reason that we're

 2  at this point, at least he and I are at this

 3  point as far as work.  Let me put these back here

 4  because I use my hands when I talk.

 5          SA CORRELL:  I'm not worried about

 6  you, man.  You've been super cooperative.

 7          MR. MAYFIELD:  But anyway, the

 8  allegation that brought us together for the work

 9  relationship was because of the pointing, aiming

10  of a weapon, right.  Which is illegal for an

11  elected official, one.  And, I mean, that would

12  become something ...

13          SA CORRELL:  State crime.

14          MR. MAYFIELD:  Oh, State crime.

15          SA CORRELL:  That would be a State

16  crime.

17          MR. MAYFIELD:  Okay.

18          SA CORRELL:  So what we would need

19  ...

20          MR. MAYFIELD:  But if you're

21  covering it, if you're covering something up it

22  becomes Federal.

23          SA CORRELL:  If he's using his

24  office ...

25          MR. MAYFIELD:  To cover it up.

1          **SA CORRELL:**  ... to cover

2   something up.

3          **MR. MAYFIELD:**  Because that charge

4   would come to his office.

5          **SA CORRELL:**  If he's putting

6   chages on some people that aren't legit, that's

7   something I think we could look at.

8          **MR. MAYFIELD:**  Right, well, that

9   would be the one thing, to see if there are

10  charges being put on this.  And I can't think,

11  you'd have to go and get my phone out of the car.

12  The guy that allegedly accused him of pointing a

13  gun at him, there are charges on him from Jody.

14          **SA CORRELL:**  Do you believe those

15  charges are unfounded or not factual?  Do you

16  think false statements were made?  Do you think

17  he was, like arrested ...

18          **MR. MAYFIELD:**  I wasn't there.

19          **SA CORRELL:**  You weren't there.

20          **MR. MAYFIELD:**  Yeah, I wasn't

21  there, I wasn't working for him.

22          **SA CORRELL:**  Has Jody ever talked

23  about that case with you?

24          **MR. MAYFIELD:**  Yeah, I mean, he

25  told me what happened, I mean, you know.  And ...

 1              SA CORRELL:  What's his side of

 2  the story to you?  Like I've heard his side of

 3  the story like publicly, right, but not ...

 4              MR. MAYFIELD:  Well, I didn't even

 5  hear it publicly.

 6              SA CORRELL:  I mean, I know what

 7  he would say happened.

 8              MR. MAYFIELD:  Oh, okay.

 9              SA CORRELL:  What would he tell

10  you happened?

11              MR. MAYFIELD:  Well, what he told

12  me was that, you know, he got a phone call and

13  Samantha had been beaten up pretty bad.  And he

14  was in the office right around the corner versus,

15  you know, being out south.

16              SA CORRELL:  Okay.

17              MR. MAYFIELD:  And, oh hell, I'm

18  just looking at people that know me that see me

19  over here.  I don't know if they can see in this

20  car or not?

21              SA CORRELL:  The tint is pretty

22  dark.

23              MR. MAYFIELD:  Okay.

24              SA GALACIA:  Yeah, they can't.

25              SA CORRELL:  They'll see the

 1  shape, they won't be able to see you.

 2                    MR. MAYFIELD:  But anyway, that,

 3  what did I say?  Okay, the allegations would be

 4  that he allegedly is harassing this guy or

 5  putting charges on him that are unfounded.  I

 6  can't say because I wasn't there.

 7                    SA CORRELL:  Okay.

 8                    MR. MAYFIELD:  You know, so he

 9  says that the guy was, he had beat her, drug her,

10  and he was there on the premises when he got

11  there.

12                    SA CORRELL:  Okay.

13                    MR. MAYFIELD:  You know, he didn't

14  go in there with a gun in his hand, but the guy

15  said he had a gun.  Officers seen that he didn't

16  have a gun.

17                    SA CORRELL:  Yeah.  What about

18  things like making cases disappear on people,

19  right?  Somebody influential gets in trouble and

20  Jody makes, pulls some strings, makes things go

21  away.  You ever hear of anything like that?

22                    MR. MAYFIELD:  I've heard it, I

23  mean, you know, I've heard a lot of stuff like

24  that from him and the past two D.A.s.  But I've

25  not seen anything, well, let me say I don't know

1   of any, whether it's elected or people who have

2   public influence of importance that have actually

3   been arrested that it kind of went away, if that

4   makes sense.  So like if you're, whether it's an

5   NBA star or NFL star or a public elected

6   official, have they been arrested?  Have they

7   been fingerprinted and booked and now it's been

8   kind of wiped away clean.  I don't know that

9   that's, I don't know that that's taken place,

10  because ...

11              SA CORRELL:  Yeah.

12              MR. MAYFIELD:  ... there hasn't

13  been an arrest that I'm knowledgeable about that

14  I can say, okay, I remember this person is, you

15  look up and see where this case is at then you

16  would know.  But I don't know who's been locked

17  up for me to say, okay, there should be some

18  paperwork on this individual, but you better have

19  access to it.  Because I still wouldn't have

20  access to it because they don't show me that type

21  of stuff, you know, as far as what they're

22  prosecuting.  Because I actually just testified

23  in a case, but that was in my position as the

24  chief of police.

25              SA CORRELL:  Okay.  All right.

County
COURT REPORTERS, Inc.
Videography  Litigation Technology™
800.262.8777 TOLL-FREE  •  540.667.0600 LOCAL  •  540.667.6562 FAX  •  CountyCourtReporters.com

GOV_000117

 1                    MR. MAYFIELD:  But those are, I

 2   mean, it's out there.  I mean, I'm not going to

 3   sit here and tell you that I ain't never heard of

 4   any allegations that he's, you know, made things

 5   disappear or swept it under the rug or just tried

 6   what he wanted to try.  Or in the instance of the

 7   three officers that I worked with, you know, two

 8   of them walked away from it and Fox got charged.

 9   You know, why was Fox charged differently?

10                    SA CORRELL:  Yeah, why was that?

11                    MR. MAYFIELD:  You know, you got

12   allegations about it.

13                    SA CORRELL:  Yeah.

14                    MR. MAYFIELD:  You know, it was

15   personal.

16                    SA CORRELL:  Yeah.

17                    MR. MAYFIELD:  You know, was it

18   personal for him or personal for Wooten, you

19   know.

20                    SA CORRELL:  Yeah.

21                    MR. MAYFIELD:  And it was personal

22   for Wooten, that was the allegations.  She was in

23   bed with, not literally, but ...

24                    SA CORRELL:  Yeah.

25                    MR. MAYFIELD:  ... with Dennis

County
COURT REPORTERS, Inc.
Videography • Litigation Technology™
800.262.8777 TOLL-FREE  •  540.667.0600 LOCAL  •  540.667.6562 FAX  •  CountyCourtReporters.com

GOV_0001J8

1  Sweet, which was the defense attorney.

2          SA CORRELL:  Yeah.

3          MR. MAYFIELD:  Hm-mmm (Indicating

4  negatively), hm-mmm (Indicating negatively),

5  yeah, the attorney for the family.

6          SA CORRELL:  Yeah.

7          MR. MAYFIELD:  And ...

8          SA CORRELL:  The civil case.

9          MR. MAYFIELD:  Right, right,

10  right.  And there was a lot of money that was

11  given to her campaign at that time.

12          SA CORRELL:  Yeah.

13          MR. MAYFIELD:  Because shortly

14  after his conviction, she was, she was on, I'm

15  not on social media anymore right now, but she

16  was posting a picture celebrating with them, the

17  family and Dennis Sweet.

18          SA CORRELL:  Okay.

19          MR. MAYFIELD:  So again,

20  perception is a person's truth, so if I see you

21  with the defense attorney at a party gathering

22  with the family of the deceased and this person

23  has just been convicted, you know that allegedly

24  killed the deceased, you know, I would think some

25  of it.

 1              **SA CORRELL:**  Yeah.

 2              **MR. MAYFIELD:**  And we, I mean, all

 3  of us did.  We thought that that was, you know,

 4  how did Barney and Lincoln walk away from this

 5  and all of them were together.  Because if you're

 6  together, you know, the rule of thumb is three of

 7  us in the car, so there's some dope in here, and

 8  one of us don't own up to it, all three of us are

 9  going to be charged.

10              **SA CORRELL:**  Yeah.

11              **SA GALACIA:**  Yeah.

12              **SA CORRELL:**  Okay.

13              **MR. MAYFIELD:**  The judicial system

14  down there is definitely, definitely bent

15  sideways.

16              **SA CORRELL:**  So the judges?

17              **MR. MAYFIELD:**  Yes.

18              **SA CORRELL:**  Who ...

19              **MR. MAYFIELD:**  On the City side

20  definitely, too.

21              **SA CORRELL:**  Okay.

22              **MR. MAYFIELD:**  Because there are

23  just things that are just, I mean, they just walk

24  away, I mean.  Wingate is, not Wingate, Kidd is

25  probably the only, and maybe Faye, are probably

1   the only two decent judges down there in the

2   county.

3                SA CORRELL:  Yeah, okay.

4                MR. MAYFIELD:  Everybody else, I

5   mean, there's a level of negligence on their

6   behalf.

7                SA CORRELL:  Yeah.  Do you have

8   relationships with any of them?

9                MR. MAYFIELD:  Relationships that

10  I have is as far as like with tickets, you know,

11  if there's a citation and I need it to be

12  remanded, you know.  Call and get a ticket

13  remanded, that ain't no, that's not a Federal

14  thing.

15               SA CORRELL:  If they take money

16  for it, it would be.  If they ask for money for

17  it.

18               MR. MAYFIELD:  No, no, no, they

19  don't ask for money for it.  But then the, the

20  girls in the office, you know, they'll remand

21  tickets if they're asked.  But again, that's the

22  most of a favor that I've ever asked for out of

23  that office, to get a ticket remanded.  You know,

24  I need a ticket remanded.  You know, X, Y, Z, got

25  stopped for speeding and it get remanded, you

```
 1  know, or disappear, whatever language you want to
 2  use.
 3              SA CORRELL:  Yeah.
 4              MR. MAYFIELD:  But as far as
 5  somebody being paid directly, again, that would
 6  be unfounded by me to say that.  But I do know
 7  that there's a level of mistrust with the judges
 8  down there.  That's the reason that we're going
 9  through this situation with this 1020 bill,
10  because there's a level of mistrust with the
11  judges down there.  A high degree of mistrust.
12  That's why you're bringing in people who are
13  going to be very diligent about being on time and
14  hearing the cases.  They're not on time ...
15              SA CORRELL:  Yeah.
16              MR. MAYFIELD:  ... with the ones
17  that we have now.  They'll get there when they
18  get there and you put a lot of people who have
19  personal things going on in a bad situation.
20  Because if you decide to leave because the judge
21  hasn't arrived to court ...
22              SA CORRELL:  Yeah.
23              MR. MAYFIELD:  ... and they come
24  20 minutes after you do, you get FTA on you.
25              SA CORRELL:  Yeah.
```

County
COURT REPORTERS, Inc.
Videography • Litigation Technology™
800.262.8777 TOLL-FREE  •  540.667.0600 LOCAL  •  540.667.6562 FAX  •  CountyCourtReporters.com

GOV_000122

```
 1                    MR. MAYFIELD:  That's a warrant
 2   for your arrest, I mean, so.  I mean, and you
 3   will be arrested.  I mean, you're supposed to be
 4   arrested.  I mean, Hinds County you may not get
 5   arrested because there's no way to put you in
 6   jail anyway.
 7                    SA CORRELL:  Yeah.  I've got to
 8   step out and make a phone call real quick.
 9                    SA GALACIA:  Okay.
10   (WHEREUPON, SA Correll leaves the car.)
11                    SA GALACIA:  You say you have a
12   son?  How old is he?
13                    MR. MAYFIELD:  He's 11.
14                    SA GALACIA:  Eleven.
15                    MR. MAYFIELD:  I got an older one,
16   too.
17                    SA GALACIA:  Oh, you do?
18                    MR. MAYFIELD:  Thirty-seven, 35,
19   17, 11, and four grands.
20                    SA GALACIA:  You've got a big
21   family.
22                    MR. MAYFIELD:  Yeah.  And they're
23   all doing well.  The oldest is a nurse
24   practitioner with her own business.
25                    SA GALACIA:  Where at, here?
```

1              **MR. MAYFIELD:** Yes, well, she's a

2   nurse practitioner at the VA and she has a clinic

3   in pearl.

4              **SA GALACIA:** Okay. That's pretty

5   good.

6              **MR. MAYFIELD:** Lord have mercy.

7   And I promise you I can almost tell you

8   definitively which rifle you're talking about,

9   because I've been trying to get that rifle back

10  for a year. Working somebody like that ain't

11  like working a dope case. It ain't like, you

12  know, going out to get a buy, a bag of this or a

13  bag of that. It ain't the same thing.

14             **SA GALACIA:** And you got to

15  understand, we have heard all those things from

16  the County, the City, like everything. We just

17  are now hearing a position where you could get

18  something.

19             **MR. MAYFIELD:** I mean, I wouldn't,

20  I wouldn't know other than to try. I mean, but

21  again it would have to be a game plan, you'd have

22  to tell me step by step what am I doing, you

23  know, who am I going to talk to, and why am I

24  trying to talk to them. Because most of the

25  people that I know, I don't talk to anymore.

 1                    SA GALACIA:  Yeah.

 2                    MR. MAYFIELD:  I mean, I know

 3   them, but I don't talk to anybody anymore,

 4   especially after this situation with JPD.  I

 5   stayed to myself, you know.  I speak to you if we

 6   see each other in public, but.

 7                    SA GALACIA:  So you said it was

 8   you and how many other officers?  From JPD that

 9   ...

10                    MR. MAYFIELD:  No, I'm the only

11   one that got in trouble.

12                    SA GALACIA:  Because the other one

13   got his job back, is that what you said?

14                    MR. MAYFIELD:  No, no, what I was

15   saying about there's several more that made over

16   six figures.  But there's a guy that's an officer

17   that shouldn't have been cleared to go through to

18   be an officer.

19                    SA GALACIA:  Yeah, okay, yeah,

20   yeah.

21                    MR. MAYFIELD:  And he went through

22   the civil service process because he had gotten

23   fired and he got his job back.  That was who I

24   was talking about.  Now he had gotten fired and

25   got his job back, that's who I was talking about,

 1  so that was different.

 2  **(WHEREUPON, SA Correll reenters the car.)**

 3              **SA GALACIA:**  Okay.

 4              **MR. MAYFIELD:**  So, anyway, I was

 5  telling her was that it's different of walking up

 6  to somebody, you know, trying to get something

 7  corrupt verbally ...

 8              **SA CORRELL:**  Yeah.

 9              **SA GALACIA:**  Yeah, yeah.

10              **MR. MAYFIELD:**  ... opposed to, you

11  know, I need a pound of weed, you know.

12              **SA CORRELL:**  Yeah, I understand.

13              **MR. MAYFIELD:**  That's a hell of a

14  lot easier doing that than walking up to

15  somebody, see, a lot, as many people as you know

16  that I know, I don't speak to anybody because I

17  kind of went, I kind of went off the grid.

18              **SA CORRELL:**  Yeah.

19              **MR. MAYFIELD:**  Like I went under

20  the bus because, I mean, when you get embarrassed

21  like I did on the news, ...

22              **SA CORRELL:**  Yeah.

23              **MR. MAYFIELD:**  ... your reputation

24  takes one hell of a hit.  Now people who trust

25  that you're just a good person kind of say that

 1  wasn't even newsworthy.  Then you move on.  But

 2  there's so many other people.  I was out doing a

 3  parade, South Jackson parade three weeks ago, and

 4  that's, you hear somebody chant from the audience

 5  and, I mean, the old me, a younger 30, I'd have

 6  started fighting out there.

 7              **SA CORRELL:**  Yeah.

 8              **MR. MAYFIELD:**  Right there.  And I

 9  wouldn't care nothing about no badge.  I'd have

10  jumped on the guy, because he was like,

11  overworked, overpaid, overworked, over, and he

12  kept on chanting that.  And I'm like, dude,

13  really?

14              **SA CORRELL:**  Yeah.

15              **MR. MAYFIELD:**  That's a year ago,

16  let that go.  I mean, but it happens and I

17  understand that's a part of life, so I just

18  walked on and kept on doing the parade like I

19  didn't hear it.  But it's a lot easier walking up

20  to somebody asking for some meth or some

21  fentanyl, I don't know about no fentanyl, but I'm

22  just saying it because it's on the news all the

23  time.  But some cocaine or crack versus, don't

24  hit the car, please.

25              **SA CORRELL:**  Yeah, don't hit us,

County
**COURT** (C **REPORTERS,** Inc.
Videography        Litigation Technology™
800.262.8777 TOLL-FREE  •  540.667.0600 LOCAL  •  540.667.6562 FAX  •  CountyCourtReporters.com

GOV_000127

 1  please.

 2              MR. MAYFIELD:  Yeah, please.

 3  Please don't hit us.  I've got enough problems

 4  right now, I don't need that one.  But as far as

 5  going to talk to somebody directly, ...

 6              SA CORRELL:  We get that, like I

 7  get that like ...

 8              MR. MAYFIELD:  ... I'd need a game

 9  plan from you exactly.

10              SA CORRELL:  Exactly.

11              MR. MAYFIELD:  Who do I need to

12  talk to and how do I need to approach them,

13  because I haven't talked, like even with Banks I

14  haven't talked to Banks in so long to just ...

15              SA CORRELL:  To just roll it by us

16  to ...

17              MR. MAYFIELD:  Right, right.

18  Yeah, it's going to be alarming, like, hold on,

19  hold on.  You know, especially with everything

20  that everybody in the City has going on.

