# FD-1023 Reporting Document

Federal Bureau of Investigation (FBI) * Source S-00044139 * Page 1 of 3



OFFICIAL RECORD
Document participants have digitally signed.
All signatures have been verified by a certified FBI system.

CHS Number: S-00044139
CHS Status: Open
CHS Last Opened Date: 01/06/2012

Date: 08/01/2023
Created By: Correll, Lawrence
Case Agent: Garman, Jamie
Field Office: Washington
Squad: CR15

## Filing and Security

**Overall Document Classification**
UNCLASSIFIED

**Classification Block**

## Reporting Details

**Date of Contact**
7/27/2023

**Participant**
- Correll, Lawrence (SPEC AGT (SPECIAL AGENT)) (FBI)
- Galicia, Berta (SPECIAL AGENT) (FBI)

**Contact Type**
In Person

**CHS Reporting Document Synopsis**
On 7/25/23 and 7/26/23, conducted meetings with Elliott Flaggs and other individuals in Jackson, Mississippi.

**Date of Report**
7/31/2023

**Reporting**
- No, Restricted Reporting contains highly sensitive or singular reporting and restricted dissemination is required
- No, Grand Jury restrictions apply
- No, Potential for Raw Intelligence Dissemination

**Primary Case Number**
194B-JN-3287247
- HQ Division: Criminal Investigative Division
- Program: PUBLIC CORRUPTION PROGRAM
- Sub-Program: STATE AND LOCAL OFFICIALS

## CHS Reporting

On July 25, 2023, CHS met with Elliott Flaggs and Charles Taylor, board member of the Jackson Redevelopment Authority for dinner at Walkers Drive-In, located at 3016 N. State Street, Jackson, Mississippi. During the meeting Flaggs, Taylor, and the CHS discussed

## FD-1023 Reporting Document

Federal Bureau of Investigation (FBI) * Source S-00044139 * Page 2 of 3



OFFICIAL RECORD
Document participants have digitally signed.
All signatures have been verified by a
certified FBI system.

opportunities for real estate development in the Jackson area through the Jackson Redevelopment Authority (JRA). Taylor advised the CHS that purchasing properties from JRA was possible, however some of the properties had significant issues such as leaks and water damage.

While at dinner, Flaggs and the CHS bumped into Jasmine and Richard Powell, who knew Flaggs. Flaggs and the Powell's exchanged pleasantries and then Flaggs advised the CHS that the Powell's owned a successful bar in downtown Jackson and that they ran a healthcare company. Flaggs and the CHS discussed a cigar bar that was next door to the bar owned by the Powell's and the CHS expressed interest in attending the cigar bar. Flaggs told the CHS if the CHS wanted to go to the cigar bar, Flaggs could call his friend who worked there to make sure the CHS was taken care of. The CHS expressed interest in Flaggs setting up a trip to this cigar bar. This meeting between Flaggs, Taylor, and the CHS was consensually recorded by the CHS.

On July 26, 2023, the CHS met Flaggs for golf at The Refuge golf course, located at Refuge Blvd, Flowood, Mississippi. During the round of golf, which was consensually recorded, Flaggs advised the CHS that he would call his friend at the cigar bar. Flaggs then called the Downtown Cigar Company, and let him know that the CHS was coming that evening. This meeting with Flaggs was consensually recorded by the CHS.

On the evening of July 26, 2023, the CHS went to the Downtown Cigar Company, located at 159 E. Pearl Street, Jackson, Mississippi. When the CHS arrived, the CHS was approached by AJ Roberts. Roberts told the CHS that Flaggs had let him know that the CHS was coming. The CHS then had a lengthy conversation with Roberts that revealed that Roberts was the Manager of the Downtown Cigar Company, which was owned by Hinds County District Attorney Jody Owens. Roberts also told the CHS that he worked in real estate for a firm called Core Properties. The CHS briefly spoke to Owens while he was at the bar, but Owens left approximately 30 minutes after the CHS arrived. Roberts told the CHS that the Downtown Cigar Company, and the bar next door, which was called Fourth Avenue Lounge, were the only bars in Mississippi that were allowed to serve liquor without having to serve food. Roberts told the CHS that the city block that the Downtown Cigar Company and Fourth Avenue Lounge were on was incorporated into the Jackson Convention Center, which had a special exception to allow liquor sales without serving food.

The CHS explained to Roberts that the CHS' business partners were trying to do business in Jackson, Mississippi and wanted to purchase some property from the City. Roberts told the CHS that the City government, including Jackson Mayor Chokwe Antar Lumumba and the Jackson City Council, were all incompetent and didn't know what they were doing. Roberts mentioned Quincy Mukoro and told the CHS that he was also an "idiot." The CHS explained to Roberts that he had done business in other cities as well and run into similar situations where the public officials were not competent but that the CHS still had to "take care of them." The CHS was alluding to bribing or paying of city officials to get things done. Roberts told the CHS that this is how it worked in Jackson too, but that paying off officials in Jackson would be "cheap" compared to other places the CHS has been. Roberts agreed to set up a meeting for the CHS and the CHS' business partners at the Downtown Cigar Company on August 14, 2023. Roberts advised the CHS that he would have a group of people at this meeting who would be interested in helping the CHS with their goal of buying City owned property in Jackson. Roberts asked the CHS if the CHS wanted Mayor Lumumba there, and the CHS advised that the CHS probably didn't want Lumumba at this meeting because they wanted to have a solid proposal and team put together before they met with him. Roberts agreed and advised that he could set up a meeting with Mayor Lumumba at a later date.

AJ Roberts cell phone number was ▓▓▓▓▓▓▓▓

UNCLASSIFIED

# FD-1023 Reporting Document

Federal Bureau of Investigation (FBI) * Source S-00044139 * Page 3 of 3



OFFICIAL RECORD
Document participants have digitally signed. All signatures have been verified by a certified FBI system.

## Signatures

| | | |
|---|---|---|
| Submitted by | LACORRELL (Correll, Lawrence) | Tue, 1 Aug 2023 11:15:25 -05:00 |
| First Level Approved By | BATOLEMAN (Toleman, Blaire) | Wed, 2 Aug 2023 09:15:46 -04:00 |