

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                                CRIMINAL NO. 3:22cr31 KHS-FKB

TORRENCE DONELL MAYFIELD                          18 U.S.C. § 922(d)

**The Grand Jury charges:**

That on or about October 27, 2021, in Hinds County in the Northern Division of the

Southern District of Mississippi, the defendant, **TORRENCE DONELL MAYFIELD**,

knowingly sold a firearm to a person knowing and having reasonable cause to believe that the

person had been convicted of a crime punishable by a term of imprisonment exceeding one year

in violation of Title 18, United States Code, Sections 922(d) and 924(a)(2).

<u>NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE</u>

As a result of committing the offense as alleged in this Indictment, the defendant shall

forfeit to the United States all property involved in or traceable to property involved in the offense,

including but not limited to all proceeds obtained directly or indirectly from the offense, and all

property used to facilitate the offense.

Further, if any property described above, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or

deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been

substantially diminished in value; or (e) has been commingled with other property, which cannot

be divided without difficulty, then it is the intent of the United States to seek a judgment of

forfeiture of any other property of the defendant, up to the value of the property described in this

notice or any bill of particulars supporting it.

All pursuant to Title 18, United States Code, Section 924(d)(1); and Title 28, United States

Code, Section 2461(c).

_____
DARREN J. LAMARCA
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the _____8th_____ day of March 2022.

_____
UNITED STATES MAGISTRATE JUDGE