| FD-1023 | FEDERAL BUREAU OF INVESTIGATION<br>CHS REPORTING DOCUMENT |  |
|---|---|---|

### HEADER

| | |
|---|---|
| **Source ID:** | S-00040787 |
| **Date:** | 11/01/2017 |
| **Case Agent Name:** | BREEDLOVE, TYE M. |
| **Field Office/Division:** | Jackson |
| **Squad:** | Squad 3 |

### SOURCE REPORTING

**Date of Contact:** 08/29/2017

**List all present including yourself (do not include the CHS):**
SA Breedlove, TFO Bell.

**Type of Contact:** In Person

| | |
|---|---|
| **Country:** | UNITED STATES |
| **City:** | Jackson |
| **State:** | Mississippi |

**Date of Report:** 08/29/2017

| Substantive Case File Number |
|---|
| 281D-JN-2178584 |

**Check here if additional reporting is in Echo**
No

**Source Reporting:**
Between 2004 and 2006, the CHS laundered money for ▓▓▓▓ ▓▓▓▓ and other drug dealers in the Jackson, Mississippi area. The CHS has been present when ▓▓▓▓ was selling drugs, or talking about his associates selling drugs on ▓▓▓▓ behalf. The CHS went to jail in 2006, but did not divulge that he was laundering money for ▓▓▓▓ The CHS has been working at ▓▓▓▓ car lot, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, since January 2017. The CHS is still a close associate of ▓▓▓▓ and ▓▓▓▓ wants the CHS to help him launder drug money for him. ▓▓▓▓ also wants the CHS to sell cocaine for him, but as of now, the CHS has declined to sell drugs for ▓▓▓▓

▓▓▓▓ owns several rental houses in Jackson. According to the CHS, ▓▓▓▓ utilizes some of these rental properties as stash houses. The CHS has been to one of ▓▓▓▓ rental properties on Eerie Street, which was being utilized as a stash house. The CHS observed over $200,000 in cash and several guns at the stash house. One of ▓▓▓▓ associates was arrested in Madison recently, so ▓▓▓▓ made the decision to relocate his stash house and he had everything moved to a rental property on Huron Street. The CHS should be able to provide the addresses of most ▓▓▓▓ rental properties, as well as identify which ones are being used as stash houses.

One of the individuals who works for ▓▓▓▓ is known as ▓▓▓▓, ▓▓▓▓▓▓▓▓. ▓▓▓▓ is ▓▓▓▓ enforcer. ▓▓▓▓ assaults people who owe ▓▓▓▓ money and collects on debts that

| FD-1023 | Page 1 of 3 | FEDERAL BUREAU OF INVESTIGATION |
|---|---|---|

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT | OFFICIAL RECORD |
|---|---|---|

they owe. ▇ and ▇ claim that ▇ has killed a couple of people in the past on ▇ behalf. ▇ is a Vice Lord and he is a close associate of ▇ who is a Gangster Disciple.

▇, also known as ▇, is another close associate of ▇ ▇ sells cocaine for ▇ The CHS has been present when ▇ has brought several thousand dollars in drug proceeds to ▇ at the car lot. ▇ then launders the money by claiming the cash was for the purchase of a vehicle, and then having the cash converted to a cashier's check before being deposited.

Other associates of ▇ include ▇, also known as ▇, ▇, also known as ▇, and ▇. ▇ and ▇ are all Gangster Disciples and they all sell cocaine for ▇

According to the CHS, ▇ utilizes a burner phone when conducting drug transactions. ▇ does not talk in code when using the burner phone. ▇ does not conduct discuss drug deals on his other phones. The CHS does not have the number for ▇ burner phone, but the CHS can get it.

▇, also known as ▇, has been supplying ▇ with cocaine. ▇ lives in the Houston, Texas area and he has done time in Federal prison for drug charges. ▇ owes ▇ a large amount of money, and he is desperately trying to pay him back. An individual known as ▇ was recently arrested in Madison for selling cocaine. ▇ sells cocaine for ▇ so when ▇ got arrested, it had a negative impact on ▇ finances.

