# CARROLL | BUFKIN

Gary Bufkin
601.982.5011
tgb@carrollbufkin.com

September 23, 2025

<u>*VIA* ELECTRONIC MAIL</u>: Nicholas.Cannon2@usdoj.gov

Nick Cannon
Senior Litigation Counsel
U.S. Dept. of Justice
Criminal Division, Public Integrity Section

     Re:   *U.S. v. Owens, et al.*
            3:24-cr-103

Dear Nick:

    I am writing to ask the Government to supplement its production to include all materials concerning Owens that were collected or generated by the FBI before July 26, 2023.

    In the indictment, the Government implies that Chris Lancaster chose to visit the cigar bar, not to investigate Owens, but because the cigar bar was recommended to him based on his genuine interest in cigars. [3] at 5. However, on information and belief, Owens was an FBI target prior to July 26, 2023, and the undercover operation at the cigar bar was simply a continuation of this effort. Despite the connection, the Government appears to have produced very little concerning the FBI's efforts toward Owens prior to July 26, 2023. Please supplement the Government's production to include all materials concerning Owens that were collected or generated by the FBI prior to July 26, 2023.[1]

    Thank you for your attention to this matter.

                                    Sincerely,

                                    CARROLL BUFKIN, PLLC

                                    Gary Bufkin

---

[1] To the extent not previously requested, this letter also serves as Owens's written request for all Rule 16 materials.