Outlook

RE: [EXTERNAL] letter regarding discovery

**From** Cannon, Nicholas (CRM) <Nicholas.Cannon2@usdoj.gov>
**Date** Wed 10/15/2025 7:58 AM
**To** Robert McDuff <rbm@mcdufflaw.com>
**Cc** Gary Bufkin <tgb@carrollbufkin.com>; gwkohlman@gmail.com <gwkohlman@gmail.com>; Purdie, Kimberly (USAMSS) <Kimberly.Purdie@usdoj.gov>; Fulcher, Dave (USAMSS) <Dave.Fulcher@usdoj.gov>; Mumma, Madison (CRM) <Madison.Mumma@usdoj.gov>

Rob,

I apologize for the delay in responding to your email. I was working to get out discovery production 5 to meet our deadline. There are some documents in production 5 that are responsive to Mr. Bufkin's specific request. The government is still working to gather information that is responsive and will respond as soon as we can.

Thank you,

Nick

Nicholas W. Cannon
Senior Counsel
United States Department of Justice
Criminal Division | Computer Crime & Intellectual Property Section
Phone: (202) 514-8187
Cell: (202) 308-5778
Email: Nicholas.Cannon2@usdoj.gov

**From:** Robert McDuff <rbm@mcdufflaw.com>
**Sent:** Saturday, October 11, 2025 12:07 PM
**To:** Cannon, Nicholas (CRM) <Nicholas.Cannon2@usdoj.gov>
**Cc:** tgb@carrollbufkin.com; gwkohlman@gmail.com
**Subject:** [EXTERNAL] letter regarding discovery

Dear Nick,

When we spoke on Sept 30, you anticipate responding within a few days to Gary Bufkin's earlier letter about a specific category of documents. We have not seen that response yet. Do you anticipate covering that matter in the larger discovery response on October 15 or will it come sooner?

Thank you.

**Rob**

Robert B. McDuff

Attorney
767 North Congress Street
Jackson, MS 39202
(601) 259-8484 (m)
rbm@mcdufflaw.com