

**U.S. Department of Justice**

Criminal Division

---

Public Integrity Section                                           Washington, D.C. 20530

October 14, 2025

**VIA USA*fx* and EMAIL**

Thomas G. Bufkin
CARROLL BUFKIN, PLLC
1076 Highland Colony Parkway, Suite 125
Ridgeland, MS 39157
*Counsel for Jody Owens II*

Thomas J. Bellinder
625 N. State Street, Ste. 101
Jackson, MS 39202
Phone: (601) 487-9340
thomas@bellinderlawfirm.com
*Counsel for Chokwe Antar Lumumba*

Tom Rich, Esq.
Savant & Rich, LLC
140 Fountains Blvd., Suite C
601-859-7375 (telephone)
601-859-2773 (facsimile)
tom@savantrichlaw.com
*Counsel for Aaron B. Banks*

      Re:    *U.S. v. Jody Owens, et al,* 3:24-cr-103-DPJ-LGI
             **Production Vol. 05**

Counsel,

      Pursuant to the Order Regarding Discovery, Rule 16 of the Federal Rules of Criminal Procedure, witness statements pursuant to Fed. R. Crim. P. 26.2 and 18 U.S.C. § 3500(e), and *Brady/Giglio*, the government is providing to you today with additional discovery in the above-referenced case. Specifically, the records include the following:

- Phone extractions for two CHS phones
- Recordings of payments to CHSs
- FBI Sentinel Reports for Mukoro
- FBI Sentinel Reports for Owens, et al. (provided in load-ready format)
- Potential Jencks Material

A brief index of Bates-numbered documents is attached for your convenience.

The discovery provided today, as well as the content of this discovery letter, are subject to the Court's Orders Regarding Discovery as well as the Protective Order (ECF No. 58) in this matter and should be treated accordingly.

The United States makes a formal request for reciprocal discovery of each defendant pursuant to the Court's Order Regarding Discovery and Fed. R. Crim. P. 16(b).

We anticipate producing additional materials in the near future and on a rolling basis. Please do not hesitate to contact us with any questions.

Sincerely,

/s/ *Kimberly T. Purdie*
Kimberly T. Purdie
Assistant United States Attorney
Southern District of Mississippi
(601) 965-4480
Kimberly.purdie@usdoj.gov

/s/ *Nicholas W. Cannon*
Nicholas W. Cannon
Trial Attorney
United States Department of Justice
(202) 514-8187
Nicholas.cannon2@usdoj.gov

| PRODUCTION BEGDOC | PRODUCTION ENDDOC | DESCRIPTION |
| --- | --- | --- |
| DOJ-0001228792 | DOJ-0001228792 | CHS ▇ phone |
| DOJ-0001228793 | DOJ-0001228793 | CHS ▇ phone |
| DOJ-0001228794 | DOJ-0001230432 | CHS Payments - S-00044139 |
| DOJ-0001230433 | DOJ-0001231242 | CHS Payments - S-00116074 |
| DOJ-0001231243 | DOJ-0001231364 | FBI Sentinel Reports for FBI Case No. 194B-JN-3961791 |
| DOJ-0001231365 | DOJ-0001231670 | FBI Sentinel Reports for FBI Case No. 194B-JN-3287247 |
| DOJ-0001231671 | DOJ-0001231690 | Jencks Material - Covert Emails |
| DOJ-0001231691 | DOJ-0001231781 | Jencks Material - Interview Packets |
| DOJ-0001231782 | DOJ-0001231784 | Jencks Material - SA Correll CHS-1 Texts |
| DOJ-0001231785 | DOJ-0001231882 | Jencks Material - SA Correll CHS-2 texts |
| DOJ-0001231882 | DOJ-0001231987 | Jencks Material - SA Correll FBINet Emails |
| DOJ-0001231988 | DOJ-0001231993 | Jencks Material - SA Correll Jerry Porter Texts |
| DOJ-0001231994 | DOJ-0001231994 | Jencks Material - SA Correll SA Galicia CHS-1 Texts |
| DOJ-0001231995 | DOJ-0001232006 | Jencks Material - SA Correll SA Galicia SOS Sauls Texts |
| DOJ-0001232007 | DOJ-0001232073 | Jencks Material - SA Correll SA Galicia Texts |
| DOJ-0001232074 | DOJ-0001232092 | Jencks Material - SA Correll SOS McCullar - Texts |
| DOJ-0001232093 | DOJ-0001232132 | Jencks Material - SA Correll SOS Sauls Texts |
| DOJ-0001232133 | DOJ-0001232187 | Jencks Material - SA Correll SSA James Texts |
| DOJ-0001232188 | DOJ-0001232239 | Jencks Material - SA Correll uNet emails Case Team |