

U.S. Department of Justice

Criminal Division

---

Washington, D.C. 20530

November 14, 2025

VIA EMAIL

Thomas G. Bufkin
CARROLL BUFKIN, PLLC
1076 Highland Colony Parkway, Suite 125
Ridgeland, MS 39157
tgb@carrollbufkin.com
*Counsel for Jody Owens II*

    Re: Response to Discovery Request from Owens dated September 23, 2025

Dear Mr. Bufkin,

    In response to your letter on September 23, 2025, we are providing responsive documents that are attached as DOJ-OWENS-0000000001 to DOJ-OWENS-0000000019. The government has previously provided information that was responsive to your September 23, 2025, request in Production No. 5, which contained *Jencks* material from FBI personnel DOJ-0001231671 to DOJ-0001232239 that reference Mr. Owens prior to July 26, 2023.

    As you will see, Mr. Owens' name was mentioned in relation to an investigation surrounding the murder of Larry Lee on April 24, 2020. The investigation related to the circumstances of Mr. Lee's murder was closed by FBI in March of 2023.

    The discovery provided today, as well as the content of this discovery letter, are subject to the Court's Orders Regarding Discovery as well as the Protective Order (ECF No. 58) in this matter and should be treated accordingly.

    Please do not hesitate to contact us with any questions.

Sincerely,

/s/ *Kimberly T. Purdie*
Kimberly T. Purdie
Assistant United States Attorney
Southern District of Mississippi
(601) 965-4480
Kimberly.purdie@usdoj.gov

/s/ *Nicholas W. Cannon*
Nicholas W. Cannon
Senior Counsel
United States Department of Justice
(202) 514-8187
Nicholas.cannon2@usdoj.gov

cc: Robert McDuff (rbm@mcdufflaw.com) and Gary Kohlman (gwkohlman@gmail.com).