FD-759 (Rev. 12-12-2021)

**UNCLASSIFIED**

# FEDERAL BUREAU OF INVESTIGATION
### Electronic Monitoring

**Title:** (U) Consensual Monitoring Authorization - S-0044139  **Date:** 08/01/2023

**CC:** JN-ELSUR

**Approved By:** SSA JAMES RYAN JOSEPH
CDC Kyle E. Hanrahan

**Drafted By:** Lawrence Andrew Correll

**Case ID #:** 194B-JN-3287247-ELA (U) CHOKWE ANTAR LUMUMBA, MAYOR OF JACKSON, MISSISSIPPI; CDPO - CORRUPTION OF STATE AND LOCAL PUBLIC OFFICIALS - LOCAL LEVEL SENSITIVE INVESTIGATIVE MATTER

*Electronic Monitoring Selection*
**Type of Electronic Monitoring:** Consensual Monitoring
**Proposed Use:** Collect Evidence
**Consensual Monitoring Type:** Audio - Other than Telephone
Audio with Video
Telephone
Video Only
**Will the equipment be located on the person of the consenting party?** Yes

*Participants*
**Interceptee(s):** AJ Roberts
**Others yet unknown:** Yes
**Consenting Party:** CHS
**Source Number:** S-00044139

*Extraterritorial Monitoring*
**Is it known that the Interceptee(s) will be physically located in a foreign country while the monitoring occurs?** No
**Is it known that the Consenting Party will be physically located in a foreign country while the monitoring occurs?** No

**UNCLASSIFIED**

**UNCLASSIFIED**

Title:  (U) Consensual Monitoring Authorization - S-0044139
Re:  194B-JN-3287247-ELA, 08/01/2023

*DOJ Approval*
**Requested monitoring does not include any sensitive circumstances**

*Location*
**Will the electronic monitoring occur in the territory of another Field Office?** No

*Duration of Proposed Use*
**Do you intend to use consensual monitoring for the duration of the investigation?** Yes

*Prior Approval*
**Do you have prior legal review and supervisory approval?** No

*Synopsis of Case And Description of Proposed Use*
(U) The captioned investigation was predicated upon information that Jackson Mayor Chokwe Antar Lumumba and others within the Mayor's office, were misusing their official positions to improperly steer City contracts to individuals with close personal and political connections to Lumumba in exchange for financial benefit. Investigation to date has led Group I undercover operation (Operation Capitol Matters) focusing on Lumumba and Qunicy Mukoro, a lobbyist for the City of Jackson and close associate of Lumumba. Allegations relevant to the Group I suggest that Mukoro is acting approaching individuals/companies who are seeking City contracts and then soliciting bribe/extortion payments. Mukoro says that he is best friends with Mayor Lumumba and that anything that goes to Lumumba goes through him. Mukoro then guarantees the company seeking the City contract that they will get the contracts they are seeking if they hire Mukoro.

The scenario employed by the UCO is that UCE-9553 and S-00044139 (hereafter CHS) run a business that is seeking to purchase City owned property and then invest money to redevelop the property into mixed-use commercial/residential properties. As part of this, the UCE and CHS have hired a lobbyist named Elliott Flaggs to assist in making connections with the City government, and with the investigative goal of and gaining access to Mukoro and Lumumba. On 7/26/23, the CHS visited the Downtown Cigar Company, located at 159 E. Pearl Street, Jackson, Mississippi after being directed to this establishment by Flaggs. During this visit, the

**UNCLASSIFIED**

2

**UNCLASSIFIED**

Title:  (U) Consensual Monitoring Authorization - S-0044139
Re:  194B-JN-3287247-ELA, 08/01/2023


CHS was approached by AJ Roberts who identified himself as the manager of the Downtown Cigar Company and a realtor with a company called Core Properties. The CHS then had a lengthy conversation with Roberts during which the CHS explained to Roberts that the CHS' business partners were trying to do business in Jackson, Mississippi and wanted to purchase some property from the City. Roberts told the CHS that the City government, including Jackson Mayor Chokwe Antar Lumumba and the Jackson City Council, were all incompetent and didn't know what they were doing. Roberts mentioned Quincy Mukoro and told the CHS that he was also an "idiot." The CHS explained to Roberts that he had done business in other cities as well and run into similar situations where the public officials were not competent but that the CHS still had to "take care of them." The CHS was alluding to bribing or paying of city officials to get things done. Roberts told the CHS that this is how it worked in Jackson too, but that paying off officials in Jackson would be "cheap" compared to other places the CHS has been. Roberts agreed to set up a meeting for the CHS and the CHS' business partners at the Downtown Cigar Company on August 14, 2023. Roberts advised the CHS that he would have a group of people at this meeting who would be interested in helping the CHS with their goal of buying City owned property in Jackson. Roberts asked the CHS if the CHS wanted Mayor Lumumba there, and the CHS advised that the CHS probably didn't want Lumumba at this meeting because they wanted to have a solid proposal and team put together before they met with him. Roberts agreed and advised that he could set up a meeting with Mayor Lumumba at a later date.

The request seeks authorization for S-00044139 to record conversations with AJ Roberts in furtherance of this investigation with the purpose of collecting evidence of potential public corruption.


♦♦

DOJ-0000011991