Exhibit 19
FBI UC Recording 01.09.23(1)

Filed separately through conventional filing