# Exhibit 20
# FBI UC Recording 07.25.23

# Filed separately through conventional filing