# Exhibit 21
# FBI UC Recording 07.26.23

# Filed separately through conventional filing