Outlook

## Jody Owens - Loans

**From** Sauls, Bradford Dalton (JN) (FBI)
**Date** Mon 9/12/2022 11:13 AM
**To** Burch, Brock (USAMSS)
**Cc** Correll, Lawrence Andrew (JN) (FBI)

📎 1 attachment (58 KB)
Owens Loans.PNG;

Brock, attached is the info we have already. Let me know if you can dig up anything else or have any insight as to what we are seeing. I am working on getting employee info from the state so we should be able to see how many employees he is claiming for the business. I think the FEIN for the Downtown Cigar Company (159 E. Pearl St., Jackson) is ▮▮▮▮, if that is of any help. Also, we are getting Jody added as a subject to one of our investigations but that hasn't happened yet. I'll let you know when it does though so we can start looking to issue a subpoena or two.
Bradford Sauls
Tactical Specialist
FBI Jackson
Public Corruption Task Force