# Exhibit 23
# FBI UC Recording 01.09.23(2)

# Filed separately through conventional filing