UNCLASSIFIED

# FD-1023 Reporting Document

Federal Bureau of Investigation (FBI) * Source S-00113373 * Page 1 of 3



| | |
|---|---|
| CHS Number:  S-00113373 | Date:   05/08/2023 |
| CHS Status:   Open | Created By:   Correll, Lawrence |
| CHS Last Opened Date:   03/23/2023 | Case Agent:   Correll, Lawrence |
| | Field Office:   Jackson |
| | Squad:   Squad 12 |

## Filing and Security

**Overall Document Classification**
UNCLASSIFIED

**Classification Block**

## Reporting Details

**Date of Contact**
5/3/2023

**Participant**
- Correll, Lawrence (SPEC AGT (SPECIAL AGENT)) (FBI)

**Contact Type**
Phone

**CHS Reporting Document Synopsis**
On 5/3/23, CHS was contacted telephonically and provided information on the Jackson Redevelopment Authority.

**Date of Report**
5/3/2023

**Reporting**
- No,  Restricted Reporting contains highly sensitive or singular reporting and restricted dissemination is required
- No,  Grand Jury restrictions apply
- No,  Potential for Raw Intelligence Dissemination

**Primary Case Number**
194B-JN-3287247
- HQ Division: Criminal Investigative Division
- Program: PUBLIC CORRUPTION PROGRAM
- SubProgram:

## CHS Reporting

The Jackson Redevelopment Authority (JRA) recently put out a request for proposal related to property redevelopment in the City of Jackson. There is a group or company exploring purchasing property owned by the JRA for redevelopment and CHS believes this RFP may be related to this group's inquires about properties owned by the JRA.

UNCLASSIFIED

DOJ-0000005943

FD-1023 Reporting Document

Federal Bureau of Investigation (FBI) * Source S-00113373 * Page 2 of 3



DOJ-0000005944

## FD-1023 Reporting Document

Federal Bureau of Investigation (FBI) * Source S-00113373 * Page 3 of 3



OFFICIAL RECORD
Document participants have digitally signed.
All signatures have been verified by a
certified FBI system.

## Signatures

| | | |
|---|---|---|
| Submitted by | LACORRELL (Correll, Lawrence) | Mon, 8 May 2023 13:35:20 -05:00 |
| First Level Approved By | RJJAMES (James, Ryan) | Mon, 8 May 2023 16:37:43 -05:00 |

UNCLASSIFIED

DOJ-0000005945