# Clarion Ledger

# Public Notice

Originally published at clarionledger.com on 04/13/2023

---

PUBLIC NOTICE REQUEST FOR PROPOSALS  The City of Jackson is seeking submission of proposals from qualified professional firms for professional assistance with the following project: A Hotel and Parking Garage Feasibility/Market Analysis in the Central Business District of Downtown Jackson, Mississippi. Services needed include Inventory and Analysis of Existing Conditions, Conceptual Site Plans, and Market Feasibility reports of general uses.  Detailed information pertaining to the submission of a response to this request for proposals may be obtained from the Department of Planning and Development, Suite 229, Warren Hood Building: 200 South President Street, Jackson, Mississippi 39201, or by contacting Chloe Dotson at 601-960-1993 or email: cdotson@city.jackson.ms.us.  One (1) original and eight (8) signed copies of the proposal must be received no later than 3:30 P. M., on Tuesday, April 25, 2023, at the City Clerk's Office, 219 S. President Street, Jackson, Mississippi 39201. Mailed proposals should be addressed to the Office of the City Clerk, P.O. Box 17, Jackson, MS 39205-0017. Packets should be sealed and clearly marked Proposal for The Hotel and Parking Garage Feasibility/Market Analysis in the Central Business District of Downtown Jackson, Mississippi.   The City of Jackson is committed to the principle of non-discrimination in public contracting and professional services. It is the policy of the City of Jackson to promote full and equal business opportunity for all persons doing business with the City. Chloe Dotson BUPD. MURP., Director Department of Planning and Development City of Jackson, Mississippi 03/30, 04/06, 04/13/2023