UNCLASSIFIED

May 18, 2023

UNCLASSIFIED

Page 1 of 2

DOJ-0000005978



# EPAS: RAPID Case Expense
RAPID-23-046927 in support of 194BJN3287247

## Requestor Information

**Full Name:**
CORRELL, LAWRENCE ANDREW (JN) (FBI)

**Squad:**

**Work Phone:**

**Assigned Org Unit:**
3320 - JACKSON

**Assigned Org Division:**
3320 - JACKSON

**Section/RA:**

**Organization listed is incorrect:**
No

**Corrected Org Division:**

**Corrected Org Unit:**
No

**Upcoming transfer to another division:**
No

**Transfer Org Unit:**

**Transfer Org Division:**

## Payee Information

**UCE Code:**
8509

## Case Information

**Request Type:**
Advance

**Paying Field Office/Unit:**
3320 - JACKSON

**Sentinel File Number:**
194B-JN-3287247

**Covert Credit Card Used:**
No

**Forfeiture/Drug Related:**
No

**Preferred Method of Disbursement:**

**Is this a one time non-symbol source payment?**
No

## Line Item Totals

**Total Requested Amount:**
$2,173.46

**Total Spent Amount:**
$2,173.46

**Total To Be Returned:**
$0.00

## Justification

**Classification:** U

**Operational Justification:**

On May 3rd, 4th, and 5th, 2023, UCE 8509 travelled to Jackson, Mississippi from Nashville, Tennessee in support of a Jackson Group I undercover operation (Operation Capitol Matters) related to 194B-JN-3287247. The purpose of this trip was to have meetings with lobbyist Elliott Flaggs. As part of these meetings, the UCEs agreed to hire Flaggs to facilitate business meetings with public officials in Jackson. The goal of hiring Flaggs is to gain access to public officials in the Jackson City government as well as lobbyist Quincy Mukoro. During this trip, the UCEs also visited local restaurants known to be frequented by current FBI public corruption subjects and other public officials in order to begin developing relationships with other potential targets. UCE incurred the following expenses related to their travel and during the operation: $72 in UCE vehicle fuel cost, $392.00 to play 18 holes of golf with Flaggs at the Jackson Country Club, $232.67 in supplies for golf (clothing, golf balls, sunscreen etc.), $97.50 for cell phone minutes for the UCE cell phone, $84 in airport parking expense, $488.32 in lodging expense, and $659.47 in airfare expense.

## First Level Supervisor Approver

**Approver:**
JAMES, RYAN JOSEPH (JN) (FBI)

**Approval Date:**
5/10/23 4:26 PM

## Second Level Supervisor Approver

**Approver:**
DIMACHKIE, MAHER MOHAMAD (JN) (FBI)

**Approval Date:**
5/11/23 4:49 PM