| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION** <br> CHS REPORTING DOCUMENT |  Official Record |
|---|---|---|

| **HEADER** |
|---|

| Source ID: | S-00044139 |
|---|---|
| Date: | 12/14/2022 |
| Case Agent Name: | GARMAN, JAMIE R |
| Field Office/Division: | Washington |
| Squad: | CR15 |

| **SOURCE REPORTING** |
|---|

| Date of Contact: | 12/14/2022 |
|---|---|

**List all present including yourself (do not include the CHS):**
SA Lawrence A. Correll

| Type of Contact: | In Person |
|---|---|
| Country: | UNITED STATES |
| City: | Jackson |
| State: | Mississippi |
| Date of Report: | 12/14/2022 |

| **Substantive Case File Number** |
|---|
| 194B-JN-3287247 |

**Check here if additional reporting is in Echo**
No

**Source Reporting:**
On 12/14/2022, CHS had lunch with Elliott Flaggs at Kiefers Restaurant, located at 120 N. Congress St, Jackson, Mississippi. During the meeting the CHS discussed business opportunities in Jackson that the CHS would be interested in. Flaggs indicated that he could help the CHS make connections and get meetings with influential individuals to assist the CHS. Flaggs requested that the CHS send him a brief summary of the work requested via email to assist Flaggs in putting together a quote for the CHS.

**Synopsis:**
On 12/14/2022, CHS met with Elliott Flaggs to discuss business opportunities in Jackson, Mississippi. This meeting was recorded by the CHS.

| **SIGNATURE** |
|---|

| Submitted By | LACORRELL (Correll, Lawrence) | Wed, 11 Jan 2023 08:33:09 -06:00 |
|---|---|---|
| First Level Approved By | batoleman (Toleman, Blaire) | Wed, 18 Jan 2023 16:47:47 -05:00 |