FD-302 (Rev. 5-8-10)

# FEDERAL BUREAU OF INVESTIGATION

Date of entry  07/09/2024

Elliott Flaggs, telephone number ▓▓▓▓▓▓▓▓, was interviewed at Native Coffee, 1800 N. State Street, Jackson, Mississippi. After being advised of the identity of the interviewing Agents and the nature of the interview, Flaggs provided the following information:

Flaggs is employed as lobbyist for Cornerstone Government Affairs (Cornerstone) and has been for the last 9 years. Flaggs recalled that Cornerstone retained by a company called Facility Solutions Team (FST) to assist in business development in Jackson, Mississippi. FST was specifically interested in the Farish Street area of Jackson and Flaggs helped by setting up meetings with members of the Jackson Redevelopment Authority. Flaggs recalled setting up meetings with Alex Lawson with the JRA and another member but Flaggs didn't remember the name. Cornerstone's contract with FST ended in November 2023 and was for six months. Flaggs believed that FST was paying $3,000 a month. Flaggs described the members of FST as normal guys who liked to go to dinner and play golf. Flaggs never felt like the FST guys were asking him to do anything illegal.

Flaggs met the individuals associated with FST through Brad Mason, a contact he had with a previous client Noresco. Flaggs recalled that he had discussions off and on with one of the FST guys about smoking cigars. On July 26th, 2023, Flaggs was meeting with one of the representatives from FST and told him that he should go to the Downtown Cigar Company and have a cigar. Flaggs texted Hinds County Jody Owens on this date and told Owens that he was sending a client to his bar and to take care of him. This is the last time Flaggs has had any contact with Owens.

Flaggs recalled that Brad Mason and Noresco were trying to get some kind of contract with the City of Jackson but couldn't recall the specific details. Flaggs didn't remember getting Mason or Noresco any meetings with officials with the City. Flaggs thought that Mason did attend a fundraiser for Jackson Mayor Chokwe Antar Lumumba at Cornerstone's office in Jackson. Flaggs didn't recall referring Mason to Quincy Mukoro but believed it was possible that he did. Mukoro is a competitor of Flaggs and Flaggs doesn't really work with him. Flaggs said that Mukoro operates differently. Flaggs

---

Investigation on  06/10/2024  at  Jackson, Mississippi, United States (In Person)

File #  194B-JN-3287247                                             Date drafted  06/10/2024

by  Lawrence Andrew Correll, GALICIA BERTA

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

194B-JN-3287247

Continuation of FD-302 of (U) Interview of Elliott Flaggs, On 06/10/2024, Page 2 of 2

said that Mukoro is Nigerian and could come across as kind of "aggressive." Flaggs knew that Mukoro had a good relationship with Mayor Lumumba and that they were "lifelong friends."

Flaggs said that it would be extremely out of the ordinary for a lobbyist that wasn't involved with a client seeking business with a government entity to approach that client and solicit large payments in exchange for guaranteeing a contract with that government entity. Flaggs said that is something he would never do as a lobbyist.

Flaggs expressed concern that his reputation would be harmed due to his and his company's involvement with FST and said that he was willing to assist by providing emails, text messages, or anything else to the FBI to assist in their investigation.

Agent Note: Interviewing agents used an FBI issued audio recording device to overtly record the interview. This recording device malfunctioned and failed to record the interview.