# Exhibit 29
# FBI UC Recording 08.14.23(1)

# Filed separately through conventional filing