# Exhibit 30
# FBI UC Recording 08.14.23(2)

# Filed separately through conventional filing