# Exhibit 31
# FBI UC Recording 08.14.23(3)

# Filed separately through conventional filing