# Exhibit 32
# FBI UC Recording 08.14.23(4)

# Filed separately through conventional filing