# Exhibit 33
# FBI UC Recording 10.09.23(1)

# Filed separately through conventional filing