# Exhibit 34
# FBI UC Recording 08.14.23(5)

# Filed separately through conventional filing