# Exhibit 35
# FBI UC Recording 08.14.23(6)

# Filed separately through conventional filing