# Exhibit 36
# FBI UC Recording 10.10.23(3)

# Filed separately through conventional filing