

From: net.allowsourmembers-toaccess-willcontinue.xtvdayzqnc4474-985qiy@mngcimbbkn22.net
To: _____ (owner)
To: _____ (owner)

Your account is on hold. We're having some trouble with your current billing information.

Recovery your account immediately click link bellow:
http://www.netflix.com:911@s955471887.onlinehome.us/mo

Please take action on your account within 48 hours to avoid permanent suspension.

Regards,
Netflix Service

Priority: Normal
To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| _____ | | | |

Status: Unread
Platform:

3/21/2023 9:32:59 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x889BE (Table: pdu, addr, part, Size: 606208 bytes)



| # | | Deleted | * |
|---|---|---|---|
| 12 | Start Time: 7/26/2023 9:09:29 PM(UTC-5)<br>Last Activity: 10/29/2023 11:56:52 AM(UTC5)<br>Number of attachments: 4<br>Source: Native Messages<br>Chat Type: Unknown<br>Source file: EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x62CA5 (Table: sms, canonical_addresses, Size: 606208 bytes)<br>EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db-wal : 0x380F0 (Table: participants, Size: 524288 bytes)<br>Source Extraction: File System (1)<br>Body file: chat-11.txt<br><br>Participants:<br><br>+_____ AJ Roberts<br><br>_____<br><br>Identifier: 7513b8ca-cc3c-4118-9364-0c3b8e3a041e | | |



From: _____ AJ Roberts

AJ Roberts
Downtown Cigar Company/Manager

CORE Properties
Broker/Owner

Priority: Normal
Status: Read
Platform:

7/26/2023 9:09:29 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x62CA5 (Table: sms, Size: 606208 bytes)
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db-wal : 0x380F0 (Table: participants, Size: 524288 bytes)



From: System Message

**Texting with** ███████████ **(SMS/MMS)**

**Priority:** Normal

**Platform:**

**Label:** System

7/26/2023 9:09:29 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db :
0x14ED22 (Table: messages, Size: 1658880 bytes)



(owner)
To: +█████████ AJ Roberts

**Thanks**

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1 ███████ AJ Roberts | | | |

**Status:** Sent

**Platform:**

7/26/2023 9:09:53 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db :
0x62C18 (Table: sms, Size: 606208 bytes)



(owner)
To: ███████████ AJ Roberts

**Monday August 14th. We will be there. Thanks** ██████ █████

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +███████ AJ Roberts | | | |

**Status:** Sent

**Platform:**

7/27/2023 8:23:00 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x62B55 (Table: sms,
Size: 606208 bytes)

74

From: + ████ AJ Roberts

See you then. Nice meeting you.

Priority: Normal

Status: Read

Platform:

7/2 7/2023 8:43:56 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db :
0x62A9F (Table: sms, Size: 606208 bytes)
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db-
wal : 0x380F0 (Table: participants, Size: 524288 bytes)



(owner)
To: + ████ AJ Roberts

There will be 3 of us Monday August 14th. We look forward to it. 9:00 pm ok?

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + ████ AJ Roberts | | | |

Status: Sent

Platform:

7/31/2023 1:26:49 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x62722 (Table: sms, Size:
606208 bytes)

From: + ████ AJ Roberts

Perfect, I will let the guys know.

Priority: Normal

Status: Read

Platform:

7/31/2023 2:01:16 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db :
0x62669 (Table: sms, Size: 606208 bytes)
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db-
wal : 0x380F0 (Table: participants, Size: 524288 bytes)



(owner)
To: ███████ AJ Roberts

**Are we still good for 9:00 Monday evening?**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ AJ Roberts | | | |

Status: Sent

Platform:

8/12/2023 6:22:41 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db :
0x77D39 (Table: sms, Size: 606208 bytes)

From: ███████ AJ Roberts

**Yes, we are all set for Monday at 9pm.**

Priority: Normal

Status: Read

Platform:

8/12/2023 6:24:39 PM(UTC-5)

Source Extraction:
FileSystem (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db :
0x77C7D (Table: sms, Size: 606208 bytes)
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db-
wal : 0x380F0 (Table: participants, Size: 524288 bytes)



(owner)
To: ███████ AJ Roberts

**Great. See you then.**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ AJ Roberts | | | |

Status: Sent

Platform:

8/12/2023 6:34:39 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db :
0x77BE2 (Table: sms, Size: 606208 bytes)

76

From: + ███████ AJ Roberts

Headed to the shop. See you shortly.

