



**Extraction Report** - Google Android Generic

## Call Log (123)

⚠ * These details are cross-referenced from this device's contacts

| # | Parties | Timestamp | Duration | Status | Country code | Additional Info | Video call | Source Info | Deleted | * |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | 11/8/2023 11:00:02 AM | 00:01:09 | | | Video call: Disconnection Reason: | | Source: SSRM Heating Log  Source Extraction: File System (1)  Source file: EXTRACTION_FFS.zip/data/data/com.sec.android.sdhms/ssrm_heating_15.log : 0x2C46C | | |
| 2 | From: + Willie Bozeman  Direction: Incoming | 11/8/2023 10:59:49 AM(UTC-6) | 00:01:09 | Answered | | Video call: Disconnection Reason: | | Source:  Source Extraction: File System (1)  Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x9A8FE (Table: calls, Size: 646872 bytes) | | |
| 3 | | 11/8/2023 10:20:42 AM | 00:01:28 | | | Video call: Disconnection Reason: | | Source: SSRM Heating Log  Source Extraction: File System (1)  Source file: EXTRACTION_FFS.zip/data/data/com.sec.android.sdhms/ssrm_heating_15.log : 0x272B3 | | |
| 4 | To: + Willie Bozeman  Direction: Outgoing | 11/8/2023 10:20:41 AM(UTC-6) | 00:00:54 | Answered | | Video call: Disconnection Reason: | | Source:  Source Extraction: File System (1)  Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x9AA87 (Table: calls, Size: 646872 bytes) | | |
| 5 | | 11/8/2023 10:15:49 AM | 00:02:59 | | | Video call: Disconnection Reason: | | Source: SSRM Heating Log  Source Extraction: File System (1)  Source file: EXTRACTION_FFS.zip/data/data/com.sec.android.sdhms/ssrm_heating_15.log : 0x24F3F | | |
| 6 | From: + Marve Smith  Direction: Incoming | 11/8/2023 10:15:42 AM(UTC-6) | 00:02:59 | Answered | | Video call: Disconnection Reason: | | Source:  Source Extraction: File System (1)  Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x9AC10 (Table: calls, Size: 646872 bytes) | | |
| 7 | To: + Marve Smith  Direction: Outgoing | 11/8/2023 10:12:55 AM(UTC-6) | 00:00:14 | Answered | | Video call: Disconnection Reason: | | Source:  Source Extraction: File System (1)  Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x9AD91 (Table: calls, Size: 646872 bytes) | | |
| 8 | | 11/8/2023 10:12:55 AM | 00:00:28 | | | Video call: Disconnection Reason: | | Source: SSRM Heating Log  Source Extraction: File System (1)  Source file: EXTRACTION_FFS.zip/data/data/com.sec.android.sdhms/ssrm_heating_15.log : 0x23817 | | |

| # | Party | Date/Time | Duration | Status | Type | Source |
|---|---|---|---|---|---|---|
| 9 | | 11/8/2023 9:55:04 AM | 00:01:41 | | Video call: Disconnection Reason: | Source: SSRM Heating Log<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.sec.android.sdhms/ssrm_heating_15.log : 0x20752 |
| 10 | From: +<br>Marve Smith<br>Direction: Incoming | 11/8/2023 9:54:51 AM(UTC-6) | 00:05:41 | Answered | Video call: Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x7ACAD (Table: calls, Size: 646872 bytes) |
| 11 | To: +<br>Willie Bozeman<br>Direction: Outgoing | 11/8/2023 9:13:22 AM(UTC-6) | 00:01:19 | Answered | Video call: Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x7AE2E (Table: calls, Size: 646872 bytes) |
| 12 | | 11/8/2023 9:13:22 AM | 00:01:27 | | Video call: Disconnection Reason: | Source: SSRM Heating Log<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.sec.android.sdhms/ssrm_heating_15.log : 0x1BF6A |
| 13 | | 11/8/2023 9:06:01 AM | 00:05:02 | | Video call: Disconnection Reason: | Source: SSRM Heating Log<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.sec.android.sdhms/ssrm_heating_15.log : 0x1A274 |
| 14 | To: +<br>Marve Smith<br>Direction: Outgoing | 11/8/2023 9:06:00 AM(UTC-6) | 00:04:53 | Answered | Video call: Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x7AFB7 (Table: calls, Size: 646872 bytes) |
| 15 | | 11/8/2023 8:33:13 AM | 00:00:14 | | Video call: Disconnection Reason: | Source: SSRM Heating Log<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.sec.android.sdhms/ssrm_heating_15.log : 0x1361E |
| 16 | To: +<br>Marve Smith<br>Direction: Outgoing | 11/8/2023 8:33:12 AM(UTC-6) | 00:00:09 | Answered | Video call: Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x7B156 (Table: calls, Size: 646872 bytes) |
| 17 | From: +<br>Marve Smith<br>Direction: Incoming | 11/8/2023 8:32:20 AM(UTC-6) | 00:00:00 | Missed | Video call: Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x7B2F4 (Table: calls, Size: 646872 bytes) |
| 18 | | 11/8/2023 8:06:03 AM | 00:01:41 | | Video call: Disconnection Reason: | Source: SSRM Heating Log<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.sec.android.sdhms/ssrm_heating_15.log : 0xB65F |

