# Exhibit 39
# FBI UC Recording 08.30.23

# Filed separately through conventional filing