# Exhibit 40
# FBI UC Recording 09.08.23

# Filed separately through conventional filing