

   

Owens, Johnny Crisler, Marve Smith

## LEG #2

Download to Calendar



| | |
|---|---|
| Date: | **10/11/2023** |
| Origination: | **Nashville International (BNA)** |
| Address: | *Atlantic Aviation* |
| | *635 Hangar Ln* |
| | *Nashville, Tn* |
| | *615-360-8109* |
| Departs: | **10:00 AM** (9:45 AM check-in) |
| Destination: | **Jackson/Evers International (JAN)** |
| Address: | *Atlantic Aviation* |
| | *110 S Hangar Dr* |
| | *Jackson, Ms* |

If you need to arrange ground transportation, p # listed above.

| | |
|---|---|
| Arrives: | **11:39 AM** (1hrs 39min trip time) |
| Aircraft: | **Beechcraft King Air E90** (Air Reldan) |
| Tail Number: | |
| Passengers: | ▇▇▇▇▇▇▇▇▇▇, **AJ Roberts, Willie Bo Owens, Johnny Crisler, Marve Smith** |

## Billing Information