

  

Download to Calendar



| | |
|---|---|
| **Date:** | **10/9/2023** |
| **Origination:** | **Jackson/Evers International (JAN)** |
| Address: | *Atlantic Aviation* |
| | *110 S Hangar Dr* |
| | *Jackson, Ms* |
| | ▇▇▇▇▇▇▇▇▇▇ |
| **Departs:** | **3:00 PM** (2:45 PM check-in) |
| **Destination:** | **Nashville International (BNA)** |
| Address: | *Atlantic Aviation* |
| | *635 Hangar Ln* |
| | *Nashville, Tn* |
| | *615-360-8109* |
| | *If you need to arrange ground transportation, p* |
| | *# listed above.* |
| **Arrives:** | **4:39 PM** (1hrs 39min trip time) |
| **Aircraft:** | **Beechcraft King Air E90** (Air Reldan) |
| **Tail Number:** | ▇▇▇▇▇▇▇ |
| **Passengers:** | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ **AJ Roberts, Willie Bo Owens, Johnny Crisler, Marve Smith** |

**LEG #2**
Download to Calendar

