# Exhibit 43
# FBI UC Recording 10.10.23(2)

# Filed separately through conventional filing