# Exhibit 44
# FBI UC Recording 10.09.23(3)

# Filed separately through conventional filing