# Exhibit 46
# FBI UC Recording 10.09.23(4)

# Filed separately through conventional filing