IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:24-cr-103-DPG-LGI

JODY E. OWENS II

## UNITED STATES' EMERGENCY MOTION TO RESTRICT PLEADINGS FOR VIOLATION OF PROTECTIVE ORDER

Pursuant to Rule 49.1 of The Uniform Local Criminal Rules of the Northern and Southern Districts of Mississippi, Rule 79 of The Uniform Local Civil Rules of the Northern and Southern Districts of Mississippi, and the Protective Order [58] entered by this Court on February 5, 2025, the United States, through its undersigned attorneys, requests that this Court restrict from public access defendant Jody E. Owens II's Motion to Dismiss [75], the exhibits attached thereto, and Memorandum in Support [76].

The Protective Order [58] protects the disclosure of personal identifying information, financial information, grand jury testimony, and other sensitive witness statements, and protects the integrity of ongoing criminal investigations related to this case.

Federal Rule of Criminal Procedure 16(d)(1), provides that "[a]t any time the court may, for good cause, deny, restrict, or defer discovery or inspection, or grant other appropriate relief." Fed. R. Crim. P. 16(d)(1). The United States has produced or otherwise made available to the defense discoverable material containing confidential and sensitive information relating to the United States' investigation. This information includes the entirety of witness interviews, grand jury transcripts, and recorded interviews of 3rd party witnesses. Some of this information was publicly filed, in unredacted form, in defendant's Motion to Dismiss [75] and Memorandum in Support [76].

If this information were to be publicly disclosed, such disclosure might impede other investigations, substantially impair the privacy of third-party witnesses, and jeopardize the

defendants' right to a fair trial. *See, e.g.*, *United States v. Miramontez*, 995 F.2d 56, 59 (5th Cir. 1993) ("The proper functioning of the grand jury system depends upon the secrecy of grand jury proceedings."). The Protective Order [58] ensures that materials provided in discovery are used only for purposes of litigating this case and not for any other reason, such as releasing sensitive witness statements or law enforcement materials to the media in an effort to influence the potential jury pool.

The United States produced unredacted discovery material to the defense pursuant to the Protective Order [58] and for the defendants' interest in full and efficient discovery. Pursuant to the Protective Order [58], parties are encouraged to seek permission from the Court to file motions or supporting exhibits under restriction when they contain discovery material, as here.

Accordingly, the United States requests that defendant Jody E. Owens II's Motion to Dismiss [75], the exhibits attached thereto, and Memorandum in Support [76] be permanently sealed from public access, with CM/ECF access permitted to the litigants' counsel. In the alternative, the United States requests that the Court temporarily restrict the pleadings while the parties litigate whether redacted versions should be filed.

Respectfully submitted,

| | |
|---|---|
| J.E. BAXTER KRUGER<br>United States Attorney<br>Southern District of Mississippi | EDWARD P. SULLIVAN<br>Acting Chief, Public Integrity Section<br>U.S. Department of Justice |
| /s/ *Kimberly T. Purdie*<br>Kimberly T. Purdie (MS Bar No.: 104168)<br>David H. Fulcher (MS Bar No.: 10179)<br>501 E. Court St., Ste. 4.430<br>Jackson, MS 39201<br>Tel: (601) 965-4480<br>Email: kimberly.purdie@usdoj.gov<br>Email: dave.fulcher@usdoj.gov | /s/ *Madison H. Mumma*<br>Madison H. Mumma (NC Bar No.: 56546)<br>Trial Attorney<br>Criminal Division<br>Tel: (202) 514-8187<br>Email: madison.mumma@usdoj.gov |

## CERTIFICATE OF SERVICE

I hereby certify that this day, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification to all ECF participant(s) of this record.

Dated: January 12, 2026

/s/ *Kimberly T. Purdie*
Kimberly T. Purdie
Assistant United States Attorney