IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.    CRIMINAL NO. 3:24-cr-103-DPJ-LGI

JODY E. OWENS II

**MOTION FOR EXTENSION OF TIME
TO RESPOND TO MOTION TO DISMISS**

The United States of America, by and through the undersigned, submits this Motion for Extension of Time to Respond to Defendant's Motion to Dismiss [75]. The United States respectfully requests an additional 30 days to respond. In support of this request, the Government would show the following:

1. On January 12, 2026, counsel for Jody E. Owens II filed a 68-page Motion to Dismiss [75], 47 Exhibits (totaling 409 pages) [75-1–47], and a 35-page Memorandum in Support [76].

2. One of the attorneys for the government, David H. Fulcher, is currently in trial in the matter of *The United States of America v. Theodore M. Dibiase, Jr.* which began on January 6, 2026, before District Judge Carlton W. Reeves. The estimated length of trial was approximately three weeks, but the trial is taking longer than expected.

3. Another attorney for the government, Madison H. Mumma, is preparing for trial in the Eastern District of Virginia. She expects a verdict no later than January 28, 2026.

4. Moreover, this matter has been complicated by the fact that much of the previously public contents of Defendant's filings is, in the government's view, violative of the Discovery Order [24] and Protective Order [58]. Though the Court has temporarily restricted access to the documents, the parties will need to confer and brief the issue, which will no doubt

1

also implicate the government's response to the Motion to Dismiss and Memorandum in Support [76].

5.      Accordingly, the attorneys for the government require additional time to prepare a response to the Motion to Dismiss [75] and Memorandum in Support [76].

6.      The government's response is currently due no later than January 23, 2026.

7.      The United States requests an extension of 30 days to February 23, 2026, to file its response to the Motion to Dismiss [75] and Memorandum in Support [76].

8.      Undersigned counsel has conferred with counsel for defendant Owens, Gary Bufkin, and he does oppose this request.

9.      The United States does not believe this extension of time should have any impact on any other deadlines set by the Court in the Amended Order (ECF No. 59).

Respectfully submitted,

| | |
|---|---|
| J.E. BAXTER KRUGER<br>United States Attorney<br>Southern District of Mississippi | EDWARD P. SULLIVAN<br>Acting Chief, Public Integrity Section<br>U.S. Department of Justice |
| /s/ *Kimberly T. Purdie*<br>Kimberly T. Purdie (MS Bar No.: 104168)<br>David H. Fulcher (MS Bar No.: 10179)<br>501 E. Court St., Ste. 4.430<br>Jackson, MS 39201<br>Tel: (601) 965-4480<br>Email: kimberly.purdie@usdoj.gov<br>Email: dave.fulcher@usdoj.gov | /s/ *Madison H. Mumma*<br>Madison H. Mumma (NC Bar No.: 56546)<br>Trial Attorney<br>Criminal Division<br>Tel: (202) 913-4794<br>Email: madison.mumma@usdoj.gov |

**CERTIFICATION OF SERVICE**

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which provided notice to all counsel of record.

    Dated: January 20, 2026

                                          /s/ *Kimberly T. Purdie*
                                          Kimberly T. Purdie
                                          Assistant United States Attorney