UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

V.                                                              CRIMINAL NO. 3:24-CR-103-DPJ-LGI

JODY E. OWENS, II, ET AL.

### **ORDER**

Trial is set to start in this matter on July 6, 2026, at 9:00 a.m.  The Court has received requests from members of the press to use otherwise prohibited electronics, such as laptops and cellphones, in the Courtroom.  To ensure an orderly trial that preserves public access to the Courthouse, the Court adopts the following press policy for all proceedings in this matter:

1. Sworn declaration:  Individual press members wishing to bring in electronic devices (including but not limited to laptops, cellphones, and tablets) must sign a copy of the sworn declaration attached to this Order as **Exhibit 1**.  The declaration must be shown to the Court Security Officers (CSOs) upon entering the Courthouse and then turned into the Clerk's Office before entering Judge Jordan's Courtroom.  Once a member of the press has submitted a declaration to the Clerk's Office, the declaration shall remain on file for the duration of this matter.  Each member of the press should make and retain a copy of their declaration and present it to the CSOs when attempting to gain future admission to the Courthouse.

2. No photos, videos, or audio recordings:  No photos, videos, or audio recordings may be made at any time inside the Courthouse or of any proceeding, including Zoom conferences.  Members of the press may only use their electronic devices for note taking or to provide real-time text-based coverage of the proceedings.

3. Disruption: If the use of an electronic device by any member of the press becomes distracting or disruptive to the proceeding, the Court will ask the individual to stop using the device.

4. If a member of the press violates this Order and uses an electronic device in an inappropriate manner, the Court may issue sanctions against the individual, including a finding of contempt. The Court will also consider revoking this Order, which is an exception to the rules prohibiting these devices in the Courthouse.

**SO ORDERED AND ADJUDGED** this the 10th day of February, 2026.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE