UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

V.                                                    CRIMINAL NO. 3:24-CR-103-DPJ-LGI

JODY E. OWENS, II, ET AL.

## DECLARATION

My name is_____.

I am a member of the press, who reports for _____

_____.

I have read the Court's Order dated February 10, 2026, filed in the above-captioned case.  That Order establishes the press policy I must follow in all proceedings in this matter.  I understand that I may be sanctioned for violating the Court's Order.

I declare under penalty of perjury, 28 U.S.C. § 1746, that the foregoing is true and correct.

Signature:_____

Date:_____

*Once signed, the declarant should bring the original and one copy to the Courthouse.  A declaration must be shown to the Court Security Officers each time a declarant wishes to bring electronic devices into the Courthouse.  The original declaration must be turned into the Clerk's office before entering Judge Jordan's courtroom.  Once the original is turned in, the copy of the declaration will allow admission for that declarant during subsequent proceedings.