AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:24cr103-DPJ-LGI |
| Jody E. Owens, II, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America                                              .

Date:   02/11/2026

s/ John A. Meynardie
*Attorney's signature*

John A. Meynardie, MS Bar # 9912
*Printed name and bar number*

1575 20th Avenue
Gulfport, MS  39501

*Address*

John.Meynardie@usdoj.gov
*E-mail address*

(228) 563-1560
*Telephone number*

(228) 563-1571
*FAX number*