UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**UNITED STATES OF AMERICA**

v.                                         **CRIMINAL NO. 3:24-CR-103-DPJ-LGI**

**JODY E. OWENS II,
CHOKWE ANTAR LUMUMBA, and
AARON B. BANKS**

**NOTICE OF APPEARANCE**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

      Please take notice that the undersigned hereby enters his appearance as counsel for the United States of America:

Charles W. Kirkham, Assistant United States Attorney
501 East Court Street, Suite 4.430 Jackson, MS 39201
Telephone:  (601) 965-4480   Fax:  (601) 965-4035
Mississippi Bar No. 102022
Email:  chet.kirkham@usdoj.gov

      Service of all pleadings, papers, and documents required to be served in this action should be served on the above-named counsel.

      DATED Wednesday, February 11, 2026.

                                                      Respectfully submitted,

                                                      J. E. BAXTER KRUGER
                                                      United States Attorney

                     By:    *s/Charles W. Kirkham*
                                 CHARLES W. KIRKHAM
                                 501 East Court Street, Suite 4.430
                                 Jackson, MS 39201
                                 Telephone:  (601) 965-4480
                                 Fax:  (601) 965-4035
                                 Mississippi Bar No. 102022
                                 Email:  chet.kirkham@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that this day, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification to all ECF participant(s) of this record.

DATED Wednesday, February 11, 2026.

                                              *s/Charles W. Kirkham*
                                              CHARLES W. KIRKHAM
                                              Assistant United States Attorney