IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                                Case No. 3:24-CR-103-DPJ-LGI

JODY E. OWENS II,
CHOKWE ANTAR LUMUMBA, and
AARON B. BANKS

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Joel J. Averitt of Carroll Bufkin, PLLC, hereby enters his appearance in the above-styled and numbered proceeding on behalf of Defendant JODY E. OWENS II and requests service of all pleadings and papers in this action.

Dated: February 18, 2026

          Respectfully submitted,

          /s/ *Joel J. Averitt*
          Joel J. Averitt, MSB #106777

          On behalf of JODY E. OWENS II

CARROLL BUFKIN, PLLC
Joel J. Averitt, MSB #106777
1076 Highland Colony Parkway
Suite 125
Ridgeland, Mississippi 39157
T: (601) 982-5011
F: (601) 853-9540
javeritt@carrollbufkin.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the foregoing document *via* the Court's CM/ECF system, which sends notice to all counsel of record.

Dated: February 18, 2026

                                       /s/ *Joel J. Averitt*
                                       Joel J. Averitt