IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.   No. 3:24cr103DPJ-LGI

JODY E. OWENS II,
CHOKWE ANTAR LUMUMBA,
and AARON B. BANKS

MOTION TO WITHDRAW

The undersigned attorney, Robert B. McDuff, moves to withdraw as counsel for Jody Owens. A scheduling conflict has arisen that makes it difficult for Mr. McDuff to participate in the trial of this case scheduled for July 12, 2026. Mr. Owens will continue to be represented by his remaining counsel of record, Gary Bufkin and Gary Kohlmann. Mr. Owens has been consulted and states that he has no objection to the withdrawal.

Respectfully submitted,

/s/ *Robert B. McDuff*
Robert B. McDuff (MSB # 2532)
767 North Congress Street
Jackson, MS 39202
601.259.8484
rbm@mcdufflaw.com

1

2

I hereby certify that on the 19TH day of February, 2026, the foregoing was filed on ECF which provided service to all counsel of record.

_/s/ Robert B. McDuff_