

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

FEB 23 2026

ARTHUR JOHNSTON
BY _____ DEPUTY

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                    **CRIMINAL NO. 3:24-cr-103-DPJ-LGI**

**JODY E. OWENS II**

### NOTICE OF CONVENTIONAL FILING

The Government is submitting Government's Response in Opposition to Owens's Motion

to Dismiss in paper form only. This document is responsive to Defendant Jody E. Owens II's

Motion to Dismiss for Outrageous Government Conduct and Entrapment as a Matter of Law (ECF

No. 75) and Memorandum in Support (ECF No. 76). The government is submitting twenty-five

(25) exhibits to its response on a single disc labeled: Government's Response in Opposition to

Owens's Motion to Dismiss Exhibits 1 – 25.

This response, and the exhibits thereto, are being filed under seal/or restriction by the

Office of the Clerk pursuant to the Order filed on February 17, 2026 (ECF No. 83).

J. E. BAXTER KRUGER
United States Attorney

By:     *Kimberly Purdie*

Kimberly T. Purdie
Assistant United States Attorney
501 East Court Street, Suite 4.430
Jackson, MS 39201
Telephone: (601) 965-4480
Fax: (601) 965-4035
Mississippi Bar No. 104168
Email: kimberly.purdie@usdoj.gov

Date: February 23, 2026