IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:24-cr-103-DPJ-LGI

JODY E. OWENS II

### NOTICE OF CONVENTIONAL FILING

The Government is submitting Exhibit 1 to its Motion in Limine to Preclude Certain Defenses (ECF No. 92) on a single disc labeled: "Exhibit 1 to Govt MIL to Preclude Certain Defenses."

This exhibit is being filed under seal/or restriction by the Office of the Clerk pursuant to the Order filed on February 17, 2026 (ECF No. 83).

>                              J. E. BAXTER KRUGER
>                              United States Attorney
>
>                        By:   *Kimberly Purdie*
>                              Kimberly T. Purdie
>                              Assistant United States Attorney
>                              501 East Court Street, Suite 4.430
>                              Jackson, MS 39201
>                              Telephone: (601) 965-4480
>                              Fax: (601) 965-4035
>                              Mississippi Bar No. 104168
>                              Email: kimberly.purdie@usdoj.gov

Date: March 2, 2026