

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL #3:24CR103-DPJ-LGI

JODY E. OWENS, II, ET AL

ORDER

This case is before the Court on the ore tenus motion of the Government for the issuance of a Subpoena Duces Tecum that will direct the recipient of the subpoena to produce books, papers, documents, data, or other objects returnable in advance of trial. Having considered the motion, applicable legal authority and the subpoena duces tecum provided to the Court, the Court finds the motion is well-taken and it should be granted.

IT IS THEREFORE, ORDERED, that the Clerk shall issue subpoena duces tecum so that it may be served.

THIS the 3rd day of March 2026.

s/LaKeysha Greer Isaac
UNITED STATES MAGISTRATE JUDGE