UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

V.                                                      CRIMINAL NO. 3:24-CR-103-DPJ-LGI

JODY E. OWENS II, ET AL.

ORDER

On March 23, 2026, Defendant Jody Ownes filed a motion to remove restrictions [115] stating that the Government had missed the deadline to seek redaction of currently sealed materials as set in this Court's February 17, 2026 Order [83].  The Government acknowledged that error during the hearing on April 1, 2026, and asked for an extension.  The Court granted the oral motion in open court and again in a text-only order.  *See* April 1, 2026 Text Order. Accordingly, Owens's motion [115] is moot; the Court will consider any requested redactions under the procedures listed in Order [83].

**SO ORDERED AND ADJUDGED** this the 13th day of April, 2026.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE