CONFIDENTIAL JURY QUESTIONNAIRE

The sole purpose of this questionnaire is to provide necessary information for picking a fair and impartial jury. It is not the Court's intent to pry into your personal life. To the extent personal information is necessary, the confidentiality of your answers will be strictly maintained.

It is vital that you answer each question honestly and completely—you are under oath, and you will have to sign a sworn declaration at the end of this questionnaire attesting that you have truthfully responded. The parties depend upon your candor in this important process.

Also, please follow these rules:

1.      Print your answers clearly in blue or black ink.

2.      Answer all questions.

3.      If you do not understand a question or do not know the answer, please write, "I do not understand," or "I do not know," in the space provided. If you believe a question does not apply to you, please write "N/A" in the space provided.

4.      If space is insufficient for your answer, please continue answering in the margin next to the question or on the final page. Do not write on the back of any page.

Do not discuss the questions or answers with any other person or with fellow jurors. It is very important that your answers be your own individual answers.

**Also, you must not attempt to research the law or the facts of this case at any time after you leave the courtroom. Nor may you discuss this case with anyone. You will be asked, under oath, whether you violated these instructions when the trial resumes.**

The Court sincerely appreciates your participation in this time-honored and significant civic duty.

PLEASE COMPLETELY ANSWER THIS QUESTIONNAIRE
AND RETURN IT TO THE COURT AS INSTRUCTED.



CONFIDENTIAL                                                        JUROR NUMBER _____

This criminal case relates to charges against Defendants Jody E. Owens II, Chokwe A. Lumumba, and Aaron B. Banks. The charges against these defendants are not evidence of guilt; all three defendants are presumed innocent unless and until proven guilty beyond a reasonable doubt, and all three defendants have pleaded not guilty to all charges. You should form no opinions whatsoever based on anything in this questionnaire.

The indictment alleges that beginning on or about October 16, 2023, and continuing through on or about May 23, 2024, Owens (the Hinds County District Attorney), conspired with Lumumba (the Mayor of Jackson, Mississippi), and Banks (the President of the Jackson City Council) to carry out a bribery scheme to enrich themselves. Specifically, Owens, on behalf of two individuals purporting to be real estate developers from Nashville, Tennessee, facilitated bribe payments to Banks and Lumumba in exchange for their agreement to take official action to ensure the approval of the Developers' proposed multi-million-dollar downtown Jackson development project. Owens solicited and accepted cash and promises of future financial benefits from the Developers to use his relationships with Banks and Lumumba to act as an intermediary for bribe payments. Owens, Lumumba, and Banks were not aware that, in reality, the Developers were working for the FBI.

Owens is additionally charged with three counts of Federal Program Bribery, one count of Use of Interstate Facility in Aid of Racketeering, one count of Honest Services Wire Fraud, one count of Money Laundering, and one count of Making False Statements to Federal Agents. Lumumba is additionally charged with one count of Federal Program Bribery, one count of Use of an Interstate Facility in Aid of Racketeering, one count of Honest Services Wire Fraud, and one count of Money Laundering. Banks is additionally charged with one count of Federal Program Bribery. Again, these charges are merely allegations, not evidence of guilt.

The attorneys believe the trial will last six weeks, and it will begin July 13, 2026.

Attorneys:

For Jody E. Owens II:
Thomas Gary Bufkin
Joel J. Averitt
Luke E. Whitaker
Warren Gary Kolhman

For Chokwe Antar Lumumba:
Thomas J. Bellinder
Gerald K. Evelyn
Jeffrey L. Edison

For Aaron B. Banks:
E. Carlos Tanner, III
Robert Thomas Rich

For the United States:
Charles W. Kirkham
David H. Fulcher
John A. Meynardie
Kimberly Taft Purdie
Madison Mumma

**CONFIDENTIAL**                                      JUROR NUMBER _____

Juror Name: _____

1. Please describe yourself: Sex: _____ Male _____ Female

   Town/city you live in or near:_____

   Race:_____

2. To serve on this jury, you must (1) be a citizen of the United States 18 years old who has resided for a period of one year within the judicial district; (2) be able to read, write, and understand the English language with a degree of proficiency sufficient to fill out satisfactorily the juror qualification form; (3) be able to speak the English language; (4) have no charges pending against you for the commission of, or have been convicted in a State or Federal court of, a crime punishable by imprisonment for more than one year and your civil rights have not been restored.

