## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                    **Case No.  3:24-CR-103-DPJ-LGI**

**JODY E. OWENS II,**
**CHOKWE ANTAR LUMUMBA, and**
**AARON B. BANKS**

### JODY E. OWENS II'S MOTION TO DISMISS FOR OUTRAGEOUS GOVERNMENT CONDUCT AND ENTRAPMENT AS A MATTER OF LAW

Pursuant to Federal Rule 12(b), Jody E. Owens II, through counsel, hereby moves to dismiss the indictment based on outrageous Government conduct and entrapment as a matter of law.

### INTRODUCTION

Jody Owens is the sitting district attorney in Hinds County, Mississippi. Owens has *no* criminal record, was *not* suspected of bribery, and was *not* under investigation, yet the FBI, according to its own agents, wanted to "get something" on Owens. In furtherance of this goal, the FBI arrested ██████ ██████ and attempted to coerce him into incriminating Owens. When this failed, the FBI targeted Owens with an undercover scheme to bribe public officials.

In its unrestrained zeal to "get something" on Owens, the Government made material misrepresentations in the indictment; concealed evidence; lied to the Grand Jury; induced Owens *after* he rejected criminal overtures and exhibited reluctance; strategically used alcohol to target Owens, who is a diagnosed alcoholic, to break down his resistance,

overcome his reluctance, and elicit incriminating statements. In an attempt to avoid scrutiny of its misconduct, the Government circumvented the Court as evidentiary gatekeeper by using a "speaking indictment" to publish highly inflammatory, unfairly prejudicial photographs and statements to the press, public, and potential jurors.

## FACTS

1.    Jody Owens grew up in Terry, Mississippi, a town of around 1500 people, on a small farm that has been in the Owens's family for more than 100 years. As a child, Owens rode horses, worked in the garden, and helped his father tend a small herd of cattle.

2.    Owens's parents are retired public school teachers who have been married for 55 years. Owens's mother taught sixth grade, and his father was the Terry High School principal. The family attended the Little Bethel Methodist Church, where Owens's father served as a church elder.

3.    Owens graduated from Terry High School; Jackson State University; and Howard University Law School in Washington, D.C. While in law school, Owens served as an intern for the late United States Senator Thad Cochran. Upon graduating from law school, Owens joined Butler Snow, a large law firm founded in Mississippi in 1954. Thereafter, Owens became Chief Policy Counsel and Managing Attorney at the Southern Poverty Law Center, a civil rights organization.

4.    Currently, Owens is the Hinds County District Attorney, and, until recently, was an Intelligence Officer in the United States Navy Reserve. Owens is married to a prominent physician and has three beautiful school-aged children.

2

5.      By any standard, Owens is blessed: loving parents; a beautiful family; professional achievement; financial success; and the satisfaction of serving his community, county, and country. Notwithstanding all of this, the Government alleges that Owens awoke one day and decided to risk everything, both for himself and his family, by committing bribery.

6.      In the Government's fantastic narrative, Owens was compelled, not simply to commit bribery, but to bribe his *friends*; people who needed no financial incentive to help Owens. More incongruously, the Government alleges Owens resorted to bribery to get a contract that no one wanted. A contract the City had offered annually since 2008, but no qualified developer had ever applied.

7.      Most unbelievably, the Government claims it was not investigating Owens, but stumbled upon him by happenstance. According to the Government, an FBI undercover agent *innocently* "visited" Owens's Cigar Shop, not to investigate Owens, but because it had been "recommended" based on the agent's "genuine interest" in cigars. In the Government's narrative, the FBI undercover agent *simply* offered Owens the opportunity to commit bribery and Owens leaped. This is nonsense. As the following pages show, nothing was *sensible*, *simple*, or *innocent* about the Government's plan to "get something" on Owens.

### From Spotlight to Searchlight

8.      In 2017, Chokwe Antar Lumumba was elected Mayor of the City of Jackson. Lumumba's election was met with no small amount of fanfare. At 34, Lumumba was the youngest Mayor in Jackson's history. In 2022, Lumumba was honored by Harvard

University's Kennedy School of Government for his commitment to public service.[1] The intervening years, however, were a mixed bag. Lumumba was illuminated on the national stage frequently, but not always in a flattering light.

**Water**

9.    In 2019 and 2020, nearly 10 billion gallons of sewage (3.5 billion raw) escaped Jackson's water and sewer treatment plant into the Pearl River, which flows through Jackson.[2] For weeks, residents boiled water as the City and state struggled with the scale of the problem.[3]

10.    To avoid a public health crisis, the federal government stepped in. The Feds resuscitated Jackson's water and sewer treatment plant, but they could not nurse the failing system back to health. The aging and neglected facility needed a major overhaul. The question was, who should foot the bill? Eventually, the federal government bailed out the City. The Feds allocated $800 million to fund the necessary repairs. However, the real dispute was just beginning.[4]

---

[1] *Mayor Lumumba Receives Prestigious Award from the Harvard Kennedy School*, WLBT (Mar. 26, 2022, at 8:30 PM), https://www.wlbt.com/2022/03/27/mayor-lumumba-receives-prestigious-award-harvard-kennedy-school/.

[2] *Mississippi City's Water Problems Stem from Generations of Neglect*, Southern Poverty Law Center (June 28, 2023), https://www.splcenter.org/resources/stories/timeline-jackson-mississippi-water-problems/.

[3] Ruth O'Neill, *Not Just Jackson: Mississippi Organization Takes on Health Threat of Unsafe Water*, CDC Foundation (Mar. 22, 2024), https://www.cdcfoundation.org/stories/not-just-jackson-mississippi-organization-takes-health-threat-unsafe-water.

[4] Angela Williams, *More than $800 Million Secured to Repair and Replace Jackson's Water System*, WAPT (Jan. 5, 2023, at 10:37 PM), https://www.wapt.com/article/jackson-mayor-announces-water-funding/42405681.

11.     Lumumba insisted the City manage the project, *i.e.*, control the $800 million.[5] The Feds flatly refused.[6] Thus ensued a racially charged debate that quickly landed in federal court. The Feds won the right to manage both the project and the money.[7] However, the victory was pyrrhic. Rather than writing a check and walking away, the Feds became guarantors of the project's success – both physically and fiscally. In other words, the Feds would be swimming in Jackson water for years to come. Adding insult to the Feds' $800 million injury, the City walked away with a $60 million windfall from a recent settlement with one of its water contractors.[8] Not surprisingly, federal scrutiny of Lumumba intensified.

### Crime

12.     Jackson is Mississippi's state capital and home to its largest inner-city population. Over 84 percent of Jackson residents are racial minorities. Nearly 26 percent live in poverty, which is twice the national average and among the highest in the nation. Not surprisingly, Jackson's low economic opportunity has contributed to an extraordinarily high crime rate.[9]

---

[5] Alex Rozier, *Lumumba on Bills Aimed at Jackson: 'It Reminds Me of Apartheid'*, Miss. Today (Jan. 30, 2023), https://mississippitoday.org/2023/01/30/lumumba-likens-legislation-aimed-at-jackson-to-apartheid/.

[6] *Id.*

[7] *Judge Okays Feds' Bid to Step In and Manage Jackson, Mississippi's Struggling Water System*, CBS News (Dec. 1, 2022, at 4:44 AM), https://www.cbsnews.com/news/jackson-water-crisis-mississippi-judge-okays-department-of-justice-intervention/.

[8] Ross Adams, *Lumumba, City Council at Odds over How Siemens Settlement Should be Spent*, WAPT (May 19, 2020, at 6:37 PM), https://www.wapt.com/article/lumumba-city-council-at-odds-over-how-siemens-settlement-should-be-spent/32602644.

[9] Sheryl Bacon, MPA et al., *Examining Issues and Factors Associated with Crime and the Criminal Justice System in Jackson, Mississippi: Findings and Proposed Recommendations*, Mississippi Urban Research Center, College of Education and Human Development, Jackson State University (2023),

13.     In 2021, Jackson was named the "murder capital" of America, which is the macabre moniker given to the U.S. city with the most homicides *per capita* annually.[10] In 2022, Jackson finished second, but the following year the "Bold New City" was back on top. In 2024, Jackson maintained its number-one ranking with a staggering 77.8 murders per 100,000 residents; nearly 20 times the national average.[11]

14.     Jackson's Police Department is chronically underfunded and overwhelmed. To stanch the flow of blood, the Mississippi legislature increased the size of the Capitol Police, a small state police force with jurisdiction over the capitol and other state buildings in downtown Jackson. The measure reduced crime around the capitol but had little impact elsewhere. Wanting more of a good thing, the legislature expanded the force's jurisdictional reach.[12] Not everyone was pleased.

15.     Lumumba called the measure "an obvious attack on black leadership" and likened it to "apartheid."[13] "It reminds me of a colonial power, in where they dictate who's

---

https://www.jsums.edu/murc/files/2024/07/CrimeCrimJusticeSystem.Issues.Jackson_Final_Fall2023v2.pdf.

[10] Jimmie E. Gates, *'There's Something Wrong When Jackson's Murder Rate Is Higher Than Atlanta,' Official Says*, Clarion Ledger (Jan. 27, 2022, at 7:00 AM), https://www.clarionledger.com/story/news/2022/01/27/jackson-mississippi-2021-homicides-highest-per-capita-murder-rate/9230045002/.

[11] *Id.*

[12] Jon Schuppe, *Mississippi Legislature Votes to Expand Capitol Police over Objections from Jackson Lawmakers*, NBC News (Mar. 31, 2023, at 7:22 PM), https://www.nbcnews.com/news/us-news/mississippi-legislature-votes-expand-capitol-police-jackson-rcna77040.

[13] Bracey Harris & Jon Schuppe, *Mississippi Wants to Expand an Aggressive Police Force Responsible for Recent Shootings*, NBC News (Feb. 24, 2023, at 6:39 PM), https://www.nbcnews.com/news/us-news/mississippi-capitol-police-jackson-shootings-rcna70474; C.J. LeMaster, *Jackson Mayor Compares Capitol Complex Expansion Bill to Apartheid, Cited Lack of Accountability for Residents*, WLBT (Jan. 30, 2023, at 8:19 PM), https://www.wlbt.com/2023/01/31/jackson-mayor-compares-capitol-complex-expansion-bill-apartheid-cites-lack-accountability-residents/.

our leadership, they put the military force over us, and we're just supposed to pay taxes to the king,"[14] "That's all we're supposed to do is pay taxes to the king."[15]

16.     For better or worse, state leaders had become desensitized to Lumumba's vitriol. Not so with the Feds. Lumumba's brass-knuckles style, socialist ideology, and revolutionary rhetoric drew the ire of the federal Government and, with it, the undivided attention of the FBI.[16]

### The New DA

17.     Owens became Hinds County District Attorney in 2020.[17] His timing could not have been worse. The water crisis had just begun, crime in Jackson was unchecked, Lumumba was under federal investigation, and the District Attorney's office was in shambles.[18]

18.     Owens's predecessor, Robert Shuler Smith, was indicted multiple times during his 12-year tenure. Smith won each time, but the persistent distraction left the DA's office in a permanent state of disarray. One casualty of the chaos was the murder docket. When Owens took office, more than 400 murder cases awaited prosecution in Jackson alone.

