IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                        CRIMINAL NO.: 3:24-cr-103-DPJ-LGI

JODY E. OWENS II,
CHOKWE ANTAR LUMUMBA, and
AARON B. BANKS

**NOTICE OF INTENT TO INTRODUCE
SELF-AUTHENTICATING BUSINESS RECORDS**

The United States, through its undersigned attorneys, hereby gives notice, pursuant to

Rules 803(6) and 902(11) of the Federal Rules of Evidence, of its intent to offer certain self-

authenticating records into evidence at trial without live testimony of a records custodian.  Pursuant

to these rules, live testimony of a records custodian is not necessary to authenticate these records.

Declarations of authentication, which have already been produced in discovery, are attached as

Exhibits 1 through 14 of this notice and incorporated herein, for the following records:

| Ex. | Source | Records | Bates # |
|---|---|---|---|
| 1 | American Express Account Records | xxx2008: Jan. 1, 2019 – Jan. 31, 2024<br>xxx1006: Jan. 1, 2019 – Jan. 31, 2024<br>xxx1004: Jan. 1, 2019 – Jan. 31, 2024<br>xxx0364: Jan. 1, 2019 – Jan. 31, 2024 | DOJ-0001244813 to DOJ-0001246643<br>Declaration of Authentication: DOJ-0001244813 |
| 2 | BankPlus Account Records | xxx3336: Jan. 1, 2018 – Oct. 31, 2023<br>xxx1114: Jan. 1, 2018 – Oct. 31, 2023<br>xxx2045: Jan. 1, 2018 – Oct. 31, 2023<br>xxx9704: Jan. 1, 2018 – Oct. 31, 2023<br><br>xxx3336: Nov. 1, 2023 – Jan. 31, 2024<br>xxx1114: Nov. 1, 2023 – Jan. 31, 2024<br>xxx2045: Nov. 1, 2023 – Jan. 31, 2024<br>xxx9704: Nov. 1, 2023 – Jan. 31, 2024<br>xxx1852: Nov. 1, 2023 – Jan. 31, 2024<br>xxx6692: Nov. 1, 2023 – Jan. 31, 2024<br>xxx6684: Nov. 1, 2023 – Jan. 31, 2024 | DOJ-0000660806 to DOJ-0000662523<br>Declaration of Authentication: DOJ-0001244154, pg. 2<br><br>DOJ-0000032846 to DOJ-0000033119<br>Declaration of Authentication: DOJ-0000033118<br>(physical copy at FBI serial #176) |

| | | | |
|---|---|---|---|
| | | xxx3336: Feb. 1, 2024 – Mar. 31, 2024<br>xxx1114: Feb. 1, 2024 – Mar. 31, 2024<br>xxx2045: Feb. 1, 2024 – Mar. 31, 2024<br>xxx9704: Feb. 1, 2024 – Mar. 31, 2024<br>xxx1852: Feb. 1, 2024 – Mar. 31, 2024<br>xxx6692: Feb. 1, 2024 – Mar. 31, 2024<br>xxx6684: Feb. 1, 2024 – Mar. 31, 2024<br>xxx3184: Feb. 1, 2024 – Mar. 31, 2024<br>xxx3800: Feb. 1, 2024 – Mar. 31, 2024 | DOJ-0000035848 to<br>DOJ-0000036095<br>Declaration of<br>Authentication:<br>DOJ-0000036090 |
| | | xxx9704: Apr. 1, 2024 – Jun. 30, 2024<br>xxx3336: Apr. 1, 2024 – Jun. 30, 2024<br>xxx1114: Apr. 1, 2024 – Jun. 30, 2024<br>xxx2045: Apr. 1, 2024 – Jun. 30, 2024<br>xxx3800: Apr. 1, 2024 – Jun. 30, 2024<br>xxx3184: Apr. 1, 2024 – Jun. 30, 2024<br>xxx1852: Apr. 1, 2024 – Jun. 30, 2024<br>xxx6684: Apr. 1, 2024 – Jun. 30, 2024<br>xxx6692: Apr. 1, 2024 – Jun. 30, 2024 | DOJ-0000038739 to<br>DOJ-0000039019<br>Declaration of<br>Authentication:<br>DOJ-0000039017, pg. 2 |
| | | xxx3547: Mar. 1, 2022 – Jun. 30, 2024<br>xxx2053: Mar. 1, 2022 – Jun. 30, 2024 | DOJ-0000039020 to<br>DOJ-0000039109<br>Declaration of<br>Authentication:<br>DOJ-0000039108, pg. 2 |
| | | xxx8568: Jan. 1, 2019 – Mar. 31, 2024 | DOJ-0000035081 to<br>DOJ-0000035846<br>Declaration of<br>Authentication:<br>DOJ-0001244162 |
| | | xxx3800: Mar. 1, 2024 – Mar. 31, 2024 | DOJ-0000041584 to<br>DOJ-0000041588<br>Declaration of<br>Authentication:<br>DOJ-0000041584, pg. 2 |
| | | xxx7528: Dec. 16, 2021 – Aug. 31, 2024 | DOJ-0000040954 to<br>DOJ-0000040967<br>Declaration of<br>Authentication:<br>DOJ-0000040954, pg. 2 |
| 3 | BankPlus<br>Audio, Video,<br>or Still Images | Jan. 16, 2024 – Mar. 1, 2024<br>Mar. 25, 2024 – Apr. 1, 2024 | DOJ-0001232242 to<br>DOJ-0001232258 |

