UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

V.                                                    CRIMINAL NO. 3:24-CR-103-DPJ-LGI

JODY E. OWENS, II, CHOKWE ANTAR LUMUMBA,
AND AARON B. BANKS

ORDER

By agreement of the parties, the following jurors are struck for cause:

Juror # 6

Juror # 16

Juror # 17

Juror # 32

Juror # 35

Juror # 44

Juror # 45

Juror # 54

Juror # 55

Juror # 65

Juror # 83

Juror # 94

Juror # 141

Juror # 149

Juror # 154

Juror # 159

Juror # 164

Juror # 183

Juror # 184

Juror # 192

Juror # 208

Juror # 209

Juror # 229

Juror # 248

Juror # 255

Juror # 259

Juror # 265

Juror # 276

Juror # 303

Juror # 309

Juror # 330

Juror # 339

Juror # 366

Juror # 367

Juror # 394

Juror # 399

**SO ORDERED AND ADJUDGED** this the 12th day of June, 2026.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE