## DR. MARK WEBB EXPERT DISCLOSURE

1. Expert

   **Mark Webb, M.D.**

   

2. Opinions

   Dr. Webb is expected to offer expert testimony and opinions on the psychiatric and psychological effects of alcohol on the defendant's judgment, volition, and susceptibility to inducement during the undercover reverse sting operation at issue in the indictment. Dr. Webb is further expected to testify regarding the defendant's individual psychological background, history, and vulnerabilities, and how those factors rendered him particularly susceptible to the Government's conduct. Dr. Webb's testimony is essential for the jury to understand how the deliberate provision of alcohol by Government operatives impaired the defendant's decision-making and how the defendant's specific psychological profile bore upon his capacity to resist the inducements employed.

3. Bases and Reasons for Opinions

   Dr. Webb's testimony and opinions are based upon his education, training, and experience as a forensic psychiatrist; his evaluation of the defendant; his relevant records and materials in this case; and the psychiatric and pharmacological literature concerning the effects of alcohol on cognition, impulse control, and susceptibility to external pressure and inducement. Dr. Webb may also provide testimony in response to any witnesses or experts called by the Government.

4. Qualifications

   See attached CV.

5. Prior Testimony

   To be supplemented

Reviewed, Approved and Adopted by:


Mark Webb, M.D.

2