UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

V.                                                        CRIMINAL NO. 3:24-CR-103-DPJ-LGI

JODY E. OWENS II, ET AL.

ORDER

There are two expert-related motions pending in this criminal case.  First, the Government moved to strike Plaintiff Jody Owens's five proposed expert witnesses because they were not properly disclosed.  Gov't Mot. [191].  Owens responded to that motion, apparently withdrawing two experts and supplementing other disclosures.  Def.'s Resp. [196].  He also moved for leave to file Dr. Mark Webb's final report by June 30, 2026.  Def.'s Mot. [195].

Starting with the Government's motion to strike [191], the Government requests a *Daubert* hearing if the Court does not strike the witnesses outright.  Gov't Reply [198] at 8. While there are some issues that could be decided without a hearing, the safer course is to hold a hearing to complete the record as to experts Charles King, Robert King, and Dr. Webb.  The parties are therefore instructed to contact the Courtroom Deputy on June 29, 2026, to set the hearing date.

As for the motion to extend the time for Dr. Webb's report [195], it is impossible to fully assess potential prejudice without knowing what the expert will say.  *See United States v. Garrett*, 238 F.3d 293, 298 (5th Cir. 2000) (listing prejudice among four factors for determining discovery sanctions).  Accordingly, Owens is ordered to file Dr. Webb's expert report under seal no later than June 30, 2026.  Whether the Court grants the motion to allow the delinquent

designation and then allows Dr. Webb to testify over the Government's objections will be

decided after the hearing.  The motions [191, 195] are otherwise taken under advisement.

   **SO ORDERED AND ADJUDGED** this the 25th day of June, 2026.

           s/ *Daniel P. Jordan III*
            UNITED STATES DISTRICT JUDGE