21              SA CORRELL:  Yeah.

22              MR. MAYFIELD:  Going to approach

23  any one of them, it comes at a risk of burning

24  myself, you know.  Why in the hell are you asking

25  all of these questions?

```
 1                    SA CORRELL:  Right.

 2                    MR. MAYFIELD:  You know, I mean,

 3    we ain't talked in how long and you just popped

 4    up.

 5                    SA GALACIA:  Yeah.

 6                    MR. MAYFIELD:  You know, so, you

 7    know, it would have to be, I don't know,

 8    methodical.  It could be done, but, you know, who

 9    is it that I would be trying to get close to and

10    have a conversation with?  You know, because like

11    me talking to the chief, even when we have

12    talked, it's more about, you know, you know, keep

13    God first, you going to be okay, you know, keep

14    praying, keep praying.  You know, he gets real

15    religious on me, you know.  Everything going to

16    be all right, it's going to work itself out,

17    you'll be back, you'll be back.  And that's

18    pretty much it, you know, because I literally

19    have wanted to go, look, you know, why'd you put

20    me in this situation and you know what I did.

21                    SA CORRELL:  Yeah.

22                    MR. MAYFIELD:  I mean, you signed

23    off on that.  I mean, you're the one who issued

24    my work orders.

25                    SA CORRELL:  Yeah.
```

 1                    MR. MAYFIELD:  But you're acting
 2   like it didn't take place, so.
 3                    SA CORRELL:  Yeah.  So, and that's
 4   what we talked about earlier.  I think the person
 5   right now that you know that trusts you is Jody.
 6   And people at the DA's office generally.  So, you
 7   know, if we, and like I said, if you know
 8   something, anything, now is the time.  And I
 9   don't think you're concealing anything, I really
10   don't.
11                    MR. MAYFIELD:  I'm don't.
12                    SA CORRELL:  I think you're
13   telling me the truth.
14                    MR. MAYFIELD:  I don't, because I
15   don't even, I don't even have an office on the
16   floor.
17                    SA CORRELL:  Yeah.
18                    MR. MAYFIELD:  Like I only have a,
19   I don't have an office or an issue car.
20                    SA CORRELL:  Okay.
21                    MR. MAYFIELD:  Like I'm either
22   driving that or my car that's at the house.  I
23   don't know if the garage was up when you all went
24   there, but the whole front end came from under it
25   Monday while I was driving.

1          **SA CORRELL:**  Oh, really?

2              **MR. MAYFIELD:**  Scared the shit out

3  of me.

4          **SA CORRELL:**  Like the axle like

5  fell off of it?

6              **MR. MAYFIELD:**  No, it's not the,

7  it's the control arm.

8          **SA CORRELL:**  Oh.

9              **MR. MAYFIELD:**  So when you're

10  trying to hit brakes, the car pushed me and was

11  pushing me hard to the side of the road.  I was

12  so scared I got it in park, jumped out, I thought

13  I blew a tire.

14          **SA CORRELL:**  Yeah.

15              **MR. MAYFIELD:**  And I couldn't see

16  the thing hanging, so I said let me just, I'm

17  going down Spring Ridge Road.  I'm at Spring

18  Ridge and Jackson Raymond Road when it did it.

19          **SA CORRELL:**  Yeah.

20              **MR. MAYFIELD:**  So I ease across, I

21  said let's just do 25 to the house.

22          **SA CORRELL:**  Yeah.

23              **MR. MAYFIELD:**  So when I'm turning

24  onto Big Creek, it did it and almost sent me into

25  the bushes.  I said, shit.

1          **SA CORRELL:**  Yeah.

2          **MR. MAYFIELD:**  So when I got to

3   the house, I'm backing into the driveway.  When I

4   got into the driveway I looked under it and the

5   whole thing is hanging.  So I sent a picture to a

6   mechanic and he said your right control arm, the

7   bolt came out of it.

8          **SA CORRELL:**  Yeah, probably.

9          **MR. MAYFIELD:**  And, see, the ADAs

10  up there, I only know the one that I had to

11  testify for her in a case and that's Sharon.  She

12  was prosecuting a murder that took place when I

13  was the chief in Edwards.  So that's the one that

14  I, I mean, I don't know her, I know her name, let

15  me say that.

16         **SA GALACIA:**  Yeah.

17         **MR. MAYFIELD:**  So I don't, the

18  other ones who are up there, I know faces, but if

19  you called out their names, I don't know them by

20  name.  I'm going to have to go up there and look

21  at their office and see if this is who you're

22  talking about, because I don't know any of them

23  by name.

24         **SA CORRELL:**  So what about the,

25  the after hours stuff with Jerry, right?  You say

```
 1  you've never been party, like ...
 2              MR. MAYFIELD:  He drinks and he
 3  smokes.
 4              SA CORRELL:  Okay.  Does he do
 5  anything else?
 6              MR. MAYFIELD:  Drinks and smokes.
 7              SA CORRELL:  Drinks and smokes,
 8  okay.
 9              MR. MAYFIELD:  He's never done
10  anything illegal as far as any marijuana or any
11  cocaine in my presence, or anything else beyond
12  that.
13              SA CORRELL:  When you're at the
14  Cigar Bar, is there cocaine, are there other
15  drugs there?
16              MR. MAYFIELD:  No, no, you can't
17  even, the only thing you can smoke in there is a
18  cigar.
19              SA CORRELL:  Is a cigar.
20              MR. MAYFIELD:  Right, like if you,
21  if there's any, well, one, I'm there presently
22  and, I mean, I do have a good, reputable
23  reputation so if I'm in there people are not
24  going to come in there and be blatantly
25  disrespectful.
```

1       **SA CORRELL:**  Yeah.

2               **MR. MAYFIELD:**  So his cousin owns

3   Fourth Avenue and he jointly owns the daiquiri

4   place with another cousin of his.  So, you know,

5   do illegal people come down there?  Absolutely.

6   I know everybody that's still out there on the

7   streets that's doing their thing.

8               **SA CORRELL:**  Yeah.

9               **MR. MAYFIELD:**  But, I mean, are

10  they doing anything as far as inside the club or

11  anything like that?  I mean, again, you have

12  allegations, you have allegations that the owner,

13  it's a husband and wife that own a fourth.  The

14  husband of fourth is into trafficking.  I don't

15  have anything to validate that.  I don't know him

16  personally like that.  You know, he real flashy

17  Chad, but I don't know him to that degree.

18              **SA CORRELL:**  What's his name?

19              **MR. MAYFIELD:**  Chad.

20              **SA CORRELL:**  Chad?

21              **MR. MAYFIELD:**  Yeah, light-skinned

22  black guy, short haircut.

23              **SA CORRELL:**  Do you know his last

24  name?

25              **MR. MAYFIELD:**  Shit, it can't be

 1  Owens because he's married into the Owens.

 2  Because his, Jody's cousin is Janay, so Chad is

 3  not, Chad is an in-law.

 4              SA CORRELL:  Okay.

 5              MR. MAYFIELD:  So he's married to

 6  the cousin.  And Jody's cousin is the female that

 7  Chad is married to.

 8              SA CORRELL:  Yeah.

 9              MR. MAYFIELD:  But extremely,

10  extremely flashy.

11              SA CORRELL:  Yeah.  Do they have

12  like any other business that they're doing or?

13              MR. MAYFIELD:  Some kind of, what

14  do you call it, medical or mobile transport.

15              SA CORRELL:  Oh, okay.

16              MR. MAYFIELD:  Yeah, something

17  like that.

18              SA CORRELL:  Okay.

19              MR. MAYFIELD:  I don't know what

20  kind of money that brings in.  I mean, I know

21  that he had a, he had a, there was an existing

22  charge on him.  I don't know whether it was here

23  or not.  That would be something you'd have to

24  research.  But it was a charge of him getting

25  caught with like ten pounds.  I don't know where

1  that stands.

2              SA CORRELL:  Was it here?

3              MR. MAYFIELD:  I don't know.  You

4  see, I don't know.  I know he got arrested.  I

5  don't know whether it happened here, Rankin,

6  Madison, or where.

7              SA CORRELL:  Okay.

8              MR. MAYFIELD:  But there's a

9  charge that I think it still exists with him

10  being in possession of ten pounds of weed.

11             SA CORRELL:  Okay.

12             MR. MAYFIELD:  I don't know if

13  that's a lot of marijuana or not, but I know that

14  that case still exists.  It hadn't, it hadn't

15  resolved itself.

16             SA CORRELL:  What about like the,

17  like, you know, there's like a private room at

18  ...

19             MR. MAYFIELD:  The Cigar Shop in

20  the back.

21             SA CORRELL:  Yeah.

22             MR. MAYFIELD:  Yeah.

23             SA CORRELL:  You ever go in there?

24             MR. MAYFIELD:  Yeah, yeah, I go

25  back there.

1              SA CORRELL:  So ...

2              MR. MAYFIELD:  I go back there

3  unless there's something that I can't be back

4  there for.  Like if there's a meeting that he's

5  going to have with, what do you call it,

6  lobbyists.  There's a lobbyist that comes in

7  there to talk to him.

8              SA CORRELL:  Yeah.

9              MR. MAYFIELD:  I don't even know

10  his first name, he's a black guy.  I mean, I know

11  him.  He speaks to me all the time.  I don't know

12  a lot of these guys by name directly.  They speak

13  and I speak, you know.  I don't try to be real

14  sociable, hey, hey, you know, that's it.  But

15  he's a lobbyist at the State Capitol.

16              SA CORRELL:  Okay.

17              MR. MAYFIELD:  Now if you called

18  his name, I would know if I've heard it, but I

19  don't, I can't call it directly.  And I probably,

20  I know his name but I don't know his name.  I

21  mean, I can't call it, it's just not sitting at

22  the forefront.  But if you said, oh, yeah, that's

23  who that is, you know.  But I don't know it

24  directly.

25              SA CORRELL:  What's he look like

County
COURT REPORTERS, Inc.
Videography   Litigation Technology™
800.262.8777 TOLL-FREE  •  540.667.0600 LOCAL  •  540.667.6562 FAX  •  CountyCourtReporters.com

GOV_000137

1    physically?

2                    MR. MAYFIELD:  Six-two, maybe 270.

3                    SA CORRELL:  Okay.

4                    MR. MAYFIELD:  Two sixty, give or

5    take weight-wise.  Older male.  He's older than

6    me.  He's probably late 50s versus early 50s.

7    Hell, maybe even early 60s, I'm not sure.  But I

8    know he's older than I am.

9                    SA CORRELL:  Yeah.

10                   MR. MAYFIELD:  You know, real

11   squared away as far as dress.  Drives a black

12   SUV.  And he's a lobbyist at the capitol.  Real

13   squared away guy, though.

14                   SA CORRELL:  So when he comes,

15   when he shows up are you like directed to leave

16   or you just know ...

17                   MR. MAYFIELD:  Well, he doesn't

18   always go to the back.  He stays out in the front

19   and smokes.

20                   SA CORRELL:  Okay.

21                   MR. MAYFIELD:  But now if he goes

22   in the back, I mean, that's for them to talk,

23   yeah.  Then I just walk out.  It's not that I'm

24   directed to walk out.  I've been directed to walk

25   out before, but.

 1                    SA CORRELL:  In what context would
 2    you be told to leave?
 3                    MR. MAYFIELD:  Give me a minute.
 4                    SA CORRELL:  Yeah.  Who would he
 5    be meeting with?  Who would Jody be meeting with
 6    that you, that he wouldn't want you around for?
 7                    MR. MAYFIELD:  I don't know.  The
 8    ones that he's directing me out?  Well, with him
 9    one.
10                    SA CORRELL:  The lobbyists.
11                    MR. MAYFIELD:  Right, his uncle is
12    another one, which is the husband of the former
13    Chancery Court judge, Judge Owens.
14                    SA CORRELL:  Okay.
15                    MR. MAYFIELD:  She just retired.
16                    SA CORRELL:  Okay.
17                    MR. MAYFIELD:  I mean, that's
18    family stuff, I'm assuming.  I mean, they're
19    family related, so it's uncle and nephew thing.
20    So if it's anything more than that, I don't know.
21    But that's what that would be.
22                    SA CORRELL:  Yeah.
23                    MR. MAYFIELD:  He's never met with
24    David back there.  City Council don't come over
25    there.

County
COURT REPORTERS, Inc.
Videography    Litigation Technology™
800.262.8777 TOLL-FREE  •  540.667.0600 LOCAL  •  540.667.6562 FAX  •  CountyCourtReporters.com

GOV_000139

```
 1                    SA CORRELL:  The mayor come over
 2   there?
 3                    MR. MAYFIELD:  He doesn't come in
 4   there, he comes to Fourth Avenue.  He doesn't go
 5   in the Cigar Shop.
 6                    SA CORRELL:  Really?
 7                    MR. MAYFIELD:  Hm-mmm (Indicating
 8   negatively).  Not to that cigar shop.  He'll go
 9   into Fourth Avenue.  He's going to go in there
10   and party, but he doesn't come into the Cigar
11   Shop at all.
12                    SA CORRELL:  Does he have a
13   relationship with Jody?
14                    MR. MAYFIELD:  Yeah, to some
15   degree, yeah.  I mean, they talk.  I'm not going
16   to say they best of buds, but, I mean, they're,
17   there's some form of working relationship to some
18   degree.  I don't know to what degree, but they,
19   they have some intermingles with each other,
20   especially with the meetings that they just had.
21   Because they had a meeting with, a meeting at
22   your building not too long ago with, they were
23   doing some kind of how do we stop the crime in
24   the city.  So you have the chief of police there,
25   Jody was there, I want to say the sheriff was
```

County
COURT REPORTERS, Inc.
Videography • Litigation Technology™
800.262.8777 TOLL-FREE  •  540.667.0600 LOCAL  •  540.667.6562 FAX  •  CountyCourtReporters.com

GOV_000140

```
 1  there.  I want to say Bailey was there from
 2  Rankin County Tucker.  I think you had a lot of
 3  the law enforcement.  Yeah, so, but it was, I
 4  know it was in your building on County Line.  So
 5  I didn't go to that.  I wasn t allowed to go to
 6  that, so I wasn't there.
 7            SA CORRELL:  Yeah.
 8            MR. MAYFIELD:  I don't know what
 9  actually took place as far as sidebar
10  conversations, but I do know that a meeting took
11  place there with all of them.  So the most
12  corruption that you're probably going to have
13  going on right now in this season is going to
14  have to do with election.
15            SA CORRELL:  Okay.
16            MR. MAYFIELD:  Right now you don't
17  need a whole lot, at least on the DA's side,
18  because Dollard don't have a chance of beating
19  Jody.  He ain't got to raise no money.  She's
20  just not going to beat him.  I mean, she's
21  running as an Independent.  Hinds County is a
22  Democratic county.
23            SA CORRELL:  Yeah.
24            MR. MAYFIELD:  Black county,
25  they're not going to, they don't see
```

```
 1  Independents.  That's what I ran for.  They don't
 2  even acknowledge it, either Republican or
 3  Democrat, so.
 4           SA CORRELL:  What about the
 5  sheriff race?  What's going on with that?
 6           MR. MAYFIELD:  It's going to be a
 7  shit race.  Tyree's going to kill Marshand.  Now
 8  Marshand, for a better choice of words, is always
 9  kind of skilled on the side of bad and evil.
10  Because, see, I did his, I did his detail when he
11  ran for mayor in '09.
12           SA CORRELL:  Okay.
13           MR. MAYFIELD:  Well, '09, yeah,
14  '09.  He ran for mayor in '09.  We kind of lost
15  our relationship after that.  He got beaten so
16  bad by Harvey Johnson, then he got hired by Tony
17  as a part of his staff with the City of Jackson.
18  Then he ran for a State job, then he got
19  appointed sheriff.  Then he ran for sheriff last
20  year.  And there was a lot of corruption as far
21  as between him and Calhoun and Gavin, Calhoun,
22  Gavin, who else was a party?
23           SA CORRELL:  Who's Gavin?
24           MR. MAYFIELD:  That's one of the
25  supervisors, this district right here, district
```

County
COURT REPORTERS, Inc.
Videography • Litigation Technology™
800.262.8777 TOLL-FREE  •  540.667.0600 LOCAL  •  540.667.6562 FAX  •  CountyCourtReporters.com

GOV_000142

 1  four.

 2                SA CORRELL:  Okay, district four.

 3                MR. MAYFIELD:  Yeah.  Calhoun.

 4  But, anyway, there was a lot of corruption going

 5  on with his campaign, the funding, the ballots,

 6  how he even made it to, because, see, Marshand

 7  had one hell of a lead going into the runoff.

 8                SA CORRELL:  Yeah.

 9                MR. MAYFIELD:  And, I mean, then

10  he got murdered in the runoff.

11                SA CORRELL:  Yeah.

12                MR. MAYFIELD:  And it was just

13  because Tyree's people did their due diligence of

14  watching the ballot boxes a little bit closely.

15  Because the person who should have been a runoff

16  was Leon.

17                SA CORRELL:  Yeah.

18                MR. MAYFIELD:  Leon should have

19  made the runoff against Tyree and probably would

20  have beat Tyree ...

21                SA CORRELL:  Yeah.

22                MR. MAYFIELD:  ... in all honesty.

23  Me and Leon worked in the county.

24                SA CORRELL:  Why didn't Leon run

25  again?  He's not running this time, is he?

1          **MR. MAYFIELD:** Nah, he doesn't

2    want that stress.  I mean, seeing your family

3    through that.  And this is a lot longer race.

4          **SA CORRELL:** Yeah.

5          **MR. MAYFIELD:** That race wasn't

6    that long.  That race was three months.

7          **SA CORRELL:** Yeah.