An individual named ▇, also known as ▇, who lives in the Atlanta, Georgia area is also supplying cocaine to ▇

▇ and the CHS are friends with the Mayor of Jackson, Chockwe Antar Lumumba. ▇ worked on Lumumba's campaign and helped him to get elected to office. During Lumumba's campaign, ▇ loaned a truck to Lumumba which he used extensively while out campaigning for mayor. ▇ is interested in obtaining contracts with the city of Jackson and Lumumba is inclined to help him. The CHS does not know yet what these contracts will be, but he does know that ▇ and Lumumba are having conversations about city contracts. Additionally, ▇ wants his associates to get jobs with the city of Jackson and Lumumba has agreed to start hiring some of these individuals. One of ▇ friends who Lumumba is helping get a job with the city is known as ▇, ▇. ▇ is an individual who runs drugs for ▇ between Texas and Mississippi. The CHS advised that Lumumba's cell number is ▇.

▇ owns a nightclub called ▇ ▇ located ▇, ▇. ▇ used to be called the ▇. ▇ is talking about having ▇ rezoned so that he can turn it into a strip club. The strip club will be another business ▇ can utilize to launder drug proceeds. ▇ has discussed having the building rezoned with Lumumba and it appears Lumumba supports the idea.

In May 2017, ▇ sold a 2012 White Range Rover worth approximately $40,000 to

| FD-1023 | Page 2 of 3 | FEDERAL BUREAU OF INVESTIGATION |
|---|---|---|

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION** <br> CHS REPORTING DOCUMENT |  OFFICIAL RECORD |
|---|---|---|

Lumumba. ▮ initially provided the Range Rover to Lumumba without receiving a down payment. Lumumba eventually brought ▮ a check for $6,000 for the initial payment on the vehicle. As far as the CHS can tell, Lumumba did not obtain a loan for the Range Rover and the CHS is not aware of any additional payments ▮ has received from Lumumba. The CHS will attempt to acquire additional information about Lumumba's vehicle and try to determine if there is a loan in place.

During the law enforcement saturation events which occurred in Jackson in December 2016 and June 2017, Lumumba called ▮ and warned him to be careful with his drug operations. After getting a call from Lumumba, ▮ began calling his associates to warn them of the increase of a law enforcement presence in the city of Jackson on those nights. The CHS was in the car with ▮ when Lumumba called him. Lumumba talks to ▮ on his everyday cellphone, ▮, and not ▮ burner.

**Synopsis:**
CHS provided information on ▮ ▮

---
**SIGNATURE**

| Submitted By | TMBREEDLOVE (Tye Breedlove) | Wed, 1 Nov 2017 18:22:51 -0500 |
| First Level Approved By | HSHUNTSBERRY (HENRY HUNTSBERRY) | Thu, 2 Nov 2017 08:52:05 -0500 |

UNCLASSIFIED

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT |  OFFICIAL RECORD |

## HEADER

| | |
|---|---|
| **Source ID:** | S-00040787 |
| **Date:** | 09/19/2019 |
| **Case Agent Name:** | BREEDLOVE, TYE M. |
| **Field Office/Division:** | Jackson |
| **Squad:** | Squad 9 |

## SOURCE REPORTING

**Date of Contact:** 09/18/2019

**List all present including yourself (do not include the CHS):**
SA Breedlove.

**Type of Contact:** Telephonic

**Date of Report:** 09/19/2019

| Substantive Case File Number |
|---|
| 804I-JN-2578224 |

| Substantive Case File Number |
|---|
| 4-JN-2178584 |

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION** <br> CHS REPORTING DOCUMENT |  OFFICIAL RECORD |
|---|---|---|

**Check here if additional reporting is in Echo**
No

**Source Reporting:**
On September 18, 2019, the CHS advised that ▮▮▮▮ ▮▮▮▮ always has three or four cellular telephones on him. ▮▮▮▮ primarily conducts his illegal activity using phone number ▮▮▮▮ ▮▮▮▮. The CHS has heard ▮▮▮▮ utilizing this phone to discuss moving illegal narcotics from one stash house to another, as well as discussing purchasing or selling stolen vehicles.