Priority: Normal

Status: Read

Platform:

8/14/2023 8:33:53 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTIO N_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db :
0x77A70 (Table: sms, Size: 606208 bytes)
EXTRACT ION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db-
wal : 0x380F0 (Table: participants, Size: 524288 bytes)



(owner)
To: + ███████ AJ Roberts

Great time last night. Thanks for the introduction.

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + ███████ AJ Roberts | | | |

Status: Sent

Platform:

8/15/2023 1:23:44 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRA CTIO NFFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x79D8C
(Table: sms, Size: 606208 bytes)

From: + ███████ AJ Roberts

Enjoyed you guys! Hopefully it's the beginning of something great!

Priority: Normal

Status: Read

Platform:

8/15/2023 1:32:20 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x79CB4 (Table: sms,
Size: 606208 bytes)
EXTRACT ION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db-wal : 0x380F0 (Table:
participants, Size: 524288 bytes)



(owner)
To: ██████████ AJ Roberts

Are you around tonight? We may stop in at the bar.
Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ██████ AJ Roberts | | | |

Status: Sent
Platform:

8/15/2023 1:34:16 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x79BFA
(Table: sms, Size: 606208 bytes)



From: +██████████ AJ Roberts

I'm headed to Dallas to visit my daughter.
Priority: Normal
Status: Read
Platform:

8/15/2023 1:58:57 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db :
0x79B3A (Table: sms, Size: 606208 bytes)
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db-wal
: 0x380F0 (Table: participants, Size: 524288 bytes)

From: +██████████ AJ Roberts

I'm pretty sure the guys will be there.
Priority: Normal
Status: Read
Platform:

8/15/2023 1:59:27 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db :
0x79A7D (Table: sms, Size: 606208 bytes)
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db-
wal : 0x380F0 (Table: participants, Size: 524288 bytes)



(owner)
To: + [redacted]        AJ Roberts

Great. Have a good trip. Travel safe.

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + [redacted] AJ Roberts | | | |

Status: Sent
Platform:

8/15/2023 1:59:52 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db :
0x799D1 (Table: sms, Size: 606208 bytes)



From: [redacted]        AJ Roberts
To: [redacted]        (owner)
To: [redacted]        (owner)

Here's Mr Bozeman contact if you guys decide to head to the lounge.

Attachments:

Priority: Normal

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] | | | |
| [redacted] | | | |

Status: Read
Platform:

8/15/2023 4:40:05 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x8841E (Table: pdu, addr,
part, Size: 606208 bytes)
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db-wal : 0x380F0 (Table:
participants, Size: 524288 bytes)
EXTRACTION_FFS.zip/data/user_de/0/com.android.providers.telephony/app_parts/PART_1692135604748_WillieBo.vc
f : 0x5E



(owner)
To: + [redacted]        AJ Roberts

Thanks

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1 [redacted] AJ Roberts | | | |

Status: Sent
Platform:

8/15/2023 4:53:11 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db :
0x79EEE (Table: sms, Size: 606208 bytes)



(owner)
To: +██████████ AJ Roberts

**Call me when you have a few minutes to talk. Thanks**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +██████████ AJ Roberts | | | |

Status: Sent
Platform:

8/30/2023 3:12:49 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x7977F
(Table: sms, Size: 606208 bytes)



(owner)
To: +██████████ AJ Roberts

**Any progress. Call me with an update when you have a chance. Thanks**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +██████████ AJ Roberts | | | |

Status: Sent
Platform:

9/6/2023 2:28:24 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x7940B (Table: sms, Size: 606208 bytes)



From: +██████████ AJ Roberts

**Good Morning Mr. ██████ I will give you a call shortly with an update.**

Priority: Normal
Status: Read
Platform:

9/7/2023 8:57:34 AM(UTC5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x7932A (Table: sms, Size: 606208 bytes)
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db-wal : 0x380F0 (Table: participants, Size: 524288 bytes)