| # | Party | Date/Time | Duration | Status | | Type | Source |
|---|---|---|---|---|---|---|---|
| 19 | From: +[redacted] Marve Smith Direction: Incoming | [redacted]/2023 8:05:52 AM(UTC-6) | [redacted] | Answered | | Video call: Disconnection Reason: | Source: Source Extraction: File System (1) Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x7B494 (Table: calls, Size: 646872 bytes) |
| 20 | From: +[redacted] Elliott Flaggs Direction: Incoming | 11/7/2023 4:30:23 PM(UTC-6) | 00:00:00 | Missed | | Video call: Disconnection Reason: | Source: Source Extraction: File System (1) Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x7B769 (Table: calls, Size: 646872 bytes) |
| 21 | | 11/7/2023 4:27:03 PM | 00:01:18 | | | Video call: Disconnection Reason: | Source: SSRM Heating Log Source Extraction: File System (1) Source file: EXTRACTION_FFS.zip/data/data/com.sec.android.sdhms/ssrm_heating_13.log : 0x9DF5 |
| 22 | To: +[redacted] Elliott Flaggs Direction: Outgoing | 11/7/2023 4:27:01 PM(UTC-6) | 00:00:53 | Answered | | Video call: Disconnection Reason: | Source: Source Extraction: File System (1) Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x7B932 (Table: calls, Size: 646872 bytes) |
| 23 | From: +16154954913 Direction: Incoming | 11/6/2023 3:51:25 PM(UTC-6) | 00:00:00 | Missed | | Video call: Disconnection Reason: | Source: Source Extraction: File System (1) Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x7B631 (Table: calls, Size: 646872 bytes) |
| 24 | To: 6193951348 Direction: Outgoing | 10/18/2023 7:49:25 PM(UTC-5) | 00:00:02 | Answered | | Video call: Disconnection Reason: | Source: Source Extraction: File System (1) Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x7BAF6 (Table: calls, Size: 646872 bytes) |
| 25 | From: +[redacted] AJ Roberts Direction: Incoming | 10/18/2023 2:19:20 PM(UTC-5) | 00:00:37 | Answered | | Video call: Disconnection Reason: | Source: Source Extraction: File System (1) Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x6CE58 (Table: calls, Size: 646872 bytes) |
| 26 | From: +[redacted] Willie Bozeman Direction: Incoming | 10/18/2023 11:07:25 AM(UTC-5) | 00:00:00 | Missed | | Video call: Disconnection Reason: | Source: Source Extraction: File System (1) Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x6CB0B (Table: calls, Size: 646872 bytes) |
| 27 | From: +14102771518 Direction: Incoming | 10/17/2023 5:26:19 PM(UTC-5) | 00:00:00 | Missed | | Video call: Disconnection Reason: | Source: Source Extraction: File System (1) Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x6CFF0 (Table: calls, Size: 646872 bytes) |
| 28 | To: [redacted] Willie Bozeman Direction: Outgoing | 10/16/2023 6:26:07 PM(UTC-5) | 00:00:00 | Not answered | | Video call: Disconnection Reason: | Source: Source Extraction: File System (1) Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x6CCB3 (Table: calls, Size: 646872 bytes) |