   If you fail to meet any of these requirements, please explain:

   _____

   _____

3. You must also be mentally and physically capable of rendering satisfactory jury service. That could take various forms, for example, you may have a physical or mental condition that prevents you from understanding the evidence. If you believe you have such a disqualifying physical or mental condition, please explain that condition in detail:

   _____

   _____

   _____

4. The following people are exempt from serving on this jury: (1) members of the armed forces and national guard *when on active duty*; (2) members of non-federal professional (as opposed to volunteer) fire and police departments; and (3) "public officers" of federal, state, or local governments— someone who was either elected or appointed to public office—who are actively engaged full-time in the performance of public duties.

   If you believe you are exempt, please explain:

   _____

   _____

   _____

3

CONFIDENTIAL                                                    JUROR NUMBER _____

5.  You *may* be excused from this jury if you are (1) over the age of 70; (2) have within the past two years served on a jury, including a grand jury; (3) currently serve as a volunteer firefighter or as a volunteer member of a rescue squad or ambulance crew; or (4) if the Court finds that you would suffer undue hardship.

    Such people may still serve on this jury. But if you do not wish to serve for one of these reasons, then please explain—in detail—why you seek to be excused:

    _____

    _____

    _____

6.  Please rank your top three sources of news ("1" should be your primary news source; "2" should be your secondary source; and "3" should be your third most used source of news; if, however, you rely on less than three sources, you may rank less than three sources):

    _____ Local television news (which ones) _____

    _____ National television news (which ones) _____

    _____ Radio news program or podcasts(which ones) _____

    _____ Social-Media coverage (which ones) _____

    _____ Blogs, News Websites, or News Apps (which ones) _____

    _____ Local newspaper (Print or Digital) (which ones) _____

    _____ National newspaper (Print or Digital) (which ones) _____

    _____ Other people (who) _____

    _____ Other (please explain) _____

    _____ I don't keep up with current events

7.  Do you regularly follow local Jackson news? (For example, do you watch WLBT, WAPT, WJTV, WDBD, or other local TV stations; do you read the *Clarion-Ledger* or other local newspapers (either in print or online); do you listen to any radio shows that cover Jackson; or do you regularly listen to or read content about Jackson on the internet?). Yes __; No __.

    If yes, what sources of local Jackson news do you follow? (list all):

    _____

    _____

    _____

    _____

4

**CONFIDENTIAL**                                              JUROR NUMBER _____

8.  Regarding this case, have you seen or heard any of the following (check all that apply):
    _____ Television coverage of this case
    _____ Social-Media coverage (Facebook, YouTube, TikTok, X/Twitter, etc.), of this case
    _____ Blog, News Website, or News App coverage of this case
    _____ Newspaper coverage (Print or Digital) of this case
    _____ Radio coverage or podcasts about this case
    _____ In-person comments about Jody Owens, Chokwe Lumumba, or Aaron Banks, Including lifestyle, career, temperament, personality, etc.
    _____ In-person comments about the Government's prosecution of this case
    _____ Other sources of information (please explain): _____

9.  If you checked any of the above spaces, please state in as much detail as you can what you have seen, heard, or read about this case including the source(s).

    _____

    _____

    _____

    _____

    _____

    _____

10. Have you formed any opinions in this case based on what you have seen, read, or heard? Yes __; No __.  If yes, what are your opinions?

    _____

    _____

    _____

    _____

11. If you expressed opinions in Question 9, on a scale from 1 to 10, how firm are those opinion(s)?  ("1" being least firm, "10" being most firm): _____.

**CONFIDENTIAL**                                      JUROR NUMBER _____

12. Would you be willing to change those opinions if presented with contrary evidence at trial?

   Yes ___; No ___; Not sure ___.

13. Do you understand that all defendants are presumed innocent unless and until the Government proves them guilty beyond a reasonable doubt? Yes __; No __.

14. Can you give the Defendants in this case that presumption of innocence? Yes __; No __.

   If no, why not?: _____

15. Have you or anyone close to you—family, friends, coworkers, or neighbors—discussed anything about this case or bribery of public officials in Jackson in the last couple of years?

   Yes ___; No _____. If yes, what was discussed, and what did you say about it?

   _____

   _____

   _____

16. Have you, your family member(s), or close friends(s) ever been employed in any capacity with the media or news broadcast industry?

   Yes ___; No ____. If yes, what (if anything) did you or they report about this case?

   _____

   _____

17. Are you personal friends, internet "friends," or do you follow any of the Defendants or attorneys on any social-media platforms?

   Yes _____; No_____. If yes, please describe in detail:

   _____

   _____

**CONFIDENTIAL**                                                      JUROR NUMBER _____

18. Have you or have your family members posted, commented on, or shared any information about this case (or the parties involved) on any social-media platform, podcast, blog, or website?