---

[14] LeMaster, *supra* note 13.
[15] *Id.*
[16] *Chokwe Antar Lumumba*, Wikipedia (Dec. 20, 2025 at 4:59 PM), https://en.wikipedia.org/wiki/Chokwe_Antar_Lumumba. *See also* Ex. 1, FBI Reporting Document, dated Aug. 2, 2022, at 2-3; Ex. 2, FBI Consent to Record Lumumba.
[17] Jimmie E. Gates, *Jody Owens Wins Hinds County District Attorney's Eace*, Clarion Ledger (Aug. 6, 2019, at 11:22 PM), https://www.clarionledger.com/story/news/politics/2019/08/06/2019-mississippi-election-jody-owens-hinds-county-da-district-attorney-race-democrat/1899602001/.
[18] Not to mention Covid.

19.     Owens assembled a leadership team, a group of capable prosecutors, and went to work. Prioritizing murders and violent crimes, Owens and his team cleared the massive backlog.

20.     For families of the victims, justice may have been delayed, but it was not denied. For his efforts, Owens lost political support, received death threats, and made powerful enemies.

### The Political Cost

21.     Owens lost the support of progressives who expected a young black Democrat to be soft on crime in pursuit of criminal justice reform. These expectations were not totally unfounded. At the Southern Poverty Law Center, Owens spent years holding the government accountable for civil rights and due process violations and deplorable conditions of confinement. As District Attorney, however, Owens's mission was different. Owens was tasked with removing violent offenders from Jackson streets, and he did so with aplomb. As a result, progressive supporters vanished.

### Death Threats

22.     Soon after becoming District Attorney, Owens began receiving death threats related to prosecutions. Owens was no stranger to contentious legal battles, both in private practice and public service, but credible death threats were new to the young District Attorney. Some threats were directed at Owens's wife and children, and the stress compounded Owens's struggles with alcohol.[19]

---

[19] *See infra* pp. 45-59.

███████  ███████

23.     In 2021, Owens began hiring a part-time bodyguard. ███████ ███████ a career law enforcement officer with training and experience in executive protection, would accompany Owens and occasionally his family to certain events. As a bodyguard, ███████ had a unique relationship with Owens. ███████ was close to Owens at all times. From the FBI's perspective, ███████ was in "a position [to] get something" on Owens.[20]

## The Set Up

24.     To "get" Owens, the FBI first needed to "get" ███████[21] Based on information and belief, the FBI turned to a jailhouse informant serving life in prison for murder. The informant provided information on a Jackson nightclub owner ("Club Owner"), who regularly hired ███████ as a security guard at the nightclub.[22] The Club Owner had a prior felony conviction and, therefore, could not purchase or own a firearm. Per the FBI's instructions, the Club Owner asked ███████ for help acquiring a rifle for deer hunting. In a conversation with ███████ the Club Owner lamented missing opportunities to hunt with friends because he had no rifle. ███████ acquiesced.

## The "Secret" Indictment

25.     On March 8, 2022, the Government indicted ███████[23] Oddly, ███████ was not arrested. Instead, the indictment was sealed.[24] For more than a year, nothing

---

[20] Ex. 3, ███████ Interview, at 89, 101.
[21] Ex. 3, ███████ Interview, dated Apr. 26, 2023; Ex. 4, FBI Reporting Document, dated Aug. 1, 2023, at 2.
[22] Ex. 5, ███████ Indictment; Ex. 6, Motion to Dismiss ███████ Indictment; Ex. 7, FBI Reporting Documents, dated Aug. 27, 2017, Sept. 18, 2019, May 19, 2021, and Sept. 14, 2021.
[23] Ex. 5, ███████ Indictment.
[24] Ex. 8, Motion to Seal Indictment.

happened. ███████ went through daily life unaware that a federal indictment hung over his head. So obsessed was the Government with Owens, that it allowed ███████ to remain free and continue working as a law enforcement officer – carrying a gun, wearing a badge, and wielding law enforcement powers – while under indictment on federal gun charges.[25]

### The Arrest

26.     In March 2023, the DA's office, unaware of the indictment, hired ███████ as a full-time investigator and Owens's driver and bodyguard.[26] Within a month, the Government dusted off ███████ sealed indictment and the FBI planned an arrest.[27]

27.     The FBI wanted to "interview" ███████ immediately after he was arrested. To ensure a compliant frame of mind, the FBI tasked its SWAT team to make the arrest. The SWAT team took down the 54 year old ███████ leaving a health club wearing a plastic suit to help him lose weight.[28]

28.     Following the dramatic arrest, ███████ was cuffed and stuffed into a vehicle with two FBI agents ("███████ and "███████ collectively "FBI"). For more than three hours, The FBI attempted to coerce ███████ into incriminating Owens, as ███████ sat handcuffed in the backseat sweating profusely in his plastic suit.[29]

---

[25] Ex. 5, ███████ Indictment. At the time of his indictment, ███████ was employed by the Jackson Police Department. He was fired in April 2023, shortly before his arrest and interview. Ex. 3, ███████ Interview, at 41.

[26] Ex. 3, ███████ Interview, at 3-4. Like everyone else, the HCDAO was unaware of ███████ sealed indictment.

[27] *Id*. at 1; *see also* Ex. 9, Motion to Unseal Indictment

[28] Ex. 3, ███████ Interview, at 83.

[29] *Id.* at 82-83, 135.

**The ▆▆▆▆▆ Interview**

29.     During ▆▆▆▆▆ interview, the FBI's primary focus was Owens. The first question was about Owens, as was the second.[30] In fact, the FBI asked about Owens more than 50 times during the interview, which was recorded and transcribed (collectively, "▆▆▆▆ Interview").[31]

30.     The FBI wanted ▆▆▆▆ to: (1) say "something" to incriminate Owens;[32] and (2) infiltrate Owens's "Cigar Shop" as an undercover informant.[33] To coerce ▆▆▆▆ the FBI agents repeatedly reminded him that prison was in his immediate future unless he could "come up with something."[34] For a career law enforcement officer, prison is dangerous, at best, and can be deadly. With its threat looming large, the FBI offered ▆▆▆▆ a way out. ▆▆▆▆ could go home.[35] All he had to do in return was incriminate Owens.[36]

31.     The following excerpts are from FBI "interview" with ▆▆▆▆ ▆▆▆▆

▆▆▆▆     So, what are you doing for work now?[37]

▆▆▆▆     I am doing investigative for the Hinds County DA.[38]

▆▆▆▆     Okay, and that's Jody Owens?[39]

---

[30] *Id.* at 3.
[31] *See generally* Ex. 3, ▆▆▆▆ Interview.
[32] *Id.* at 89, 101, 107, 204-05.
[33] *Id.* at 113.
[34] *Id.* at 56.
[35] *Id.* at 197.
[36] *Id.* at 204-05.
[37] *Id.* at 3.
[38] *Id.*
[39] *Id.*

 …are you aware of any illegal activity…?[40]

32.    █████ responded incredulously. "Illegal activity?" "Yes, it's Jackson, the metro area, yeah."[41]

█████ …that involves public officials.[42]

33.    █████ alleged corruption at the Jackson Police Department.[43] However, JPD chiefs were not the "public officials" the FBI was looking for.

█████ …let's talk about your job at the DA's office.[44]

34.    █████ described meeting Owens, but █████ cut to the chase.

█████ What do you know about Jody?[45]

█████ Is Jody involved in anything that you think we need to be aware of?[46]

█████ Not that I know of.[47]

35.    Instead of ending the interview here, the FBI continued to push █████

█████ Okay, but like throughout your job with Jody have you heard things?[48]

█████ …like all the individuals that Jody hangs out with. Some officials.[49]

36.    The FBI wanted an undercover informant inside Owens's private meetings.

---

[40] *Id*. at 5.
[41] *Id*.
[42] *Id*.
[43] *Id*. at 5-6.
[44] *Id*. at 8.
[45] *Id*. at 9.
[46] *Id*. at 9-10.
[47] *Id.* at 10.
[48] *Id*. at 11-12.
[49] *Id.* at 12.

████████        Do you think…you could have access to
                something that might be going on?[50]

████████        Mm-hmm.[51]

37.    Apparently, "mm-hmm" was not the answer the FBI was looking for. To

motivate ████████ ████████ reminded him of what was at stake.

████████        [You] say you don't know anything specific
                right now.[52]

████████        The *reason* I'm asking is because …[53]

38.    ████████ a career law enforcement officer, understood the reason perfectly.

████████ interrupted, "I know why you're asking."[54]

39.    Not convinced, ████████ continued.

████████        I'm trying to, you know, …[55]

40.    ████████ interrupted again.

████████        No, no, no, I'll follow you.[56]

41.    Upon hearing ████████ was ready to "follow," the FBI began to lead.

████████        You know you hear things, right?[57]

████████        Right.[58]

---

[50] *Id*. at 14.
[51] *Id*.
[52] *Id*.
[53] *Id*. (emphasis added).
[54] *Id*.
[55] *Id*.
[56] *Id*.
[57] *Id*. at 15
[58] *Id*.

    Everyone's saying the same thing, that there's a lot of corruption here.[59]

42.    ████████ had already told the FBI that he was not aware of any corruption involving Owens.[60]

████████    Oh, no, no, now, now, okay, so and again I don't like speaking from a place of unknown, okay?[61]

43.    Undeterred, the FBI agents pressed ████████ about Owens.

████████    Who does [Jody] hang out with back there [in the back room of the Cigar Bar].[62]

████████    Could you be a party to some of these conversations?[63]

44.    Three months *before* the undercover operation at Owens's Cigar Shop, the FBI named the "officials" – Lumumba,[64] Banks,[65] and Lee[66] – the Government would indict two years later with Owens. The FBI also mentioned "a plan."

████████    Would you have any reason to talk to [Banks]?[67]

████████    No.[68]

████████    If we came up with a reason, could you go talk to him?[69]

████████    Like if we have, if we had a *plan*….[70]

---

[59] *Id.*
[60] *Id.*
[61] *Id.*
[62] *Id.* at 26.
[63] *Id.* at 28.
[64] *Id.* at 30.
[65] *Id.* at 34.
[66] *Id.* at 57.
[67] *Id.* at 34-35.
[68] *Id.* at 35.
[69] *Id.*
[70] *Id.* (emphasis added).