| | | | Declarations of Authentication: DOJ-0001232245 DOJ-0001232255 |
|---|---|---|---|
| 4 | Bank of Missouri Account Records | xxx6722: Jan. 1, 2019 – Apr. 30, 2024<br>xxx4472: Jan. 1, 2019 – Apr. 30, 2024<br>xxx3010: Jan. 1, 2019 – Apr. 30, 2024<br>xxx2490: Jan. 1, 2019 – Apr. 30, 2024<br>xxx3385: Jan. 1, 2019 – Apr. 30, 2024 | DOJ-0000001918 to DOJ-0000002576 Declaration of Authentication: DOJ-0000002248, pg. 3 |
| 5 | Charles Schwab Account Records | xxx2327: Feb. 1, 2024 – Jun. 30, 2024 | DOJ-0000033121 to DOJ-0000033387 Declaration of Authentication: DOJ-0000033157; DOJ-0001261864 to DOJ-0001261882 Declaration of Authentication: DOJ-0001261883 |
| 6 | Community Bank Account Records | xxx3987: Jan. 1, 2019 – Mar. 1, 2024<br><br>xxx3987: Apr. 1, 2024 – Jun. 30, 2024 | DOJ-0000033879 to DOJ-0000034155 Declaration of Authentication: DOJ-0000034154<br><br>DOJ-0000037210 to DOJ-0000037257 Declaration of Authentication: DOJ-0000037210 |
| 7 | Community Bank Loan Account Records | xxx4193: Jan. 1, 2019 – Mar. 1, 2024 | DOJ-0000034125 to DOJ-0000034153 Declaration of Authentication: DOJ-0000034154 |
| 8 | JP Morgan Chase Bank Account Records | xxx0669: Jan. 1, 2018 – Jan. 31, 2024 | DOJ-0000032347 to DOJ-0000032650 Declaration of Authentication: DOJ-0000032350, pg. 2 |