8          **MR. MAYFIELD:** This is, you don't,

9    this one here started in January.  You don't, you

10   don't finish this race until August, at least on

11   the Democrat side.  And, what is it, so it's two

12   Democrats.  There's not a Republican.  There's an

13   Independent waiting in, in November.  He ain't

14   got a chance.

15         **SA CORRELL:** Yeah.

16         **MR. MAYFIELD:** He's assistant

17   chief of Bolton Police.  Reginal have a chance,

18   so, but as far as when I say corruption, the

19   money and the favors.  When you donate money

20   there's a certain expectation of a favor that has

21   to be returned to you.

22         **SA CORRELL:** Did anybody ever,

23   when you were running did anybody ever approach

24   you with that kind of stuff?

25         **MR. MAYFIELD:** Shit, no.  I didn't

GOV_000144

1   get $5.  I paid for everything out of my pocket.

2              **SA CORRELL:**  Yeah.

3              **MR. MAYFIELD:**  I didn't get any

4   money from anybody.  I wasn't able to go and do

5   half of the debates when you do your research,

6   because I couldn't because I was at work.  I

7   couldn't take off, so I, and I ran as an

8   Independent, so my thinking was the smart one,

9   you don't have any money, so you just wait and

10  fight them, you know, October and November to the

11  race.  But everything that I spent came out of my

12  personal pocket, so I went into, you know, my

13  mortgage money ...

14             **SA CORRELL:**  Yeah.

15             **MR. MAYFIELD:**  ... and got behind

16  on my mortgage a month.  Well, two months.  And

17  paid for signs and T-shirts.  And at the time it

18  was just me and my friend girl that did the

19  campaign.  I didn't have anybody else.  I didn't

20  have any help.

21             **SA CORRELL:**  Yeah.

22             **MR. MAYFIELD:**  So nobody offered

23  me any assistance.  I've never had any strong

24  backings like the people that you see in office

25  that get money-money.  I didn't have any of that

County
COURT REPORTERS, Inc.
Videography   Litigation Technology™
800.262.8777 TOLL-FREE  •  540.667.0600 LOCAL  •  540.667.6562 FAX  •  CountyCourtReporters.com

GOV_000145

 1  support.

 2                  SA CORRELL:  Yeah.

 3                  SA GALACIA:  What about the

 4  current sheriff?  What do you know about him?

 5                  MR. MAYFIELD:  That's my frat

 6  brother.  I mean he's, I mean, other than, you

 7  know, the allegations of just misappropriation

 8  with his manhood, I mean, you know, there's, I'm

 9  trying to be respectful with you being in the car

10  ...

11                  SA GALACIA:  No, you ...

12                  MR. MAYFIELD:  ... because I would

13  have said it a little more direct with you.  No,

14  no, she's a woman, I still got to respect her.

15  But other than that, I don't see him doing

16  anything afoul of the law.  I mean, he's been,

17  he's been in this hotseat same as I, you know,

18  for different things.  And it's been because of

19  his manhood, though.  You know, allegations of

20  pictures and so forth and so on.  But as far as

21  ever not doing what he's supposed to do as far as

22  the job, no.  He's a damn good investigator and

23  he's thorough with what he does.  You know, I

24  mean, like I said, we all have our faults.  That

25  would be one of my faults, but I don't have

 1  somebody that I'm married to or still attached

 2  to, you know, and still got that going on.

 3              SA CORRELL:  Yeah.

 4              MR. MAYFIELD:  So that's the only

 5  fault that he has.  That was Tony's fault.

 6              SA CORRELL:  Yeah.

 7              MR. MAYFIELD:  You know, but Tony

 8  was in the same situation with him.  He had

 9  somebody at home and it just, you know, when it

10  was made public with Tony it bit him in the

11  backside and he couldn't recover from it.  That's

12  when the current mayor beat him.

13              SA CORRELL:  Yeah.

14              MR. MAYFIELD:  Because otherwise

15  Tony was doing good for the City and was actually

16  good for the City as far as work.  But people

17  just don't like public indiscretions, you know.

18  And especially the timing of it.  When it comes

19  out at a certain time, it stays on your front,

20  frontal.

21              SA CORRELL:  Yeah.

22              MR. MAYFIELD:  So you can't forget

23  that.  But the sheriff is running, Jody is

24  running, then you have, what, this is the Justice

25  Court judges?

County
COURT REPORTERS, Inc.
Videography    Litigation Technology™
800.262.8777 TOLL-FREE  •  540.667.0600 LOCAL  •  540.667.6562 FAX  •  CountyCourtReporters.com

GOV_000147

 1                    SA CORRELL:  Mm-hmm (Indicating

 2   affirmatively).

 3                    MR. MAYFIELD:  But half of them

 4   are running unopposed.

 5                    SA CORRELL:  Yeah.

 6                    MR. MAYFIELD:  Your biggest races

 7   are supervisors.  Gavin has got a five or six man

 8   opponent, woman, man opponent and then, and Wanda

 9   Evers is probably going to win that seat.  And

10   then you have five or six that's running against

11   Bob Katt.  And Bob Katt ...

12                    SA CORRELL:  How is that going to

13   go?

14                    MR. MAYFIELD:  Huh?

15                    SA CORRELL:  How is that going to

16   go?  He going to win, you think?

17                    MR. MAYFIELD:  Well, he's been in

18   the hotseat as far as being alleged to have taken

19   money.

20                    SA CORRELL:  Oh, really?

21                    MR. MAYFIELD:  Yeah, with that PPP

22   money.

23                    SA CORRELL:  Oh, yeah, yeah, yeah.

24                    MR. MAYFIELD:  Yeah.  I mean, it

25   was, I don't know if he paid it back.  I think he

GOV_000148

1  paid it back.

2              SA CORRELL:  Yeah.

3              MR. MAYFIELD:  Kind of just made

4  things wash under the bridge and go away.  And a

5  lot of the stuff, like when we go back to JPD, a

6  lot of stuff as far as like auditing, I don't

7  know that Chad is really concerned about really

8  researching or going after that.  Because then it

9  becomes a white and black thing, because that's

10 what it's going to be made publicly.

11             SA CORRELL:  Yeah.

12             MR. MAYFIELD:  If he goes, you

13 know, a sitting black mayor, it'll be made into

14 a, it'll be a racial overtone.  You know, why are

15 you coming to do this?  And I think that's why

16 he, and I don't know that.  I'm just talking to

17 you out loud.  That may be why he has some

18 reluctance of even going to look deeper into

19 misappropriations of funds and things like that.

20             SA CORRELL:  Yeah.  Okay.  You

21 mentioned, so like when people are running, I

22 think we were talking about the sheriff's race,

23 folks are going to come at you and there's an

24 expectation that there's, what was it, favors?

25             MR. MAYFIELD:  Any time you give

1   money to somebody, when you give money-money.  I

2   ain't talking about here, here's $100.

3              SA CORRELL:  Yeah.

4              MR. MAYFIELD:  When you're giving

5   a couple thousand to a campaign in consecutive

6   fundraisers, there's a certain level of

7   expectation.  If, you know, if I need your favor

8   down the road, I need you, you know, to be there

9   for me, whether it's somebody that is being

10  locked up, you know, and if it's not a DUI or a

11  murder, you know, you just make it kind of, you

12  know, go away.  Or in your words, disappear.

13             SA CORRELL:  Hold on a sec.

14  **(WHEREUPON, SA Correll left the car.)**

15             MR. MAYFIELD:  I always tell

16  people I do not ever want to be in a situation

17  where bracelets get put on me.

18  **(WHEREUPON, SA Correll reentered the car.)**

19             SA CORRELL:  Is there anything

20  specific, like a specific example that you know

21  about of something like that?  Where somebody

22  went to a politician, either you saw it or ...

23             MR. MAYFIELD:  You're talking

24  about money-wise?

25             SA CORRELL:  Money-wise, yeah.

1          MR. MAYFIELD:  Well, ...

2          SA CORRELL:  And money was

3  exchanged, a campaign donation was made,

4  whatever.

5          SA GALACIA:  For favors or.

6          SA CORRELL:  And favors were

7  promised or official acts were promised, you

8  know.

9          MR. MAYFIELD:  Well, if you get in

10 office, if you win your seat, there's a

11 responsibility that you, that you are, like the

12 mayor's seat.  If you win the seat there's a

13 certain expectation that you'll make sure I get

14 this, awarded this contract, and there's a

15 million dollars.

16          SA CORRELL:  Yeah.

17          MR. MAYFIELD:  I know Rudy Warnock

18 did that for Marshand.

19          SA CORRELL:  Yeah.

20          MR. MAYFIELD:  See, now I know

21 about that one because I was in, that was one of

22 those situations that I was actually in it, not

23 purposely, but nonetheless involved in the

24 conversation.  Because it was like 15,000.  I

25 mean, it was on two different occasions, ...

```
 1                    SA CORRELL:  Yeah.

 2                    MR. MAYFIELD:  ... because

 3   Marshand raised 600,000 that year.

 4                    SA CORRELL:  Yeah.

 5                    MR. MAYFIELD:  But anyway.

 6                    SA CORRELL:  What do you, talk

 7   about that.  So Rudy Warnock ...

 8                    MR. MAYFIELD:  The one in Madison,

 9   the one that's in trouble with the mayor out in,

10   not, in Ridgeland.

11                    SA CORRELL:  In Ridgeland, or in

12   Canton.

13                    MR. MAYFIELD:  No, she's the mayor

14   of Madison.

15                    SA CORRELL:  Okay.

16                    MR. MAYFIELD:  Hawkins.

17                    SA CORRELL:  Yeah.

18                    MR. MAYFIELD:  Yeah, she's the

19   mayor of Madison.

20                    SA CORRELL:  Yeah, that's the

21   mayor of Madison.

22                    MR. MAYFIELD:  Yeah, because he

23   got a contract for engineering and defaulted on

24   it and he got indicted because of charges that

25   she put on him.
```

```
 1                    SA CORRELL:  But you were present

 2  for some kind of conversation between him and

 3  Marshand?

 4                    MR. MAYFIELD:  Yeah, this is back

 5  in '09.

 6                    SA CORRELL:  Oh, really, okay.

 7  What was that conversation about?

 8                    MR. MAYFIELD:  I mean, just, I

 9  mean, just the general, you know, I'm going to

10  take care of you.  We're going to make sure you

11  get in the seat.  And then you get that blanket

12  check, how many people you know can just write a

13  $15,000 check a couple of times during the

14  campaign season.

15                    SA CORRELL:  Yeah, not many.  But

16  the conversation was around a campaign donation

17  that Warnock made to Chris while he's running for

18  mayor.

19                    MR. MAYFIELD:  Right.

20                    SA CORRELL:  And Chris assured him

21  that he would take care of him if he won the

22  election.

23                    MR. MAYFIELD:  Oh, yeah.  Yeah, I

24  mean, and I'm sure he assured a lot more than

25  that, because, like I said, he raised $600,000.
```

```
 1                SA GALACIA:  Yeah, that's a lot.
 2                MR. MAYFIELD:  You know, that's a
 3  lot of money.  And, I mean, it's like the mayor's
 4  probably sitting on $2 million as far as campaign
 5  donations.  I mean, in some shape or form there's
 6  a level of expectations, if we ...
 7                SA CORRELL:  Yeah.
 8                MR. MAYFIELD:  ... put money into
 9  your campaign, ...
10                SA CORRELL:  Yeah.
11                MR. MAYFIELD:  ... you know, we
12  need to be rewarded for it.
13                SA CORRELL:  Right.
14                MR. MAYFIELD:  I mean, it's almost
15  like this garbage contract.  Why would you fight
16  that hard for a garbage contract?
17                SA CORRELL:  I know.
18                MR. MAYFIELD:  I mean, minority or
19  not, I mean, and I understand that, you know, you
20  want black businesses to thrive.  But is it to
21  that degree that you put the City through this
22  public embarrassment?  And the lawsuits and the
23  legal fees that the City Council has surpassed.
24  They surpassed what their legal budget is to pay
25  Deshawn Martin.
```

```
 1                 SA CORRELL:  Yeah.  Okay.  You
 2   mentioned something about Davis maybe, Chief
 3   Davis was leaving?
 4                 MR. MAYFIELD:  He's supposed to
 5   be.
 6                 SA CORRELL:  Supposed to be.
 7                 MR. MAYFIELD:  He interviewed for
 8   a JPS job.
 9                 SA CORRELL:  He interviewed for
10   the JPS job, so he's wanting to get out I guess?
11                 MR. MAYFIELD:  No.
12                 SA CORRELL:  No?  Is he not
13   wanting to leave?
14                 MR. MAYFIELD:  No.
15                 SA CORRELL:  Who's going to
16   replace him?  You said Grizzell might be the
17   interim, but.
18                 MR. MAYFIELD:  Yeah, he's supposed
19   to be the interim for 90 days, but that's the
20   mayor's right-hand guy, so you, right now you
21   have, both of you are obviously younger than I
22   am.  So that means you're younger than Grizzell,
23   so you don't have anybody that's at that age
24   level of what Grizzell is, which he's older than
25   I am, to take the reins of that seat.
```

```
 1                 SA CORRELL:  Yeah.

 2                 MR. MAYFIELD:  So anybody else is

 3   going to be, like you have commanders.  Lonie is

 4   in his mid-30s, so is Vance, and that's precinct

 5   two and the training commander.  Nash may be in

 6   his 40s, Jackie may be in her 40s.  Nonetheless,

 7   it would be a changing of guards of a very, very

 8   young administration.

 9                 SA CORRELL:  Yeah.

10                 MR. MAYFIELD:  That may not have

11   the respect of their subordinates.  So that would

12   be, him or Wade would be the only choices that

13   you really have at the department.

14                 SA CORRELL:  Yeah.

15                 MR. MAYFIELD:  And I don't know

16   that it's the right decision, but it's the only

17   decision that you have unless you can find

18   somebody that wants to come into this mess.

19                 SA CORRELL:  Yeah, external person

20   who wants to take it over.

21                 MR. MAYFIELD:  Right, right.  And

22   you're going to have to probably go far and

23   beyond what you ever wanted to pay the chief of

24   police for somebody else to come external.

25                 SA CORRELL:  Yeah.  Okay.
```

County
COURT REPORTERS, Inc.
Videography     Litigation Technology™
800.262.8777 TOLL-FREE  •  540.667.0600 LOCAL  •  540.667.6562 FAX  •  CountyCourtReporters.com

GOV_000156

```
 1              MR. MAYFIELD:  But if you're
 2  being, when you're being pushed out the door,
 3  you're being fired without the word fired.
 4              SA GALACIA:  Yeah.
 5              MR. MAYFIELD:  You know, you can
 6  use the word, when Chief Vance resigned, he was
 7  being fired.  Antar was going to fire him, but he
 8  resigned, you know, because that would have been,
 9  that would have been terminal for Antar to
10  publicly fire one of the most revered people in
11  the City of Jackson.
12              SA CORRELL:  Yeah.
13              MR. MAYFIELD:  To fire Vance.  So
14  he gave him the opportunity to resign and, you
15  know, unfortunately for me, you know, he decides
16  to run for sheriff.  Because he doesn't run for
17  sheriff and it's just Victor, I beat Victor one
18  on one.  But with Vance, his popularity was so
19  exceeding with everything Victor had going on
20  with the lawsuits, I mean, Victor couldn't match
21  Lee, and I definitely couldn't.  But I would have
22  been able to match Victor, because I was just
23  coming off, like I said, the high of being the
24  chief in Edwards.
25              SA CORRELL:  Yeah.  Okay.  Okay.
```

County
COURT REPORTERS, Inc.
Videography    Litigation Technology™
800.262.8777 TOLL-FREE  •  540.667.0600 LOCAL  •  540.667.6562 FAX  •  CountyCourtReporters.com

GOV_000157

 1  All right.  Berta, let's talk for a minute.

 2  **(WHEREUPON, SA Correll and SA Galacia left the**

 3  **car.)**

 4                **MR. MAYFIELD:**  If you don't mind

 5  for me, can you turn your air up just a little

 6  bit?  Thank you.

 7  **(WHEREUPON, SA Correll and SA Galacia reentered**

 8  **the car.)**

 9                **SA CORRELL:**  We just can't come up

10  with like a plan of what we could do.  Like I

11  know you know everybody.  We just, we have to

12  sell it to our bosses.  We just can't, I can't

13  sell, there's nothing I can sell, unfortunately.

14  Unless there's something else that we can come up

15  with, you know, so.

16                **MR. MAYFIELD:**  Yeah, I don't, I

17  don't, I mean, I'm being honest, I don't ...

18                **SA CORRELL:**  I believe you, yeah.

19                **SA GALACIA:**  Yeah.

20                **SA CORRELL:**  I a hundred percent

21  believe you.

22                **SA GALACIA:**  You've been really

23  honest.

24                **SA CORRELL:**  You've been nothing

25  but cooperative.  You know, if ...

County
**COURT REPORTERS,** Inc.
Videography • Litigation Technology™
800.262.8777 TOLL-FREE  •  540.667.0600 LOCAL  •  540.667.6562 FAX  •  CountyCourtReporters.com

GOV_000158

```
 1                    MR. MAYFIELD:  I mean, I ...

 2                    SA CORRELL:  ... you knew it, I

 3   think you have a reason to tell us.

 4                    MR. MAYFIELD:  Yeah, I mean, like

 5   I said, the only, I mean, and that's without

 6   definitive, you know, between the chief, the

 7   grant writer at the police department, there's

 8   some negligence ...

 9                    SA CORRELL:  Yeah.

10                    MR. MAYFIELD:  ... as far as the

11   funding goes.

12                    SA CORRELL:  Yeah.

13                    MR. MAYFIELD:  I can't pinpoint

14   and say what it is or know that it's, it was

15   earmarked for this and is being utilized for

16   this.

17                    SA CORRELL:  Sure.

18                    MR. MAYFIELD:  But I know that

19   they have money, they have grant monies that have

20   been, they are being used for other things than

21   what they were earmarked for.

22                    SA CORRELL:  Yeah.

23                    MR. MAYFIELD:  You know, exactly

24   what, I can't, the only thing that I, grant money

25   for cars is the only thing that's being used for
```

 1  cars.