▮▮▮▮ recently approached the CHS about taking over the payments on the CHS's vehicle. ▮▮▮▮ told the CHS that he wants to take the truck to his partner in Mexico and swap it out for illegal narcotics. Before going to Mexico, ▮▮▮▮ will take the CHS's vehicle to a chop shop in Crystal Springs, Mississippi which is run by ▮▮▮▮▮▮▮▮, aka ▮▮▮▮▮▮▮▮, and ▮▮▮▮▮▮▮▮, aka ▮▮▮▮▮▮. ▮▮▮▮ and ▮▮▮▮ are going to alter the VIN number on the vehicle before it is delivered to Mexico. After returning from Mexico, ▮▮▮▮ wants the CHS to report the truck as being stolen for the purposes of claim insurance on the vehicle. ▮▮▮▮ agreed to provide the CHS with a replacement vehicle and $5,000 in cash if the CHS agrees to the deal. The CHS may have the opportunity to accompany ▮▮▮▮ to Mexico to swap the vehicle for drugs.

According to the CHS, ▮▮▮▮ has been dealing with a group of Hispanic males out of Mexico for several months. These Hispanic males are essentially running ▮▮▮▮ night club, ▮▮▮▮ ▮▮▮▮, and it appears they are utilizing the club to launder money. According to the CHS, there is usually a lot more cash on hand at the end of the night than what was actually received from the customers. ▮▮▮▮ has indicated that these Hispanic males are associated with the Cartel, and the CHS claims that ▮▮▮▮ clearly fears and respects them. A few weeks ago, ▮▮▮▮ refused to spend the night at his home, because he claimed the Cartel was keeping an eye on his house.

▮▮▮▮ is currently selling Viagra, marijuana, heroin, cocaine and crystal meth out of his club. ▮▮▮▮ gets his illegal narcotics from ▮▮▮▮▮▮▮▮, aka ▮▮▮▮, in Houston, Texas and from ▮▮▮▮ connection in Mexico.

Jackson Mayor Chokwe Antar Lumumba still frequents ▮▮▮▮ club and hangs out in the back room with ▮▮▮▮ two or three times a week. ▮▮▮▮ and Mayor Lumumba are very close. Approximately two months ago, ▮▮▮▮ and his friends assaulted an individual near ▮▮▮▮ residence in downtown Jackson. When the Jackson Police Department (JPD) responded to the incident, ▮▮▮▮ called Mayor Lumumba and told him JPD was questioning him about the assault. Mayor Lumumba called JPD Police Chief James Davis and Chief Davis told the officers to stand down and leave the scene.

**Synopsis:**
On 9/18/2019, the CHS provided information on ▮▮▮▮ ▮▮▮▮

| SIGNATURE |||
|---|---|---|
| Submitted By | TMBREEDLOVE (undefined undefined) | Fri, 20 Sep 2019 18:12:59 -0500 |
| First Level Approved By | JKSHEARER (James Shearer) | Mon, 23 Sep 2019 09:26:32 -0500 |

| FD-1023 | Page 2 of 2 | FEDERAL BUREAU OF INVESTIGATION |
|---|---|---|

Case 3:24-cr-00103-DPJ-LGI   Document 75-7   Filed 01/12/26   Page 6 of 10

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT |  |
|---|---|---|

### HEADER

| | |
|---|---|
| **Source ID:** | S-00040787 |
| **Date:** | 05/19/2021 |
| **Case Agent Name:** | BREEDLOVE, TYE M. |
| **Field Office/Division:** | Jackson |
| **Squad:** | Squad 12 |