(owner)
To: + ██████████ AJ Roberts

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ██████████ AJ Roberts | | | |

**Status:** Sent
**Platform:**

9/7/2023 12:54:19 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x7929F (Table: sms, Size: 606208 bytes)



From: + ██████████ AJ Roberts

**Leaving the barbershop in 10**

**Priority:** Normal
**Status:** Read
**Platform:**

9/8/2023 7:24:41 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x791ED (Table: sms, Size: 606208 bytes)
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db-wal : 0x380F0 (Table: participants, Size: 524288 bytes)



(owner)
To: + ██████████ AJ Roberts

**I talked to ████ and the 25th thru 27th would be best if we could pull that off.**

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ██████████ AJ Roberts | | | |

**Status:** Sent
**Platform:**

9/9/2023 7:31:42 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x79115 (Table: sms, Size: 606208 bytes)



From: + ▓▓▓▓ AJ Roberts

**On it!**

Priority: Normal

Status: Read

Platform:

9/9/2023 9:18:26 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db :
0x7CFB1 (Table: sms, Size: 606208 bytes)
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db-
wal : 0x380F0 (Table: participants, Size: 524288 bytes)



From: + ▓▓▓▓ AJ Roberts

Good Morning Mr. ▓▓▓ Jody is going to let me know his availability by Wednesday.

**Enjoy the backcountry!**

Priority: Normal

Status: Read

Platform:

9/11/2023 12:14:52 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x7CEAB (Table: sms, Size: 606208 bytes)
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db-wal : 0x380F0 (Table: participants, Size: 524288
bytes)



(owner)
To: + ▓▓▓▓ AJ Roberts

Thanks let me know

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + ▓▓▓▓ AJ Roberts | | | |

Status: Sent

Platform:

9/11/2023 12:15:38 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db :
0x7CE12 (Table: sms, Size: 606208 bytes)

(owner)
To: ███████ AJ Roberts

**Checking in. Any update?**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ AJ Roberts | | | |

Status: Sent
Platform:

9/13/2023 1:55:30 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db :
0x7CC7F (Table: sms, Size: 606208 bytes)

From: ███████ AJ Roberts

Just hung up with Jody. He's available for travel on the 18th and returning on the 19th. He thought that the 25th -28th would work out better but his schedule changed. Everyone else is fine with those dates. Let me know if that works.

Priority: Normal
Status: Read
Platform:

9/13/2023 2:46:06 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x7CAFF (Table: sms, Size: 606208 bytes)
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db-wal : 0x380F0 (Table: participants, Size: 524288 bytes)

(owner)
To: ███████ AJ Roberts

Doesn't look like we can make the 18th an 19th work. Let's pick something after the 28th that works for the group and Jody. Check his schedule and let me know. I don't think I will be back until Monday. I will call you this weekend

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ AJ Roberts | | | |

Status: Sent
Platform:

9/13/2023 8:36:56 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x7C990 (Table: sms, Size: 606208 bytes)

83



From: ▮▮▮▮▮▮▮ (owner )
To: +▮▮▮▮▮▮▮ AJ Roberts
To: +▮▮▮▮▮▮▮ AJ Roberts
Attachments:

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮ AJ Roberts | | | |
| ▮▮▮▮▮▮ AJ Roberts | | | |

Status: Sent
Platform:

9/21/2023 5:52:23 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db :
0x89536 (Table: pdu, addr, part, Size: 606208 bytes)
EXTRACTION_FFS.zip/data/user_de/0/com.android.providers.telephony/app_parts/PART_16
95336743442_image000000.jpg:



(owner)
To: +▮▮▮▮▮▮ AJ Roberts

I'm back. Let me know some dates that Jody can travel. Thanks
Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +▮▮▮▮▮▮ AJ Roberts | | | |

Status: Sent
Platform:

9/21/2023 5:52:58 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x7C584 (Table: sms,
Size: 606208bytes)

From: +▮▮▮▮▮▮ AJ Roberts

Good Afternoon Mr. ▮▮▮▮▮ I hope that your hunting trip ended with an elk. I'm trying to
lock down some dates for October . Here are the options:
October 2-4, 9-11, 16-18. Let me know what work for you all and I will confirm with the guys.
Priority: Normal
Status: Read
Platform:

9/21/2023 5:54:25 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x7C3FA (Table: sms, Size: 606208 bytes)
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db-wal : 0x380F0 (Table: participants, Size: 524288
bytes)

84

From: + ▮▮▮▮ AJ Roberts

**Did you get the message?**

Priority: Normal

Status: Read

Platform:

9/21/2023 5:55:44 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db :
0x7C34B (Table: sms, Size: 606208 bytes)
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db-
wal : 0x380F0  (Table: participants, Size: 524288 bytes)



(owner)
To: + ▮▮▮▮ AJ Roberts

**Got it**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1 ▮▮▮▮ AJ Roberts | | | |

Status: Sent

Platform:

9/21/2023 6:12:58 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db :
0x7C2BF (Table: sms, Size: 606208 bytes)



(owner)
To: + ▮▮▮▮ AJ Roberts

**The 9th – 11th works for us.**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + ▮▮▮▮ AJ Roberts | | | |

Status: Sent

Platform:

9/21/2023 6:50:58 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db :
0x7C21C (Table: sms, Size: 606208 bytes)

From: + ██████████ AJ Roberts

Going to confirm tomorrow

Priority: Normal
Status: Read
Platform:

9/21/2023 8:38:25 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db :
0x7C16C (Table: sms, Size: 606208 bytes)
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db-
wal : 0x380F0 (Table: participants, Size: 524288 bytes)



(owner)
To: + ██████████ AJ Roberts

Do you have confirmation on those dates yet? 9th-11th.

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + ██████████ AJ Roberts | | | |

Status: Sent
Platform:

9/25/2023 2:07:15 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x7ED0D (Table:
sms, Size: 606208 bytes)

From: + ██████████ AJ Roberts

October 9-11 is confirmed with everyone on my end.

Priority: Normal
Status: Read
Platform:

9/25/2023 3:02:55 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x7EC45
(Table: sms, Size: 606208 bytes)
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db-wal :
0x380F0 (Table: participants, Size: 524288 bytes)



From: +[REDACTED] AJ Roberts

Marve
Jody
Willie
Jody
Johnny

**Priority:** Normal

**Status:** Read

**Platform:**

9/25/2023 3:06:12 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db :
0x7EB8F (Table: sms, Size: 606208 bytes)
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db-
wal : 0x380F0 (Table: participants, Size: 524288 bytes)

(owner)
To : +[REDACTED] AJ Roberts

Got it. Thanks

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1[REDACTED] AJ Roberts | | | |

**Status:** Sent

**Platform:**

9/25/2023 3:06:22 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db :
0x7EAFA (Table: sms, Size: 606208 bytes)

(owner)
To : +[REDACTED] AJ Roberts

I'm working on a private jet leaving the afternoon of 10/9 returning  mid morning 10/11

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +[REDACTED] AJ Roberts | | | |

**Status:** Sent

**Platform:**

9/26/2023 2:14:16 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x7EA1D (Table: sms, Size: 606208 bytes)

From: +▮▮▮▮▮ AJ Roberts

**Ok**

Priority: Normal
Status: Read
Platform:

9/26/2023 2:35:11 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db :
0x7E984 (Table: sms, Size: 606208 bytes)
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db-
wal : 0x380F0 (Table: participants, Size: 524288 bytes)

From: +▮▮▮▮▮ AJ Roberts

**Ok**

Priority: Normal
Status: Read
Platform:

9/26/2023 2:35:19 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db :
0x7E8EC (Table: sms, Size: 606208 bytes)
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db-
wal : 0x380F0 (Table: participants, Size: 524288 bytes)

(owner)
To: +▮▮▮▮▮ AJ Roberts

We are a go for next Monday. I will follow-up with flight times. At this point we are sending a jet. I am going to try to fly with you guys to Nashville.