| # | Party | Date/Time | Duration | Status | Type | Source |
|---|---|---|---|---|---|---|
| 29 | **To:** + AJ Roberts **Direction:** Outgoing | 10/10/2023 6:57:38 PM(UTC-5) | 00:00:00 | Not answered | **Video call: Disconnection Reason:** | **Source: Source Extraction:** File System (1) **Source file:** EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x6D130 (Table: calls, Size: 646872 bytes) |
| 30 | **To:** + AJ Roberts **Direction:** Outgoing | 10/10/2023 5:58:51 PM(UTC-5) | 00:00:47 | Answered | **Video call: Disconnection Reason:** | **Source: Source Extraction:** File System (1) **Source file:** EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x6D2C8 (Table: calls, Size: 646872 bytes) |
| 31 | **To:** + Marve Smith **Direction:** Outgoing | 10/10/2023 11:29:08 AM(UTC-5) | 00:00:03 | Answered | **Video call: Disconnection Reason:** | **Source: Source Extraction:** File System (1) **Source file:** EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x6D461 (Table: calls, Size: 646872 bytes) |
| 32 | **To:** + Marve Smith **Direction:** Outgoing | 10/10/2023 10:18:43 AM(UTC-5) | 00:00:18 | Answered | **Video call: Disconnection Reason:** | **Source: Source Extraction:** File System (1) **Source file:** EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x6D79F (Table: calls, Size: 646872 bytes) |
| 33 | **From:** + Marve Smith **Direction:** Incoming | 10/10/2023 10:14:58 AM(UTC-5) | 00:00:00 | Missed | **Video call: Disconnection Reason:** | **Source: Source Extraction:** File System (1) **Source file:** EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x6D5FF (Table: calls, Size: 646872 bytes) |
| 34 | **From:** + AJ Roberts **Direction:** Incoming | 10/9/2023 7:06:39 PM(UTC-5) | 00:00:00 | Missed | **Video call: Disconnection Reason:** | **Source: Source Extraction:** File System (1) **Source file:** EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x6D93D (Table: calls, Size: 646872 bytes) |
| 35 | **To:** + AJ Roberts **Direction:** Outgoing | 10/9/2023 6:50:54 PM(UTC-5) | 00:00:30 | Answered | **Video call: Disconnection Reason:** | **Source: Source Extraction:** File System (1) **Source file:** EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0xE337 (Table: calls, Size: 646872 bytes) |
| 36 | **To:** + AJ Roberts **Direction:** Outgoing | 10/9/2023 6:50:09 PM(UTC-5) | 00:00:05 | Answered | **Video call: Disconnection Reason:** | **Source: Source Extraction:** File System (1) **Source file:** EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0xE669 (Table: calls, Size: 646872 bytes) |
| 37 | **To:** + AJ Roberts **Direction:** Outgoing | 10/9/2023 6:49:33 PM(UTC-5) | 00:00:00 | Not answered | **Video call: Disconnection Reason:** | **Source: Source Extraction:** File System (1) **Source file:** EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0xE802 (Table: calls, Size: 646872 bytes) |
| 38 | **To:** + AJ Roberts **Direction:** Outgoing | 10/9/2023 6:49:07 PM(UTC-5) | 00:00:04 | Answered | **Video call: Disconnection Reason:** | **Source: Source Extraction:** File System (1) **Source file:** EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0xE99A (Table: calls, Size: 646872 bytes) |

| # | Party | Date/Time | Duration | Status | Type | Source |
|---|---|---|---|---|---|---|
| 39 | To: +[REDACTED] AJ Roberts<br>Direction: Outgoing | 10/9/2023 6:48:22 PM(UTC-5) | 00:01:05 | Answered | Video call:<br>Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0xEB33 (Table: calls, Size: 646872 bytes) |
| 40 | To: +[REDACTED] AJ Roberts<br>Direction: Outgoing | 10/9/2023 6:01:14 PM(UTC-5) | 00:00:53 | Answered | Video call:<br>Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0xECCC (Table: calls, Size: 646872 bytes) |
| 41 | To: +[REDACTED] AJ Roberts<br>Direction: Outgoing | 10/9/2023 5:51:56 PM(UTC-5) | 00:00:05 | Answered | Video call:<br>Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0xE4D0 (Table: calls, Size: 646872 bytes) |
| 42 | From: 8568326199<br>Direction: Incoming | 10/9/2023 3:22:06 PM(UTC-5) | 00:00:24 | Voice mail | Video call:<br>Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0xF133 (Table: calls, Size: 646872 bytes) |
| 43 | From: +18568326199<br>Direction: Incoming | 10/9/2023 3:20:14 PM(UTC-5) | 00:00:00 | Missed | Video call:<br>Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0xEFFE (Table: calls, Size: 646872 bytes) |
| 44 | From: +[REDACTED] AJ Roberts<br>Direction: Incoming | 10/6/2023 3:35:48 PM(UTC-5) | 00:04:10 | Answered | Video call:<br>Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0xEE65 (Table: calls, Size: 646872 bytes) |
| 45 | To: +[REDACTED] AJ Roberts<br>Direction: Outgoing | 10/6/2023 3:01:09 PM(UTC-5) | 00:00:04 | Answered | Video call:<br>Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x3B68A (Table: calls, Size: 646872 bytes) |
| 46 | From: +[REDACTED] AJ Roberts<br>Direction: Incoming | 10/6/2023 2:32:22 PM(UTC-5) | 00:00:00 | Missed | Video call:<br>Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x3B823 (Table: calls, Size: 646872 bytes) |
| 47 | To: +[REDACTED] AJ Roberts<br>Direction: Outgoing | 10/6/2023 1:03:27 PM(UTC-5) | 00:00:06 | Answered | Video call:<br>Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x3B9BF (Table: calls, Size: 646872 bytes) |
| 48 | To: +[REDACTED] AJ Roberts<br>Direction: Outgoing | 10/5/2023 6:37:26 PM(UTC-5) | 00:00:07 | Answered | Video call:<br>Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x3BB58 (Table: calls, Size: 646872 bytes) |