Yes _____; No_____. If yes, please describe the comments in detail:

_____

_____

_____

19. Have you ever met Jody Owens, Chokwe Lumumba, or Aaron Banks?

Yes _____; No_____. If yes, please describe how well you know each Defendant:

_____

_____

20. Do you have any personal knowledge related to the above-described allegations other than what you have heard/read in the media or heard from others?

Yes _____; No_____. If yes, please describe your knowledge:

_____

_____

Has that knowledge caused you to form any opinions in this case?

Yes __; No __. If yes, what are your opinions?

_____

_____

_____

If you expressed opinions, on a scale from 1 to 10, how firm are those opinions ("1" being least firm, "10" being most firm): _____.

21. Would you be willing to change those opinions once presented with evidence at trial?
Yes __; No ___.

**CONFIDENTIAL**                                        JUROR NUMBER _____

22. Do you have a general or specific opinion of the Hinds County District Attorney's Office?
    Yes _____ ; No_____ .   If yes, please give your opinion:

    _____

    _____

23. Do you have a general or specific opinion of the City Government in Jackson, Mississippi?

    Yes _____ ; No_____ .   If yes, please give your opinion:

    _____

    _____

24. Do you have a general or specific opinion of Jody Owens, Chokwe Lumumba, or Aaron Banks that has not already been expressed?

    Yes ___ ; No ___ .   If yes, please describe your opinion as to each Defendant and how strongly held it is:

    _____

    _____

    _____

    Would those opinions affect your ability to be fair and impartial in this case?

    Yes ___ ;No ___ .   If yes, then please explain:

    _____

    _____

    _____

25. Do you have a general or specific opinion about the prosecution (Department of Justice and U.S. Attorney's Office for the Southern District of Mississippi)?

    Yes ___ ; No ___ .   If yes, please describe your opinion and how strongly held it is:

    _____

    _____

8

**CONFIDENTIAL**                                    JUROR NUMBER _____

Would those opinions affect your ability to be fair and impartial in this case?

Yes ___;No ___. If yes, then please explain:

_____

_____

_____

26. Have you or your spouse ever contributed financially, volunteered, or provided any services to the campaigns to elect Jody Owens, Chokwe Lumumba, or Aaron Banks?

Yes ___; No ___.   If yes, please state which campaign you supported financially, volunteered, or provided any services to:

_____

_____

27. Have you or your spouse ever contributed financially, volunteered, or provided any services to the campaign of an <u>opponent</u> of Jody Owens, Chokwe Lumumba, or Aaron Banks?

Yes _____; No_____.

If yes, please state the candidate you supported financially, volunteered, or provided any services to:

_____

_____

28. Have you, your spouse, close relatives or close friends ever worked in any aspect of the legal field in roles including but not limited to: lawyer, prosecutor, criminal defense attorney, legal secretary, paralegal, court reporter, investigator, or judge?

Yes ___; No ___. If yes, please describe:

_____

_____

9

**CONFIDENTIAL**                                                    JUROR NUMBER _____

If yes, does that have any impact on your ability to be fair and impartial in this case? Yes __;
No __. If yes, how:

_____

_____

29. Have you, your spouse, close relatives, or any close friends ever worked in a law-enforcement-related job, such as police, sheriff, state trooper, prison guard, federal law enforcement, or the military police? Yes ___; No ___. If yes, explain:

_____

_____

_____

If yes, does that have any impact on your ability to be fair and impartial in this case? Yes __;
No ___. If yes, how:

_____

_____

30. Have you, your spouse, any close relative, or friend, ever been arrested, accused of a crime, charged or indicted for a crime, taken to jail for any reason, or been the victim of a crime? Yes_____; No_____. If yes, please briefly explain what happened:

_____

_____

_____

If yes, does that experience have any impact on your ability to be fair to any party in this case? Yes ___; No ___. If yes, how:

_____

_____

**CONFIDENTIAL**                                                    JUROR NUMBER _____

**JUROR'S OATH OR AFFIRMATION**

I solemnly swear (or affirm) that I have truthfully answered all questions on the jury questionnaire under penalty of perjury. I further swear (or affirm), under penalty of perjury, that I have followed all the Court's instructions in filling out my questionnaire.

I also swear (or affirm) that I will follow the Court's instructions not to do any outside research, watch/read/listen to any reporting on this case, or communicate with anyone about it in any format until released by the Court.

_____                          _____
Please print your name                                   Signature of potential juror

_____
Date

11

**CONFIDENTIAL**                                                    JUROR NUMBER _____

EXPLANATION SHEET

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____