45.    The FBI plan, at least in part, was to incriminate Owens "in his official capacity."

| | |
|---|---|
| ███████ | Do you know of anything Jody has done for them in his *official capacity*?[71] |
| ███████ | Do you think, do you think Jody is *using his office* to help, or has used his office to help these guys with this company?[72] |
| ███████ | Has he done things in his *official capacity* to help them?[73] |
| ███████ | The one person it sounds like you do have *access* to is Jody.[74] |
| ███████ | It seems like Jody probably *trusts* you.[75] |
| ███████ | We just are now hearing...where you could *get something*.[76] |

46.    ███████ was willing to go undercover to get Owens but needed help. "You'd have to tell me step by step what am I doing."[77] ███████ again pointed at Owens.

| | |
|---|---|
| ███████ | I think the person right now that you know that trusts you is Jody.[78] |
| ███████ | …there's like a private room [at the Cigar Shop]…[79] |

---

[71] *Id*. at 206-07 (emphasis added).
[72] *Id*. at 209-10 (emphasis added).
[73] *Id*. at 210 (emphasis added).
[74] *Id*. at 89.
[75] *Id*. (emphasis added).
[76] *Id*. at 101 (emphasis added).
[77] *Id*.
[78] *Id*. at 107.
[79] *Id*. at 113.

15

47.    The agents left the car to confer with an FBI superior and the U.S. Attorney's

Office.[80] When the agents returned, ████ leveraged ████ again with the threat of jail

"unless there is something else that we can come up with…."[81]

> ████    …if you told me what to do or who to go after, then I would do it.[82]

> …I just don't know who to go after.[83]

48.    ████ spelled it out again.

> ████    …like Jody Owens, for example. You know Jody, you're close to Jody.[84]

> ████    …you haven't told us anything that Jody's really doing….[85]

> ████    And we can't just go fishing for stuff….[86]

> ████    So we can't really go fishing.[87]

49.    After more discussion, the FBI again used the threat of jail to motivate

████

> ████    ████ I think we're just going to have to do this, man.[88]

> ████    I just don't think that's going to be enough. I think we're going to need, we'd need more.[89]

---

[80] *Id.* at 135.
[81] *Id.*
[82] *Id.* at 144.
[83] *Id.*
[84] *Id.* at 145.
[85] *Id.*
[86] *Id.*
[87] *Id.* at 155.
[88] *Id.*
[89] *Id.* at 158.

50.    ██████ was desperate to avoid jail.

██████ I mean, what else more do you need?[90]

51.    ██████ response was unequivocal.

██████ **Jody**[91]

52.    In 2024, ██████ testified before the Grand Jury. In his testimony, ██████ stated under oath that Owens was *not* a target of the investigation prior to July 26, 2023. Yet, *three months earlier*, ██████ told ██████ the exact opposite. As of April 26, 2023, FBI unequivocally wanted "Jody" Owens.[92]

53.    Indeed, according to ██████ the FBI would accept almost anything to "get" Owens.

██████ Well, Jody, even if it's not here, if it's in freaking Smith County or something and Jody's doing [it]....[93]

54.    The art of coercion typically involves both a stick and a carrot. The FBI had shown ██████ the stick multiple times. Finally, it was time to show him the carrot. The FBI offered to "keep [██████ indictment] quiet," "sealed," and "secret" in exchange for "something" to incriminate Owens.

██████ I wish there was something more there. I just don't know. I think if you had it, you would, I think you've given us everything you have.[94]

---

[90] *Id.*
[91] *Id.* (emphasis added).
[92] *Id.*
[93] *Id.* at 163.
[94] *Id.* at 197



But because of the situation we're in with the indictment, the fact, you know, right now, it's sealed, it's secret, nobody knows about it.[95]

We're under an obligation to have a pretty compelling reason to keep it sealed.[96]

To keep it quiet.[97]

55.    ████ gave ████ a simple script and a clear ultimatum. To avoid jail, "I would need you to say…'Jody's meeting with all these people' [and] 'I agree with you, there's probably something going on.'"[98] Unfortunately for ████ he had nothing on Owens and was unwilling to lie. So, the FBI took him to jail.

**The Government Has Concealed (and is concealing) the ████ Interview**

56.    The Government has concealed the ████ Interview from Owens throughout seven productions of discovery, and despite (a) two letters from Owens requesting such materials and (b) a promise from the Government that it would produce "everything" to Defendants "right out of the gate."[99] When making this promise, the Government was clear, "[t]his includes grand jury transcripts in their entirety, the entirety of the FBI SENTINEL file that is discoverable and all of the recordings…."[100]

---

[95] *Id.*

[96] *Id.*

[97] *Id.*

[98] *Id.* at 204-05.

[99] Ex. 10, Hearing Transcript, dated Mar. 7, 2025, at 16; Ex. 11, Owens's First Letter, dated Sept. 23, 2025; Ex. 12, Owens's Email, dated Oct. 11, 2025; Ex. 13, DOJ First Letter, dated Oct. 14, 2025; Ex. 14, Owens's Second Letter, dated Nov. 4, 2025; Ex. 15, DOJ Second Letter, dated Nov. 14, 2025; Ex. 16, DOJ Third Letter, dated Dec. 5, 2025.

[100] Ex. 10, at 16.

Notwithstanding its promise, not to mention its legal obligations, the Government has concealed the recording and transcript of the ███████ Interview.

57.    In truth, the Government never intended to produce the ███████ Interview. The indictment includes misrepresentations specifically intended to conceal the ███████ Interview.[101]

### THE TRUTH, a HALF-TRUTH, and NO TRUTH AT ALL
### Government Misrepresentations

58.    The Government made at least five material misrepresentations in the indictment intended to conceal the ███████ Interview and other evidence, and to undermine Owens's defenses.

### Misrepresentations 1 and 2
### *WHEN* and *WHY* the FBI infiltrated the Cigar Shop

59.    The Government alleges an FBI undercover agent "visited" Owens's Cigar Shop, not to investigate Owens,[102] but because it "had been *recommended* to [the agent] based on his *genuine interest* [in cigars]."[103] This is a half-truth, at best, which is no truth at all. The undercover agent may like cigars, but he did not infiltrate Owens's Cigar Shop

---

[101] Doc. No. 3, Indictment, at 5. The Government alleges an FBI undercover agent "visited" Owens's Cigar Shop, not to investigate Owens, but because it was "recommended" to him based on his "genuine interest" in cigars. In truth, the Cigar Shop was not "recommended" to the undercover agent, but the undercover agent was there in continuation of the FBI's effort to use ███████ to "get something" on Owens.

[102] Ex. 17, ███████ GJ Testimony, at 9.

[103] Doc. No. 3, Indictment, at 5 (The indictment states: "In July 2023, [an FBI undercover agent] visited [Owens's Cigar Shop] in downtown Jackson, which had been recommended to him because of his genuine interest in [cigars]."). *See also* Ex. 18, FBI Reporting Document, dated Aug. 1, 2023, at 2 (where the FBI writes, "On 7/26/23, the CHS visited the Downtown Cigar Company, located at 159 E. Pearl Street, Jackson, Mississippi after being directed to this establishment by [the Lobbyist]." (emphasis added)).

based on a serendipitous recommendation.[104] In the FBI recordings of conversations with the Lobbyist, the Cigar Shop was never "recommended" to the undercover agent.[105]

### Close, but No Cigar Shop Recommendation

60. By late 2022, the FBI was investigating Owens.[106] In early 2023, an FBI undercover agent from Nashville came to Jackson posing as a wealthy real estate developer looking to do business with the City of Jackson ("Undercover Agent" or "Agent"). The Undercover Agent toured the metro area with a lobbyist the Agent hoped could introduce him to the Jackson political scene ("Lobbyist").[107] Importantly, according to the Government, the Undercover Agent had a "genuine interest" in cigars.

61. During the tour, the Lobbyist recommended "Johnny T's" for its "professional crowd," "great" food, "live music," and "*cigars*."[108] "Everybody smokes" at Johnny T's.[109] Despite the ringing endorsement, the Undercover Agent with the "genuine interest" in cigars replied, "Oh, nice."[110]

62. The investigation crept along but with no tangible results. Hoping to make something happen, the FBI attempted to coerce ▮▮▮▮▮▮ into being an undercover

---

[104] As described in pp. 29-30, Owens was an FBI and ▮▮▮▮ "target" long before the undercover operation at the Cigar Shop.

[105] Ex. 19, FBI UC Recording, dated Jan. 9, 2023, at 00:16:54–00:17:15; Ex. 20, FBI UC Recording, dated July 25, 2023, at 00:17:30–00:17:51, 00:56:24–00:57:17; Ex. 21, FBI UC Recording, dated July 26, 2023, at 01:43:35–01:44:04.

[106] Ex. 22, FBI Email to DOJ, dated Sept. 12, 2022.

[107] Ex. 23, FBI UC Recording, dated Jan. 9, 2023, at 00:17:25–01:11:35. The FBI agent posed as a wealthy commercial real estate developer from Nashville who wanted to do business with the City of Jackson. The Lobbyist did not know his new client was an FBI undercover agent.

[108] Ex. 19, FBI UC Recording, dated Jan. 9, 2023, at 00:16:54–00:17:15 (emphasis added).

[109] *Id*. at 00:17:14–00:17:16.

[110] *Id*.

informant in April 2023.[111] When this failed, the FBI sent the Undercover Agent to "get something" on Owens.[112]

63.    On July 25, 2023, the Undercover Agent met the Lobbyist in Jackson in preparation for the undercover operation the following day.[113] In the wake of the failed ██████ Interview, the Government wanted a pretext for the undercover operation; something (other than the truth) to explain the Undercover Agent's presence at Owens's Cigar Shop; something to break the causal connection between the failed ██████ Interview and the undercover operation.

64.    The Government's solution was for the Undercover Agent to prompt the Lobbyist into *recommending* the Cigar Shop. (Thus, the alleged "genuine interest" in cigars). Once armed with a recommendation, the Government would claim the Undercover Agent "visited" the Cigar Shop, *not* to investigate Owens, and *not* to pick up where the ██████ Interview left off, but because the Lobbyist "recommended" it based on the Agent's "genuine interest" in cigars.

65.    Referring to Owens's Cigar Shop, the Agent asked the Lobbyist, "is that the cigar lounge you showed us downtown?"[114] The Lobbyist said, "yeah," but continued

---

[111] Ex. 3, ██████ Interview, at 26-28, 89, 101, 107, 113, 204-05.
[112] *Id.* at 101.
[113] Ex. 4, FBI Reporting Document, dated Aug. 1, 2023.
[114] Ex. 20, FBI UC Recording, dated July 25, 2023, at 00:17:30–00:17:48. The question was feigned because the ██████ Interview had already occurred. The FBI knew all about the Cigar Shop.