|  |  | xxx0669: Feb. 1, 2024 – Jun. 30, 2024 | DOJ-0000037172 to DOJ-0000037208 Declaration of Authentication: DOJ-0000037173, pg. 2 |
|  |  | xxx8235: Aug. 1, 2023 – Feb. 6, 2025 | DOJ-0001232647 to DOJ-0001232971 Declaration of Authentication: DOJ-0001232648 |
| 9 | Regions Bank Account Records | xxx1405: Mar. 1, 2023 – Oct. 31, 2023 | DOJ-0000034157 to DOJ-0000034241 Declaration of Authentication: DOJ-0000034240 |
|  |  | xxx1405: Feb. 16, 2023 – Feb. 29, 2024 | DOJ-0000037270 to DOJ-0000037366 Declaration of Authentication: DOJ-0000037274 |
|  |  | xxx1095: Jan. 1, 2019 – Mar. 31, 2024 xxx9634: Jan. 1, 2019 – Mar. 31, 2024 xxx1628: Jan. 1, 2019 – Mar. 31, 2024 | DOJ-0000034243 to DOJ-0000035079 Declaration of Authentication: DOJ-0001268046 |
| 10 | Renasant Bank Account Records | xxx5287: Jan. 1, 2018 – Jan. 31, 2024 xxx5295: Jan. 1, 2018 – Jan. 31, 2024 xxx5279: Jan. 1, 2018 – Jan. 31, 2024 xxx2015: Jan. 1, 2018 – Jan. 31, 2024 xxx6865: Jan. 1, 2018 – Jan. 31, 2024 xxx6899: Jan. 1, 2018 – Jan. 31, 2024 | DOJ-0000033562 to DOJ-0000033689, DOJ-0000662525 to DOJ-0000665814 Declaration of Authentication: DOJ-0001244157, pg. 2 |
|  |  | xxx6881: Jan. 1, 2018 – May 31, 2023 | DOJ-0000662895 to DOJ-0000662967 Declaration of Authentication: DOJ-0001244157, pg. 2 |
|  |  | xxx5287: Feb. 1, 2024 – Jun. 30, 2024 xxx5295: Feb. 1, 2024 – Jun. 30, 2024 xxx5279: Feb. 1, 2024 – Jun. 30, 2024 | DOJ-0000665992 to DOJ-0000667784 |

| | | | |
|---|---|---|---|
| | | xxx2015: Feb. 1, 2024 – Jun. 30, 2024<br>xxx6865: Feb. 1, 2024 – Jun. 30, 2024<br>xxx6899: Feb. 1, 2024 – Jun. 30, 2024 | Declaration of Authentication: DOJ-0001244164, pg. 2 |
| 11 | Renasant Bank Loan Records | xxx4065-1: Jan. 1, 2018 – Jan. 31, 2024<br>xxx4065-3: Jan. 1, 2018 – Jan. 31, 2024<br>xxx4065-4: Jan. 1, 2018 – Jan. 31, 2024<br>xxx5644-1: Jan. 1, 2018 – Jan. 31, 2024 | DOJ-0000033562 to DOJ-0000033575, DOJ-0000662525 to DOJ-0000665814 Declaration of Authentication: DOJ-0001244157, pg. 2 |
| | | xxx4065-3: Feb. 1, 2024 – Jun. 30, 2024<br>xxx4065-4: Feb. 1, 2024 – Jun. 30, 2024<br>xxx5644-1: Feb. 1, 2024 – Jun. 30, 2024 | DOJ-0000665992 to DOJ-0000667784 Declaration of Authentication: DOJ-0001244164, pg. 2 |
| 12 | Trustmark Bank Account Records | xxx6921: Apr. 1, 2022 – Jun. 30, 2024 | DOJ-0000038252 to DOJ-0000038729 Declaration of Authentication: DOJ-0000038459, pg. 2 |
| | | xxx2083: Dec. 1, 2023 – Apr. 30, 2024 | DOJ-0000040326 to DOJ-0000040872 Declaration of Authentication: DOJ-0000040327 |
| 13 | Wells Fargo Bank Account Records | xxx1090: Jan. 1, 2019 – Mar. 31, 2024<br>xxx8525: Jan. 1, 2019 – Mar. 31, 2024<br>xxx5042: Jan. 1, 2019 – Mar. 31, 2024<br>xxx7668: Jan. 1, 2019 – Mar. 31, 2024<br>xxx3331: Jan. 1, 2019 – Mar. 31, 2024<br>xxx6848: Jan. 1, 2019 – Mar. 31, 2024<br>xxx7668: Jan. 1, 2019 – Mar. 31, 2024 | DOJ-0001265672 to DOJ-0001267633 Declaration of Authentication: DOJ-0001265955 |
| | | xxx8525: Mar. 1, 2024 – Jun. 30, 2024<br>xxx1090: Mar. 1, 2024 – Jun. 30, 2024 | DOJ-0001267634 to DOJ-0001267731 Declaration of Authentication: DOJ-0001267679 |