 2                    SA CORRELL:  Yeah.

 3                    MR. MAYFIELD:  But like anything

 4  else, I mean, it's just being used however they

 5  want to.

 6                    SA CORRELL:  Yeah.

 7                    MR. MAYFIELD:  You know, free

 8  willy-nilly like the money for the crime lab.

 9  It's being utilized other than what it's intended

10  for.

11                    SA CORRELL:  Yeah.

12                    MR. MAYFIELD:  Because the crime

13  lab is horrible.

14                    SA CORRELL:  Yeah.  So your stuff,

15  so your truck's here.  I think all your things

16  are in the truck ...

17                    MR. MAYFIELD:  They are.

18                    SA CORRELL:  ... except for what

19  you have on you right now.

20                    MR. MAYFIELD:  Yeah.

21                    SA CORRELL:  Is there anybody we

22  can call to come get that stuff for you?  I mean.

23                    MR. MAYFIELD:  If I've got to go

24  through this process, I don't even want nobody to

25  know, not even my mother.

```
 1                SA CORRELL:  Yeah.

 2                MR. MAYFIELD:  Just have to, just,

 3  I mean, because if I knew how to go about doing

 4  it, you know, I would do it.  I just don't know

 5  how to go about doing it.

 6                SA CORRELL:  I know.

 7                SA GALACIA:  Yeah, it, ...

 8                MR. MAYFIELD:  I mean it's not ...

 9                SA GALACIA:  ...we need something

10  that we can sell, you know.

11                SA CORRELL:  Yeah, if the

12  situation were different ...

13                MR. MAYFIELD:  Like, you know,

14  well, go ahead.  I'm going to let you say.

15                SA CORRELL:  No, if the situation

16  were different, you know, we could potentially

17  let you go out there and angle and work your way

18  in somewhere.

19                MR. MAYFIELD:  Well, no, I mean, I

20  don't need a way to, I don't need a way to work

21  it in, I just need to know what am I going

22  looking for as far as conversation, you know.

23  What am I looking for, what am I looking to

24  research?  I don't have to, I mean, I know

25  everybody.  I mean, it's just ...
```

GOV_000161

```
 1                 SA CORRELL:  Yeah.

 2                 MR. MAYFIELD:  ... I can't

 3   deliberately just go in there starting a

 4   conversation that comes out of nowhere.  But I

 5   don't have to wiggle in, I can go and speak to

 6   just about any of the people that we've

 7   mentioned, but.

 8                 SA CORRELL:  Yeah.

 9                 MR. MAYFIELD:  What exactly am I

10   looking for to bring back?  I mean, you know,

11   because the only thing I definitely know going

12   on there, and I don't know if that's Federal as

13   far as, you know, hundreds of thousands of

14   dollars that are being taken from that company.

15                 SA CORRELL:  Yeah.

16                 MR. MAYFIELD:  I don't know if

17   that's Federal or if that falls under your

18   purview.  But that's the only thing that I

19   definitively know that I can say, okay, I know

20   that this is going on.

21                 SA CORRELL:  Yeah.

22                 MR. MAYFIELD:  There's being some

23   money stole by a husband and wife tandem.

24                 SA CORRELL:  Yeah.

25                 MR. MAYFIELD:  That have some
```

GOV_000162

1   association to Jody.

2              SA CORRELL:  Yep, okay.

3              MR. MAYFIELD:  And like I said,

4   the amount of money is supposed to be in the

5   amount of 200,000 plus.

6              SA CORRELL:  Yeah.  And there

7   were, the only investors you know about are the

8   two guys you mentioned and Jody?

9              MR. MAYFIELD:  Well ...

10              SA CORRELL:  The Israeli guys.

11              MR. MAYFIELD:  ... the money guy,

12   which is Hezzy.

13              SA CORRELL:  Hezzy, okay.

14              MR. MAYFIELD:  Sam, which is

15   Samnoni, he's one in the same person.  The wife's

16   name is Tally.

17              SA CORRELL:  Tally, okay.

18              MR. MAYFIELD:  I didn't give you

19   that name.  Tally, that's the, Sam and Tally are

20   the husband and wife.  So those are the ones that

21   run the direct company that are over there on the

22   street that the Federal Courthouse is on.  The

23   office that I told you off State Street.

24              SA CORRELL:  Yeah.

25              MR. MAYFIELD:  So that's where

 1  they operate out of.

 2                  SA CORRELL:  Yeah.

 3                  MR. MAYFIELD:  And their numbers

 4  are not lining up for what they're saying it

 5  should be.

 6                  SA CORRELL:  Yeah.

 7                  MR. MAYFIELD:  So I know, because

 8  I was, I got to see that up close and personal

 9  yesterday.

10                  SA CORRELL:  Yeah.

11                  MR. MAYFIELD:  Opposed to just

12  hearing it, this is something that I can actually

13  validate and say that this is going on.

14                  SA GALACIA:  Yeah.

15                  MR. MAYFIELD:  And there's a, this

16  ain't $10,000, this is a couple hundred thousand

17  dollars that are being stolen.

18                  SA CORRELL:  Yeah.

19                  MR. MAYFIELD:  And I don't know

20  how that defrauds the house market or whatever

21  language that would be used.

22                  SA CORRELL:  Yeah.

23                  MR. MAYFIELD:  But that's one of

24  the things that I know that's illegal.

25                  SA CORRELL:  And would they, would

1  they talk to you about it?  Like, I mean, you

2  know them but they're probably not going to come

3  out and admit that they're defrauding Jody, do

4  you, I'm guessing?  You know.

5           MR. MAYFIELD:  No, they wouldn't

6  come out in the open, but, I mean, I would be

7  able to get, I mean, that could be worked out.  I

8  would just have to know how to work that one.  I

9  mean, I don't know if I ...

10  **(WHEREUPON, the recording ends and going to**

11  **second recording.)**

12           MR. MAYFIELD:  ... through Jody or

13  through them.  But, I mean, that could be worked

14  because that one's, that one's a little bit more

15  easier conversation.

16           SA CORRELL:  Yeah.

17           MR. MAYFIELD:  That I, that I'm

18  not abstained from, you know what I'm saying?

19           SA CORRELL:  Yeah.

20           MR. MAYFIELD:  I don't have to

21  leave out the room when they're talking.

22           SA CORRELL:  Yeah.

23           MR. MAYFIELD:  So, I mean, I

24  could, you know, look, what's going on with this,

25  you know, where are we at on this and kind of

 1  give you back what I've learned and so forth and

 2  so on.

 3              SA CORRELL:  I just don't know if

 4  that's enough.  If that's enough for us to run

 5  on.  It doesn't sound like it's going to be.

 6              MR. MAYFIELD:  Okay.

 7              SA CORRELL:  So I think we're just

 8  going to have to, we're just going to have to do

 9  this, man.  It is what it is.  But if you want us

10  to call somebody about the truck, we have your

11  keys, so we're going to have to give those to

12  somebody.

13              SA GALACIA:  I think your phone's

14  there, right?

15              SA CORRELL:  And your phone's in

16  the truck.

17              MR. MAYFIELD:  My mom's in Atlanta

18  and my mother is going to have a stroke.  No, I'm

19  not calling her.  I just.

20              SA GALACIA:  Do you have any

21  medication in there?

22              MR. MAYFIELD:  No, I don't take

23  medicine.  I don't smoke or drink, I'm not

24  disabled.

25              SA GALACIA:  License?

County
COURT REPORTERS, Inc.
Videography    Litigation Technology™
800.262.8777 TOLL-FREE  •  540.667.0600 LOCAL  •  540.667.6562 FAX  •  CountyCourtReporters.com

GOV_000166

```
 1                    SA CORRELL:  Yeah, where's your
 2   I.D. and everything?  Is that going to be, do we
 3   need that?  I don't think we need that, do we?
 4   We can take it, I mean.  I want to just leave
 5   everything in the car so that they don't have it,
 6   you know.  If the have it, I mean.
 7                    SA GALACIA:  Yeah, so the man can.
 8                    SA CORRELL:  So if you need to get
 9   it brought back over here later to get it.  But
10   we'll have your keys and we can I guess leave
11   those with the marshals.
12                    MR. MAYFIELD:  This will be a news
13   breaking story today.
14                    SA CORRELL:  Yeah.
15                    SA GALACIA:  I'll make sure it's
16   locked.
17                    MR. MAYFIELD:  Because I, I mean,
18   because if you told me what to do or who to go
19   after, then I would do it.  I mean, I just don't
20   know who to go after.
21                    SA CORRELL:  So we've talked, all
22   those names that we talked about, right?
23                    MR. MAYFIELD:  Mm-hmm (Indicating
24   affirmatively).
25                    SA CORRELL:  But we got to have,
```

 1   we can't just ...

 2                    SA GALACIA:  Send you in ...

 3                    SA CORRELL:  We can't just send

 4   you in there without any kind of like Jody Owens,

 5   for example.  You know Jody, you're close to

 6   Jody.

 7                    MR. MAYFIELD:  Right.

 8                    SA CORRELL:  But as we sit here

 9   right now, you haven't told us anything that

10   Jody's really doing that's, that would rise to

11   the level of a Federal crime that we would be

12   investigating.  And we can't just go fishing for

13   stuff, you know.

14                    MR. MAYFIELD:  No, no, no, I

15   understand that, I understand that.

16                    SA CORRELL:  We've got to have

17   somebody telling us, hey, this is what's going on

18   and we can go try and prove it or disprove it or

19   whatever.

20                    MR. MAYFIELD:  You're saying as

21   far as like things that are, that are ...

22                    SA CORRELL:  And, you know, an

23   idea, you know, I've kicked around is you have a

24   company, right, that does security stuff.

25                    MR. MAYFIELD:  Right.

```
 1                  SA CORRELL:  That company
 2   conceivably would want contracts.
 3                  MR. MAYFIELD:  Right.
 4                  SA CORRELL:  Who do you suspect
 5   that if you went to, they would ask you for
 6   payments?  Like if you went to a public official
 7   and said, hey, I'm looking for some contracts or
 8   some work for my company, could you help me,
 9   would they solicit anything from you?
10                  MR. MAYFIELD:  Like would they
11   give me the contract and ask me to give them a
12   kickback?
13                  SA CORRELL:  Yeah.
14                  SA GALACIA:  Yeah.
15                  MR. MAYFIELD:  I don't know.  I've
16   never asked one of the ...
17                  SA CORRELL:  No, no, yeah.
18                  MR. MAYFIELD:  ... like the big
19   officials.  I've never asked them.  So the
20   officials I've worked for ...
21                  SA CORRELL:  And would they buy
22   that?  Would they buy that this is something that
23   they could help you with and that ...
24                  MR. MAYFIELD:  Right, right,
25   right.
```

1              SA CORRELL:  ... you would be

2   interested in?  Like is it, does the story make

3   sense.

4              MR. MAYFIELD:  Right.

5              SA CORRELL:  We asked about, you

6   know, if you went to Banks and said, hey, I want

7   to do some security work for you, he'd be like,

8   yeah, you can do security for me, I ain't going

9   to pay you.

10             MR. MAYFIELD:  Right.

11             SA CORRELL:  Like he's, you know.

12             MR. MAYFIELD:  Right.

13             SA CORRELL:  So why would you pay

14  him if you're going to do security work for him,

15  you know.

16             MR. MAYFIELD:  Right, right, for

17  free.

18             SA CORRELL:  For free.  Like I

19  just don't think that would work.  Your case, not

20  your case, the stuff with JPD ...

21             MR. MAYFIELD:  This is buried now

22  with this.  I mean, they ain't going to, I mean,

23  I wouldn't get it back anyway because, I mean,

24  I'd be in jail.  I ain't going to get out of

25  jail, so, I mean.

 1                    SA CORRELL:  But if, you know, if

 2  that was, that's out there, right, people know

 3  it's out there.

 4                    MR. MAYFIELD:  Right.

 5                    SA CORRELL:  Number one, is

 6  anybody going to talk to you, because they're

 7  going to suspect, they'd be a little bit

 8  suspicious of you ...

 9                    MR. MAYFIELD:  Well, no, no, the

10  grant writer talks to me.

11                    SA CORRELL:  Yeah.

12                    MR. MAYFIELD:  Now that's, that's

13  who, that's who I have the most mistrust with

14  right now, the one who does the grants at

15  Jackson.

16                    SA CORRELL:  Okay.

17                    MR. MAYFIELD:  And he's been kind

18  of disclaimed as a child, per se.  I mean, he's

19  been ostracized.  I mean, I can talk to him.  Now

20  that person can be worked as far as, you know,

21  what are they doing over there, you know, ...

22                    SA CORRELL:  Yeah.

23                    MR. MAYFIELD:  ... what, you know,

24  where is the, you know, how they, because he said

25  they're trying to jam him up.  But he has as much

```
 1   negligence as the chief of police.  I mean, but
 2   he's fallen out of favor with the chief, Chief
 3   Davis, Chief Grizzell.
 4                 SA CORRELL:  Yeah.
 5                 MR. MAYFIELD:  Captain Abraham
 6   Thompson.
 7                 SA CORRELL:  Yeah.
 8                 MR. MAYFIELD:  So, I mean, I
 9   didn't bring his name up, but Juan Gray is the
10   one who writes the grants.
11                 SA CORRELL:  Okay.
12                 MR. MAYFIELD:  So Juan Gray is the
13   one who has to sign off on all paperwork as it
14   relates to that DUI grant, right?
15                 SA CORRELL:  Yeah.
16                 MR. MAYFIELD:  So he's also the
17   one that writes the grant for everything else in
18   the City.  So every funding comes through him.
19   So there's been some T's that hadn't been crossed
20   and some I's that have not been dotted on his
21   behalf.
22                 SA CORRELL:  Yeah.
23                 MR. MAYFIELD:  Or overlooked
24   paperwork that have been signed and shouldn't
25   have been signed by Chief Davis.
```

1           **SA CORRELL:**  Is Juan Gray doing

2   anything illegal that he would talk to you about?

3           **MR. MAYFIELD:**  That he would tell

4   me blatantly I'm doing this illegally?

5           **SA CORRELL:**  Yeah, that you could

6   go talk to him about.  Like is there any kind of

7   scheme that, you know, he's involved in about

8   misusing grant money or whatever?  Like is he

9   stealing grant money or is he ...

10          **MR. MAYFIELD:**  Well, I mean,

11  stealing it, he can't write his own self a check.

12  So the checks come through JPD's fund anyway.  So

13  it's got to be processed through JPD regardless.

14  But he can't write himself a check, but he's

15  getting, what's the word I'm using?  He's, he's

16  written, I don't know if that's illegal, but he's

17  written grants for the City and getting paid for

18  them or written grants while writing for the City

19  and getting paid for them, I don't know if that's

20  Federally a crime.

21          **SA CORRELL:**  Like he's getting

22  paid by the grant or getting paid by the City to

23  ...

24          **MR. MAYFIELD:**  No, no, by the

25  grant.  He's, he's putting himself into the grant

County
**COURT REPORTERS, Inc.**
Videography • Litigation Technology™
800.262.8777 TOLL-FREE  •  540.667.0600 LOCAL  •  540.667.6562 FAX  •  CountyCourtReporters.com

GOV_000173

1   to get paid.

2              SA CORRELL:  Okay.

3              MR. MAYFIELD:  But you're already

4   being paid for the City because that's your

5   title.

6              SA CORRELL:  Yeah, okay, that

7   would be an issue.  Potentially.

8              MR. MAYFIELD:  And then do other

9   grants while you're servicing under ...

10             SA CORRELL:  Yeah.

11             MR. MAYFIELD:  ... the City

12  writing grants.  You know, so I'm writing you a

13  grant and I'm writing you a grant at the same

14  time while I'm on the clock being paid for JPD.

15             SA CORRELL:  Yeah, okay.  Do you

16  have access to Gray?

17             MR. MAYFIELD:  Yeah.

18             SA CORRELL:  When was the last

19  time you talked to Juan Gray?

20             MR. MAYFIELD:  Monday.

21             SA CORRELL:  What did you all talk

22  about?

23             MR. MAYFIELD:  We didn't, we

24  didn't, there was too many people around.  We,

25  you know, we said we'll catch cup later, because

County
COURT REPORTERS, Inc.
Videography • Litigation Technology™
800.262.8777 TOLL-FREE  •  540.667.0600 LOCAL  •  540.667.6562 FAX  •  CountyCourtReporters.com

GOV_000174

1    I was cooking on the grill.

2            **SA CORRELL:**  Okay.  Who ...

3            **MR. MAYFIELD:**  But if I called him

4    and said let's catch up, but, you know, my case

5    is coming up, let me talk to you about what's

6    going on with my case and just kind of see where

7    he's at on my case.  Because at one point he

8    said, well, they're going to bring me in because

9    they want me to testify on your, but there ain't

10   nothing I can give them because you did

11   everything right.  But, yeah, yeah, I know I did

12   everything right, I don't need you to validate

13   me.

14           **SA CORRELL:**  Yeah.

15           **MR. MAYFIELD:**  But what you're

16   doing or what you hadn't done, you know, or

17   something of that, I could talk, I can talk to

18   him straight.  I don't have to cat around having

19   a conversation with him.

20           **SA CORRELL:**  Yeah.