### SOURCE REPORTING

**Date of Contact:** 05/19/2021

**List all present including yourself (do not include the CHS):**
SA Breedlove.

**Type of Contact:** Telephonic

**Date of Report:** 05/19/2021

**Substantive Case File Number**
194B-JN-3287247

**Check here if additional reporting is in Echo**
No

**Source Reporting:**
On May 18th, 2021 through the early morning hours of May 19, 2021, the CHS was hanging out and play cards at ▅▅▅ ▅▅▅ house in Edwards, Mississippi. ▅▅▅ a convicted felon, has multiple guns in his house at all times. ▅▅▅ kept a shotgun next to him while playing cards with the CHS and others. At some point during the night, Jackson Mayor Chokwe Antar Lumumba showed up at ▅▅▅ house. Lumumba was there with his bodyguard, an employee of the Jackson Police Department. Lumumba played cards for several hours and smoked marijuana with ▅▅▅ While playing cards, ▅▅▅ retrieved approximately $15,000 in cash from a drawer in the kitchen and provided the cash to Lumumba.

The Mayor's girlfriend, Fransha Hollins, talked to the CHS about the cash ▅▅▅ had provided to Lumumba. According to Hollins, ▅▅▅ routinely collects cash from various contractors who do business with the City of Jackson which he later provides to Lumumba. Hollins stated that Lumumba can approve smaller contracts and work orders for the City "at his desk", which means he does not need the Jackson City Council's approval. Hollins indicated these kickbacks ▅▅▅ is collecting for the Mayor are mostly coming from those smaller jobs.

Hollins is currently mad at Lumumba because she recently found out he is sleeping with one of the city attorneys.

**Synopsis:**
On 5/19/2021, the CHS provided info on Lumumba and ▅▅▅ ▅▅▅

| FD-1023 | Page 1 of 2 | FEDERAL BUREAU OF INVESTIGATION |
|---|---|---|

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT |  |
|---|---|---|

| **SIGNATURE** |||
|---|---|---|
| Submitted By | TMBREEDLOVE (Breedlove, Tye) | Thu, 20 May 2021 13:08:01 -05:00 |
| First Level Approved By | BJSHEEHAN (Sheehan, Brendan) | Fri, 21 May 2021 18:26:11 -05:00 |

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT |  |
|---|---|---|

## HEADER

| | |
|---|---|
| **Source ID:** | S-00106076 |
| **Date:** | 09/17/2021 |
| **Case Agent Name:** | BREEDLOVE, TYE M. |
| **Field Office/Division:** | Jackson |
| **Squad:** | Squad 12 |

## SOURCE REPORTING

**Date of Contact:** 09/14/2021

**List all present including yourself (do not include the CHS):**
SA Breedlove, TFO Dan Ratliff.

**Type of Contact:** In Person

   **Country:** UNITED STATES
   **City:** Edwards
   **State:** Mississippi

**Date of Report:** 09/14/2021

**Substantive Case File Number**
194B-JN-3287247

**Check here if additional reporting is in Echo**
No

**Source Reporting:**

On September 14, 2021, the CHS acknowledged that he owns guns and ammunition even though the CHS is a convicted felon. According to the CHS, he owns a couple of hunting rifles, but he has currently loaned them out to other individuals. The CHS believes his .30-30 rifle is somewhere in his residence. The CHS also acknowledged that the 2019 Honda Accord he has been driving is a stolen vehicle. The CHS purchased the vehicle from an individual known as "███████" for $7,500 and later paid a bribe to a female employee at the Hinds County Tax Assessor's Office in order to get a fake registration for the vehicle.

The CHS has been paying bribes to various public officials in Jackson and Hinds County for several years. When Tyrone Lewis was the Hinds County Sheriff, the CHS paid Lewis a $1,000 bribe in order to get out of a DUI.