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +▮▮▮▮▮ AJ Roberts | | | |

Status: Sent
Platform:

10/2/2023 10:02:15 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x7E7CC (Table: sms, Size: 606208 bytes)

From: +▮▮▮▮▮ AJ Roberts

**Ok, I will let the guys know.**

Priority: Normal
Status: Read
Platform:

10/2/2023 12:11:51 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db :
0x7E718 (Table: sms, Size: 606208 bytes)
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db-
wal : 0x380F0 (Table: participants, Size: 524288 bytes)



(owner)
To: [REDACTED] AJ Roberts

**Thanks!**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [REDACTED] AJ Roberts | | | |

**Status:** Sent
**Platform:**

10/2/2023 12:41:32 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x7E686 (Table: sms, Size: 606208 bytes)



(owner)
To: [REDACTED] AJ Roberts

**Text me first and last names of everyone coming, please. Thanks**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [REDACTED] AJ Roberts | | | |

**Status:** Sent
**Platform:**

10/2/2023 1:59:03 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x7E5C1 (Table: sms, Size: 606208 bytes)



From: [REDACTED] AJ Roberts

Marve Smith
Willie Bozeman
Jody Owens
Johnny Crisler
AJ Roberts

Priority: Normal
**Status:** Read
**Platform:**

10/2/2023 2:45:27 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x7E4EB (Table: sms, Size: 606208 bytes)
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db-wal : 0x380F0 (Table: participants, Size: 524288 bytes)



(owner)
To: + ▓▓▓▓▓ AJ Roberts

**Got it**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + ▓▓▓▓▓ AJ Roberts | | | |

Status: Sent

Platform:

10/2/2023 4:32:29 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x7E45E (Table: sms, Size: 606208 bytes)



(owner)
To: + ▓▓▓▓▓ AJ Roberts

**We will depart at 3:00 Monday afternoon from Jackson/Evers Airport. He got a Jet Prop plane for us. I will fly to Nashville with you. I will let you know where we need to meet. Plan on having everyone there by 2:30. Thanks**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + ▓▓▓▓▓ AJ Roberts | | | |

Status: Sent

Platform:

10/2/2023 7:13:28 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x7E2F8 (Table: sms, Size: 606208 bytes)



From: + ▓▓▓▓▓ AJ Roberts

**Okay...Thanks**

Priority: Normal

Status: Read

Platform:

10/2/2023 8:59:23 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x7E254 (Table: sms, Size: 606208 bytes)
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db-wal : 0x380F0 (Table: participants, Size: 524288 bytes)



From:                    (owner)
To: +            AJ Roberts
To: +            AJ Roberts

Attachments:

| Participant | Delivered | Read | Played |
|---|---|---|---|
| AJ Roberts | | | |
| AJ Roberts | | | |

Status: Sent
Platform:

10/4/2023 8:09:58 AM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db :
0x8945C (Table: pdu, addr, part, Size: 60 620 8 bytes)
EXTRACTION_FFS.zip/data/user_de/0/com.android.providers.telephony/app_parts/PART_16
9642499836 0_image000000.jpg :
EXTRACTION_FFS.zip/data/user_de/0/com.android.providers.telephony/app_parts/PART_16
96424998422_image000001.jpg :

From: +            AJ Roberts

Priority: Normal
Status: Read
Platform:

10/4/2023 4:32:57 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db :
0x81DD0 (Table: sms, Size: 60 620 8 bytes)
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db-
wal : 0x380F0 (Table: participants, Size: 524288 bytes)



(owner)
To: ▮▮▮▮▮▮ AJ Roberts

I saw I missed a call from you yesterday. Call me if you need me. Thanks have a good weekend.

Priority: Normal

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| ▮▮▮▮▮ AJ Roberts | | | |

Status: Sent
Platform:

10/6/2023 1:05:04 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x81778 (Table: sms, Size: 606208 bytes)



(owner)
To: ▮▮▮▮▮▮ AJ Roberts

You guys may want to bring a jacket. In the 40's tomorrow night

Priority: Normal

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| ▮▮▮▮▮ AJ Roberts | | | |

Status: Sent
Platform:

10/8/2023 1:49:14 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x816B2 (Table: sms, Size: 606208 bytes)



From: ▮▮▮▮▮▮ AJ Roberts

Thank you for the heads up!

Priority: Normal
Status: Read
Platform:

10/8/2023 5:31:19 PM(UTC-5)

Source Extraction:
File System (1)
Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x81600 (Table: sms, Size: 606208 bytes)
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db-wal : 0x380F0 (Table: participants, Size: 524288 bytes)