| # | Party | Timestamp | Duration | Status | Type | Source |
|---|---|---|---|---|---|---|
| 49 | From: + AJ Roberts<br>Direction: Incoming | 9/26/2023 4:31:52 PM(UTC-5) | 00:00:00 | Missed | Video call:<br>Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x3BCF1 (Table: calls, Size: 646872 bytes) |
| 50 | From: +<br>Elliott Flaggs<br>Direction: Incoming | 9/26/2023 12:49:52 PM(UTC-5) | 00:00:00 | Missed | Video call:<br>Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x3BE8D (Table: calls, Size: 646872 bytes) |
| 51 | From: +<br>AJ Roberts<br>Direction: Incoming | 9/25/2023 3:00:36 PM(UTC-5) | 00:04:23 | Answered | Video call:<br>Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x3C03E (Table: calls, Size: 646872 bytes) |
| 52 | From: +19317064421<br>Direction: Incoming | 9/22/2023 9:52:48 AM(UTC-5) | 00:00:00 | Missed | Video call:<br>Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x3C370 (Table: calls, Size: 646872 bytes) |
| 53 | From: +<br>AJ Roberts<br>Direction: Incoming | 9/21/2023 5:53:23 PM(UTC-5) | 00:01:05 | Answered | Video call:<br>Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x3C4A8 (Table: calls, Size: 646872 bytes) |
| 54 | To: +<br>AJ Roberts<br>Direction: Outgoing | 9/21/2023 5:51:23 PM(UTC-5) | 00:00:08 | Answered | Video call:<br>Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x3C1D8 (Table: calls, Size: 646872 bytes) |
| 55 | To: 5042286384<br>Direction: Outgoing | 9/21/2023 5:37:12 PM(UTC-5) | 00:00:08 | Answered | Video call:<br>Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0xC576 (Table: calls, Size: 646872 bytes) |
| 56 | From: +<br>AJ Roberts<br>Direction: Incoming | 9/13/2023 8:50:04 PM(UTC-5) | 00:04:31 | Answered | Video call:<br>Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0xC1F9 (Table: calls, Size: 646872 bytes) |
| 57 | To: +<br>AJ Roberts<br>Direction: Outgoing | 9/13/2023 8:34:21 PM(UTC-5) | 00:00:09 | Answered | Video call:<br>Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0xC393 (Table: calls, Size: 646872 bytes) |
| 58 | From: +<br>AJ Roberts<br>Direction: Incoming | 9/13/2023 2:38:40 PM(UTC-5) | 00:00:00 | Missed | Video call:<br>Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0xC841 (Table: calls, Size: 646872 bytes) |