21

talking about something else.[115] The Undercover Agent interrupted and said, "I'd like to go [there] sometime. I love cigars."[116] Still, the Lobbyist ignored the request.[117]

66.    About 40 minutes later, the Undercover Agent brought up the Cigar Shop again. "So, is that cigar bar pretty cool?"[118] This time, the Lobbyist responded. "It's cool. I'm not a cigar person, so I have rarely spent time there."[119] Instead of the Cigar Shop, the Lobbyist recommended "another [cigar shop] that, that's a competitor. A good friend of mine I went to Mississippi State with owns it. It's called, uh, the Country Squire."[120]

67.    The FBI Agent, who minutes earlier had exclaimed, "I love cigars," showed zero interest in the Country Squire despite the Lobbyist's strong recommendation and personal connection. Instead, the Agent responded, "Uh-huh."[121] A little later, the Agent tried again, but the Lobbyist held firm. The Lobbyist told the Agent, "[t]he [other cigar shop] that I'm telling you about, The Country Squire, is right off Lakeland."[122] Dejected, the Agent responded, "Oh okay."[123]

68.    The Lobbyist, apparently confused by the Agent's mixed signals, asked, "You smoke cigars?"[124] Before responding, the Undercover Agent considered his situation. The undercover operation was planned for the following day, and the Agent had no time

---

[115] *Id.* at 00:17:45–00:17:48.
[116] *Id.* at 00:17:48–00:17:51.
[117] *Id.* at 00:17:48–00:18:21.
[118] *Id.* at 00:56:24–00:56:27.
[119] *Id.* at 00:56:31–00:56:35.
[120] *Id.* at 00:56:51–00:57:00.
[121] *Id.*
[122] *Id.* at 00:57:07–00:57:16.
[123] *Id.*
[124] *Id.* at 00:57:21–00:57:26.

for a side trip to the Country Squire. In his answer, the Agent needed to express an interest in cigars but not the Country Squire. Unsure how to walk that line, the Agent suddenly became hard of hearing. "What's that," he asked?[125] The Lobbyist repeated himself, "You smoke cigars?"[126] Opting to avoid the Country Squire at all costs, the Agent simply responded, "Yeah."[127] Perhaps growing suspicious, the Lobbyist continued. "Often" he asked?[128] Again, the Agent deflected. "What's that?"[129] The Lobbyist repeated the question, "Often?"[130] Boxed in, but wanting to preserve his options, the Undercover Agent punted with a milquetoast response.[131] "Um…you know…so when I play golf a lot of times I will, and, um, I've got a big outdoor fireplace at the house, and I'll sit out there with a glass of wine and have a cigar. I don't smoke weekly or anything like that…." "Yeah. But I enjoy em."[132]

69.    On July 26, 2023, the Undercover Agent met the Lobbyist at Reunion Country Club in leafy Madison County. During a round of golf, the Agent brought up Owens's Cigar Shop again. This time, however, the Agent abandoned subtlety. "I may try that, uh… I may run down there to that cigar bar tonight and just have a glass of…. They serve wine right?"[133] The Lobbyist simply responded, "Yeah."[134] The Agent continued, "I

---

[125] *Id.*
[126] *Id.*
[127] *Id.* at 00:57:21–00:57:26.
[128] *Id.* at 00:57:25–00:57:57.
[129] *Id.*
[130] *Id.*
[131] *Id.* at 00:56:51–00:57:00.
[132] *Id.* at 00:57:25–00:57:57.
[133] Ex. 21, FBI UC Recording, dated July 26, 2023, at 01:43:35–01:44:04.
[134] *Id.*

may have a glass of wine and a cigar and take an easy night and be in bed early."[135] Politely,

Lobbyist offered to contact the Cigar Shop manager to "make sure you are taken care of."[136]

70.    Despite the Agent's best efforts, the Government never got the

recommendation – *i.e.*, the pretext – it wanted. Notwithstanding the allegation in the

indictment, the FBI recordings prove the Lobbyist never "recommended" the Cigar

Shop.[137]

**Misrepresentation 3**

***Who* the Undercover Agent Met at the Cigar Shop**

71.    In the indictment, the Government alleges the Undercover Agent met ▌

▌ the Cigar Shop manager, during the undercover operation on July 26, 2023. No

one else is mentioned. Specifically, the indictment states:

> While at [Owens's Cigar Shop], [the FBI agent] met [▌
> ▌ After hearing of [the FBI agent's] interest in pursuing
> real estate development in Jackson, [▌ ▌ agreed to
> introduce [the FBI agent] to individuals he believed could
> assist [the agent] with his goals.[138]

72.    In truth, the undercover agent also met Owens that night.[139] According to the

Undercover Agent's report, he met ▌ and also Owens "while he was at the bar," but

Owens left approximately 30 minutes after the undercover agent arrived.[140]

---

[135] *Id.*
[136] *Id.*
[137] Ex. 19, FBI UC Recording, dated Jan. 9, 2023, at 00:16:54–00:17:15; Ex. 20, FBI UC Recording, dated July 25, 2023, at 00:17:30–00:17:51, 00:56:24–00:57:17; Ex. 21, FBI UC Recording, dated July 26, 2023, at 01:43:35–01:44:04.
[138] Doc. No. 3, Indictment, at 5.
[139] Ex. 4, FBI Reporting Document, dated Aug. 1, 2023, at 2.
[140] *Id.*

73.    This misrepresentation is intended to obfuscate the Government's first contact with Owens, diminish the significance of the undercover operation at Owens's Cigar Shop, minimize the inducement period, and undermine Owens's defenses including his entrapment defense.

**Misrepresentation 4**
**W*hat* the Undercover Agent Discussed at the Cigar Shop**

74.    In the indictment, the Government misrepresents what the Undercover Agent allegedly discussed with ███████ at the Cigar Shop on July 26, 2023. In the indictment, the Government alleges:

> After hearing of [the agent's] interest in pursuing real estate development in Jackson, [███████ agreed to introduce [the agent] to individuals he believed could assist [the agent] with his goals.[141]

75.    According to the Undercover Agent's report, the conversation with ███████ was far more substantive. Contrary to the indictment, the Undercover Agent reports a "lengthy conversation" with ███████[142] The Agent said he and his partners wanted "to do business in Jackson" and "to purchase some property from the City."[143] In response, ███████ allegedly said that City officials "were all incompetent and didn't know what they were doing."[144] The Agent replied that, "he had done business in other cities as well and run into similar situations where the public officials were not competent but that [he] still had to 'take care of them.'"[145] The Agent reports that he "was alluding to bribing or paying

---

[141] Doc. No. 3, Indictment, at 5.
[142] Ex. 4, FBI Reporting Document, dated Aug. 1, 2023, at 2.
[143] *Id.*
[144] *Id.*
[145] *Id.*

of city officials to get things done."[146] According to the report, ▇▇▇ allegedly understood and told the Agent, "this is how it worked in Jackson too, but that paying off officials in Jackson would be 'cheap' compared to other places [the agent] has been."[147]

76.    "▇▇▇ agreed to set up a meeting for [the agent and his] business partners at the Downtown Cigar Company on August 14, 2023."[148] "▇▇▇ advised [the agent] that he would have a group of people at this meeting who would be interested in helping [the agent and his business partners with their] goal of buying City owned property in Jackson."[149] "▇▇▇ asked [the agent if he] wanted Mayor Lumumba there, and [the agent] advised that [he] probably didn't want Lumumba at this meeting because they wanted to have a solid proposal and team put together before they met with [the Mayor]."[150] "▇▇▇ agreed and advised that he could set up a meeting with Mayor Lumumba at a later date."[151]

77.    This misrepresentation is intended to obfuscate the Government's first contact with Owens, diminish the significance of the undercover operation at the Cigar Shop on July 26, 2023; minimize the inducement period; and undermine Owens's defenses including his entrapment defense.

---

[146] *Id.*
[147] *Id.*
[148] *Id.*
[149] *Id.*
[150] *Id.*
[151] *Id.*

**Misrepresentation 5**

*Who* **Developed "Scheme to Bribe Jackson Public Officials"**

78.    In the indictment above paragraph 20, the heading alleges: "Owens Develops a Scheme to Bribe Jackson Public Officials."[152] This is a misrepresentation.

79.    The "scheme to bribe Jackson public officials" was developed by the FBI months *before* the Government's first contact with Owens at the Cigar Shop on July 26, 2023.[153]

80.    In 2022, the FBI began working on an undercover operation involving Jackson public officials.[154] By the end of 2022, Owens had been added to the investigation.[155] In April 2023, the FBI described its "scheme" to "get something" on Owens,[156] which had been refined to include Lumumba,[157] Banks,[158] and Lee;[159] the target location, the "Cigar Shop;"[160] and the preferred method of payment ("money,"[161] "favors,"[162] or "campaign donation[s]"[163]). A month later, the FBI identified the Hotel Contract the scheme would pursue[164] and asked for funds to visit locations (such as the Cigar Shop) frequented by "current FBI public corruption subjects [Owens] and other

---

[152] Doc. No. 3, Indictment, at 5.
[153] Ex. 1, FBI Reporting Document, dated Aug. 2, 2022, at 2-3.
[154] Ex. 3, ▮▮▮▮▮ Interview, at 26, 89, 101, 107, 113, 158, 204-05.
[155] Ex. 22, FBI Email to DOJ, dated Sept. 12, 2022.
[156] Ex. 3, ▮▮▮▮▮ Interview, at 3.
[157] *Id.* at 30.
[158] *Id.* at 34.
[159] *Id.* at 57.
[160] *Id.* at 113.
[161] *Id.* at 128
[162] *Id.*
[163] *Id.*
[164] Ex. 24, FBI Reporting Document, dated May 8, 2023, at 1; Ex. 25, Jackson Hotel RFP, dated Apr. 13, 2023.

public officials in order to begin developing relationships with other potential targets."[165] Consistent with this plan, the Undercover Agent infiltrated Owens's Cigar Shop and discussed "Owens," "City government," the "Mayor," the "City Council," and "public officials," and the need to "take care of them" in order "to do business in Jackson."[166] The undercover agent was referring to "bribing or paying of city officials to get things done."[167]

81.    The FBI indisputably developed the "scheme to bribe Jackson public officials" long *before* the Government's first contact with Owens on July 26, 2023. The misrepresentation in the indictment is intended to undermine Owens's defenses including his entrapment defense.

### FALSE TESTIMONY TO THE GRAND JURY

82.    In presenting its case to the Grand Jury, the Government elicited false testimony from the FBI. In October 2024, FBI agent ▮▮▮▮ ▮▮▮▮ testified before the Grand Jury that: (a) Owens was *not* being investigated at the time of the Cigar Shop undercover operation; (b) during the operation, the undercover agent "just happened to kind of run into Owens" at the Cigar Shop; and (c) Owens "kind of then inserted himself into this bribery scheme."[168] Specifically, ▮▮▮▮ testified:[169]

> Q.    All right. And just to be clear, when this investigation got started, was Mr. Owens a target of the FBI that had been previously mentioned as somebody who was taking bribes?
>
> A.    He was not.

---

[165] Ex. 26, FBI Case Expense Request, dated May 11, 2023, at 2.
[166] Ex. 4, FBI Reporting Document, dated Aug. 1, 2023, at 2.
[167] *Id.*
[168] Ex. 17, ▮▮▮▮ GJ Testimony, at 9.
[169] *Id.*

Q.    All right. And [the Undercover Agent] specifically just happened to kind of run into Owens at [the Cigar Shop]; is that right?