| | | | |
|---|---|---|---|
| | | xxx3385: Jan. 1, 2019 – Mar. 31, 2024<br>xxx4896: Jan. 1, 2019 – Mar. 31, 2024<br>xxx6068: Jan. 1, 2019 – Mar. 31, 2024<br>xxx1827: Jan. 1, 2019 – Mar. 31, 2024<br>xxx1843: Jan. 1, 2019 – Mar. 31, 2024<br>xxx1827: Jan. 1, 2019 – Mar. 31, 2024 | DOJ-0001233488 to<br>DOJ-0001233699<br>Declaration of<br>Authentication:<br>DOJ-0001233545 |
| 14 | Wells Fargo<br>Bank<br>Loan Records | xxx6797: Jan. 1, 2019 – Mar. 31, 2024<br>xxx0876: Jan. 1, 2019 – Mar. 31, 2024 | DOJ-0000033691 to<br>DOJ-0000033877<br>Declaration of<br>Authentication:<br>DOJ-0000033691, pg. 2 |

Rule 902(11) of the Federal Rules of Evidence provides that business records "are self-authenticating" and "require no extrinsic evidence of authenticity in order to be admitted" if the record to be submitted is an "original or a copy of a domestic record that meets the requirements of Rule 803(6)(A)-(C), as shown by a certification of the custodian or another qualified person that complies with a federal statute or a rule prescribed by the Supreme Court." The rule further provides that "[b]efore the trial or hearing, the proponent must give an adverse party reasonable written notice of the intent to offer the record – and must make the record and certification available for inspection – so that the party has a fair opportunity to challenge them." *Id.*

The certifications and corresponding bank statements have all been provided to counsel for defendants. With a trial date of July 13, 2026, this notice gives the defendant ample opportunity as provided by Rule 902(11). *See United States v. Daniels*, 723 F.3d 562, 581 (5th Cir. 2013) (five days' notice is sufficient under Rule 902(11)). Under the above-cited rules, live testimony of a records custodian is therefore not necessary to authenticate these records. Proceeding with self-authentication at trial furthers the interests of judicial efficiency, as it avoids unnecessarily prolonging the trial with additional witnesses.

For the foregoing reasons, the United States submits that the bank records described in this notice are admissible pursuant to Rule 803(6), and they can properly be admitted into evidence as self-authenticating records without the need to call a custodian of records.

Respectfully submitted, this 2nd day of June 2026.


J. E. BAXTER KRUGER
United States Attorney
Southern District of Mississippi

/s/Herbert S. Carraway
Herbert S. Carraway (MS Bar No.: 104163)
501 East Court Street, Suite 4.430
Jackson, MS 39201
Tel: (601) 965-4480
Email: bert.carraway@usdoj.gov

/s/Kabah S. Ealy
Kabah S. Ealy (MS Bar No.: 101524)
501 East Court Street, Suite 4.430
Jackson, MS 39201
Tel: (601) 965-4480
Email: kabah.ealy@usdoj.gov

/s/David H. Fulcher
David H. Fulcher (MS Bar No.: 10179)
501 East Court Street, Suite 4.430
Jackson, MS 39201
Tel: (601) 965-4480
Email: dave.fulcher@usdoj.gov

/s/Charles W. Kirkham
Charles W. Kirkham (MS Bar No.:102022)
501 East Court Street, Suite 4.430
Jackson, MS 39201
Tel: (601) 965-4480
Email: chet.kirkham@usdoj.gov


**CERTIFICATE OF SERVICE**

I hereby certify that this day, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification to all ECF participant(s) of this record.

Dated: June 12, 2026

/s/ Dave Fulcher
DAVID H. FULCHER
Assistant United States Attorney