21           **MR. MAYFIELD:**  I can be more

22   direct and say, look, well, not direct, you know

23   what I'm saying.  I don't have the, I don't have

24   to BS around.  I don't have to casually try to

25   work my way into it.  I mean, I can after a

```
 1   couple of seconds of conversation, look, you
 2   know, look, you know what going on about you,
 3   don't you, you know.  You done did this and did
 4   that and then see what his reaction is.
 5               SA CORRELL:  Yeah.
 6               MR. MAYFIELD:  About the funds,
 7   the only ones that I can directly bring out of my
 8   mouth that I know about, he does do grants for
 9   the cars.  He does them for the DUI grant and he
10   does it for the crime lab.  So, I mean, I can go
11   directly at him as far as, you know, you done got
12   paid for doing all these grants, while you're on
13   JPD's time and you don't roll grants for the JFD
14   and Ridgeland PD, for the DA's office and so
15   forth and so on.  I mean, that's a direct
16   conversation ...
17               SA CORRELL:  Yeah.
18               MR. MAYFIELD:  ... without him
19   thinking that I'm, you know, in cahoots with
20   anybody.
21               SA CORRELL:  Yeah.  I just don't
22   know if that's going to be enough.  I'm not sure
23   that's going to, I can sell that.  Who, is Gray
24   tight with anybody?  Is he tight with Chief
25   Davis?  You said they're kind of on the outs,
```

1    right?

2                    MR. MAYFIELD:  No, he's on the

3    outs.  He's doing a what you call it, an EELC

4    against him and Grizzell.

5                    SA CORRELL:  Yeah, yeah.

6                    MR. MAYFIELD:  So he's not close

7    to them anymore, but he knows what, he knows what

8    either Chief Davis or Chief Grizzell have done.

9    He would divulge that, you know, I mean.  Just in

10   a venting, you know, pissed off conversation.

11                   SA GALACIA:  Yeah.

12                   MR. MAYFIELD:  You know, them son

13   of a bitches get mad at me and ...

14                   SA CORRELL:  Yeah.

15                   MR. MAYFIELD:  ... this is what

16   they did.  You know, he would do it in that

17   manner.

18                   SA CORRELL:  Yeah.

19                   MR. MAYFIELD:  You know, he would

20   implicate both of them in a direct conversation

21   as far as whatever money was bought for the pole

22   cameras or how many were bought, I mean, I don't

23   know how you mess that up.  But whatever it is,

24   if it's something bad, he would say it.

25                   SA CORRELL:  Yeah.

 1              MR. MAYFIELD:  I mean, because

 2  he's that mad at them right now.

 3              SA CORRELL:  Yeah.

 4              MR. MAYFIELD:  So it would be easy

 5  just to have that, that conversation.

 6              SA CORRELL:  Yeah, okay.  Berta,

 7  what do you think?  I mean, I just don't know

 8  that we can ...

 9              SA GALACIA:  We wouldn't have an

10  allegation.

11              SA CORRELL:  Yeah, I mean.

12              SA GALACIA:  So we can't really go

13  fishing.

14              MR. MAYFIELD:  You have an

15  allegation of misappropriated Federal funds.

16  Grant funds.

17              SA CORRELL:  Well, you're saying

18  you have personal knowledge that he's ...

19              SA GALACIA:  Yeah, how do you know

20  that?

21              SA CORRELL:  ... writing the

22  grants and that he's paying himself out of the

23  grants.

24              MR. MAYFIELD:  Right.  That's an

25  allegation.  That's an allegation, right.

1            **SA GALACIA:**  Yeah.

2            **SA CORRELL:**  How do you know that?

3            **MR. MAYFIELD:**  Because that's what

4  he, that's what he called me on the phone.  Man,

5  they trying to jam me up saying that I'm writing

6  grants and putting myself in it.

7            **SA CORRELL:**  Yeah.

8            **MR. MAYFIELD:**  I mean, he offered

9  that to me.  I didn't ...

10            **SA CORRELL:**  Does he deny that

11  he's doing that or ...

12            **MR. MAYFIELD:**  Yeah, he's denying

13  that he's doing that, yeah.

14            **SA CORRELL:**  So you think he would

15  admit that he's doing that to you?

16            **MR. MAYFIELD:**  No, I don't think

17  that he would, well, I don't, I don't know that

18  he would directly admit to it.  He's saying,

19  yeah, he'd probably say, yeah, I'm writing other

20  grants, but that's on my own time.

21            **SA CORRELL:**  Yeah.

22            **MR. MAYFIELD:**  You ain't got

23  nothing to do with JPD.  Because he said that in

24  conversation.  He said I ain't doing that shit,

25  man, I write grants all the time when I'm off and

1   I'm doing that on my own time.

2                  **SA CORRELL:**  Yeah.

3                  **MR. MAYFIELD:**  But, obviously they

4   found something to suggest that he's doing it

5   while at JPD.  That's the reason that he's ...

6                  **SA GALACIA:**  While he's getting

7   paid for working.

8                  **MR. MAYFIELD:**  Right, right, so

9   that's the reason he's under fire at JPD.  I

10  mean, they just hadn't terminated him, fired him,

11  because he's the only grant writer.  He's the

12  only grant writer they've had since before 2013.

13  So, I mean, he's kind of holding the, the, he's

14  holding a full house, you know, stacked hand.

15  So, I mean, you can't let him go because you

16  already don't have equipment now, and the little

17  bit of equipment that you've gotten since he's

18  been there has been because of him.

19                 **SA CORRELL:**  Yeah.

20                 **MR. MAYFIELD:**  Because you didn't

21  have any cars ...

22                 **SA CORRELL:**  Yeah.

23                 **MR. MAYFIELD:**  ... before he

24  became the grant writer, you know.

25                 **SA CORRELL:**  Yeah.

County
**COURT** **REPORTERS,** Inc.
Videography   Litigation Technology™
800.262.8777 TOLL-FREE  •  540.667.0600 LOCAL  •  540.667.6562 FAX  •  CountyCourtReporters.com

GOV_000180

 1                 **MR. MAYFIELD:**  Broke down Chargers

 2  and Crown Vics, so.

 3                 **SA CORRELL:**  Yeah.  Torrence, I

 4  think we're just going to have to do this, man.

 5  I just don't think that's going to be enough.  I

 6  think we're going to need, we'd need more.

 7                 **MR. MAYFIELD:**  I mean, what else

 8  more do you need?

 9                 **SA CORRELL:**  I mean, we would need

10  substantive, specific allegations against these,

11  these people that we know you know.  Jody.

12                 **MR. MAYFIELD:**  So what about the

13  Sam and Noni thing?  What specifics would you

14  need about that?

15                 **SA CORRELL:**  So that, that doesn't

16  implicate his official position.  Like that's,

17  he's a victim in that case.

18                 **MR. MAYFIELD:**  Oh, okay.

19                 **SA CORRELL:**  He could, he could

20  call my office and report these guys ...

21                 **MR. MAYFIELD:**  Okay.

22                 **SA CORRELL:**  ... and we could open

23  up a case and, you know, look at their bank

24  records and see what happened.

25                 **MR. MAYFIELD:**  Okay.

County
**COURT REPORTERS,** Inc.
Videography   Litigation Technology™
800.262.8777 TOLL-FREE  •  540.667.0600 LOCAL  •  540.667.6562 FAX  •  CountyCourtReporters.com

GOV_000181

1    **SA CORRELL:**  But if Jody is doing

2   stuff that you know about, you know, now's the

3   time to throw it out there.  You know, I know you

4   probably have loyalty to the guy.  You know, he

5   gave you a job probably when not a lot of other

6   people would, but now's the time to, if there's

7   something we can do, we've got to figure it out

8   right now.

9    **MR. MAYFIELD:**  Well, if there have

10  been people that have been locked up on

11  misdemeanor crimes and they've been let go, he

12  can't make the direct call.  He'd have to make a

13  phone call for a call to be made.

14    **SA CORRELL:**  Have you ever heard

15  of him helping people with expungements?

16    **MR. MAYFIELD:**  I hadn't heard

17  about expungements.

18    **SA CORRELL:**  No, okay.

19    **MR. MAYFIELD:**  But as far as like

20  somebody getting arrested for a misdemeanor,

21  smoking weed or a loud radio, which would be

22  Dwayne Pickett's son, which there's a family

23  relationship there.  You know they're related.

24    **SA CORRELL:**  I did know that,

25  yeah.

County
**COURT REPORTERS,** Inc.
Videography   Litigation Technology™
800.262.8777 TOLL-FREE   •   540.667.0600 LOCAL   •   540.667.6562 FAX   •   CountyCourtReporters.com

GOV_000182

1          **MR. MAYFIELD:**  Yeah, so the third

2    oldest, which is Junior, you know, he got

3    arrested and released quick.  But Pickett went on

4    social media and act up real bad about it.

5    Because Capitol Police is the one who arrested

6    him.

7          **SA CORRELL:**  So Capitol Police

8    arrested Pickett's son for weed.

9          **MR. MAYFIELD:**  Right.

10         **SA CORRELL:**  He gets locked up and

11   gets ...

12         **MR. MAYFIELD:**  But he got released

13   immediately.

14         **SA CORRELL:**  How'd that happen?

15         **MR. MAYFIELD:**  I don't know.

16   Well, I know who ordered it.  Chief Wade ordered

17   it.

18         **SA CORRELL:**  Who's Chief Wade?

19         **MR. MAYFIELD:**  The assistant

20   chief.

21         **SA CORRELL:**  Okay.

22         **MR. MAYFIELD:**  At JPD.

23         **SA CORRELL:**  At JPD.

24         **MR. MAYFIELD:**  Right.

25         **SA CORRELL:**  But it's a Cap Police

1  case, right?

2             MR. MAYFIELD:  Well, no.  Capitol

3  Police arrested him on a loud music ordinance at

4  the gas station, but he did get released from

5  that.  They towed his car and stuff.  Pickett

6  went on social media.  He got arrested again by

7  JPD, a sergeant of precinct two, Caston, arrested

8  him.  And he was told to let him go.

9             SA CORRELL:  By Wade.

10            MR. MAYFIELD:  Right.

11            SA CORRELL:  Was Jody involved in

12  that?  Do you suspect the was because of the

13  family relationship?

14            MR. MAYFIELD:  Yeah, I mean, it's

15  family relationship.  I mean, there's a, there's

16  a homicide somebody brought up.  It's a homicide

17  and if I could pinpoint it and they said nothing

18  has happened with it.  You know, it kind of just

19  went away.  I mean, and this is something that's

20  supposed to be family related.  Same thing with

21  the chair thing, because that's a in-law with the

22  charges and they're going away.

23            SA CORRELL:  The ten pounds of

24  weed?

25            MR. MAYFIELD:  Well, it may be

 1   more than that, but making it go away.

 2                   SA CORRELL:  Yeah.

 3                   MR. MAYFIELD:  Yeah.

 4                   SA CORRELL:  Yeah.

 5                   MR. MAYFIELD:  I mean, I know he's

 6   working on trying to make that go away.

 7                   SA CORRELL:  Yeah.

 8                   MR. MAYFIELD:  So it doesn't come

 9   to court.

10                   SA CORRELL:  Yeah.

11                   MR. MAYFIELD:  I know that,

12   because he said that verbally.

13                   SA CORRELL:  Yeah.

14                   MR. MAYFIELD:  But now the, the,

15   what was I saying, Julian being arrested by

16   Caston, Wade was directly called to make him get

17   released.  Now did Pickett or Jody call him?  I

18   don't know.

19                   SA CORRELL:  So ...

20                   MR. MAYFIELD:  So I know he's

21   trying to make Chad's situation go away, because

22   he verbally said that.  You know, that's because

23   he said, you know, he trying to be a dope boy

24   and, you know, he ain't got money and he got

25   jammed up.  I just know where the jamming up part

1  came from.

2                    SA CORRELL:  Yeah.

3                    MR. MAYFIELD:  And then, and how

4  he ...

5                    SA CORRELL:  Well, Jody, even if

6  it's not here, if it's in freaking Smith County

7  or something and Jody's doing, is reaching out to

8  the DA over in Smith County and being like, hey,

9  you need to let this go.

10                    MR. MAYFIELD:  Right.

11                    SA CORRELL:  I mean, that could be

12  a problem for him.  If you think or you know.

13                    MR. MAYFIELD:  I mean, he said

14  that he's trying to make it go away.  How he's

15  trying to make it go, he didn't elaborate on it.

16  You know, but he, he told me that he got locked

17  up.  I mean, you could, I mean, it ain't hard for

18  you to find out that I just don't know Chad's

19  last name, but it ain't hard for you to find out

20  ...

21                    SA CORRELL:  Yeah.

22                    MR. MAYFIELD:  ... exactly who

23  Chad's last, who Chad is and what he was locked

24  up for.

25                    SA CORRELL:  Yeah.

 1                 **MR. MAYFIELD:**  But he's married to

 2    Janay.  I don't know, I don't know their last

 3    name.  Because her maiden name would be Owens I

 4    would guess with her being related.  But

 5    nonetheless, he's trying to make that particular

 6    thing go away.  And there's one other, there's a

 7    family member, and that would be something of a

 8    research for me as far as a case that was, that

 9    he did have and it was family related.  And I've

10    got to sit down and really work my head on who it

11    is that's related to him that didn't come to

12    indictment status.

13                 **SA CORRELL:**  Yeah.

14                 **MR. MAYFIELD:**  And he should have.

15                 **SA CORRELL:**  With Chad, okay?

16                 **MR. MAYFIELD:**  Okay.

17                 **SA CORRELL:**  Chad's got a lot of

18    money.

19                 **MR. MAYFIELD:**  Right.

20                 **SA CORRELL:**  You know, you ever

21    seen Chad give money to Jody or, I mean, they're

22    probably in a business relationship together,

23    right, with Fourth Avenue.  Right?

24                 **MR. MAYFIELD:**  Well, Jody doesn't

25    have anything to do with Fourth.

```
 1                    SA CORRELL:  He doesn't, okay.

 2                    MR. MAYFIELD:  He has something to

 3   do with Cigar and the daiquiri place.  So all

 4   three of them in a ...

 5                    SA CORRELL:  Like in a row.

 6                    MR. MAYFIELD:  Right, right, in an

 7   L shape.

 8                    SA CORRELL:  Yeah.

 9                    MR. MAYFIELD:  Right.

10                    SA CORRELL:  But is he, is what

11   he's doing for Chad or what he's saying he's

12   going to do, he going to try to take care of

13   that arrest for him, is that because he's getting

14   paid or is he just doing that because it's

15   family?  Because if it's just, if he's not, if

16   there's no exchange of ...

17                    MR. MAYFIELD:  Well, I can't say

18   if there's an exchange or not.

19                    SA CORRELL:  Right.

20                    MR. MAYFIELD:  But, I mean, family

21   and then the fact that you can put a whole lot of

22   money down on campaign.  You're just doing it in

23   a different way, I mean, a different way,

24   indirectly.  You're not saying here and giving

25   cash.  You're writing a check and saying this is
```

 1  a campaign contribution.

 2              SA CORRELL:  Are you ever party to

 3  those conversations that Jody has with people,

 4  you know, when he's asking for campaign

 5  donations?

 6              MR. MAYFIELD:  Yeah, I can be a

 7  part of those.  He hasn't had but one.

 8              SA CORRELL:  Who was that with?

 9              MR. MAYFIELD:  No, he's just had

10  one fundraiser.

11              SA CORRELL:  Yeah.

12              MR. MAYFIELD:  He hadn't had

13  another one.  There's another one coming up.  He

14  hadn't had another one.  He hadn't had but one

15  and the one that he had was at Iron Horse Grill.

16  So that, there's another one that is being set up

17  and staged, but that was the only one.

18              SA CORRELL:  Yeah.

19              MR. MAYFIELD:  You know, but, I

20  mean, the only reason I don't, you know, that's a

21  bad choice of wording what I was going to use.

22  But the people that I know that I would need to

23  get information from or a specific, you're

24  referring to elected officials, it would be a

25  matter of just getting back into a subtle

1  conversation.  But Juan is an easy conversation,

2  because he still talks to me.

3              SA CORRELL:  Yeah.

4              MR. MAYFIELD:  It's almost like

5  he's talking to me to, like, okay, you know, I

6  don't want to hurt you ...

7              SA CORRELL:  Yeah.

8              MR. MAYFIELD:  ... but I don't

9  want you to hurt me.  I mean, ain't nothing you

10  can do to hurt me, because I ain't did nothing

11  wrong, you know.

12              SA CORRELL:  Yeah.

13              MR. MAYFIELD:  But now, now me

14  hurting you, I mean, the fact that you, you've

15  let an abundance of people make money and you

16  signed off on it in '21, and your signature has

17  to go on it as well because you're the grant

18  writer, your signature goes on there with the

19  chief.  The chief just stamps his stuff.