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT |  |
|---|---|---|

The CHS also paid $2,000 in bribes to an unknown female employee at the City of Jackson in order to get city code enforcement laws changed to benefit the CHS's business. The CHS agreed to work with FBI Jackson to identify this female employee.

The CHS has paid multiple bribes to Torrence Mayfield. Mayfield was the Chief of the Edwards Police Department, but now he is an officer with the Jackson Police Department (JPD). Approximately six months ago, several JPD Narcotics Officers showed up at ▇▇▇▇▇▇▇▇'s house. ▇▇▇▇▇▇ is a drug dealer and a close associate of the CHS. The CHS contacted Mayfield and within five minutes Mayfield told the Narcotics Officers to leave ▇▇▇▇▇▇ alone and they left the scene. Mayfield had the CHS pay him a $500 bribe for his assistance. Mayfield has also recently been selling ammo to the CHS. According to the CHS, Mayfield is getting the ammo from JPD. Additionally, Mayfield has offered to sell the CHS a "fully dressed" AR 15, as well as other guns, to the CHS. Mayfield and the CHS have known each other for over twenty years and Mayfield is aware of the fact the CHS is a convicted felon.

The CHS has also paid a bribe to a female JPD Detective in exchange for information about an ongoing homicide investigation. The JPD Detective's first name is Sharon.

Interim Hinds County Sheriff Marshand Crisler got word to the CHS that he needs money. Crisler is running in the special election in November to replace former Sheriff Lee Vance. The CHS and Crisler have known each other for approximately twenty years. When Crisler was just a Hinds County Sheriff's Deputy, the CHS would pay bribes to Crisler in order to get contraband smuggled into the Hinds County Jail. Prior to being contacted by the FBI, the CHS had already arranged a meeting with Crisler for 9/14/2021 at 11:30am.

The CHS also knows an individual who goes by "▇▇▇▇▇▇▇" who has offered to sell the CHS "military grade" assault rifles recently. "▇▇▇▇▇▇" is running guns from Chicago, Illinois to Jackson, Mississippi.

| FD-1023 | Page 2 of 3 | FEDERAL BUREAU OF INVESTIGATION |
|---|---|---|

UNCLASSIFIED

DOJ-0000005011

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT |  OFFICIAL RECORD |
|---|---|---|

When Chokwe Antar Lumumba was running for Mayor of Jackson in 2017, the CHS gave approximately $30,000 to Lumumba's campaign. The CHS also provided Lumumba with a truck to use for the campaign. The CHS provided the campaign contributions in the form of cash to Hondo Lumumba and the CHS does not know if Lumumba ever claimed the contributions.

The CHS has also been making frequent cash payments to Jackson City Council Member Kenneth Stokes. Stokes has been soliciting cash payments from the CHS for a few years. The CHS estimates that he has provided $2,000 in cash to Stokes in the last year and a half. Stokes reminds the CHS that he is going to help him if the CHS ever needs anything from the City Council. As of now, the CHS cannot think of anything Stokes has done in exchange for the cash payments. According to the CHS, it is almost as if Stokes is using his position to extort money out of the CHS and others in the community since there is an implied threat when Stokes asks for money. The CHS advised that Stokes makes it clear when he asks for money that $10 or $20 is not good enough, and he wants between $300 to $500 instead. The CHS owns several rental properties in Stokes' district, so the CHS feels obligated to pay Stokes when he asks for money.

**Synopsis:**
On 9/14/2021, the CHS provided information on multiple public officials.

| SIGNATURE | | |
|---|---|---|
| Submitted By | TMBREEDLOVE (Breedlove, Tye) | Wed, 22 Sep 2021 12:21:03 -05:00 |
| First Level Approved By | BJSHEEHAN (Sheehan, Brendan) | Thu, 23 Sep 2021 17:46:03 -05:00 |

| FD-1023 | Page 3 of 3 | FEDERAL BUREAU OF INVESTIGATION |
|---|---|---|