| # | Party | Date/Time | Duration | Status | Type | Source |
|---|---|---|---|---|---|---|
| 59 | To: [redacted] AJ Roberts<br>Direction: Outgoing | 9/8/2023 1:54:18 PM(UTC-5) | 00:01:04 | Answered | Video call:<br>Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0xC6A8 (Table: calls, Size: 646872 bytes) |
| 60 | To: [redacted] AJ Roberts<br>Direction: Outgoing | 9/8/2023 9:05:44 PM(UTC-5) | 00:04:32 | Answered | Video call:<br>Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0xC9DD (Table: calls, Size: 646872 bytes) |
| 61 | From: [redacted] AJ Roberts<br>Direction: Incoming | 9/8/2023 9:04:56 PM(UTC-5) | 00:00:00 | Rejected | Video call:<br>Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0xCB77 (Table: calls, Size: 646872 bytes) |
| 62 | To: [redacted] AJ Roberts<br>Direction: Outgoing | 9/8/2023 8:41:53 PM(UTC-5) | 00:00:04 | Answered | Video call:<br>Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0xCD0F (Table: calls, Size: 646872 bytes) |
| 63 | To: [redacted] AJ Roberts<br>Direction: Outgoing | 9/8/2023 7:23:45 PM(UTC-5) | 00:00:00 | Not answered | Video call:<br>Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0xCEA8 (Table: calls, Size: 646872 bytes) |
| 64 | From: [redacted] AJ Roberts<br>Direction: Incoming | 9/8/2023 5:49:13 PM(UTC-5) | 00:00:37 | Answered | Video call:<br>Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0xD040 (Table: calls, Size: 646872 bytes) |
| 65 | To: [redacted] AJ Roberts<br>Direction: Outgoing | 9/8/2023 12:35:53 PM(UTC-5) | 00:00:39 | Answered | Video call:<br>Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0xB2AC (Table: calls, Size: 646872 bytes) |
| 66 | From: +16158191573<br>Direction: Incoming | 9/8/2023 10:45:41 AM(UTC-5) | 00:00:00 | Rejected | Video call:<br>Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0xB444 (Table: calls, Size: 646872 bytes) |
| 67 | To: [redacted]<br>Direction: Outgoing | 9/8/2023 10:18:35 AM(UTC-5) | 00:00:31 | Answered | Video call:<br>Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0xB580 (Table: calls, Size: 646872 bytes) |
| 68 | From: [redacted]<br>Direction: Incoming | 9/8/2023 10:17:39 AM(UTC-5) | 00:00:00 | Missed | Video call:<br>Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0xB6B4 (Table: calls, Size: 646872 bytes) |

| # | Party | Date/Time | Duration | Status | | Type | Source |
|---|---|---|---|---|---|---|---|
| 69 | To: +█████ AJ Roberts<br>Direction: Outgoing | 9/8/2023 10:05:14 AM(UTC-5) | 00:01:08 | Answered | | Video call:<br>Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0xB7EB (Table: calls, Size: 646872 bytes) |
| 70 | From: +16156320595<br>Direction: Incoming | 9/7/2023 1:04:44 PM(UTC-5) | 00:00:00 | Missed | | Video call:<br>Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0xB983 (Table: calls, Size: 646872 bytes) |
| 71 | From: 9016767703<br>Direction: Incoming | 9/5/2023 9:28:48 AM(UTC-5) | 00:00:20 | Voice mail | | Video call:<br>Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0xBAC0 (Table: calls, Size: 646872 bytes) |
| 72 | From: +19016767703<br>Direction: Incoming | 9/5/2023 9:27:48 AM(UTC-5) | 00:00:00 | Missed | | Video call:<br>Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0xBEED (Table: calls, Size: 646872 bytes) |
| 73 | To: +█████ AJ Roberts<br>Direction: Outgoing | 8/30/2023 6:17:06 PM(UTC-5) | 00:17:43 | Answered | | Video call:<br>Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0xBB95 (Table: calls, Size: 646872 bytes) |
| 74 | From: +█████ AJ Roberts<br>Direction: Incoming | 8/30/2023 6:16:16 PM(UTC-5) | 00:00:00 | Missed | | Video call:<br>Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0xC025 (Table: calls, Size: 646872 bytes) |
| 75 | To: +█████ AJ Roberts<br>Direction: Outgoing | 8/30/2023 3:11:39 PM(UTC-5) | 00:00:04 | Answered | | Video call:<br>Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0xBD2F (Table: calls, Size: 646872 bytes) |
| 76 | From: +16156372773<br>Direction: Incoming | 8/24/2023 4:26:07 PM(UTC-5) | 00:00:00 | Missed | | Video call:<br>Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x6C2AC (Table: calls, Size: 646872 bytes) |
| 77 | From: +█████ Marve Smith<br>Direction: Incoming | 8/15/2023 7:53:55 PM(UTC-5) | 00:00:36 | Answered | | Video call:<br>Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x6BBCA (Table: calls, Size: 646872 bytes) |
| 78 | To: █████ Alex Lawson<br>Direction: Outgoing | 8/15/2023 9:52:43 AM(UTC-5) | 00:00:00 | Not answered | | Video call:<br>Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x6BD66 (Table: calls, Size: 646872 bytes) |