A.    Yes. That's correct.

Q.    And is it accurate to say that Owens kind of then inserted himself into this bribery scheme?

A.    That's correct.

When ▇▇▇▇ testified before the Grand Jury, he, better than anyone, knew that Owens *was* being investigated by the FBI, indeed, ▇▇▇▇ own Public Corruption Task Force, when the Undercover Agent infiltrated the Cigar Shop on July 26, 2023.

### a.    Owens *Was* a Target of an FBI Investigation

83.    In September 2022, an FBI agent assigned to ▇▇▇▇ Public Corruption Task Force ("PCTF") emailed the DOJ concerning Owens. ▇▇▇▇ was the only person copied on the email. The email states that the PCTF is "getting Jody [Owens] added as a subject to one of our investigations…."[170] At least ten months *before* the undercover operation at Owens's Cigar Shop, the FBI PCTF began investigating Owens.

84.    In December 2022, ▇▇▇▇ reports that the FBI undercover investigation that resulted in Owens's indictment was underway. Specifically, the Undercover Agent made contact with the Lobbyist.[171]

---

[170] Ex. 22, FBI Email to DOJ, dated Sept. 12, 2022.
[171] Ex. 27, FBI Reporting Document, dated Dec. 14, 2022.

85.    In April 2023, ███████ conducted the ███████ Interview. For three and a half hours, ███████ attempted to coerce ███████ into incriminating Owens and working as an undercover informant to "get something" on Owens.[172]

86.    On July 25, 2023, one day *before* the undercover operation at the Cigar Shop, ███████ reports that the undercover agent had dinner with the Lobbyist and the Agent "expressed interest" in going to Owens's Cigar Shop.[173]

87.    On July 26, 2023, the Undercover Agent infiltrated Owens's Cigar Shop. Speaking with ███████ the Undercover Agent discussed "Owens," "City government," the "Mayor," and the "City Council," and the need to "take care of" "public officials" in order "to do business in Jackson."[174]

88.    ███████ better than anyone, knew that the FBI was investigating Owens prior to the undercover operation at the Cigar Shop on July 26, 2023. Indeed, ███████ knew the FBI, the PCTF specifically, and ███████ himself, were investigating Owens. Yet, the Government elicited false testimony from ███████ stating that Owens "was not" under investigation prior to July 26, 2023, when ███████ claims the Undercover Agent "just happened to kind of run into Owens."[175]

### b.    The FBI Undercover Agent Did Not "Run Into Owens"

89.    ███████ testified that the Undercover Agent "was not" investigating Owens, but "just happened to kind of run into Owens" at the Cigar Shop.[176] As stated above, ███████

---

[172] Ex. 3, ███████ Interview.
[173] Ex. 4, FBI Reporting Document, dated Aug. 1, 2023, at 2.
[174] *Id.*
[175] Ex. 17, ███████ GJ Testimony, at 9.
[176] *Id.*

knew Owens was under FBI investigation, PCTF investigation, and his own investigation. The Undercover Agent did not "run into Owens" at the Cigar Shop by happenstance, but was sent there by the FBI, the PCTF, and ███████ Indeed, ███████ even created a pretext for the Undercover Agent's presence at Owens's Cigar Shop to conceal the fact that the FBI was targeting Owens.

90.    As the Government prepared the case for the Grand Jury, someone apparently listened to the FBI recordings and realized the Lobbyist never "recommended" the Cigar Shop to the Undercover Agent. With no recommendation, the Undercover Agent had no pretext for "visiting" Owens's Cigar Shop. With no pretext, the Undercover Agent's visit to the Cigar Shop would look exactly like what it was; a continuation of the FBI's effort to "get something" on Owens after the ███████ Interview failed. To solve this problem, the Government turned to ███████

91.    In July 2024, ███████ wrote a report claiming he interviewed the Lobbyist in June 2024 and the Lobbyist, a year after the fact, confirmed he "recommended" the Cigar Shop to the Undercover Agent.[177] Whether or not this is true makes no difference. The fact that ███████ a year after the fact, created a pretext for the Undercover Agent's presence at the Cigar Shop proves ███████ knew that the Undercover Agent did not "run into Owens." A happenstance encounter requires no pretext.

---

[177] Ex. 28, FBI Reporting Document, dated July 9, 2024, at 1.

92.    ████████ knew, when he testified before the Grand Jury, that Owens *was* being investigated and the Undercover Agent did not "just happened to kind of run into Owens" at the Cigar Shop.[178]

### c.    Owens Did Not Insert Himself Into This Bribery Scheme

93.    ████████ testified before the Grand Jury that Owens, after encountering the Undercover Agent at the Cigar Shop by happenstance, "just kind of inserted himself into this bribery scheme."[179] This testimony is false.

94.    ████████ knew the Undercover Agent met Owens and ████████ at the Cigar Shop on July 26, 2023. ████████ knew the Undercover Agent had a lengthy meeting with Owens, ████████ and others to discuss the project on August 14, 2023, and during the meeting Owens rejected the Undercover Agent's criminal overtures and demonstrated reluctance for months thereafter. *Infra*. ████████ also knew the FBI engaged in a relentless inducement campaign to overcome Owens's reluctance to participate. *Infra*. Indeed, three months of FBI inducement alone, not to mention the FBI recordings of the August 14 meeting, proves Owens did not "insert[] himself into this bribery scheme."[180] ████████ knew all of this when he testified before the Grand Jury.

### GOVERNMENT INDUCEMENT
### First Government Contact

95.    The FBI first contacted Owens when the undercover agent infiltrated Owens's Cigar Shop on July 26, 2023.[181] In response, Owens did nothing.

---

[178] Ex. 22, FBI Email to DOJ, dated Sept. 12, 2022; Ex. 17, ████████ GJ Testimony, at 9.
[179] Ex. 17, ████████ GJ Testimony, at 9.
[180] *Id*.
[181] Ex. 4, FBI Reporting Document, dated Aug. 1, 2023, at 2.

### Owens Rejects FBI Criminal Overtures

96.     On August 14, 2023, ██████ assembled a group at the Cigar Shop to meet the undercover agents and discuss the project. In addition to ██████ the Group included Owens, lobbyist ██████ ████████ businessman Marve Smith, engineer ██████ ██████ and several others ("Group").

97.     During the meeting, the undercover agents pushed the Group to agree that bribing politicians was a necessary part of doing business in Jackson.[182] First, the FBI agents obliquely suggested bribery, then they overtly proposed bribery, and finally they insisted that bribery was necessary and demanded that the Group agree.[183] "I need a yes tonight," the agent told the Group.[184] He did not get one.[185]

98.     During the meeting on August 14, the FBI agents claimed to be wealthy developers but said they needed local people who "know how to get it done."[186] People who are not afraid to "change a few rules here and there to get the shit to happen."[187]

> FBI:    And I'm not naive. I can come here as many times as I want. I can have as much money as I want. But if you can't meet people that know how to get it done.[188]
>
> FBI:    I'm not naive, I'm not stupid. I get this. If you don't understand how things work, nothing's ever gonna happen.[189]

---

[182] Ex. 29, FBI UC Recording, dated Aug. 14, 2023, at 00:00–01:47, 11:32–15:10; Ex. 30, FBI UC Recording, dated Aug. 14, 2023, at 01:45–05:37; Ex. 31, FBI UC Recording dated Aug. 14, 2023, at 10:45–13:34; Ex. 32, FBI UC Recording, dated Aug. 14, 2023, at 00:00–02:50.

[183] Ex. 30, at 01:45–05:37. *See also* Ex. 33, FBI UC Recording, dated Oct. 9, 2023, at 03:37:20–03:37:28 ("It's all black run down there.").

[184] Ex. 30, at 01:45–05:37; Ex. 32, at 00:00–02:50.

[185] Ex. 30, at 01:45–06:05; Ex. 32, at 00:00–02:50.

[186] Ex. 34, FBI UC Recoding, dated Aug. 14, 2023, at 10:57–12:23.

[187] *Id.*

[188] *Id.*

[189] *Id.*

99.    The undercover agent used the same terminology that he used three weeks earlier at the Cigar Shop to describe bribery; statements like "take care of them" or "get things done" refer to "bribing or paying of city officials."[190]

100.    In response, the Group ignored the overtures and focused on the proposal.

████████    We need a little bit more clarity on your concept.[191]

101.    Undeterred, FBI agent suggested that a good proposal alone was insufficient and asked for an explanation of "how it works."

FBI:    I can't do it without guys like you, because I can't go in there and make things happen. I don't know how it works.[192]

102.    The Group ignored the criminal overture and attempted to focus the conversation on the project.

████████    …we're gonna develop and coordinate your ideas into a project….[193]

…if you don't have something specific, [our engineer, ████████ can help you develop, something specific, or several things specific.[194]

103.    Facing repeated rejection, the FBI agent offered something less overtly criminal but still untoward.

FBI:    I love having insiders.[195] …if we can't buy it right and build it right, it's worthless to all of us.[196]

---

[190] Ex. 4, FBI Reporting Document, dated Aug. 1, 2023, at 2.
[191] Ex. 34, at 13:40–13:43.
[192] *Id.* at 16:00–16:30.
[193] Ex. 35, FBI UC Recording, dated Aug. 14, 2023, at 04:10–04:32.
[194] *Id.*
[195] *Id.* at 05:10–05:16.
[196] *Id.* at 05:48–05:54 (emphasis added).

104.   The response, however, was firmer than before.

   :   …we ain't trying to shake no motherfucker down, period.[197]

We are not.[198]

105.   The Group focused on the proposal. The goal was to create something so impressive that the City would enthusiastically support it.

   :   [The City's] gonna be like, Oh yeah….[199] We've been wanting to do this.[200] We've never, ever had someone to just bring it to us and go, this is what you do.[201]

106.   In response, the FBI agents pushed harder to drive the conversation toward criminality.

FBI:   I deal with this everywhere I go before I bring the money guys in. What's the political environment? Can I <u>get this done</u>?

FBI:   I need you fucking guys to do that, because I'm never, ever, ever, ever going to be able to <u>get that done</u>.

FBI:   So <u>how do we do that in Jackson</u>?

FBI:   ▮ and I had a really candid conversation….[202]

107.   The "really candid conversation" was with ▮▮ and included "bribing or paying of city officials to get things done."[203] Trying to push Owens and the Group into a

---

[197] Ex. 29, at 00:17–00:28.
[198] *Id.* at 00:50-01:47.
[199] *Id.*
[200] *Id.*
[201] *Id.*
[202] *Id.* at 02:48-04:36 (emphasis added).
[203] Ex. 4, FBI Reporting Document, dated Aug. 1, 2023, at 2.

similar conversation, the undercover agent insisted that paying Jackson politicians was necessary and, moreover, the agent claimed to have done it before.