20              SA CORRELL:  Yeah.

21              MR. MAYFIELD:  He don't read it,

22  he just stamp it.  So he goes with whatever is

23  said.  But as far as the allegations of him

24  writing himself into the grant or writing other

25  grants while at JPD, I could easily have that

```
 1   conversation with him.  You know, I mean, so
 2   what's up with the deal with you and these grants
 3   that you allegedly wrote yourself in on.
 4                 SA CORRELL:  Yeah.
 5                 MR. MAYFIELD:  I mean, I wouldn't
 6   use the word allegedly.
 7                 SA CORRELL:  Yeah, don't say
 8   allegedly.
 9                 MR. MAYFIELD:  Yeah, that's, I
10   mean, what's up with, you know, this trouble you
11   in with JPD, they saying you done fucked up,
12   you're getting paid for grants.  I mean, I'd have
13   to talk to him street wise.
14                 SA CORRELL:  Yeah, I think he
15   would just deny it, wouldn't he?
16                 MR. MAYFIELD:  No.
17                 SA CORRELL:  He wouldn't, he ...
18                 MR. MAYFIELD:  Well, he would say
19   that, but he'd say, man, I wrote these grants, he
20   would tell me what grants he wrote, but he would
21   say that he did it on his own time.
22                 SA CORRELL:  Yeah.
23                 MR. MAYFIELD:  He ain't going to
24   admit, I mean, ain't nobody going to just admit
25   and say yeah, I just sold a kilo of cocaine.
```

County
COURT REPORTERS, Inc.
Videography  •  Litigation Technology™
800.262.8777 TOLL-FREE  •  540.667.0600 LOCAL  •  540.667.6562 FAX  •  CountyCourtReporters.com

GOV_000191

```
 1                SA CORRELL:  I know.

 2                MR. MAYFIELD:  Ain't nobody going

 3    to ever, I mean, I don't care how close you are

 4    to a person, you ain't going to implicate

 5    yourself.

 6                SA CORRELL:  That's why, I mean,

 7    that's why I don't like going back and talk about

 8    stuff that's already happened.  Because it's hard

 9    to do, people don't want to talk about it.

10                MR. MAYFIELD:  Well, no, he does.

11    Because he like aggravates me with it.

12                SA CORRELL:  Yeah.

13                MR. MAYFIELD:  Like he'll call and

14    it's a venting thing, like he's pissed off and

15    I'm the person that he vents to.

16                SA CORRELL:  Yeah.

17                MR. MAYFIELD:  You know, but I get

18    off the phone with him, like I don't want to talk

19    about that.  I've got enough problems in my life

20    right now and that's another damn headache that I

21    don't need.

22                SA CORRELL:  Yeah.

23                MR. MAYFIELD:  But, I mean, I can

24    find out more about the grant situation.  I mean,

25    as far as funds that were allocated for this but
```

1  they have not been, and we're talking about stuff

2  that's been in existence for the last couple of

3  years.

4                    SA CORRELL:  Yeah.

5                    MR. MAYFIELD:  As far as this

6  particular grant.

7                    SA CORRELL:  Yeah.

8                    MR. MAYFIELD:  You know, so where

9  are the funds at.  Because, see, once they get

10 over there at City Hall, City Hall controls it as

11 far as pushing it over to PD and whatever else.

12                   SA CORRELL:  Yeah.

13                   MR. MAYFIELD:  They've hired

14 people over there under the grant that are not

15 qualified to work under the grant, but those are

16 the mayor's people that have been made to be

17 given a job that they don't have a qualification,

18 science qualification to be working under there.

19                   SA CORRELL:  Yeah.

20                   MR. MAYFIELD:  I mean, I know

21 that's not Federal, but the funding itself, I

22 mean, it's earmarked for you to have certain

23 people working with certain qualifications with

24 certain equipment that you're supposed to be

25 obtaining.

1          **SA CORRELL:** Yeah.

2          **MR. MAYFIELD:** And they're not

3    getting that. Like they're supposed to have an

4    investigator that is working. And when you don't

5    have an investigator working to clear case logs,

6    then you're in default of the grant.

7          **SA CORRELL:** Yeah.

8          **MR. MAYFIELD:** And they're not

9    giving the person that's assigned on the grant

10   side to work the cases the equipment that they

11   need as far as putting fact to the cases, like

12   rape kits and stuff like that. You know, you

13   need people who have done reports that can, you

14   know, do the verbal, you know, so when that

15   person from science has to do the testify part,

16   that they can get up there and testify like

17   they're supposed to.

18         **SA CORRELL:** Umm.

19         **MR. MAYFIELD:** But even like what

20   you said as far as like asking, I wouldn't ask

21   nobody for me to do security work for them. I

22   wouldn't use my company, but, look, I need to

23   hustle and make some money. You know, can you,

24   you know, what can you do, you know, to help me

25   out.

```
 1              SA CORRELL:  Who would you go to,
 2   to do that?
 3              MR. MAYFIELD:  Oh, I'd go to any
 4   of them talking like that.
 5              SA CORRELL:  Yeah.
 6              MR. MAYFIELD:  You know, I just
 7   wouldn't say company because they're not, they're
 8   going, they're not going to hire me as their
 9   bodyguard per se.
10              SA CORRELL:  Yeah.
11              MR. MAYFIELD:  Under my company
12   umbrella.  But as far as ...
13              SA CORRELL:  What else would you
14   do?  What other kind of business would you have?
15   What would they be paying you for, if anybody
16   asked?  Like you're looking to hustle, you know.
17   They wouldn't write you into the garbage contract
18   or something, you know, but.
19              MR. MAYFIELD:  Well, they ain't
20   going to do nothing with me with the City at all
21   while my stuff is still pending.  They won't
22   touch me with the City, but as far as things on
23   the side that they may need, I ain't doing no
24   muscle work for nobody.  I ain't going to jump
25   nobody, beat nobody's ass.  I'm not doing that.
```

 1  Or going threatening ...

 2                  SA CORRELL:  Is there anybody, do

 3  people pay for that around here?  Is that a

 4  thing?

 5                  MR. MAYFIELD:  Yeah, they do.

 6                  SA CORRELL:  Who does that?

 7                  MR. MAYFIELD:  I mean, there's a

 8  lot of people that I'm sure that do.  I mean, I

 9  can't tell you, I just know that people, like

10  when they get pressured about, I'll give you a

11  case in point.  When Napoleon was around and even

12  before Napoleon there was ...

13                  SA CORRELL:  Who's Napoleon?

14                  MR. MAYFIELD:  Napoleon Edwards.

15  They called him Cypher.

16                  SA CORRELL:  That's ...

17                  MR. MAYFIELD:  That's the one that

18  got locked up.  That's recent.  You've been here

19  since then.  He did the murder here in Clinton.

20                  SA CORRELL:  Oh, yeah, I know what

21  you're talking about.

22                  MR. MAYFIELD:  That was the one

23  that had the social media thing.

24                  SA CORRELL:  Yeah.

25                  MR. MAYFIELD:  And he used to run

 1   everybody under the bus talking about them

 2   publicly.

 3              SA CORRELL:  Yeah.

 4              MR. MAYFIELD:  But a lot of people

 5   wanted to pay somebody to go and do something to

 6   him.  You know, but this is not New York, this is

 7   not Chicago.  If it had been New York or Chicago

 8   he wouldn't be here anymore, I'm going to be

 9   honest with you.

10              SA CORRELL:  Yeah.

11              MR. MAYFIELD:  But Mississippi

12   you're not going to get that type of gist or

13   leverage here.

14              SA CORRELL:  Yeah.

15              MR. MAYFIELD:  I mean, there have

16   been other people, Malcolm who's running for

17   office right now, he did the same thing and

18   people have wanted to hurt him.  I'm not in that

19   business of doing that.

20              SA CORRELL:  Yeah.

21              MR. MAYFIELD:  But I could, you

22   know, like hustling.  Juan is my home run and you

23   said that may not be enough, but that's the one

24   that I could get to kind of spew and open up.

25              SA CORRELL:  Yeah.  Jody's

County
COURT REPORTERS, Inc.
Videography   Litigation Technology™
800.262.8777 TOLL-FREE   •   540.667.0600 LOCAL   •   540.667.6562 FAX   •   CountyCourtReporters.com

GOV_000197

```
 1   relationship with Chad.  At one point I knew
 2   Chad's name, but I can't remember what it was.
 3             MR. MAYFIELD:  It's a funny name,
 4   now, it ain't a, it ain't a black name.  It's
 5   just not a traditional black last name.
 6             SA CORRELL:  When was that
 7   conversation you had with him about his charges?
 8             MR. MAYFIELD:  It was this year.
 9             SA CORRELL:  It was this year.
10             MR. MAYFIELD:  Yeah.
11             SA CORRELL:  And what was the
12   context around that?  Where did that conversation
13   occur?  How did that come up?
14             MR. MAYFIELD:  I don't know, I
15   don't know if we were in the truck or in the back
16   of Cigar Shop.  It was one of the two.  We were
17   downtown, so I don't know if we were sitting
18   inside the truck ...
19             SA CORRELL:  Yeah.
20             MR. MAYFIELD:  ... before we went
21   in or we, we were just sitting by ourselves.
22   Because most of the time we go in the back, we
23   just sitting by ourselves.  You know, now his
24   Terry Boys that are his childhood friends that
25   come in there and talk to him, then they sit at
```

GOV_000198

 1  the table and smoke and drink and I'm sitting in

 2  a corner by myself.  I don't sit with them.

 3            SA CORRELL:  Are those guys into

 4  anything?

 5            MR. MAYFIELD:  No, no, no, them

 6  good, them good old, real good country boys.

 7  Barber shop, haircutting type guys.  They ain't

 8  doing nothing.  They in the country, they, you

 9  know, I wouldn't suggest that they're doing

10  anything fraudulent.  But when they come back

11  there, that's the only time that we're not by

12  ourselves talking.  But when we're by ourselves

13  talking there, you know we're talking about an

14  array things, because that's how I got imposed on

15  the housing thing that he's involved in that a

16  lot of money, but like you said, he's the victim

17  in that, so.

18            SA CORRELL:  Has he been doing

19  anything to push that along?  Is he trying to

20  get, buy city property or anything like these

21  guys or are they just buying up?

22            MR. MAYFIELD:  You talking about

23  the Noni?

24            SA CORRELL:  Yeah.

25            MR. MAYFIELD:  They just buying

County
COURT REPORTERS, Inc.
Videography    Litigation Technology™
800.262.8777 TOLL-FREE  •  540.667.0600 LOCAL  •  540.667.6562 FAX  •  CountyCourtReporters.com

GOV_000199

1  whatever the hell they can.

2           SA CORRELL:  Yeah, they're not

3  having Jody go to the ...

4           MR. MAYFIELD:  No, no, no.

5           SA CORRELL:  ... City Council ...

6           MR. MAYFIELD:  No, no, no.  No,

7  they're paying, they were playing with a

8  bankroll.  They were playing with real live

9  money, I mean, so they could just go and just a

10 house for 17,000, they'd just go and pay for it.

11          SA CORRELL:  Yeah.

12          MR. MAYFIELD:  They didn't need

13 the City for that, you know.  The City, now let

14 me say this.  I know this factually that Sam has

15 tried to use his relationship with Jody in

16 leverage of the office and he doesn't work there.

17          SA CORRELL:  Yeah.

18          MR. MAYFIELD:  You know, to say

19 that I'm friends with the DA, you need to get

20 this done.

21          SA CORRELL:  Okay, all right.  Who

22 has he done that to, do you know?

23          MR. MAYFIELD:  I mean, he's done

24 that to homeowners.  As far as trying to use me

25 for eviction processes, getting me to evict

```
 1  people.  I mean, I've gone to houses and knocked
 2  on doors, look, this is what you got going on,
 3  and then I've left.  I've appeared at two houses,
 4  so I'm not going to tell you something and then
 5  it come back and bite me in the ass.  I've
 6  appeared at two houses, but he's gone with gun in
 7  waistband and everything.
 8              SA CORRELL:  Noni?
 9              MR. MAYFIELD:  Yes.  To houses to,
10  I mean, he's acted ...
11              SA CORRELL:  Who tells you to go
12  to the house?
13              MR. MAYFIELD:  He's asked me to
14  go.
15              SA CORRELL:  Noni?
16              MR. MAYFIELD:  Yeah.  I mean, I
17  got introduced to him by Jody.  These business
18  partner, this is how you can make some side
19  money.  So I've gone to two houses.
20              SA CORRELL:  And they've paid you
21  to go to the house and evict somebody?
22              MR. MAYFIELD:  Right.  Now one
23  house nobody was in the house.  The other house
24  you had two squatters in it.
25              SA CORRELL:  Okay.
```

1            MR. MAYFIELD:  So they, I mean, I

2   just told them to leave the house.  They left.

3   And then I left, you know, I mean, ain't no point

4   in no gun, just left.  But he's gone to other

5   houses that have been confirmed and reported back

6   to Jody that he's pulled pistols on people in the

7   act of the office.  You know, that's really what

8   his brother's relationship to a bear, but he's

9   done it in the pretense that people know that

10  he's got ties with Jody.  And right here on the

11  suit jacket, the lapel pin, he has, he has a, he

12  has a pin that says District Attorney's Office.

13  And he try to throw his weight around with people

14  with it.

15            SA CORRELL:  Okay.

16            MR. MAYFIELD:  Yeah.

17            SA GALACIA:  What does Jody do

18  about that?

19            MR. MAYFIELD:  Oh, they're at a

20  crossroad right now, like with the money being

21  stole, you know, getting ready to file charges on

22  him.  You know, and he's told them, you know,

23  don't misrepresent his office like that anymore.

24  So I don't know that he's doing, but I know that

25  he's done that.  And I've heard that come from

 1  Jody's mouth directly, I mean, that he has, you

 2  know, misrepresented like he's an officer and

 3  he's not.  You know, like he went up the Southern

 4  Connection and asked Brian Wheeler to outfit his

 5  vehicle with blue lights.

 6                SA CORRELL:  Noni did?

 7                MR. MAYFIELD:  Yeah.  Because he,

 8  because he's close with Jody.  And I told Brian,

 9  and Brian will tell you this, I said, hell, no,

10  you don't do that, not today or tomorrow.  Don't

11  you do that on behalf of Jody.

12                SA CORRELL:  Yeah.

13                MR. MAYFIELD:  Don't you put no

14  damn lights in that car.  And I said it exactly

15  like that.  And he's neighbors with Brian Wheeler

16  that owns Southern Connection.

17                SA CORRELL:  Yeah.

18                MR. MAYFIELD:  So he just felt

19  that damn comfortable to go ask for his vehicle

20  to be outfitted with lights.

21                SA CORRELL:  Yeah.

22                MR. MAYFIELD:  So he can turn them

23  on at his, you know, discretion, when he wants

24  to.

25                SA CORRELL:  Do you know if Jody,

 1  before things went bad with him, was Jody aware

 2  that these guys were running around acting like

 3  they worked for him?

 4              MR. MAYFIELD:  You're talking

 5  about as far as Sam?

 6              SA CORRELL:  No.

 7              MR. MAYFIELD:  As far as, no, no,

 8  pulling at houses and stuff like that?  No, that

 9  just came up.  It was like, I don't know who

10  directly called and said something, but I'm not

11  aware that he knew about it prior to probably two

12  or three weeks ago.

13              SA CORRELL:  How much money has

14  Jody got in this thing?

15              MR. MAYFIELD:  I don't know the

16  dollar amount, but he had, he's the only one that

17  has never gotten any money out of it, out of his

18  investment.  And he just wants out now.

19              SA CORRELL:  Okay.  Are these

20  guys, do you know if these dudes are paying him?

21              MR. MAYFIELD:  No, they haven't

22  paid him anything.

23              SA CORRELL:  They haven't paid him

24  anything.

25              MR. MAYFIELD:  They haven't paid

County
COURT REPORTERS, Inc.
Videography   Litigation Technology™
800.262.8777 TOLL-FREE  •  540.667.0600 LOCAL  •  540.667.6562 FAX  •  CountyCourtReporters.com

GOV_000204

1  him anything.  And they're not hard core, so

2  they're not like, you know, you got to go there

3  with guns blazing, I mean, real scary and

4  nervous, you know.  But, but very slick and

5  conniving when it comes to business.

6              SA CORRELL:  Yeah.  Okay.

7              MR. MAYFIELD:  And I know that

8  that's a Federal crime that you're doing

9  impersonation of an official office, you know, to

10  secure something.  That's illegal.  I don't know

11  what illegal and what level, but I know it's

12  illegal.

13              SA CORRELL:  Okay.  So if Jody,

14  Jody wasn't necessarily aware that they were

15  doing that, they were kind of doing that without

16  his knowledge.  But if, what I think, like if I

17  heard about this like I'm hearing it right now

18  for the first time, that Jody's in this business

19  relationship with these guys.

20              MR. MAYFIELD:  Right.

21              SA CORRELL:  Who are buying up

22  properties.

23              MR. MAYFIELD:  Right.

24              SA CORRELL:  Some kind of

25  investment deal.

GOV_000205

1          **MR. MAYFIELD:**  Right.

2          **SA CORRELL:**  And they're running

3  around saying they work for the DA's Office.

4          **MR. MAYFIELD:**  Right.

5          **SA CORRELL:**  I would suspect,

6  based on my investigative experience and common

7  sense, that they, they're making it worth Jody's

8  while so they could do that.  Like they're paying

9  Jody for Jody to look out for them and they can

10  use the office to get people out of abandoned

11  houses.

12          **MR. MAYFIELD:**  Well, see, nobody's

13  ever been over there other than me.

14          **SA CORRELL:**  Yeah.

15          **MR. MAYFIELD:**  Nobody else has,

16  you know, like an official capacity.  And I mean,

17  like I said, one house was empty.

18          **SA CORRELL:**  Has Jody ever, has

19  Jody directed you to help these guys?

20          **MR. MAYFIELD:**  No.

21          **SA CORRELL:**  No, okay.

22          **SA GALACIA:**  Where ...

23          **MR. MAYFIELD:**  Well, no, no, no.

24  The first house did, the squatters, he said we

25  got some squatters in a property we have, can you

1  go try to get them out.

2           SA CORRELL:  Yeah.

3           MR. MAYFIELD:  You know, it wasn't

4  no, hey, freeze, this is the police, get out,

5  none of that.  Look, you're in a house that you

6  don't need to be in, you're running illegal

7  electricity, because it was a shed house that a

8  guy had put some cameras on.

9           SA CORRELL:  Yeah.

10          MR. MAYFIELD:  He was in the back.

11          SA CORRELL:  Okay.

12          MR. MAYFIELD:  And then there was

13  a lady in the house with two big dogs that had

14  crapped all over the house.  So knocked on the

15  door, you got to get out of here.  And of course

16  Sam had a big old pistol sitting in his

17  waistband, you know.  And, all right, get the

18  fuck out of here, you know, yeah.  He went to

19  talking like that.  They got out of there, I

20  left, his guys boarded up.  The second house,

21  nobody was there and it got boarded up, and I

22  left before either one of them got boarded up.