| # | Party | Date/Time | Duration | Status | Type | Source |
|---|---|---|---|---|---|---|
| 79 | To: Marve Smith* **Direction:** Outgoing | 8/14/2023 10:48:11 PM(UTC-5) | 00:00:00 | Not answered | Video call: **Disconnection Reason:** | **Source: Source Extraction:** File System (1) **Source file:** EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x6C3EA (Table: calls, Size: 646872 bytes) |
| 80 | To: Elliott Flaggs **Direction:** Outgoing | 8/14/2023 5:13:25 PM(UTC-5) | 00:00:56 | Answered | Video call: **Disconnection Reason:** | **Source: Source Extraction:** File System (1) **Source file:** EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x6BF1D (Table: calls, Size: 646872 bytes) |
| 81 | To: 5042286384 **Direction:** Outgoing | 8/9/2023 12:41:55 PM(UTC-5) | 00:00:09 | Answered | Video call: **Disconnection Reason:** | **Source: Source Extraction:** File System (1) **Source file:** EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x6C51A (Table: calls, Size: 646872 bytes) |
| 82 | From: +12253762709 **Direction:** Incoming | 8/8/2023 7:54:17 PM(UTC-5) | 00:00:00 | Missed | Video call: **Disconnection Reason:** | **Source: Source Extraction:** File System (1) **Source file:** EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x6C71C (Table: calls, Size: 646872 bytes) |
| 83 | From: Elliott Flaggs **Direction:** Incoming | 8/8/2023 11:14:06 AM(UTC-5) | 00:00:00 | Missed | Video call: **Disconnection Reason:** | **Source: Source Extraction:** File System (1) **Source file:** EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x6C0E4 (Table: calls, Size: 646872 bytes) |
| 84 | From: +16292130129 **Direction:** Incoming | 8/7/2023 8:48:53 PM(UTC-5) | 00:00:00 | Missed | Video call: **Disconnection Reason:** | **Source: Source Extraction:** File System (1) **Source file:** EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x6C853 (Table: calls, Size: 646872 bytes) |
| 85 | From: 2253762726 **Direction:** Incoming | 8/5/2023 8:11:58 PM(UTC-5) | 00:00:15 | Voice mail | Video call: **Disconnection Reason:** | **Source: Source Extraction:** File System (1) **Source file:** EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x6C648 (Table: calls, Size: 646872 bytes) |
| 86 | From: +12253762726 **Direction:** Incoming | 8/5/2023 8:11:06 PM(UTC-5) | 00:00:00 | Missed | Video call: **Disconnection Reason:** | **Source: Source Extraction:** File System (1) **Source file:** EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x6C989 (Table: calls, Size: 646872 bytes) |
| 87 | From: Elliott Flaggs **Direction:** Incoming | 8/3/2023 3:14:32 PM(UTC-5) | 00:00:00 | Missed | Video call: **Disconnection Reason:** | **Source: Source Extraction:** File System (1) **Source file:** EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x3967A (Table: calls, Size: 646872 bytes) |
| 88 | From: +12253762724 **Direction:** Incoming | 7/26/2023 7:17:05 PM(UTC-5) | 00:00:00 | Rejected | Video call: **Disconnection Reason:** | **Source: Source Extraction:** File System (1) **Source file:** EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x39D97 (Table: calls, Size: 646872 bytes) |