> FBI:  …all I've been hearing about is how bad this political environment [is in Jackson].
>
> FBI:  Hey, guess what? I'm okay with that. <u>I pay for that a lot</u>.
>
> FBI:  We're talking <u>real talk</u>, <u>I pay for that</u>, <u>I'm okay with that</u>.
>
> FBI:  …<u>we want to make sure we can get done</u>, and that's this happening, right?
>
> FBI:  But the money thing is not the problem so political environment and <u>the ability to get done what we want done</u> is what scares the shit out of us.[204]

108.    The Group ignored the criminal overture and again tried to bring the conversation back to developing a solid proposal.

> ▮▮▮▮    I want ▮▮▮▮ [the engineer] and ▮▮▮▮ to take the lead on developing your development ideas, your potential proposals.[205]

109.    The FBI agent swung for the fence and demanded that the Group agree "tonight" to do whatever is necessary to "get that fucking thing pushed through…."

> FBI:  <u>I need a yes tonight</u>…given the craziness of this political environment here. Listen, I know because I've researched it, the mayor doesn't get along with council all this craziness, but <u>I need a commitment</u> is and I know you're giving me the signs right now, <u>if we come up with a plan, we get that fucking thing pushed through</u>….[206]

---

[204] Ex. 29, at 11:36–11:40, 12:34–12:43, 14:31–14:38, 17:47–18:01 (emphasis added).
[205] Ex. 30, at 00:39–00:54.
[206] *Id.* at 01:57–02:35 (emphasis added).

110.   This time, Owens responded for the Group and chastised the undercover agent.

> Owens:   I'm going to be honest with you, we've seen your spirit before.
>
> They come in, they flash [money].
>
> …we've seen you before….[207]

111.   Owens made clear that the Group's focus was on creating a good proposal.

> Owens:   So here's the thing. Immediately, it's like this, you do your proposal. If it makes sense, we'll support you, if it don't, then that's it. We like good people. We want you here [in Jackson]…But if it doesn't make sense, we still gonna be cool.[208]

112.   Owens expressly rejected the invitation to agree that bribery was required to do business in Jackson. Yet, the FBI agents, still committed to their mission to "get something" on Owens, pushed even harder.

> FBI:   …we want to put millions of dollars into an investment, and we've got a really fucked up wild card on this side [the politics]. So that's what our worry is.[209]
>
> FBI:   I'm countin' on you guys to bring it home.[210]
>
> FBI:   …it's going to cost us. Just tell us what we need to do.[211]
>
> FBI:   [Say] you gotta write a check, [just tell us] here's what it is.[212]

---

[207] *Id.* at 04:20–06:04.
[208] *Id.* (emphasis added).
[209] Ex. 31, at 10:48–11:03.
[210] *Id.* at 12:07–12:11 (emphasis added).
[211] Ex. 32, at 01:11–01:17 (emphasis added).
[212] *Id.* at 01:29-01:33 (emphasis added).

113.    Relentlessly, the FBI agents again demanded an agreement to commit bribery. Doing business in Jackson is "going to cost us," the agent said, and "to bring it home," he was willing to "write a check" to City officials.[213] All Owens and the Group had to do was agree and name the amount. The Group firmly rejected the invitation.

    So, <u>writing up a check is not what we're having a discussion with you about</u>.[214]

So <u>what we're having a discussion with you about, you get a proposal</u> [together]…."[215]

114.    At the meeting on August 14, the FBI made criminal "overture, after overture, after overture," establishing both Government inducement and lack of predisposition.[216] Rather than looking for crime occurring elsewhere in Jackson, the FBI stepped up its inducement game.

### August 14, 2023 – August 30, 2023

115.    To "get" Owens, the FBI first needed to isolate Owens. Not for a few hours in a meeting, but for a few days in a remote location. The FBI needed Owens in a place where the FBI could control his movements and activities; a place where the FBI could keep Owens awash in alcohol to break down his resistance; a place where the FBI could offer Owens inducement, after inducement, after inducement – "whatever the fuck you want"[217] – to overcome his reluctance; a place like the FBI's "penthouse" in Nashville.

---

[213] Ex. 31, at 12:07–12:11; Ex. 32, at 01:11–01:33.

[214] Ex. 32, at 01:36–02:05 (emphasis added).

[215] *Id.* (emphasis added).

[216] *United States v. Anderson*, 55 F.4th 545, 557 (7th Cir. 2022) ("Evidence that the government made overture after overture after overture before the defendant agreed to commit the crime may suggest both inducement and lack of predisposition.").

[217] Ex. 36, FBI UC Recording, dated Oct. 10, 2023, at 00:02:18–00:02:22.

116.    On August 30, 2023, the FBI undercover agent called ███████ [218] "Listen, [we've] got the baddest-ass condo in Nashville."[219] "Let's go have some fun."[220] "[We'd] like to do it fairly quick."[221] "We'll put [everyone] up in a bad-ass hotel."[222] "We're going to pay for everything."[223]

117.    There were, however, two caveats. First, Owens *must go*. Second, ███████ ███████ *could not go*.

118.    In the meeting on August 14, ███████ and Owens were the most vocal opponents of the FBI's criminal overtures on behalf of the Group. To "get something" on Owens, the FBI had to get rid of ███████

119.    In a call with ███████ the FBI undercover agent said his "partner" would fund the Nashville boondoggle but not with ███████

FBI:    [My partner] is saying yeah I'm good with [paying for the Nashville trip]. I'll do it. But let's have the right people there. [The] concern is, listen, I mean we had a great group there [at the meeting on August 14]. But not everybody's pertinent to, you know, we don't need everybody there….

He'd love to have ███████ ███████ He'd love to have Jody. Obviously, you. Marve seems to be connected. I don't know, you tell me one way or the other. The guy that did a lot of the talking there that night…[224]

███████ ███████[225]

---

[218] Ex. 37, FBI Text Messages with ███████ at 8; Ex. 38, FBI Call Log, at 8.
[219] Ex. 39, FBI UC Recording, dated Aug. 30, 2023, at 1:25–1:45, 10:53–11:00.
[220] *Id.* at 11:10–11:19.
[221] *Id.*
[222] *Id.* at 17:15–17:30.
[223] *Id.*
[224] *Id.* at 2:45–3:28 (emphasis added).
[225] *Id.*

120.    To cut ▮▮▮▮▮ out, the FBI dangled one of its prime inducements – the private jet. "Here's the thing … keep it as small as you can … if we send a private jet … I'm gonna be limited to seats on that."[226]

121.    Later, the FBI tried again to push ▮▮▮▮▮ out. "I feel like Jody needs to be in on [the trip] …. [we] really want[] him there. And after that, it's up to you. I'm not married to anybody after that…. <u>The only thing</u> … <u>what was the gentleman's name that talked most of the time</u>…. "[227] ▮▮▮▮ responded, "▮▮▮ ▮▮▮▮▮[228] The undercover agent responded, "I mean I like [▮▮▮▮▮ and all, but I've got to be careful too with my relationship [with the Lobbyist]. So I'm trying to be careful."[229] ▮▮▮▮ however, was unmoved.[230]

122.    Still trying to exclude ▮▮▮▮▮ the Undercover Agent recited his list of invitees and omitted ▮▮▮▮ again. "Who you feeling else," the agent probed?[231] ▮▮▮▮ did not hesitate, "Mr. ▮▮▮▮▮▮[232] "I'm telling you he has everyone's ear."[233] Of course, the FBI knew this, which is precisely why it wanted ▮▮▮▮ gone.

123.    ▮▮▮▮ held his ground throughout all of these conversations insisting that ▮▮▮▮ go. Shortly thereafter, however (and quite conveniently for the FBI), ▮▮▮▮ withdrew from the trip and effectively the Group. Based on information and belief, the FBI

---

[226] *Id.* at 15:49–16:35.
[227] *Id.* at 8:44–9:37 (emphasis added).
[228] *Id.*
[229] *Id.*
[230] *Id.* at 9:38–10:11.
[231] *Id.* at 15:49–16:15.
[232] *Id.*
[233] *Id.*

40

contacted ▉▉▉▉ directly or indirectly, which precipitated his withdrawal. Regardless, the FBI's efforts to exclude ▉▉▉▉ prove two things. First, the FBI recognized Owens's reluctance at the meeting on August 14 and concluded it was bolstered by ▉▉▉▉ presence. Second, the FBI actively sought to overcome Owens's reluctance by removing ▉▉▉▉

### August 31, 2023 – September 25, 2023

124.    With ▉▉▉▉ out, the FBI had a clear shot at Owens. First, however, the FBI had to induce Owens to agree to go.

125.    On September 6, the FBI undercover agent texted ▉▉▉▉ "Any progress [on scheduling?]. Call me with an update [on dates for the trip] when you have a chance."[234]

126.    On September 7, ▉▉▉▉ responded to the text saying he would return the agent's call shortly[235] but he never did.[236]

127.    On September 8, the FBI agent called ▉▉▉▉ four times. ▉▉▉▉ finally answered the fourth call, but told the undercover agent that Owens had not committed to the trip.[237]

128.    On September 9, the FBI agent texted ▉▉▉▉ and proposed dates for the Nashville trip.[238] ▉▉▉▉ responded but without a commitment from Owens.[239]

---

[234] Ex. 37, at 8.
[235] Id.
[236] Ex. 38, at 8.
[237] Id. at 7-8; Ex. 40, FBI UC Recording, dated Sept. 8, 2023.
[238] Ex. 37, at 9.
[239] Id. at 10.

129.    On September 11, ███████ texted the FBI agent, but still no commitment from Owens.[240] Anxious to get Owens on board, the FBI agent responded within in one minute saying, "Thanks let me know."[241]

130.    On September 13, the FBI agent texted ███████ "Checking in. Any update [on Owens's availability]?"[242] ███████ responded, "Just hung up with Jody." However, Owens did not agree to the FBI's dates.[243] Adamant that Owens attend, the FBI agent texted ███████ "Let's pick something after the 28th that works for the group and Jody. Check his schedule and let me know."[244] Another week passed with no response.

131.    On September 21, the FBI agent texted ███████ "Let me know some dates that Jody can travel."[245] Later that day, the FBI proposed October 9-11.[246] ███████ said he would check but never responded.[247]

132.    On September 25, 2023, the FBI agent texted ███████ again. "Do you have confirmation of those dates yet?"[248] ███████ reported to the Undercover Agent that Owens finally had agreed to go.[249]

---

[240] Id.
[241] Id.
[242] Id. at 11.
[243] Id.
[244] Id. at 11 (emphasis added).
[245] Id. at 12 (emphasis added).
[246] Id. at 13.
[247] Id. at 14.
[248] Id.
[249] Id.

**September 26, 2023 – October 8, 2023**

133.    With the Nashville trip scheduled, and ▆▆▆▆ out of the way, the FBI began a campaign to keep enthusiasm high so Owens would not back out. To do so, the FBI, once again, turned to one of its best inducements – the private jet.