23          SA CORRELL:  Yeah.  Okay.  It

24  sounds like this thing's going to all fall apart,

25  though, doesn't it?  Like it sounds like Jody's

 1  done with them.

 2                MR. MAYFIELD:  Well, not with

 3  them, with Sam.

 4                SA CORRELL:  With Sam.

 5                MR. MAYFIELD:  But not with Hezzy.

 6  I don't think he's done with his business

 7  dealings with Hezzy because that's where, I mean,

 8  he's, he's well off in money.  This guy Sam

 9  pretended that he was well off in money.

10                SA CORRELL:  Yeah.

11                MR. MAYFIELD:  But he's, he plays

12  with fluff money opposed to real true money.

13                SA CORRELL:  Yeah.

14                MR. MAYFIELD:  And then using

15  Hezzy's money to do this and then crying

16  yesterday he hadn't been paid, this, that, and

17  the third.  But he's not well off in money like

18  Hezzy is.  Hezzy is a, I would probably say ...

19                SA CORRELL:  Where is he from?

20                MR. MAYFIELD:  Both of them are

21  Israeli, but they coming from California.

22                SA CORRELL:  Okay, California

23  guys, okay.  One of them lives in, Sam lives in

24  Ridgeland or Madison you said, doesn't he?

25                MR. MAYFIELD:  Right.

County
COURT REPORTERS, Inc.
Videography    Litigation Technology™
800.262.8777 TOLL-FREE   •   540.667.0600 LOCAL   •   540.667.6562 FAX   •   CountyCourtReporters.com

GOV_000208

 1                    SA CORRELL:  And then Hezzy is, he

 2   just comes here intermittently?

 3                    MR. MAYFIELD:  Right, right, from

 4   California.

 5                    SA CORRELL:  From California.

 6                    MR. MAYFIELD:  The guy that came

 7   up here yesterday, you would know him.  He's over

 8   the Strong Man Federation.  Greg Sharp.  That's

 9   who puts on the world championship of arm

10   wrestling.

11                    SA CORRELL:  Okay.

12                    SA GALACIA:  Oh, really.

13                    MR. MAYFIELD:  Yeah, that's who is

14   overseeing, making sure that all the T's were

15   crossed and the I's were dotted.  That's who I

16   drove around yesterday to look at the property.

17                    SA CORRELL:  Okay, Greg Sharp,

18   okay.  So to me this all, this all smells bad,

19   like why Jody's in some business relationship

20   with two Israeli dudes from California.

21                    MR. MAYFIELD:  Now see I, I mean,

22   that ...

23                    SA CORRELL:  Is it just me or ...

24                    MR. MAYFIELD:  I understand what

25   you're saying, I mean, and from the seat that you

GOV_000209

1  sit in, I can understand that.  See, I don't know

2  how they met.

3                 SA CORRELL:  Yeah.

4                 MR. MAYFIELD:  I don't know how

5  this arrangement even came to pass to where

6  they're even entwined doing business together.

7                 SA CORRELL:  Yeah.  I'm just

8  trying to think, is there ...

9                 MR. MAYFIELD:  I mean, I would

10  have to ask that question directly, I mean, how

11  did you even meet these guys.

12                 SA CORRELL:  Yeah.

13                 MR. MAYFIELD:  You know, I mean

14  he'd tell me.

15                 SA CORRELL:  Could you, or could

16  you, you know, could you invest in it?  Like,

17  hey, I'm looking to make a little money, can I

18  get in on this, what's the deal?  Talking to

19  Jody.

20                 MR. MAYFIELD:  I mean, I could ask

21  him.

22                 SA CORRELL:  Talking to Jody about

23  it.

24                 MR. MAYFIELD:  Right.  I can go to

25  Sam directly and say how do I get in and just

GOV_000210

 1  without you telling Jody, how can I give you some

 2  money, you know, to be an investment.  You know,

 3  I'm sitting on, you know, about ten grand, you

 4  know, how can I put it in here and you make it

 5  work for me, how can you flip it.

 6              **SA CORRELL:**  Yeah.

 7              **MR. MAYFIELD:**  You know, I mean, I

 8  could do something like that.  I mean, that's the

 9  same thing as a drug trade, I mean, that's an

10  easy conversation, especially for somebody who's

11  looking for money.

12              **SA CORRELL:**  Yeah.  Would he

13  expect anything in return from you?  Like would

14  he expect you to ...

15              **MR. MAYFIELD:**  I probably would

16  have to come and say, look, you know, if you,

17  what can I get in my return, you know.  Now he'd

18  probably call and tell Jody.

19              **SA CORRELL:**  Yeah.

20              **MR. MAYFIELD:**  You know, but if

21  you tell Jody all bets off with me.

22              **SA CORRELL:**  Yeah.

23              **MR. MAYFIELD:**  You know, but ...

24              **SA CORRELL:**  Why couldn't you go

25  to Jody about it?  Hey, look, I've been driving

County
**COURT** **REPORTERS,** Inc.
Videography  Litigation Technology™
800.262.8777 TOLL-FREE  •  540.667.0600 LOCAL  •  540.667.6562 FAX  •  CountyCourtReporters.com

GOV_000211

1  these dudes around, what's the deal with this

2  business thing, is it something I could get in

3  on.  Would he buy that?

4                 MR. MAYFIELD:  Nah, because he

5  know I'm broke.

6                 SA CORRELL:  He knows you're

7  broke, okay.

8                 MR. MAYFIELD:  He knows I'm broke

9  as, I mean, I've got probably $70 in the bank.

10                 SA CORRELL:  Sure he doesn't know

11  that.

12                 MR. MAYFIELD:  No, I mean, he

13  knows I ain't got on $10,000 sitting on the side.

14                 SA GALACIA:  Yeah.

15                 SA CORRELL:  Yeah.

16                 MR. MAYFIELD:  I mean, that's what

17  I'm saying.  So I'm saying if I approach Sam with

18  it that I've got, look, I've got some money that

19  I need to invest in some property, just a sidebar

20  on the side of what you've got going on, can you

21  invest it and flip it for me.

22                 SA CORRELL:  Yeah.

23                 MR. MAYFIELD:  Just aside of what

24  you got going on with Jody, can you make this

25  happen.

1          **SA CORRELL:**  Yeah.

2               **MR. MAYFIELD:**  Or within it, you

3     know, but just don't bring anything, because I've

4     got to go, well, of course I'm in custody.  But

5     if I were out and I've got to retrieve a, a box

6     from him Monday that I've got to go, he didn't

7     have it in the office yesterday when I went.  He

8     told me to come by the office Monday.  So when I

9     went by Monday, that would be a way that I could

10    approach him, you know.  Shut the door, you know,

11    look, this is just me and you talking, blah,

12    blah, blah.

13          **SA CORRELL:**  Yeah.

14               **MR. MAYFIELD:**  Because he doesn't

15    know anything about Jody's fallout with him or

16    Jody even pursuing any charges on him.

17          **SA GALACIA:**  Because of the money.

18               **MR. MAYFIELD:**  Right.  Or even if

19    he put it into what they have going on with Jody,

20    but Jody just not being knowledgeable about me

21    putting into it.

22          **SA CORRELL:**  Okay.

23               **MR. MAYFIELD:**  I mean, I, the

24    sophisticated way how would you work that with a

25    person who is, is trying to extract money, as

 1   much as they can, you know, especially if they

 2   had a whole, like if he's in a 20 or $30,000 hole

 3   and he's trying to use that to rob Peter to pay

 4   Paul and put back into somewhere that he's taken

 5   from.

 6                    **SA CORRELL:**  Yeah.

 7                    **MR. MAYFIELD:**  You know, how, how

 8   could I work that?

 9                    **SA CORRELL:**  Yeah.  What is it

10   that we think Jody's done in all of this that

11   might be illegal?  Like it seems odd, but it

12   doesn't sound like you have any information that

13   he's taken anything from these guys.  Like he's

14   an investor, he gave the money.

15                    **MR. MAYFIELD:**  Right, right.

16                    **SA CORRELL:**  But did they, did he

17   really invest or is it some sort of hey now you

18   ...

19                    **MR. MAYFIELD:**  Well, see, I don't

20   know that.  That's all I do know, that he is

21   allegedly invested in the company.

22                    **SA CORRELL:**  Yeah.

23                    **MR. MAYFIELD:**  You know.

24                    **SA CORRELL:**  And he's directed

25   you, or you've been working for that investment

GOV  000214

 1  company.

 2              MR. MAYFIELD:  Hm-mmm (Indicating

 3  negatively), I've done ...

 4              SA CORRELL:  You did two

 5  evictions.

 6              MR. MAYFIELD:  On his behalf, he

 7  asked me to go and evict somebody at a house that

 8  he owns in South Jackson, which squatters were

 9  there.  Got them out.  The second was Sam called

10  me directly, hey, I need you to go with me

11  because we got a person that needs to come out of

12  the house.  Okay, I'll ride over there.  And I

13  called for JPD to be sitting right there with me.

14              SA CORRELL:  Yeah.

15              MR. MAYFIELD:  And JPD was right

16  there.  Called it in, look, got a house check and

17  that's how I put it over the radio, got a house

18  check as a property that's owned, you know,

19  trying to see if we can make contact with the

20  renters.  They wasn't in there.

21              SA CORRELL:  Under what, did you

22  all have legal authority to ...

23              MR. MAYFIELD:  Yeah, yeah, it was

24  a document.  It was a court order that had been

25  signed off.

1   **SA CORRELL:**  Is that something

2   that you would do in your normal job, is evict

3   people from house?  That's the sheriff, right?

4   **MR. MAYFIELD:**  It would be a

5   county constable.

6   **SA CORRELL:**  Okay, constable.

7   **MR. MAYFIELD:**  Or a deputy

8   sheriff, but not a city police.

9   **SA CORRELL:**  Yeah.

10   **MR. MAYFIELD:**  You know, I mean,

11   could you do it?  Yeah, in your personal capacity

12   you could as long as you've got legal

13   documentation.  I mean, they don't have the, they

14   don't have the, they could refuse it.  You can't

15   physically remove them and arrest them, because

16   that's a constable's job.  All you can do is say,

17   look, I've got eviction papers, ...

18   **SA GALACIA:**  Yeah.

19   **MR. MAYFIELD:**  ... you need to be

20   removed.  And most people ...

21   **SA CORRELL:**  Was this something

22   that you were, so the first one you said Jody

23   direct called you, or directed you to do it.

24   **MR. MAYFIELD:**  Right.

25   **SA CORRELL:**  Was this, that was in

County
COURT REPORTERS, Inc.
Videography • Litigation Technology™
800.262.8777 TOLL-FREE  •  540.667.0600 LOCAL  •  540.667.6562 FAX  •  CountyCourtReporters.com

GOV_000216

1  your official capacity as an investigator with

2  ...

3              MR. MAYFIELD:  Hm-mmm (Indicating

4  negatively), I wasn't hired yet officially.

5              SA CORRELL:  Oh, okay, so this is

6  before you got hired.

7              MR. MAYFIELD:  Yeah, this is

8  before I got hired.  So this was in September.

9              SA CORRELL:  Okay, September of

10 last year.

11             MR. MAYFIELD:  It was September,

12 yeah.

13             SA CORRELL:  So, and then when did

14 the second time happen?

15             MR. MAYFIELD:  That was this year,

16 that was just not a month ago.

17             SA CORRELL:  Like a month ago.

18             MR. MAYFIELD:  Yeah.

19             SA CORRELL:  Okay, let me take

20 this.

21             MR. MAYFIELD:  Okay.

22             SA CORRELL:  Bertie, do you want

23 to step out?

24             SA GALACIA:  Okay.  Are you

25 getting enough air?

 1                    MR. MAYFIELD:  Yes, ma'am.

 2  (WHEREUPON, SA Correll and SA Galacia left the

 3  car.)

 4  (WHEREUPON, SA Correll and SA Galacia reentered

 5  the car.)

 6                    SA CORRELL:  Okay, Torrence, I

 7  just don't think, we talked about it, I still

 8  don't think we can do any of that.  Like it's

 9  just, there's just not enough there.

10                    MR. MAYFIELD:  I can't work none

11  of them?

12                    SA CORRELL:  I just don't think

13  there's enough there to do it, man.

14                    MR. MAYFIELD:  Not Juan either?

15                    SA CORRELL:  The Juan thing is

16  just, all that stuff is historical.  I just don't

17  know that he's going to talk to you, man.  Like I

18  just don't, I just don't ...

19                    MR. MAYFIELD:  Oh, Juan will talk

20  to me now.  If you go get my phone, I can put

21  Juan on speaker and call him.

22                    SA CORRELL:  Yeah.

23                    MR. MAYFIELD:  And tell him that

24  we, we need to talk.

25                    SA CORRELL:  And, but what is he

 1  going to, what are you all going to talk about?

 2  What's, the specific crime is that he's, that he

 3  has double booked time, right?  On the grants.

 4              MR. MAYFIELD:  Double booked time

 5  or either got paid on the grants that he wrote

 6  for JPD.

 7              SA CORRELL:  Yeah.  I just don't

 8  know that that's enough.

 9              MR. MAYFIELD:  Or find out more

10  specifics on this Chad situation.

11              SA CORRELL:  Yeah.

12              MR. MAYFIELD:  I mean, because

13  that's an easy ask, that's not out of the box for

14  me to ask.  I don't feel uncomfortable asking

15  that.

16              SA CORRELL:  Yeah.  Because of,

17  because of who Jody is, though, I feel like we've

18  just got to have a, we've got to have a better

19  allegation.  Like we just don't know ...

20              MR. MAYFIELD:  Well, that's what

21  I'm saying.  The Chad thing is an easier ask, you

22  know, as far as, okay, he's being charged with X,

23  Y, Z.

24              SA CORRELL:  Yeah.

25              MR. MAYFIELD:  You know, and he's

County
COURT REPORTERS, Inc.
Videography • Litigation Technology™
800.262.8777 TOLL-FREE  •  540.667.0600 LOCAL  •  540.667.6562 FAX  •  CountyCourtReporters.com

GOV_000219

1  out here, you know.  I know he's still doing some

2  stuff.  I mean, how is that going to go away?  I

3  mean, I'd have to be candid in my approach about

4  it, but to lead up to, you know, that other stuff

5  going to come back up on him, you know.

6              SA CORRELL:  Yeah.

7              MR. MAYFIELD:  He going to really

8  get jammed up now.

9              SA CORRELL:  Yeah.  How's that

10 going to work, though?  Like is he going to even

11 talk to you about that?  I wish, I wish there was

12 something more there.  I just don't know.  I

13 think if you had it, you would, I think you've

14 given us everything you have.  I trust that you

15 have.  But because of the situation we're in with

16 the indictment, the fact, you know, right now

17 it's sealed, it's secret, nobody knows about it.

18              MR. MAYFIELD:  Right.

19              SA CORRELL:  We're under an

20 obligation to have a pretty compelling reason to

21 keep it sealed.

22              MR. MAYFIELD:  Right.

23              SA CORRELL:  To keep it quiet.

24              MR. MAYFIELD:  Right.

25              SA CORRELL:  And ...

County
COURT REPORTERS, Inc.
Videography   Litigation Technology™
800.262.8777 TOLL-FREE   •   540.667.0600 LOCAL   •   540.667.6562 FAX   •   CountyCourtReporters.com

GOV_000220

1          **MR. MAYFIELD:**  I mean, even like,

2    like the mayor, the mayor's, one of his biggest

3    donors,  ███████████ .

4               **SA CORRELL:**  Okay.

5               **MR. MAYFIELD:**  Which, I don't know

6    what his conviction status is, but that's who I

7    let use a rifle.  So I don't know if that's who

8    it is, but, I mean, even with that, I mean, the

9    money, I know that he has street ties as far as

10   selling dope.  And the mayor's whole first

11   campaign was funded by him.

12              **SA CORRELL:**  Yeah.

13              **MR. MAYFIELD:**  The entire thing.

14   This ain't no allegation, that's fact.

15              **SA CORRELL:**  Yeah.  Again, I just

16   don't know that that's, that s old stuff, right?

17   Like that's old news.  If you have value, it's

18   going to be something that's actively going on

19   right now that's substantive and we can

20   articulate to our bosses that we have a plan

21   that's feasible that we could, you know,

22   accomplish.  And right now I just don't see.

23              **MR. MAYFIELD:**  Something that's

24   current and feasible.

25              **SA CORRELL:**  You know, we could

County
**COURT REPORTERS,** Inc.
Videography   Litigation Technology™
800.262.8777 TOLL-FREE  •  540.667.0600 LOCAL  •  540.667.6562 FAX  •  CountyCourtReporters.com

GOV_000221

```
 1  say, hey, we're going to send Torrence in to talk
 2  to Jody about Chad.
 3              SA GALACIA:  But we don't have any
 4  allegations.
 5              SA CORRELL:  But we don't really
 6  have any allegation.  Like he, okay, he has a
 7  dope conviction ...
 8              MR. MAYFIELD:  Right.
 9              SA CORRELL:  ... or dope arrests.
10              MR. MAYFIELD:  Right.
11              SA CORRELL:  Supposedly.  We
12  haven't verified yet.
13              MR. MAYFIELD:  Right.
14              SA CORRELL:  And there's a lot of
15  steps we have to go through to verify all the
16  things you've told us and then send you in there
17  to do it.  And then it's like does it pass the
18  smell test.  Can I with a straight face say that
19  Jody is going to talk to you about that.  We just
20  don't know.  It sounds like you're close to him,
21  but it doesn't sound like he's brought you in the
22  inner circle of it, you know.  And then the thing
23  with, the thing with ...
24              MR. MAYFIELD:  Juan.
25              SA CORRELL:  ... Juan, I mean,
```

1  again, I just don't, we could do that but I just

2  don't ...