| # | Party | Time | Duration | Status | Type | Source |
|---|---|---|---|---|---|---|
| 89 | To:<br>+<br>Elliott Flaggs<br>Direction:<br>Outgoing | 7/26/2023<br>5:18:54 PM(UTC-5) | 00:00:20 | Answered | Video call:<br>Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x39843 (Table: calls, Size: 646872 bytes) |
| 90 | To:<br>+<br>Elliott Flaggs<br>Direction:<br>Outgoing | 7/26/2023<br>12:35:09 PM(UTC-5) | 00:00:30 | Answered | Video call:<br>Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x39A0A (Table: calls, Size: 646872 bytes) |
| 91 | From:<br>+14103107997<br>Direction:<br>Incoming | 7/19/2023<br>4:35:13 PM(UTC-5) | 00:00:00 | Missed | Video call:<br>Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x3A4D1 (Table: calls, Size: 646872 bytes) |
| 92 | From:<br>+14103107997<br>Direction:<br>Incoming | 7/19/2023<br>4:34:48 PM(UTC-5) | 00:00:00 | Missed | Video call:<br>Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x3A271 (Table: calls, Size: 646872 bytes) |
| 93 | To:<br>+<br>Elliott Flaggs<br>Direction:<br>Outgoing | 5/31/2023<br>1:29:22 PM(UTC-5) | 00:01:15 | Answered | Video call:<br>Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x39BD1 (Table: calls, Size: 646872 bytes) |
| 94 | From:<br>862199567238<br>Direction:<br>Incoming | 5/19/2023<br>4:30:14 PM(UTC-5) | 00:00:12 | Voice mail | Video call:<br>Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x39EC9 (Table: calls, Size: 646872 bytes) |
| 95 | From:<br>+862199567238<br>Direction:<br>Incoming | 5/19/2023<br>4:29:23 PM(UTC-5) | 00:00:00 | Missed | Video call:<br>Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x39F89 (Table: calls, Size: 646872 bytes) |
| 96 | To:<br>+<br>Elliott Flaggs<br>Direction:<br>Outgoing | 5/4/2023<br>12:03:34 PM(UTC-5) | 00:00:41 | Answered | Video call:<br>Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x3A0AB (Table: calls, Size: 646872 bytes) |
| 97 | From:<br>+16154957842<br>Direction:<br>Incoming | 4/27/2023<br>10:30:16 AM(UTC-5) | 00:00:00 | Missed | Video call:<br>Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x3A3B2 (Table: calls, Size: 646872 bytes) |
| 98 | From:<br>+<br>Elliott Flaggs<br>Direction:<br>Incoming | 4/25/2023<br>2:03:03 PM(UTC-5) | 00:00:00 | Missed | Video call:<br>Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x38AF7 (Table: calls, Size: 646872 bytes) |

| # | Party | Time | Duration | Status | | Type | Source |
|---|---|---|---|---|---|---|---|
| 99 | To: +... Elliott Flaggs<br>Direction: Outgoing | 4/25/2023 1:38:18 PM(UTC-5) | 00:01:02 | Discontd | | Video call:<br>Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x38CC0 (Table: calls, Size: 646872 bytes) |
| 100 | To: +... Elliott Flaggs<br>Direction: Outgoing | 3/29/2023 10:16:40 AM(UTC-5) | 00:01:20 | Answered | | Video call:<br>Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x38E87 (Table: calls, Size: 646872 bytes) |
| 101 | From: +... Elliott Flaggs<br>Direction: Incoming | 3/29/2023 8:58:15 AM(UTC-5) | 00:00:00 | Missed | | Video call:<br>Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x387ED (Table: calls, Size: 646872 bytes) |
| 102 | From: +16158625500<br>Direction: Incoming | 3/28/2023 3:02:02 PM(UTC-5) | 00:00:00 | Rejected | | Video call:<br>Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x392C4 (Table: calls, Size: 646872 bytes) |
| 103 | From: +16156166870<br>Direction: Incoming | 3/28/2023 9:02:23 AM(UTC-5) | 00:00:00 | Missed | | Video call:<br>Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x394B8 (Table: calls, Size: 646872 bytes) |
| 104 | From: +17073772015<br>Direction: Incoming | 3/1/2023 5:42:57 PM(UTC-6) | 00:00:00 | Missed | | Video call:<br>Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x3904D (Table: calls, Size: 646872 bytes) |
| 105 | From: +14237263853<br>Direction: Incoming | 2/17/2023 10:54:21 AM(UTC-6) | 00:00:00 | Missed | | Video call:<br>Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x39185 (Table: calls, Size: 646872 bytes) |
| 106 | From: +16156191904<br>Direction: Incoming | 2/9/2023 1:35:11 PM(UTC-6) | 00:00:00 | Missed | | Video call:<br>Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x38032 (Table: calls, Size: 646872 bytes) |
| 107 | From: +... Elliott Flaggs<br>Direction: Incoming | 1/9/2023 5:39:08 PM(UTC-6) | 00:00:07 | Answered | | Video call:<br>Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x37ADD (Table: calls, Size: 646872 bytes) |
| 108 | From: +... Elliott Flaggs<br>Direction: Incoming | 1/9/2023 4:41:12 PM(UTC-6) | 00:00:33 | Answered | | Video call:<br>Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x37CA4 (Table: calls, Size: 646872 bytes) |