134.    On September 26, *one day* after Owens's agreed to go on the trip, the FBI Agent texted ▆▆▆▆ "I'm working on a private jet [for the trip]…."[250] (The "private jet" became private jets, plural, during the Nashville trip – the FBI used two private jets to get Owens to and from Nashville and, while in Nashville, the FBI promised Owens future private jet trips including to Miami.)

135.    On October 2, the FBI Agent texted ▆▆▆▆ "We are a go for next Monday." "At this point we are sending a jet. I am going to try to fly with you guys to Nashville."[251]

 

[252]

[250] *Id.* at 15 (emphasis added).
[251] *Id.* at 16 (emphasis added).
[252] Left: Image from FBI Text Message Attachment, DOJ-0001228792, dated Dec. 14, 2023; Right: Image from FBI Surveillance, DOJ-0000007075, dated Dec. 13, 2023.

136.    On October 4, the FBI Agent texted ███████ Attached to the text was a copy of the reservation for the <u>private jet</u>.[253]

137.    On October 6, the FBI Agent texted ███████ and also spoke with him by phone to ensure everything remained on track.[254]

138.    On October 8, the FBI Agent, apparently out of good reasons to text, but wanting to communicate regardless, sent ███████ the shocking news that Nashville was chilly in October. "You guys may want to bring a jacket. In the 40's tomorrow night."[255]

### Nashville

139.    On October 9, 2023, the private jet landed at the Jackson International Airport and taxied to the private terminal to meet ███ ███████ Jody Owens, Marve Smith, and ███████ ███████ In and of itself, the trip was magical for the four young men from Mississippi. In other words, the private jet standing alone was a highly effective inducement.

140.    Once in Nashville, the inducement parade continued. The FBI checked Owens and his friends into a luxury hotel but then quickly whisked them away to be wined, dined, and to party in the FBI's luxury "penthouse," at the hotel's rooftop bar, during dinner at a fancy steakhouse, and at a music industry celebrity's mansion. While in Nashville, the FBI agents told Owens that when they take him to Miami he would spend his days on a fishing boat, his evenings on a yacht, and his nights at a famous club. "I'm pushing for

---

[253] Ex. 37, at 19; Ex. 41, FBI Text Message Attachment 1; Ex. 42, FBI Text Message Attachment 2.

[254] Ex. 37, at 20; Ex. 38, at 5.

[255] Ex. 37, at 20.

Miami [over Dallas]" one of the agents told Owens.[256] "I mean, yacht, boat, fishing…you've been to Tootsie's [a high-end strip club]?"[257] "…we'll go fishing, we'll go on the yacht, there's more to do."[258] "Listen [one of the agents told Owens], whatever the fuck you want, you can do whatever the fuck you want [in Miami]."[259] "So you tell me where you want to go."[260]

**The FBI Used Alcohol to Target Owens, a Diagnosed Alcoholic**

141.    Throughout the undercover investigation, including the Nashville trip, the FBI strategically targeted Owens, who is a diagnosed alcoholic, with alcohol.

142.    The FBI had alcohol waiting for Owens when he boarded the private jet in Jackson. Upon landing in Nashville, the FBI agents set the stage for two days of heavy alcohol consumption.

> FBI:   Probably bang that ass, bounce that ass.[261]
>
> FBI:   You do three of those, you are shit faced, dude.[262]
>
> FBI:   I woke up the next morning with all my clothes on. I think my boots were on too. Like, damn, somethin' just rolled me.[263]

143.    When the Group arrived at the "penthouse" overlooking the Tennessee Titans football stadium, the real drinking started.

---

[256] Ex. 43, FBI UC Recording, dated Oct. 10, 2023, at 03:30:56–03:31:00.
[257] *Id.* at 03:31:15–03:31:44.
[258] *Id.*
[259] Ex. 36, FBI UC Recording, dated Oct. 10, 2023, at 00:02:18–00:02:22.
[260] Ex. 44, FBI UC Recording, dated Oct. 9, 2023, at 02:45:00–02:45:07.
[261] Ex. 33, FBI UC Recording, dated Oct. 9, 2023, at 03:24:46–03:25:09.
[262] *Id.*
[263] *Id.*

FBI:    Welcome to our place…. Take a look around.[264] I ain't fuckin' around.[265]

FBI:    If you can't get pussy at this place here, you can't get pussy anywhere.[266]

FBI:    …look at our whiskey, beer, wine, and you guys tell me what you want, anything.[267]

FBI:    You want whiskey? You want bourbon? You want wine?[268]

FBI:    I will be upset if, after the first round that we get for you, if you don't go back on your own, that's on y'all.[269]

FBI:    I want you guys to go look over his alcohol down there.[270]

FBI:    I don't know if you ever drink wine, but he's got some badass wine.[271]

FBI:    But also our liquor is, you know, there's some decent shit down there.[272]

---

[264] Ex. 45, FBI UC Recording, dated Oct. 9, 2023, at 00:11:45–00:12:52.
[265] *Id.*
[266] *Id.* at 00:12:57–00:13:01.
[267] *Id.* at 00:16:44–00:17:04.
[268] *Id.*
[269] *Id.*
[270] Ex. 45, at 00:17:59–00:18:03.
[271] *Id.* at 00:18:06–00:18:11.
[272] *Id.* at 00:18:07–00:18:30.



273

---

[273] Photo of FBI Undercover Agent in Nashville from FBI's extraction of Owens's phone.



274

FBI:    …we're fucking taking care of everybody.[275]

FBI:    Come down here and let's get you guys drinks.[276]

FBI:    So…okay, well, then we can go to straight liquor.[277]

FBI:    …I want you to try something. I got another bottle.[278]



279

---

[274] Image from FBI Video, 00_25_5D_0000000006_00082 (1D69), dated Oct. 9-10, 2023, at 02:21.

[275] Ex. 45, at 00:18:07–00:18:30.

[276] *Id.* at 00:19:28–00:19:30.

[277] *Id.* at 00:19:59–00:20:16.

[278] *Id.* at 00:20:17–00:20:25.

[279] Image from FBI Video, 00_25_5D_0000000006_00039 (1D69), dated Oct. 9-10, 2023, at 01:35.



[280]

FBI:    …you can have any of that, but we've got good shit everywhere. So whatever you want, dude.[281]

FBI:    Okay, all right, you want a glass? You gonna drink it over ice? Or what do you want? Okay. You okay with a glass like this? Okay. Is that too much ice?[282]

FBI:    What do you need, Jody? You need, you got to get in our liquor here. Whatever you need.[283]

---

[280] Left: Image from FBI Video, 00_25_5D_0000000006_00039 (1D69), dated Oct. 9-10, 2023, at 01:27; Right: Image from FBI Video, 00_25_5D_0000000006_00014 (1D69), dated Oct. 9-10, 2023, at 01:50.

[281] Ex. 45, at 00:21:52–00:22:00.

[282] *Id.* at 00:22:01–00:22:27.

[283] *Id.* at 00:24:02–00:24:08.

FBI:    Cheers.[284]





[284] *Id.* at 00:23:45–00:23:49.

[285] Image of Undercover Agent and Owens from FBI Video, 00_25_5D_0000000006_00072 (1D68), dated Oct. 9-10, 2023, at 01:15.

[286] Image from FBI Video, 00_25_5D_0000000006_00057 (1D68), dated Oct. 9-10, 2023, at 02:59.

FBI:   Well, we're not dicks, but you never know if you get wasted, you may offend somebody.[287]

FBI:   …we're going to get nuts. So, no, you don't have to get up in the morning.[288]

FBI:   Now let's go party.[289]



[290]

---

[287] Ex. 45, at 00:50:16–00:50:21.

[288] *Id.* at 03:02:13–03:02:20.

[289] Ex. 46, FBI UC Recording, dated Oct. 9, 2023, at 03:39:30–03:40:10.

[290] Image of Undercover Agent and Owens from FBI Video, 00_25_5D_0000000006_00081 (1D68), dated Oct. 9-10, 2023, at 00:31.



[291]

FBI:    Try it. You like it, I've got another bottle. Try it.[292]

FBI:    Ah, you got that Macallan [bourbon].[293]



FBI:    So try this. You know, you and I talked. Just take a sip.[294] The Weller [bourbon].[295] This drink was $60 for one.[296]

---

[291] Image from FBI Video, 00_25_5D_0000000006_00060 (1D68), dated Oct. 9-10, 2023, at 02:46.

[292] Ex. 44, at 00:13:49–00:13:51.

[293] Ex. 47, FBI UC Recording, dated Oct. 10, 2023, at 01:12:21–01:12:24.

[294] Ex. 43, at 01:48:10–01:48:18.

[295] *Id.*

[296] *Id.* at 01:48:45–01:48:51.

FBI:    Do three of those. You're doing one. Oh you want ten…Weller. All right, get him ten.[297]

FBI:    Now you get whatever bottle you want. I want you to try this stuff.[298]



[299]

FBI:    Buddy, I got a lot of problems, but drinking ain't one of them.[300]

FBI:    We have a lot of problems. We're very good, very good at drinking. Now I'm going to leave you with that.[301]

---

[297] *Id.* at 01:28:53–00:29:01.

[298] Ex. 43, at 02:16:04–02:16:08.

[299] Image from FBI Video, 00_25_5D_0000000006_00061 (1D68), dated Oct. 9-10, 2023, at 00:32.

[300] Ex. 36, at 00:03:53–00:03:56.

[301] *Id.* at 00:06:10–00:06:17.



**Nashville II**



---

[302] Image from FBI Video, 00_25_5D_0000000006_00064 (1D68), dated Oct. 9-10, 2023, at 03:02.

[303] Image of FBI agent and Owens from FBI Video, 00_25_5D_0000000008_00010 (1D117), dated Mar. 20, 2024, at 00:04.



304

---

[304] Image of Undercover Agent and Owens from FBI Video, 00_25_5D_0000000008_00007 (1D117), dated Mar. 20, 2024, at 01:05.



305

---

[305] Image of Undercover Agent and Owens from FBI Video, 00_25_5D_0000000008_00032 (1D117), dated Mar. 20, 2024, at 00:37.



306

---

[306] Image from FBI Video, 00_25_5D_0000000008_00007 (1D117), dated Mar. 20, 2024, at 00:54.

307

---

307 Image from FBI Video, 00_25_5D_0000000008_00019 (1D117), dated Mar. 20, 2024, at 00:32.



[308]

144.     While in Nashville in October 2023, the FBI induced Owens with future trips that were so amazing, apparently, that even the FBI agents disagreed which was best.

> FBI:   So [Jody] you tell me where you want to go.[309]

> FBI:   You let me know. I'll do anything.[310]

---

[308] Image from FBI Video, 00_25_5D_0000000008_00007 (1D117), dated Mar. 20, 2024, at 01:17.

[309] Ex. 44, at 02:45:02–02:45:07.

[310] *Id.* at 02:46:01–02:46:04.