3            MR. MAYFIELD:  Well, see, that's

4  an easier talk.

5            SA CORRELL:  Yeah.

6            MR. MAYFIELD:  I mean, the only

7  thing I would get out of Jody is, you know, I'm

8  trying to help him out.

9            SA CORRELL:  Yeah.

10            MR. MAYFIELD:  You know, now to,

11  would I ask directly to what degree are you

12  trying to help him out?

13            SA CORRELL:  Yeah.

14            MR. MAYFIELD:  Would I be more

15  direct and obvious like that?  Or opposed to, you

16  know, have you been able to help him out, because

17  they, I mean, you know, they talking about he in

18  some trouble, you know?  He getting ready to get

19  jammed up.

20            SA CORRELL:  Yeah.

21            MR. MAYFIELD:  You know.  I don't

22  know how that, like I said, that would be from

23  your experience how to approach that particular

24  situation.  But Juan, I know that he would talk

25  to me.

County
COURT REPORTERS, Inc.
Videography    Litigation Technology™
800.262.8777 TOLL-FREE  •  540.667.0600 LOCAL  •  540.667.6562 FAX  •  CountyCourtReporters.com

GOV_000223

 1                  SA CORRELL:  Yeah.

 2                  MR. MAYFIELD:  I don't have any

 3   reservations about him just being open and

 4   candid, because when you know a person that is,

 5   has venom in them to just talk in anger, they're

 6   just going to talk, I mean, freely.  He doesn't

 7   feel uncomfortable with it.

 8                  SA CORRELL:  Yeah.

 9                  MR. MAYFIELD:  I mean, I've given

10   him no reason to feel uncomfortable with me

11   because I've abstained from talking to anybody

12   with the City.

13                  SA CORRELL:  Yeah.

14                  MR. MAYFIELD:  But again, like I

15   said, whatever I would ask or need to dig in or

16   wherever I was supposed to be going today, you

17   know, that's when I would start working now, you

18   know.

19                  SA CORRELL:  Yeah.

20                  MR. MAYFIELD:  Because I don't

21   know, because he's traveling somewhere I'm

22   supposed to be driving.  I don't know to where or

23   ...

24                  SA CORRELL:  Who's that?

25                  MR. MAYFIELD:  ... who he's going

 1  to see.  Jody.

 2                    SA CORRELL:  Jody.

 3                    MR. MAYFIELD:  Yeah, so I don't

 4  know where he's supposed to be going or who he's

 5  supposed to be going to see.  He didn't tell me.

 6  He said you'll see, just have on jeans.  So

 7  that's all he advised me.  So I wouldn't know

 8  more than that until then.

 9                    SA CORRELL:  Yeah.  Where are you

10  supposed to meet Jody at?

11                    MR. MAYFIELD:  Downtown on the

12  tunnel.

13                    SA CORRELL:  At the tunnel?

14                    MR. MAYFIELD:  That's where he

15  park at.

16                    SA CORRELL:  Oh, okay.

17                    MR. MAYFIELD:  That's what we call

18  the tunnel.

19                    SA CORRELL:  Got you.

20                    MR. MAYFIELD:  The County

21  Courthouse, I'm sorry.

22                    SA CORRELL:  Yeah.

23                    MR. MAYFIELD:  I said tunnel, I'm

24  sorry, County Courthouse.

25                    SA CORRELL:  Yeah, Torrence, I

```
 1  just don't think we can do any of that, man.
 2  Like I just, I wish we could.  I wish there was
 3  something more direct like in order to send you
 4  to go meet Jody I'd have to be, I'd have to sell
 5  that to people who tell me what to do.
 6              MR. MAYFIELD:  I mean, even if
 7  it's not Jody, I mean, I mean.
 8              SA CORRELL:  There's going to be
 9  a, there's a higher burden right now because of
10  just the situation, because you're charged,
11  because this has all been done.  We have to have
12  a much more compelling case to make and I just
13  don't think we're there, so.
14              MR. MAYFIELD:  Nah, I'm just
15  looking out there.  I'm looking out there, but
16  I'm in thought of what's more compelling to,
17  because there's another case and, I mean, I don't
18  know for certain, but somebody's case got wiped
19  away.  Who wiped it away, I don't know.  But
20  it's, it's relating to a murder case.  And it
21  just kind of just disappeared.
22              SA CORRELL:  Yeah.
23              MR. MAYFIELD:  I mean, there's no
24  paperwork or anything behind it.
25              SA CORRELL:  Yeah.
```

 1                    **MR. MAYFIELD:**  Even with a

 2    shooting that happened and that was with me being

 3    the chief, that paperwork has disappeared.  No

 4    evidence that it ever took place.

 5                    **SA CORRELL:**  Yeah.  I agree with

 6    you, stuff like that is suspicious and that's

 7    stuff that we sometimes look into.  But just in

 8    this case ...

 9                    **MR. MAYFIELD:**  I know in this

10    instance right now ...

11                    **SA CORRELL:**  I would need you to

12    say I have knowledge that this is going on with

13    these people, this is how, you know, I would need

14    ...

15                    **MR. MAYFIELD:**  I just have

16    knowledge that there are a lot of meetings that

17    are taking place.

18                    **SA CORRELL:**  Yeah.

19                    **MR. MAYFIELD:**  You know, what's

20    going on in the meetings, I don't know.  I just

21    know the players that are there.  I would have to

22    like impose myself into the meetings opposed to

23    excusing myself from the meeting to be able to

24    hear what's actually transpiring.

25                    **SA CORRELL:**  Yeah.  I just don't

County
COURT REPORTERS, Inc.
Videography   Litigation Technology™
800.262.8777 TOLL-FREE  •  540.667.0600 LOCAL  •  540.667.6562 FAX  •  CountyCourtReporters.com

GOV_000227

 1  think, that's not doable.  You know, the way we

 2  work, that's just not doable.  We need, we'd need

 3  to know generally what was going on in there to

 4  have a reason for you to be, for us tasking you

 5  and sending you in somewhere like that.  You

 6  know, we can't just send you in places willy-

 7  nilly without, you know, specific allegations

 8  against people.  You know, like Jody's meeting

 9  with all these people.  I agree with you, there s

10  probably something going on.  Or as we sit here

11  ...

12            MR. MAYFIELD:  I'm just saying,

13  the money part with Sam is not sufficient enough?

14            SA CORRELL:  So that's a fraud, it

15  sounds like a fraud case.  But that's a case

16  where Jody would be a victim, right, like that's

17  something, if that's going on Jody needs to call

18  our office and report it.

19            MR. MAYFIELD:  No, I'm saying as

20  far as even arresting them.

21            SA CORRELL:  What do you mean?

22            MR. MAYFIELD:  Like the Sam and

23  Tally, I mean, arresting them for ...

24            SA CORRELL:  Do you think he is

25  not arresting them for some reason?  Like could

1 he arrest them right now?  Could Jody cut a

2 warrant for them and ...

3            MR. MAYFIELD:  I'm sure he could.

4 I'm sure, they do that all the time, cut warrants

5 every day.

6            SA CORRELL:  But has he told you

7 that?  Has he told you that, you know, I'm

8 looking out for these guys because of X, Y, and

9 Z?

10            MR. MAYFIELD:  No, he hasn't said

11 he's looking out for them.  No, he hasn't said

12 he's looking out for them.  I mean, actually,

13 he's pissed because of the money that allegedly

14 has been, that has been taken.  I mean, he hasn't

15 said that he's looking out for them.  He's

16 actually, you know, a little pissed off behind

17 the money that has allegedly been taken away.

18            SA CORRELL:  Yeah.

19            MR. MAYFIELD:  That's what I'm

20 saying, is not, them not, or them, well, shit, I

21 don't know how to say that.  Them, you know,

22 trying to get them to, in bed to do business with

23 me versus what they've done for Jody, getting

24 them to talk about that.

25            SA CORRELL:  Yeah.  Do you know of

1   anything Jody has done for them in his official

2   capacity?  Like has he made phone calls, did he

3   set up meetings, does he?

4               MR. MAYFIELD:  I mean, he's done

5   introductions.

6               SA CORRELL:  To like who?  Who has

7   he introduced them to?

8               MR. MAYFIELD:  I mean, shit, some

9   of everybody.  He's introduced them to lieutenant

10  governor.  I mean, to all public officials that

11  he knows, they've met.  You know, they've been

12  intertwined with every political, every judge,

13  you know.  So their scheme is being able to give

14  contributions to people.  And I've heard this

15  come out of Sam's mouth, you know.  When we make

16  sure that we take care of people, they're going

17  to be able to take care of us.

18               SA CORRELL:  Okay.

19               MR. MAYFIELD:  And that's just how

20  the flow of money goes in their interpretation.

21               SA CORRELL:  Yeah.

22               MR. MAYFIELD:  As long as we, we

23  make the right contributions, you know, we'll be

24  able to kind of own this city.  And that's

25  exactly what came out of his mouth.

```
 1                   SA CORRELL:  When did he say that?

 2                   MR. MAYFIELD:  This would have

 3   been maybe October around homecoming.

 4                   SA CORRELL:  Okay.

 5                   MR. MAYFIELD:  Yeah.

 6                   SA CORRELL:  So you think he's

 7   making, he's donating to public officials.

 8                   MR. MAYFIELD:  Writing checks for

 9   campaigns, because he, he's appeared at two of

10   the fundraisers that we've been at.

11                   SA CORRELL:  Yeah.

12                   MR. MAYFIELD:  He appeared at the

13   one for, for Delbert and then he appeared at one

14   for Benny Thompson.

15                   SA CORRELL:  Okay.  Do you know

16   that he's gotten any promises or favors in

17   exchange?

18                   MR. MAYFIELD:  Now that I don't

19   know.  I just know he's been privy to meeting

20   them, and you don't get privy to meet people like

21   that every day.

22                   SA CORRELL:  Yeah.

23                   MR. MAYFIELD:  You know, you can

24   donate all day but when you get an in person

25   introduction to somebody, you know, that's a
```

 1  different conversation.

 2              SA CORRELL:  Yeah.

 3              MR. MAYFIELD:  Especially from the

 4  seat that you sit in when  you're doing the

 5  introduction.

 6              SA CORRELL:  Yeah.

 7              MR. MAYFIELD:  And, I mean, he's,

 8  that's another easy fish.

 9              SA CORRELL:  Yeah.

10              MR. MAYFIELD:  I mean, the

11  combination of him and Juan both, and those are

12  present, not past.

13              SA CORRELL:  Yeah.  Yeah.  I don't

14  know.  What you got?

15              SA GALACIA:  I think we've got to

16  make a phone call.

17              SA CORRELL:  Yeah.

18              SA GALACIA:  I'm trying to think

19  how we could work that.

20              MR. MAYFIELD:  And then, well,

21  shit, that's not, they doing stuff now, but

22  that's not really effective right now.

23              SA CORRELL:  Do you think, do you

24  think Jody is using his office to help, or has

25  used his office to help these guys with this

 1  company?  Has he done things in his official

 2  capacity to help them?

 3           MR. MAYFIELD:  I don't know how he

 4  could, so I don't know how to answer that.  I

 5  don't know how you'd legally, I don't know what

 6  you can do as a prosecutor to help them as far as

 7  buying houses.  So I don't know how to really

 8  answer that.  But now as far as other people, the

 9  question that you alluded to earlier, I mean, as

10  far as the allegations, those are easy finds,

11  though, I mean, as far as who should have been

12  brought forth.  I mean, because like the Fox

13  thing, again, that's an allegation.  I don't know

14  if it's worth going into, but why did two people

15  go away and then one stay.

16           SA CORRELL:  Yeah.

17           MR. MAYFIELD:  And then one get

18  tried for culpable negligence, which is

19  essentially manslaughter, give him 20 years and

20  15 suspended, you got to serve five and do a year

21  and a half in prison.

22           SA CORRELL:  Yeah.

23           MR. MAYFIELD:  And then get out on

24  probation.  The judge was adamant that she wanted

25  to try him separately.

1              SA CORRELL:  Yeah.

2              MR. MAYFIELD:  But again, these

3    are all ties.  There's a circle tied with Dennis

4    Sweet, Wooten, and I don't know, I guess maybe

5    Jody, too.  I mean, Jody just, he had to

6    prosecute it because it's in the County

7    Courthouse.

8              SA CORRELL:  Yeah.

9              MR. MAYFIELD:  But he didn't

10   prosecute it.  A young lady, ADA is actually who

11   prosecuted.  But, you know, you've got to sign

12   off on it nonetheless.  But there's, there's

13   something there.

14             SA CORRELL:  Yeah.

15             MR. MAYFIELD:  I mean, the fact

16   that why is he tried by himself and everybody

17   else was set free?  Because all of them were

18   there.  I worked with all three of them.  You

19   know, I was at, they were in narcotics.  I wasn't

20   with them ...

21             SA CORRELL:  Yeah.

22             MR. MAYFIELD:  ... presently, but,

23   I mean, I was, you know, right around them, so.

24             SA CORRELL:  All right.

25             MR. MAYFIELD:  But like I said,

County
COURT REPORTERS, Inc.
Videography    Litigation Technology™
800.262.8777 TOLL-FREE  •  540.667.0600 LOCAL  •  540.667.6562 FAX  •  CountyCourtReporters.com

GOV_000234

```
 1  the people getting arrested, those are

 2  misdemeanors.  I know that's not anything that's

 3  relevant, but as far as family members being

 4  taken into custody, they've been let go.

 5  Actually, one of the Capitol police wanted to

 6  lock them up two weeks ago because of how we were

 7  parked in the street, you know.  I'm going to

 8  write the ticket, the vehicle ticket, and I'm

 9  going to tow the vehicle.

10              SA CORRELL:  Okay.

11              MR. MAYFIELD:  You know.  And that

12  kind of went away.  The officers actually got in

13  trouble for it because it was borderline

14  harassment.

15              SA CORRELL:  Yeah.

16              MR. MAYFIELD:  But those are

17  present things that I can effectively,

18  comfortably go and talk to anybody.

19              SA CORRELL:  Yeah.

20              MR. MAYFIELD:  These are leather

21  seats?

22              SA CORRELL:  Nah, they're like

23  plastic.

24              MR. MAYFIELD:  I mean, would they

25  get wet?
```

County
**COURT REPORTERS, Inc.**
Videography   Litigation Technology™
800.262.8777 TOLL-FREE  •  540.667.0600 LOCAL  •  540.667.6562 FAX  •  CountyCourtReporters.com

GOV_000235

 1                    **SA CORRELL:**  They would.

 2                    **SA GALACIA:**  That's fine.

 3                    **MR. MAYFIELD:**  No, I was going to

 4  pull these, never mind.

 5                    **SA CORRELL:**  Are you okay?  Do you

 6  need like to use the restroom?  We're going to

 7  get you some food.

 8                    **MR. MAYFIELD:**  No, no, no, I don't

 9  need anything.

10                    **SA CORRELL:**  Let's make a phone

11  call, Berta.

12                    **MR. MAYFIELD:**  I just want to

13  work.

14                    **SA CORRELL:**  I got you, man.

15  We're going to figure something out.

16  **(WHEREUPON, SA Correll and SA Galacia left the**

17  **car.)**

18  **(WHEREUPON, SA Correll and SA Galacia reentered**

19  **the car.)**

20                    **SA CORRELL:**  All right.  We're

21  going to have to head out, man.  We did

22  everything we could, so.

23                    **SA GALACIA:**  We tried.

24                    **SA CORRELL:**  I'm going to turn

25  this off.  This has been going the whole time.

1    The time is 11:32.  This is Special Agent

2    Correll, recording off.

3    **(WHEREUPON, the AUDIO TRANSCRIPTION INTERVIEW OF**

4    **TORRENCE MAYFIELD was concluded at 11:32 a.m.)**

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

County
**COURT** REPORTERS, Inc.
Videography · Litigation Technology™
800.262.8777 TOLL-FREE  ·  540.667.0600 LOCAL  ·  540.667.6562 FAX  ·  CountyCourtReporters.com
GOV_000237

```
 1                        CAPTION
 2
 3   The foregoing matter was taken on the date, and at
 4   the time and place set out on the title page hereof.
 5
 6   It was requested that the matter be transcribed from
 7   an audio recording and that the same be reduced to
 8   typewritten form.
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

County
COURT REPORTERS, Inc.
Videography    Litigation Technology™
800.262.8777 TOLL-FREE  •  540.667.0600 LOCAL  •  540.667.6562 FAX  •  CountyCourtReporters.com

GOV_000238

```
 1        CERTIFICATE OF TRANSCRIBER AND SECURE ENCRYPTED

 2        SIGNATURE AND DELIVERY OF CERTIFIED TRANSCRIPT

 3        I, YVONNE KIMMEL, do hereby certify that the

 4   forgoing matter was transcribed verbatim from an

 5   audio recording provided to me, that the transcript

 6   prepared by me or under my direction, is a true and

 7   accurate record of same to the best of my knowledge

 8   and ability; that there is no relation nor employment

 9   by any attorney or counsel employed by the parties

10   hereto, nor financial or otherwise interest in the

11   action filed or its outcome.

12        This transcript and certificate have been

13   digitally signed and securely delivered through our

14   encryption server.

15        IN WITNESS HEREOF, I have here unto set my hand

16    this 8TH day of MAY, 2023.

17

18

19

20

21   /s/ YVONNE KIMMEL

22   TRANSCRIBER

23

24

25
```

County
COURT REPORTERS, Inc.
Videography   Litigation Technology™
800.262.8777 TOLL-FREE   •   540.667.0600 LOCAL   •   540.667.6562 FAX   •   CountyCourtReporters.com

GOV_000239