| # | Party | Date/Time | Duration | Status | | Type | Source |
|---|---|---|---|---|---|---|---|
| 109 | From: +[redacted] Elliott Flaggs Direction: Incoming | 1/4/2023 9:37:09 AM(UTC-6) | 00:02:44 | Answered | | Video call: Disconnection Reason: | Source: Source Extraction: File System (1) Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x37E6B (Table: calls, Size: 646872 bytes) |
| 110 | To: 8443238834 Help Line Direction: Outgoing | 1/4/2023 9:31:21 AM(UTC-6) | 00:01:33 | Answered | | Video call: Disconnection Reason: | Source: Source Extraction: File System (1) Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x3814F (Table: calls, Size: 646872 bytes) |
| 111 | To: 8443238834 Help Line Direction: Outgoing | 1/3/2023 1:33:25 PM(UTC-6) | 00:06:32 | Answered | | Video call: Disconnection Reason: | Source: Source Extraction: File System (1) Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x382D4 (Table: calls, Size: 646872 bytes) |
| 112 | From: +[redacted] Elliott Flaggs Direction: Incoming | 1/3/2023 1:26:09 PM(UTC-6) | 00:00:00 | Missed | | Video call: Disconnection Reason: | Source: Source Extraction: File System (1) Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x377D9 (Table: calls, Size: 646872 bytes) |
| 113 | To: 8443238834 Help Line Direction: Outgoing | 1/3/2023 1:03:56 PM(UTC-6) | 00:01:14 | Answered | | Video call: Disconnection Reason: | Source: Source Extraction: File System (1) Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x3845A (Table: calls, Size: 646872 bytes) |
| 114 | To: 8443238834 Help Line Direction: Outgoing | 1/3/2023 1:03:10 PM(UTC-6) | 00:00:19 | Answered | | Video call: Disconnection Reason: | Source: Source Extraction: File System (1) Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x36C1C (Table: calls, Size: 646872 bytes) |
| 115 | To: 8443238834 Help Line Direction: Outgoing | 1/3/2023 1:00:35 PM(UTC-6) | 00:00:26 | Answered | | Video call: Disconnection Reason: | Source: Source Extraction: File System (1) Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x36DA1 (Table: calls, Size: 646872 bytes) |
| 116 | From: +16156967250 Direction: Incoming | 12/14/2022 5:32:53 PM(UTC-6) | 00:00:00 | Missed | | Video call: Disconnection Reason: | Source: Source Extraction: File System (1) Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x36F27 (Table: calls, Size: 646872 bytes) |
| 117 | To: +[redacted] Elliott Flaggs Direction: Outgoing | 12/14/2022 12:00:24 PM(UTC-6) | 00:00:52 | Answered | | Video call: Disconnection Reason: | Source: Source Extraction: File System (1) Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x366CB (Table: calls, Size: 646872 bytes) |
| 118 | From: +[redacted] Elliott Flaggs Direction: Incoming | 12/14/2022 11:59:56 AM(UTC-6) | 00:00:00 | Missed | | Video call: Disconnection Reason: | Source: Source Extraction: File System (1) Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x36892 (Table: calls, Size: 646872 bytes) |

| # | Party | Time | Duration | Status | Type | Source |
|---|---|---|---|---|---|---|
| 119 | To: 8443238834 Help Line<br>Direction: Outgoing | 12/7/2022 12:06:46 PM(UTC-6) | 00:01:49 | Answered | Video call:<br>Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x37062 (Table: calls, Size: 646872 bytes) |
| 120 | To: +16157209901<br>Direction: Outgoing | 12/7/2022 12:00:45 PM(UTC-6) | 00:01:35 | Answered | Video call:<br>Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x371E9 (Table: calls, Size: 646872 bytes) |
| 121 | From: +■■■■■■■■■■ Elliott Flaggs<br>Direction: Incoming | 12/7/2022 11:28:33 AM(UTC-6) | 00:00:00 | Missed | Video call:<br>Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x36A58 (Table: calls, Size: 646872 bytes) |
| 122 | To: 8443238834 Help Line<br>Direction: Outgoing | 12/7/2022 9:14:41 AM(UTC-6) | 00:02:13 | Answered | Video call:<br>Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x3731C (Table: calls, Size: 646872 bytes) |
| 123 | To: 8443538834<br>Direction: Outgoing | 12/7/2022 9:12:48 AM(UTC-6) | 00:00:00 | Not answered | Video call:<br>Disconnection Reason: | Source:<br>Source Extraction: File System (1)<br>Source file: EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 0x374A1 (Table: calls, Size: 646872 bytes) |