FBI:   But, but, but hold on. I'll give you one better. Club Eleven.[311]

FBI:   Bro, it is a strip club. By all means, it's a strip club.[312]

FBI:   You want to get fucked, you're gonna go to Buck's. [313]

FBI:   You want to go there, it's classy…Buck's is in Dallas.[314]

FBI:   So if we need to go celebrate your victory [in the upcoming election] …. I'm pushing for the Miami. I'm pushing for Miami."[315]

FBI:   I mean, yacht, boat, fishing…I mean, you've been to Tootsies [a strip club in Miami]? Multiply that by ten, and there's club Eleven.[316]

FBI:   At least down in Miami you're going on a boat, we'll go fishing, we'll go on the yacht, there's more to do.[317]

FBI:   Now, you want to go to fuckin' Dallas, we'll go to Dallas.[318]

FBI:   We ain't going to fucking Dallas. We going to club Eleven [in Miami].[319]

FBI:   Listen, whatever the fuck you want, you can do whatever the fuck you want [at club Eleven in Miami].[320]

---

[311] *Id.* at 03:05:28–03:05:35.
[312] *Id.* at 03:06:36–03:06:41.
[313] *Id.* at 03:11:17–03:11:23.
[314] *Id.*
[315] Ex. 43, at 03:30:45–03:30:59.
[316] *Id.* at 03:31:14–03:31:27.
[317] *Id.* at 03:31:35–03:31:43.
[318] *Id.* at 03:31:44–03:31:47.
[319] Ex. 36, at 00:02:13–00:02:17.
[320] *Id.* at 00:02:18–00:02:22.

> FBI:  Motherfucker you're gonna eat steak and lobster [at club Eleven],[321]

> FBI:  or are you just trying to get black pussy?[322]

> FBI:  What's the difference?[323]

145.    To investigate black public officials in Jackson, Mississippi, the FBI sent agents with disturbing attitudes toward black people, generally (comparing black women to pieces of meat – "steak," "black pussy," "What's the difference?"[324]) and black politicians, specifically ("It's all black run down there."[325]). Armed with such dehumanizing attitudes, the FBI agents predictably were willing to do whatever was necessary to "get something" on Owens. Moreover, these attitudes were not part of the act. When in Jackson, the FBI agents typically would drink with Owens at the Cigar Shop until late in the evening.[326] Thereafter, the FBI agents would hit the nightclubs in downtown Jackson looking for entertainment. During one of these late-night outings, one of the FBI agents involved in the foregoing conversation recorded the following images on his FBI-issued phone.

---

[321] *Id.* at 00:02:40–00:02:45.

[322] *Id.*

[323] *Id.*

[324] *Id.*

[325] Ex. 33, at 03:37:20–03:37:28.

[326] Ex. 33, at 03:24:46–03:25:09 (FBI agent, referring to August 14th trip to Cigar Bar: "I woke up the next morning with all my clothes on. I think my boots were on too. Like, damn, somethin' just rolled me."); Ex. 37, FBI Text Messages with ▌▌▌▌ at 4-5. *See generally* Exs. 29-32, 34-35, FBI UC Recordings, dated Aug. 14, 2023.

 

327

## THE "SPEAKING INDICTMENT"

146.    To avoid scrutiny of its outrageous misconduct, the Government sought to force Owens to plead. To accomplish this, the Government packed the indictment with highly inflammatory photographs and quotes – a so-called "speaking indictment" – to circumvent the Court as evidentiary gatekeeper and ensure the unfairly prejudicial materials reached the press, public, and potential jurors. In other words, the Government beat the Court to the punch. Unfortunately, to great effect.

---

327 Images from Video on FBI agent Phone, A9994E37-730D-45F4-BC76-B05520FD9588.mov (DOJ 0001228792), at 00:02, 00:14.

147.    The following comments were posted by members of the public in direct response to the Government's "speaking indictment." These comments illustrate the various forms of unfair prejudice that predictably result when the Government chooses to publish surplusage *via* a "speaking indictment."[328]

148.    First, the public interpreted surplusage in the indictment as undisputed, admissible evidence that proves Owens is guilty of crimes charged in the indictment.

> Just finished reading [the indictment]…. With <u>pictures</u> and <u>recordings</u>. You can't argue with those.[329]

> The indictment includes <u>photos</u>…. THEY ARE TOAST.[330]

> And [he] can't deny it, [it's his] <u>own words</u>. And the <u>pics</u>. Can't deny [those] either.[331]

> Does the State Attorney General [have the] power to remove Owens, given this <u>evidence</u>…?[332]

> They're all going down one way or another.[333]

> Jody DA Gangsta gets 16-20.[334]

> Lock 'em up![335]

---

[328] Kingfish, *Owens, Banks, & Lumumba Indicted*, Jackson Jambalaya (Nov. 7, 2024, at 9:41 AM), https://kingfish1935.blogspot.com/2024/11/owens-banks-lumumba-indicted.html.

[329] Comment, Anonymous (Nov. 7, 2024, at 11:25 AM) (emphasis added), *on* Kingfish, *Owens, Banks, & Lumumba Indicted*, Jackson Jambalaya (Nov. 7, 2024, at 9:41 AM), https://kingfish1935.blogspot.com/2024/11/owens-banks-lumumba-indicted.html.

[330] Comment, Jane (Nov. 7, 2024, at 10:22 AM) (emphasis added), *supra* note 329.

[331] Comment, Anonymous (Nov. 7, 2024, at 10:58 AM) (emphasis added), *supra* note 329.

[332] Comment, Anonymous (Nov. 7, 2024, at 3:48 PM) (emphasis added), *supra* note 329.

[333] Comment, Anonymous (Nov. 14, 2024, at 12:58 PM), *on* Kingfish, *The Jambalaya Podcast: Indictments!*, Jackson Jambalaya (Nov. 14, 2024, at 10:00 AM), https://kingfish1935.blogspot.com/2024/11/the-jambalaya-podcast-indictments.html.

[334] Comment, Anonymous (Nov. 7, 2024, at 8:59 AM), *supra* note 329.

[335] Comment, Anonymous (Nov. 7, 2024, at 10:28 AM), *supra* note 329.

149.    Second, the public interpreted surplusage in the indictment as undisputed, admissible evidence that proves Owens is guilty of crimes *not* charged in the indictment.

> DA Owens has been taking bribes from drug dealers?[336]

> …taking drug money, presumably from gangs.[337]

> Owens has free access to $1 mil in a safe at city hall….[338]

150.    Third, the public inferred from surplusage in the indictment that the Government has undisputed, admissible evidence in its possession that, while not referenced in the indictment, nevertheless proves Owens is guilty of crimes charged and uncharged.

> Imagine what [other evidence] the Federales have on video and audio that wasn't in the indictment….[339]

> …it's crystal clear that this wasn't the first time they've been on the take.[340]

> He's been running a criminal organization out of the DA's office.[341]

> The entire DA's office should be terminated… there is no way all that stuff was going on right under their noses and they didn't know. Indict them all for conspiracy.[342]

---

[336] Comment, Anonymous (Nov. 7, 2024, at 11:24 AM), *supra* note 329.
[337] Comment, Anonymous (Nov. 7, 2024, at 8:44 AM), *supra* note 329.
[338] Comment, Anonymous (Nov. 7, 2024, at 12:25 PM), *supra* note 329.
[339] Comment, Anonymous (Nov. 14, 2024, at 5:10 PM), *supra* note 333.
[340] Comment, Anonymous (Nov. 14, 2024, at 1:03 PM), *supra* note 333.
[341] Comment, Jane (Nov. 7, 2024, at 12:19 PM), *supra* note 329.
[342] Comment, Anonymous (Nov. 7, 2024, at 11:55 PM) (emphasis added), *supra* note 329.

151.    Fourth, the public interpreted surplusage in the indictment as undisputed, admissible evidence that proves Owens is a bad person and, therefore, is guilty of crimes charged and uncharged.

> I just read that whole indictment. Owens is a huge POS![343]
>
> It's disappointing to see what a crook Jody Owens really is.[344]
>
> Get this filth out of here.[345]
>
> I hope on behalf of all of us, that these motherfuckers get scorched in court and go where they deserve to go.[346]

152.    The Government intentionally used a "speaking indictment" to foment public anger and acrimony toward Owens resulting in widespread conclusions of guilt with no regard for due process.

153.    Contemporaneously filed with this Motion is Owens's Memorandum in Support, which is incorporated by reference as if fully copied herein.

---

[343] Comment, Anonymous (Nov. 7, 2024, at 10:29 AM), *supra* note 329.
[344] Comment, Anonymous (Nov. 7, 2024, at 1:10 PM), *supra* note 329.
[345] Comment, Anonymous (Nov. 7, 2024, at 11:25 AM), *supra* note 329.
[346] Comment, Anonymous (Nov. 7, 2024, at 11:23 AM), *supra* note 329.

## CONCLUSION

The DOJ's mission is to "uphold the rule of law, to keep our country safe, and to protect civil rights."[347] According to its website, the DOJ is committed "to earn[ing] the public's trust by following the facts…wherever they may lead…."[348] Similarly, the FBI's mission is to "protect the American people and uphold the Constitution of the United States."[349] In doing so, the FBI vows to hold its agents "to the highest standard of accountability" and to do "what is right, no matter the circumstances."[350]

Far from "following the facts…wherever they may lead," or "doing what is right, no matter the circumstances," the Government made material misrepresentations in the indictment; concealed evidence; lied to the Grand Jury; induced Owens *after* he expressly rejected criminal overtures and exhibited reluctance; strategically targeted Owens, who is a diagnosed alcoholic, with alcohol to break down his resistance and overcome his reluctance; and, in an attempt to avoid scrutiny of its misconduct, circumvented the Court as evidentiary gatekeeper by using a "speaking indictment" to publish highly inflammatory, unfairly prejudicial photographs and statements to the press, public, and potential jurors.

The Government's outrageous conduct toward Owens falls spectacularly short of the aspirational standards professed by the DOJ and FBI and constitutes entrapment as a matter of law.

---

[347] *About DOJ*, U.S. Dep't of Just., https://www.justice.gov/about.
[348] *Id.*
[349] *About*, FBI, https://www.fbi.gov/about/mission.
[350] *Id.*

## **REQUESTED RELIEF**

Owens prays for the following relief:

1.      The indictment against Owens should be dismissed with prejudice; or, in the alternative,

2.      the Court should conduct an evidentiary hearing concerning the matters described herein, and

3.      all other relief the Court deems appropriate.

Respectfully submitted,

JODY E. OWENS, II

By one of his attorneys,

CARROLL BUFKIN, PLLC

/s/ Gary Bufkin

_____

By: Gary Bufkin, MSB# 10810
CARROLL BUFKIN, PLLC
1076 Highland Colony Parkway, Ste 125
Ridgeland, MS 39157
(601) 982-5011
tgb@carrollbufkin.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which provides notice and a copy to all counsel of record.

Dated: January 12, 2026

/s/ Gary Bufkin

_____

Gary Bufkin, MSB# 10810